**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Samuels Jewelers, Inc. | : | Case No. 18-11818 (KJC) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Asurion Services, LLC.**, Attn: Emily Warth, 22894 Pacific Blvd, Sterling, VA 20166, Phone: 615-445-7374

2. **Unique Designs, Inc. d/b/a Kiran Jewelers and/or SDIL.**, Attn: Deepak Rao, 521 Fifth Avenue, Suite 820, New York, NY 10175, Phone: 646-790-6097

3. **M. Geller, Ltd.,** Attn: Mark Geller, 29 East Madison Street, Suite 1805, Chicago, IL 60602, Phone: 312-984-1041, Fax: 312-984-0172

4. **Frederick Goldman, Inc**., David Kirsten, 55 Hartz Way, Secaucus, NJ 07094, Phone: 212-807-2059, Fax: 212-807-2030

5. **Rochester Diamonds and Gold Inc., d/b/a RDI Diamonds, Inc.,** Attn: Michael Indelicato, 2300 West Ridge Rd, 4th Floor, Rochester, NY 14626, Phone: 1-800-874-8768 x 122, Fax: 1-866-239-3248

6. **Nazilia Jafari**

7. **Simon Property Group, Inc**., Attn: Ronald Tucker, 225 W. Washington Street, Indianapolis, IN 46204, Phone: 317-263-2346, Fax: 317-263-7901

ANDREW R. VARA
Acting United States Trustee, Region 3

 /s/ *Jane Leamy* for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: August 16, 2018

Attorney assigned to this Case: Jane Leamy, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Daniel DeFranceschi, Esq., Phone: 302-651-7700, Fax: 302-651-7701