IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAMUELS JEWELERS, INC.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 18-11818 (KJC) |

**DECLARATION OF SEAN O'NEAL IN SUPPORT OF PUNJAB
NATIONAL BANK'S MOTION FOR ENTRY OF AN ORDER DIRECTING THE
APPOINTMENT OF AN EXAMINER PURSUANT TO 11 U.S.C. §1104(c)**

I, Sean O'Neal, declare under penalty of perjury as follows:

1.I am admitted *pro hac vice* to the bar of this Court and partner with the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for Punjab National Bank ("PNB"). I respectfully submit this declaration in support of PNB's Motion for Entry of an Order Directing the Appointment of an Examiner Pursuant to 11 U.S.C. §1104(c) (the "Motion").

2.Attached hereto as Exhibit A is a true and correct copy of the Charge Sheet in Case No. RC.02/E/2018-CBI/BSFC/Mum. filed by the Central Bureau of Investigation of India in May of 2018.

3.Attached hereto as Exhibit B is a true and correct copy of the Complaint in Case No. 09 of 2018, ECIR/MBZO – I/04/2018 filed by the Enforcement Directorate of India in June of 2018.

4.Attached hereto as Exhibit C is a true and correct copy of the U.S. Trustee's *Motion to Appoint Examiner*, In re Firestar Diamond, Inc., Case No. 18-bk-10509 (SHL) (Bankr. S.D.N.Y. Mar. 30, 2018), ECF No. 87.

5.Attached hereto as Exhibit D is a true and correct copy of the *Report of John J.*

---

[1]The last four digits of the Debtor's taxpayer identification number are 6316 and its address is 2914 Montopolis Drive, Suite 200, Austin, Texas 78741.

01:23572323.1

*Carney, Examiner*, In re Firestar Diamond, Inc., Case No. 18-bk-10509 (SHL) (Bankr. S.D.N.Y. Aug. 25, 2018), ECF No. 394.

6.      I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2018, at New York, New York.

/s/ Sean A. O'Neal<br>SEAN A. O'NEAL