# **EXHIBIT A**

IN THE COURT OF HON'BLE SPECIAL
JUDGE FOR CBI CASES, MUMBAI

# CHARGE SHEET

## IN

# CASE NO. RC.02/E/2018-CBI/BSFC/Mum.

## (SPL. CASE NO.    /OF 2018)

## I N D E X

| SR. NO. | CONTENTS | PAGE NOS. |
|---------|----------|-----------|
| 1. | Charge Sheet | 01 to 49 |
| 2. | List of Witnesses | 01 to 08 |
| 3. | List of Documents | 01 to 250 |
| 4. | Original Statement of Witnesses (PW-1 to PW-49) | 01 to 560 |
| 5. | Original Documents (D-1 to D-1895) | 01 to 11693 |

(JAIKUMAR S)
SUPDT. OF POLICE
CBI/BS&FC/MUMBAI

SPECIAL CASE NO._____ OF 2018

### ARISING OUT OF
### RC.02E/2018-CBI/BS&FC/MUMBAI

## Accused Persons sent up for trial

Shri Gokulnath Shetty, Dy. Manager (Retired), PNB. (A-1)

Shri Manoj Hemant Karat, Single Window Operator, PNB. (A-2)

M/s Gitanjali Gems Ltd. (A-3)

M/s Gili India Ltd. (A-4)

M/s Nakshatra Brand Ltd. (A-5)

Shri Mehul Chinubhai Choksi, Managing Director of M/s Gitanjali Gems Ltd. (A-6)

Shri Aniyath Shivraman Nair, Director M/s Gili India Ltd. (A-7)

Shri Nitin Shahi, Asst. Finance Officer with M/s.Gitanjali Gems Ltd (A-8)

Shri Kapil Kandelwal, Joint President, M/s.Gitanjali Gems Ltd. (A-9)

Shri Vipul Chunilal Chitalia, Vice President (Banking Operation), GGC (A-10)

Shri Bechu Bansi Tiwari, Chief Manager, PNB (A-11)

Shri Yashwant Trimbak Joshi, Manager, PNB (A-12)

Shri Prafful Prakash Sawant, Officer, PNB (A-13)
Shri Mohinder Kumar Bakshi Ram Sharma, then Chief Internal Auditor, PNB (A-14)

Smt. Usha Ananthasubramanian, then MD & CEO, PNB (A-15)

Shri K. V. Brahmaji Rao, ED, PNB (A-16)

Shri Sanjiv Sharan, ED, PNB (A-17)

Shri Nehal Ahad, GM, IBD PNB (A-18)

## FINAL REPORT FORM

(Under Section 173 Cr.PC)

IN THE COURT OF HON'BLE SPECIAL JUDGE FOR CBI CASES, MUMBAI

(01)   Name of Branch: CBI, BS&FC, Mumbai   FIR No: RC.02 (E) Year : 2018  Date : 15/02/2018.

(02)   Charge-sheet No.:  _____          (03) Date :  .05.2018

(04)   (i)   Act :   **Indian Penal Code and The Prevention of Corruption Act, 1988.**

      (ii)   Sections :   **U/sec.120-B IPC r/w.409,420 IPC and Sec.13(2) r/w.13(1) (c) & (d) of PC Act 1988 and substantive offences.**

(05)   Type of Final Form/Report – Charge sheeted/Not Charge sheeted for want of evidence/FIR    undetected/FIR untraced/FR offence abated/FR Un-occurred. (tick '√' applicable portion)

(06)   If Final Report Un-occurred – False/Mistake of fact/Mistake of Law/Non-cognizable/Civil Nature – **N.A.** (tick '√' applicable portion)

(07)   If Charge-sheeted : Original/Supplementary – (tick '√' applicable portion)

(08)   Name of the I.O.: **Jaikumar S.**   Rank : **Superintendent of Police, CBI, BS & FC, Mumbai.**

(09)   (a)  Name of the Complainant/Informant : **Shri Avneesh Nepalia, DGM, PNB, Zonal Office, Mumbai**

      (b)  Father's Name                    : **Shri A L Nepalia**

(10)   Details of Properties/Articles/Documents recovered/Seized during the investigation and relied upon (separate list can be attached, if necessary).– **N.A.**

| Sl. No. | Property Description | Estimated Value (in Rs.) | PS Property Register No. | From whom/where recovered or seized | Disposal |
|---------|--------------------|--------------------------|--------------------------|-------------------------------------|----------|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | As separate list as per Annexure-II | | | | |

 1

*Charge Sheet in RC 02(E)/2018/CBI/BS& FC/Mumbai*

**(11).1 Particulars of accused persons charge sheeted (use separate sheet for each accused):-**

| | | | | | | |
|---|---|---|---|---|---|---|
| (1) | (i) | Name | : Shri Gokulnath Raghu Shetty (A-1) | (ii) | Whether verified : | Yes |
| | (iii) | Father's Name | : Shri Raghu Shetty | | | |
| | (iv) | Date/Year of Birth | : 22.05.1957 | (v) | Sex : | Male |
| | (vi) | Nationality | : Indian | (vii) | Passport No: | --- |
| | (viii) | Date of Issue | : N.A. | (ix) | Place of Issue: | N.A. |
| | (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | ---- |
| | (xii) | Occupation | : Retired Deputy Manager, PNB, MCB, Brady House, Mumbai. | | | |
| | (xiii) | Address | : 401, Tower – 2, Rustamji Ozone, Behind MTNL, Off. S. V. Road, Goregaon (W) Mumbai-400062. | (xiv) | Whether verified : | Yes |
| | (xv) | Provisional Criminal No. | : --- | | | |
| | (xvi) | Regular Criminal No. (If known) | : N.A. | (xvii) | Date of Arrest : | 06.03.18 |
| | (xviii) | Date of release on bail | : In judicial custody | (xix) | Date on which : forwarded to Court | |
| | (xx) | Under Acts & Sections | : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof. | | | |
| | (xxi) | Name (s) of bailers / sureties and address : | | | | |
| | (xxii) | Previous conviction with case reference : | | | | |
| | (xxiii) | Status of the accused : | In Judicial Custody | | | |

(Forwarded / Bailed ⌐y Police/Bailed by Court/Judicial Custody/ ✓ Absconding/Proclaimed offender).

2

(11).2

(2)  (i)   Name            : **Shri Manoj Hanumant**  (ii)  Whether        Yes
                              **Kharat (A-2)**              verified :

     (iii) Father's Name   : Shri Hanumant
                             Tukaram Kharat

     (iv)  Date/Year of    : 18.08.1989       (v)   Sex :          Male
           Birth

     (vi)  Nationality     : Indian           (vii) Passport       ----
                                                    No:

     (viii) Date of Issue  : ---              (ix)  Place of       ---
                                                    Issue:

     (x)   Religion        : Hindu            (xi)  Whether
                                                    SC/ST/OBC
                                                    :

     (xii) Occupation      : Single  Window  Operator,  PNB,  MCB,  Brady  House
                             Branch, Mumbai.

     (xiii) Address        : A-602-6th Floor, A Wing,  (xiv) Whether verified  Yes
                             Durwankur  CHS  Ltd.,               :
                             Dadoji  Konddeo  Road,
                             Opp.  Susex  Industrial
                             Estate,   Byculla   (E),
                             Mumbai.

     (xv)  Provisional      : ----
           Criminal No.

     (xvi) Regular          : N.A.                  (xvii Date of Arrest :   Not
           Criminal No. (If                         )                        arrested
           known)

     (xviii) Date of release : NA                   (xix) Date on which :
             on bail                                       forwarded to
                                                           Court

     (xx)  Under Acts &     : U/s.120-B r/w. 409,420 IPC and Sec.13(2)
           Sections           r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive
                              offences thereof.

     (xxi) Name (s) of bailers / sureties and address :  N.A.

     (xxii) Previous conviction with case reference :  ------

     (xxiii) Status of the accused : -


(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody / Absconding/
Proclaimed offender).



3

(11).3

(3) (i) Name : **M/s. Gitanjali Gems Ltd. (A-3)** represented by Managing Director Shri Mehul Choksi

(ii) Whether verified : Yes

(iii) Father's Name : N.A.

(iv) Date/Year of Birth : N.A.

(v) Sex : N.A.

(vi) Nationality : N.A.

(vii) Passport No: N.A.

(viii) Date of Issue : N.A.

(ix) Place of Issue: N.A.

(x) Religion : N.A.

(xi) Whether SC/ST/OBC : N.A.

(xii) Occupation : Company

(xiii) Address : A-1, 7th Floor, Laxmi Tower, Bandra Kurla Complex, Bandra (E), Mumbai- 400051 & No. 801/802, Prasad Chamber, Opera House, Mumbai- 400004.

(xiv) Whether verified : Yes

(xv) Provisional Criminal No. : ----

(xvi) Regular Criminal No. (If known) : N.A.

(xvii Date of Arrest : N.A. )

(xviii] Date of release on bail : NA

(xix) Date on which : N.A. forwarded to Court

(xx) Under Acts & Section : : U/s.420 IPC

(xxi) Name (s) of bailers / sureties and address : N.A.
(xxii) Previous conviction with case reference : ------

(xxiii] Status of the accused : N.A.

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ Absconding/Proclaimed offender).

4

(11).4

(4)  (i)  Name  : **M/s.Gili India Ltd.(A-4)**  (ii)  Whether  Yes
represented          by       verified :
Managing   Director   of
Shri   Dhanesh   Vrajlal
Sheth

(iii)  Father's Name  : N.A.

(iv)  Date/Year of  : N.A.  (v)  Sex :  N.A.
Birth

(vi)  Nationality  : N.A.  (vii)  Passport  N.A.
No:

(viii)  Date of Issue  : N.A.  (ix)  Place of  N.A.
Issue:

(x)  Religion  : N.A.  (xi)  Whether  N.A.
SC/ST/OBC
:

(xii)  Occupation  : Company

(xiii)  Address  : Laxmi Tower, B Wing,  (xiv) Whether verified  Yes
Office No. 6, G Block,  :
1st Floor, Bandra Kurla
Complex, Bandra (E),
Mumbai- 400051.

(xv)  Provisional  :
Criminal No.

(xvi)  Regular  : N.A.  (xvii  Date of Arrest :  N.A.
Criminal No. (If  )
known)

(xviii]  Date of release  : NA  (xix)  Date on which :  N.A.
on bail  forwarded to
Court

(xx)  Under Acts &  : U/s.420 IPC
Sections

(xxi)  Name (s) of bailers / sureties and address  N.A.
(xxii)  Previous conviction with case reference : ------

(xxiii]  Status of the accused : N.A.

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ Absconding/
Proclaimed offender).

5

**(11).5**

**(5)** (i) Name : **M/s. Nakshatra Brands Ltd. (A-5)** represented by Director of Dhanesh Vrajlal Sheth

(ii) Whether verified : Yes

(iii) Father's Name : N.A.

(iv) Date/Year of Birth : N.A.

(v) Sex : N.A.

(vi) Nationality : N.A.

(vii) Passport No: N.A.

(viii) Date of Issue : N.A.

(ix) Place of Issue: N.A.

(x) Religion : N.A.

(xi) Whether SC/ST/OBC : N.A.

(xii) Occupation : Company

(xiii) Address : Laxmi Tower, B Wing, Office No. 6, G Block, 1st Floor, Bandra Kurla Complex, Bandra (E), Mumbai- 400051.

(xiv) Whether verified : Yes

(xv) Provisional Criminal No. : ----

(xvi) Regular Criminal No. (If known) : N.A.

(xvii) Date of Arrest : N.A.

(xviii) Date of release on bail : NA

(xix) Date on which : forwarded to Court

(xx) Under Acts & Sections : U/s.420 IPC

(xxi) Name (s) of bailers / sureties and address : N.A.
(xxii) Previous conviction with case reference : ------

(xxiii) Status of the accused : **NA**

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ Absconding/**Proclaimed** offender).

6

(11).6

| | | | | | | |
|---|---|---|---|---|---|---|
| (6) | (i) | Name | : Shri Mehul Chinubbhai Choksi (A-6) | (ii) | Whether verified : | Yes |
| | (iii) | Father's Name | : Shri Chinubbhai choksi | | | |
| | (iv) | Date/Year of Birth | : 05.05.1959 | (v) | Sex : | Male |
| | (vi) | Nationality | : Indian | (vii) | Passport No: | Z3396732 |
| | (viii) | Date of Issue | : 10.09.2015 | (ix) | Place of Issue: | Mumbai |
| | (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | |
| | (xii) | Occupation | : Managing Director, M/s. Gitanjali Gems Ltd. (A-3) | | | |
| | (xiii) | Address | : Gokul Apartment, 99/9th & 10th, Near white House, Walkeshwar, Mumbai- 400006. | (xiv) | Whether verified : | Yes |
| | (xv) | Provisional Criminal No. | : ---- | | | |
| | (xvi) | Regular Criminal No. (If known) | : N.A. | (xvii) | Date of Arrest : | Not arrested |
| | (xviii) | Date of release on bail | : NA | (xix) | Date on which : forwarded to Court | |
| | (xx) | Under Acts & Sections | : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof | | | |

(xxi) Name (s) of bailers / sureties and address : N.A.

(xxii) Previous conviction with case reference : ------

(xxiii) Status of the accused . Absconding

✓

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ absconding/ Proclaimed offender).

(11).7

(7)

| | | | | | | |
|---|---|---|---|---|---|---|
| (i) | Name | : Shri Aniyath Shivraman Nair (A-7) | (ii) | Whether verified | | Yes |
| (iii) | Father's Name | : Shri Narayan Nair | | | | |
| (iv) | Date/Year of Birth | : 28.12.1966 | (v) | Sex : | | Male |
| (vi) | Nationality | : Indian | (vii) | Passport No: | | ---- |
| (viii) | Date of Issue | : --- | (ix) | Place of Issue: | | --- |
| (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | | |

(xii) Occupation : Director, M/s. Gili India Ltd. (A-4)

(xiii) Address : Room No. 7, Chawl No. 2, Sanju Colony, Laxmi Bagh, Katemanivali, Kalyan East, Mumbai-421306 & B-502, Om Sadguru Dham Tower, Near Gavdevi Mandir, Chinchpada Road, Kalyan (E), Thane District Maharashtra.     (xiv) Whether verified : Yes

(xv) Provisional Criminal No. : ----

(xvi) Regular Criminal No. (If known) : N.A.     (xvii) Date of Arrest : 04.03.2018

(xviii) Date of release on bail : In Judicial Custody     (xix) Date on which : forwarded to Court

(xx) Under Acts & Sections : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof

(xxi) Name (s) of bailers / sureties and address : N.A.

(xxii) Previous conviction with case reference : ------

(xxiii) Status of the accused : In Judicial Custody

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ Absconding/Proclaimed offender).

8

(11),8

(8)

| | | | | | | |
|---|---|---|---|---|---|---|
| (i) | Name | : **Shri Nitin Prem Shahi** **(A-8)** | (ii) | Whether verified | Yes | |
| (iii) | Father's Name | : Shri Prem Shahi | | | | |
| (iv) | Date/Year of Birth | : 25.04.1973 | (v) | Sex : | Male | |
| (vi) | Nationality | : Indian | (vii) | Passport No: | ---- | |
| (viii) | Date of Issue | : --- | (ix) | Place of Issue: | --- | |
| (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | | |

(xii) Occupation : Asst. Finance Executive, M/s. Gitanjali Gems Ltd. (A-3)

(xiii) Address : Flat No. 604, B-3, (xiv) Whether verified Yes
Mohan Regancy, :
Adharwadi Jail Road,
Near Shree Complex,
Kalyan (W)- 400231.

(xv) Provisional Criminal No. : ----

(xvi) Regular Criminal No. (If known) : N.A.        (xvii Date of Arrest : Arrested
)                                    on
20.02.201
8

(xviii) Date of release on bail : In Judicial Custody        (xix) Date on which : forwarded to Court

(xx) Under Acts & Sections : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof

(xxi) Name (s) of bailers / sureties and address : N.A.
(xxii) Previous conviction with case reference : ------

(xxiii) Status of the accused : In Judicial Custody

✓

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ Absconding/Proclaimed offender).

9

*Charge Sheet in RC 02(E)/2018/CBI/BS& FC/Mumbai*

(11).9

(9)

| | | | | | | |
|---|---|---|---|---|---|---|
| (i) | Name | : **Shri Kapil Mali Ram Khandelwal (A-9)** | (ii) | Whether verified : | Yes | |
| (iii) | Father's Name | : Shri Mali Ram Khandelwal | | | | |
| (iv) | Date/Year of Birth | : 23.11.1972 | (v) | Sex : | Male | |
| (vi) | Nationality | : Indian | (vii) | Passport No: | A7611007 | |
| (viii) | Date of Issue | : 05.02.2008 | (ix) | Place of Issue: | Mumbai | |
| (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | | |
| (xii) | Occupation | : Joint President (Finance), M/s. Gitanjali Gems Ltd. (A-3) | | | | |
| (xiii) | Address | : Flat No. 704, Shri Vallabh Shanti, Navagaon, Dahisar (W), Mumbai- 400068. | (xiv) | Whether verified : | Yes | |
| (xv) | Provisional Criminal No. | : ---- | | | | |
| (xvi) | Regular Criminal No. (If known) | : N.A. | (xvii) | Date of Arrest : | Arrested on 20.02.2018 | |
| (xviii) | Date of release on bail | : NA | (xix) | Date on which : forwarded to Court | | |
| (xx) | Under Acts & Sections | : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof | | | | |

(xxi) Name (s) of bailers / sureties and address : N.A.
(xxii) Previous conviction with case reference : -----

(xxiii) Status of the accused : In Judicial Custody

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ Absconding/Proclaimed offender).

10

(11).10

| (10) | (i) | Name | : Shri Vipul Chunilal Chitalia (A-10) | (ii) | Whether verified | Yes |
| | (iii) | Father's Name | Shri Chunilal Chitalia | | | |
| | (iv) | Date/Year of Birth | : 03.06.1970 | (v) | Sex : | Male |
| | (vi) | Nationality | : Indian | (vii) | Passport No: | N-0543404 |
| | (viii) | Date of Issue | : 19.06.2015 | (ix) | Place of Issue: | Mumbai |
| | (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | |
| | (xii) | Occupation | : Vice President – Banking Operations, Gitanjali Group | | | |
| | (xiii) | Address | : C502, Parwan Apartment, Sai Baba Nagar, Opp. Axis Bank, Borivali (W), Mumbai. | (xiv) | Whether verified : | Yes |
| | (xv) | Provisional Criminal No. | : ---- | | | |
| | (xvi) | Regular Criminal No. (If known) | : N.A. | (xvii) | Date of Arrest : | Arrested on 06.03.2018 |
| | (xviii) | Date of release on bail | : In Judicial Custody | (xix) | Date on which forwarded to Court : | |
| | (xx) | Under Acts & Sections | : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof | | | |

**(xxi)** Name (s) of bailers / sureties and address : N.A.
**(xxii)** Previous conviction with case reference : ------

**(xxiii)** Status of the accused : In Judicial Custody

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ ✓
Absconding/Proclaimed offender).

11

*Charge Sheet in RC 02(E)/2018/CBI/BS& FC/Mumbai*

**(11).11**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| (11) | (i) | Name | : Shri Bechu Bansi Tiwari (A-11) | (ii) | Whether verified : | Yes | |
| | (iii) | Father's Name | : (Late) Shri Bansi Tiwari | | | | |
| | (iv) | Date/Year of Birth | : 03.04.1960 | (v) | Sex : | Male | |
| | (vi) | Nationality | : Indian | (vii) | Passport No: | H-2280237 | |
| | (viii) | Date of Issue | : 11.12.2008 | (ix) | Place of Issue: | Lucknow | |
| | (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | | |
| | (xii) | Occupation | : Chief Manager (Scale-IV), Zonal Office, Dalmal House, Nariman Point, Mumbai. | | | | |
| | (xiii) | Address | : Flat No.201, Nirman Dharshan, vikas Nager, Andheri (E), Mun ai. | (xiv) | Whether verified : | Yes | |
| | (xv) | Provisional Criminal No. | : ---- | | | | |
| | (xvi) | Regular Criminal No. (If known) | : N.A. | (xvii) | Date of Arrest : | Not Arrested | |
| | (xviii) | Date of release on bail | : NA | (xix) | Date on which forwarded to Court : | | |
| | (xx) | Under Acts & Sections | : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof | | | | |

**(xxi)** Name (s) of bailers / sureties and address : N.A.
**(xxii)** Previous conviction with case reference : ------

**(xxiii)** Status of the accused : -

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody /Absconding/Proclaimed offender).

12

(11).12

| (12) | (i) | Name | Shri Yashwant Trimbak Joshi (A-12) | (ii) | Whether verified : | Yes |
|---|---|---|---|---|---|---|
| | (iii) | Father's Name | : Shri Trimabak Gajjannad Joshi | | | |
| | (iv) | Date/Year of Birth | : 04.12.1964 | (v) | Sex : | Male |
| | (vi) | Nationality | : Indian | (vii) | Passport No: | F-9421024 |
| | (viii) | Date of Issue | : 17.08.2006 | (ix) | Place of Issue: | Thane |
| | (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | |
| | (xii) | Occupation | : Manager (Scale-II), PNB, MCB Brady House Branch, Mumbai. | | | |
| | (xiii) | Address | : B-101, Panchajanya Society, Ramchandra Nagar, Dombivali (E), Thane-421201. | (xiv) | Whether verified : | Yes |
| | (xv) | Provisional Criminal No. | : ---- | | | |
| | (xvi) | Regular Criminal No. (If known) | : N.A. | (xvii) | Date of Arrest : | Not Arrested |
| | (xviii) | Date of release on bail | : NA | (xix) | Date on which : forwarded to Court | |
| | (xx) | Under Acts & Sections | : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof | | | |

(xxi) Name (s) of bailers / sureties and address : N.A.
(xxii) Previous conviction with case reference : ------

(xxiii) Status of the accused : -

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ Absconding/Proclaimed offender).

13

(11).13

| (13) | (i) | Name | : Shri Prafful Prakash Sawant (A-13) | (ii) | Whether verified : | Yes. |
|---|---|---|---|---|---|---|
| | (iii) | Father's Name | : Shri Prakash Govind Sawant | | | |
| | (iv) | Date/Year of Birth | : 26.12.1988 | (v) | Sex : | Male |
| | (vi) | Nationality | : Indian | (vii) | Passport No: | P-7547507 |
| | (viii) | Date of Issue | : 01.02.2017 | (ix) | Place of Issue: | Mumbai |
| | (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | |
| | (xii) | Occupation | : Officer Scale-I, International Banking Branch, Fort, Mumbai. | | | |
| | (xiii) | Address | : B/204, 2nd Floor, Shrushti Complex, Plot No. 46 and 47, Sector 34, Kamothe, Navi Mumbai. | (xiv) | Whether verified : | Yes |
| | (xv) | Provisional Criminal No. | : ---- | | | |
| | (xvi) | Regular Criminal No. (If known) | : N.A. | (xvii | Date of Arrest : ) | Not Arrested |
| | (xviii) | Date of release on bail | : NA | (xix) | Date on which : forwarded to Court | |
| | (xx) | Under Acts & Sections | : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof | | | |

(xxi) Name (s) of bailers / sureties and address : N.A.
(xxii) Previous conviction with case reference ----

(xxiii) Status of the accused : -

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody /Absconding/Proclaimed offender).

14

(11).14

| (14) | (i) | Name | : Shri Mohinder Kumar Sharma (A-14) | (ii) | Whether verified : | Yes |
|---|---|---|---|---|---|---|
| | (iii) | Father's Name | : Shri Bakshi Ram Sharma | | | |
| | (iv) | Date/Year of Birth | : 09.02.1964 | (v) | Sex : | Male |
| | (vi) | Nationality | : Indian | (vii) | Passport No: | ---- |
| | (viii) | Date of Issue | : --- | (ix) | Place of Issue: | --- |
| | (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | |

(xii) Occupation : Chief Internal Auditor, PNB, Zonal Audit Office, Marol, Andheri(E), Mumbai.

(xiii) Address : Flat No.C-203, Adarsh Society, Spring Mill, Dadar (E), Mumbai.   (xi.) Whether verified Yes :

(xv) Provisional Criminal No. : ----

(xvi) Regular Criminal No. (If known) : N.A.     (xvii Date of Arrest : Not ) Arrested

(xviii) Date of release on bail : NA     (xix) Date on which : forwarded to Court

(xx) Under Acts & Sections : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof

(xxi) Name (s) of bailers / sureties and address : N.A.

(xxii) Previous conviction with case reference : ------

(xxiii) Status of the accused : -

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ Absconding/Proclaimed offender).

15

*Charge Sheet in RC 02(E)/2018/CBI/BS& FC/Mumbai*

(11).15

| | | | | | | |
|---|---|---|---|---|---|---|
| (15) | (i) | Name | : Smt. Usha Ananthasubramanian (A-15) | (ii) | Whether verified : | Yes |
| | (iii) | Father's Name | : --- | | | |
| | (iv) | Date/Year of Birth | : 01.10.1958 | (v) | Sex : | Female |
| | (vi) | Nationality | : Indian | (vii) | Passport No: | ---- |
| | (viii) | Date of Issue | : --- | (ix) | Place of Issue: | --- |
| | (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | --- |
| | (xii) | Occupation | : Managing Director & Chief Executive Officer, Allahabad Bank, Head Office, Kolkata | | | |
| | (xiii) | Address | : No.1, Ronaldshay Road, Alipore, Kolkata | (xiv) | Whether verified : | Yes |
| | (xv) | Provisional Criminal No. | : ---- | | | |
| | (xvi) | Regular Criminal No. (If known) | : N.A. | (xvii) | Date of Arrest : | Not Arrested |
| | (xviii) | Date of release on bail | : NA | (xix) | Date on which forwarded to Court : | |
| | (xx) | Under Acts & Sections | : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof | | | |

(xxi)  Name (s) of bailers / sureties and address : N.A.

(xxii) Previous conviction with case reference : ------

(xxiii) Status of the accused : -

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ Absconding/Proclaimed offender).

16

(11).16

| (16) | (i) | Name | : | **Shri K. V. Brahmaji Rao (A-16)** | (ii) | Whether verified : | Yes |
|---|---|---|---|---|---|---|---|
| | (iii) | Father's Name | : | Shri K. Veera Raju | | | |
| | (iv) | Date/Year of Birth | : | 16.05.1959 | (v) | Sex : | Male |
| | (vi) | Nationality | : | Indian | (vii) | Passport No: | ---- |
| | (viii) | Date of Issue | : | --- | (ix) | Place of Issue: | --- |
| | (x) | Religion | : | Hindu | (xi) | Whether SC/ST/OBC : | --- |
| | (xii) | Occupation | : | Executive Director, PNB, HO, New Delhi. | | | |
| | (xiii) | Address | : | C-8, Asiad Village, New Delhi. | (xiv) | Whether verified : | Yes |
| | (xv) | Provisional Criminal No. | : | ---- | | | |
| | (xvi) | Regular Criminal No. (If known) | : | N.A. | (xvii) | Date of Arrest : | Not Arrested |
| | (xviii) | Date of release on bail | : | NA | (xix) | Date on which forwarded to Court : | |
| | (xx) | Under Acts & Sections | : | U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof | | | |

(xxi)  Name (s) of bailers / sureties and address :  N.A.
(xxii)  Previous conviction with case reference :  ------

(xxiii) Status of the accused : -

(Forwarded   /   Bailed   by   Police/Bailed   by   Court/Judicial   Custody/ Absconding/Proclaimed offender).

17

**(11).17**

| | | | | | | |
|---|---|---|---|---|---|---|
| (17) | (i) | Name | : Shri Sanjiv Sharan (A-17) | (ii) | Whether verified : | Yes |
| | (iii) | Father's Name | Late Shri Siya Sharan Prasad Sinha | | | |
| | (iv) | Date/Year of Birth | : 05.05.1959 | (v) | Sex : | Male |
| | (vi) | Nationality | : Indian | (vii) | Passport No: | P0785493 |
| | (viii) | Date of Issue | : 26.07.2016 | (ix) | Place of Issue: | Patna |
| | (x) | Religion | : Hindu | (xi) | Whether SC/ST/OBC : | --- |
| | (xii) | Occupation | : Executive Director, PNB, HO, New Delhi. | | | |
| | (xiii) | Address | : A/266, Ganpat Andelkar Block, Khelgaon, Asiad 82 Village, Hauz Khas, New Delhi | (xiv) | Whether verified : | Yes |
| | (xv) | Provisional Criminal No. | : ---- | | | |
| | (xvi) | Regular Criminal No. (If known) | : N.A. | (xvii) | Date of Arrest : | Not Arrested |
| | (xviii) | Date of release on bail | : NA | (xix) | Date on which forwarded to Court : | |
| | (xx) | Under Acts & Sections | : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof | | | |

(xxi) Name (s) of bailers / sureties and address : N.A.
(xxii) Previous conviction with case reference : ------

(xxiii) Status of the accused : -

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ Absconding/Proclaimed offender).

18

(11).18

| (18) | (i) | Name | : **Shri Nehal Ahad (A-18)** | (ii) | Whether verified : | Yes |
|---|---|---|---|---|---|---|
| | (iii) | Father's Name | : Late Dr. A.F.A. Ahad | | | |
| | (iv) | Date/Year of Birth | : 29.11.1960 | (v) | Sex : | Male |
| | (vi) | Nationality | : Indian | (vii) | Passport No: | K6382923 |
| | (viii) | Date of Issue | : 23.03.2012 | (ix) | Place of Issue: | Delhi |
| | (x) | Religion | : Muslim | (xi) | Whether SC/ST/OBC : | --- |
| | (xii) | Occupation | : General Manager, PNB, HO, New Delhi. | | | |
| | (xiii) | Address | : No. 232, Ghalib Apartments, Parvana Road, Pitampura, Delhi – 110034. | (xiv) | Whether verified : | Yes |
| | (xv) | Provisional Criminal No. | : ---- | | | |
| | (xvi) | Regular Criminal No. (If known) | : N.A. | (xvii) | Date of Arrest : | Not Arrested |
| | (xviii) | Date of release on bail | : NA | (xix) | Date on which : forwarded to Court | |
| | (xx) | Under Acts & Sections | : U/s.120-B r/w. 409,420 IPC and Sec.13(2) r/w.13(1)(c)&(d) of the PC Act, 1988 & substantive offences thereof | | | |
| | (xxi) | Name (s) of bailers / sureties and address : N.A. | | | | |
| | (xxii) | Previous conviction with case reference : ----- | | | | |

(xxiii) Status of the accused : -

(Forwarded / Bailed by Police/Bailed by Court/Judicial Custody/ Absconding/Proclaimed offender).

(12).1 Particulars of accused persons - not charge-sheeted (use separate sheet for each accused) - NIL

(13) (i)  Particulars of witnesses to be examined:
Attach separate sheet, if required.

| Sl. No. | Name | Father's/ Husband's Name | Date/Ye ar of Birth | Occupati on | Address | Type of evidence to be tendered |
|---------|------|--------------------------|----------------------|-------------|---------|----------------------------------|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|  | AS PER ANNEXURE-I |  |  |  |  |  |

(ii)  **List of Articles :**

Will be furnished alongwith supplementary report U/s.173(8) Cr.P.C.

(14)  **If FIR is false, indicate action taken or proposed to be taken u/s 182/211 IPC:**
NO

(15)  **Result of laboratory analysis :** Will be furnished alongwith supplementary report U/s.173(8) Cr.P.C.

(16)  **Brief facts of the case (add separate sheet, if necessary):**

This case was registered on 15/02/2018 on a written complaint from Shri Avneesh Nepalia, DGM, PNB Zonal Office, Mumbai against (1) Shri Gokulnath Shetty, Dy. Manager, PNB (2) Shri Manoj Hemant Karat, Single Window Operator, PNB (3) M/s Gitanjali Gems Ltd. (4) M/s Gili India Ltd. (5) M/s Nakshatra Brand Ltd., (6) Shri Mehul Chinubhai Choksi, Managing Director of M/s Gitanjali Gems Ltd., (7) Shri Krishnan Sangameshwaran, Director of M/s Gitanjali Gems Ltd., (8) Smt. Nazura Yash Ajaney, Director of M/s Gitanjali Gems Ltd. and M/s Gili India Ltd.  (9) Shri Dinesh Gopaldas Bhatia, Director of M/s Gili and M/s Nakshatra Brand Ltd., (10) Shri Aniyath Shivraman Nair, Director M/s Gili India Ltd., (11) Shri Dhanesh Vrajlal Sheth, Director of Gitanjali Gems & Gili and Nakshatra (12) Smt. Jyoti Bharat Vora, Director of M/s Nakshatra Brand Ltd. (13) Smt. Anil Umesh Haldipur, Director' of M/s Nakshatra Brand Ltd. (14) Shri Chandrakant Kanu Karkare, Director of M/s Gitanjali Gems Ltd. (15) Shri Pankuri Abhijit



20

Warange, Director of M/s Gitanjali Gems Ltd. and (16) Shri Mihir Bhaskar Joshi, Director of M/s Gili India Ltd. for committing a fraud on Punjab National Bank, MCB, Brady House, Mumbai. The private accused persons in conspiracy with the officials of PNB are alleged to have committed cheating, criminal misconduct and abuse of official position by Public Servant. The accused have obtained pecuniary advantage and made good the funds of PNB. The total wrongful loss suffered by PNB is to the tune of Rs.7080.86 crores in this case.

### CHARGE (enclosed separately)

**(17)**   Refer Notice served _____ Yes /No_____ Date _____

**(18)**   Despatched on : _____

**(19)**   No. of enclosures : _____ 02 _____

**(20)**   List of enclosures : As annexed

Forwarded by
Officer

Signature of the Investigating
submitting the Final Report/ Charge sheet

ch. राज 16/05/18

**CH. NAGARAJU, IPS**
**HOB & DIG. OF POLICE,**
**CBI/BS&FC/MUMBAI**

16/5/18

**JAIKUMAR S.**
**SUPDT. OF POLICE**
**CBI, BS&FC, MUMBAI**

**Jaikumar S**
Superintendent of Police
CBI, BSFC Mumbai

Jaikumar S
Superintendent of Police
CBI, BSFC Mumbai

## CHARGE

1          That. during the period 2015 to 2018, Shri Mehul Choksi (A-6), Managing Director of M/s.Gitanjali Gems Ltd.,(A-3); Shri Kapil Khandelwal (A-9), Joint President (Finance),  M/s.Gitanjali Gems Ltd.; Shri Aniyath Shivraman Nair (A-7), Shri Vipul Chitalia (A-10). Authorised Signatories of M/s.Gitanjali Gems Ltd. (A-3), M/s.Gili India Ltd. (A-4), M/s.Nakshatra Brands Ltd. (A-5); Shri Nitin Prem Shahi (A-8), Asst. Finance Manager, M/s.Gitanjali Gems Ltd (A-3) entered into a criminal conspiracy with Shri Gokulnath Shetty (A-1), then Dy. Manager, PNB, MCB, Brady House, Mumbai, Shri Manoj Hanumant Kharat (A-2), Single Window Operator, PNB, MCB, Brady House, Mumbai,  Shri Bechu Bansi Tiwari (A-11), Chief Manager, Shri Yashwant Trimbak Joshi (A-12), Manager, Shri Prafful Prakash Sawant (A-13), Officer, Shri Mohinder Kumar Sharma (A-14), Chief Internal Auditor, Smt. Usha Ananthasubramanian (A-15), then MD & CEO, PNB, Shri K. V. Brahmaji Rao (A-16), ED, PNB, Shri Sanjiv Sharan (A-17), ED, PNB and Shri Nehal Ahad (A-18), GM, IBD PNB, the object of which was to defraud PNB by fraudulently inducing the Bank to issue Letters of Undertaking / Foreign Letters of Credit through the three companies M/s.Gitanjali Gems Ltd.,(A-3), M/s.Gili India Ltd. (A-4) and M/s.Nakshatra Brands Ltd. (A-5), by dishonestly misrepresenting and submitting documents to the Bank and misappropriating the funds of the bank, whereby they committed offences of cheating, criminal breach of trust, criminal misconduct by abuse of official position by Public Servants.


2          That M/s. Gitanjali Gems Ltd. (A-3), incorporated on 21.08.1986, is a public limited company engaged in the business of trading, manufacturing, import and export of diamonds, cutting, polishing, diamonds studded jewellery, plain gold jewellery for which it has its own manufacturing facilities at Mumbai, Surat & Hyderabad, within and without Special Economic Zone (SEZ) Hyderabad. That M/s. Gili India Ltd. (A-4),

incorporated on 29.03.2001, has manufacturing setup in Mumbai, Surat and Hyderabad SEZ. This company is a wholly owned subsidiary of M/s.Nakshatra World Ltd. and M/s. Gitanjali Gems Ltd. (A-3) is the ultimate holding company. That M/s.Nakshatra Brands Ltd. (A-5), incorporated on 19.05.2004, is engaged in manufacturing and export of plain jewellery, gold jewellery and diamond studded jewellery etc. It is a wholly own subsidiary of Nakshatra World Ltd. (erstwhile Gitanjali Brands Ltd.) and ultimate holding company is M/s. Gitanjali Gems Ltd. (A-3). That M/s. Gili India Ltd. (A-4) and M/s. Nakshatra Brands Ltd. (A-5) are the step down subsidiaries of M/s.Gitanjali Gems Ltd. (A-3).

3        That Mehul C. Choksi (A-6) is the MD of M/s.Gitanjali Gems Ltd (A-3). That Shri Kapil Khandelwal (A-9), Joint President (Finance), M/s.Gitanjali Gems Ltd. (A-3), Shri Aniyath Shivraman Nair (A-7), Shri Vipul Chitalia (A-10) and Shri Mehul Choksi (A-6) etc. amongst others are authorized signatories jointly to the account in the name of M/s. Gitanjali Gems Ltd. (A-3) maintained with PNB Brady House Branch. Shri Mehul Choksi (A-6) is authorized to sign singly without any limit whereas any two amongst the said others were authorized to jointly sign the cheques etc. without any limit.

4        That, M/s.Gitanjali Gems Ltd. (A-3), M/s.Gili India Ltd. (A-4) and M/s.Nakshatra Brands Ltd. (A-5) got unauthorisedly issued 90 LoUs, 35 LoUs and 17 LoUs respectively (total-142 LoUs), through Shri Gokulnath Shetty (A-1), then Dy. Manager and Shri Manoj Hanumant Kharat (A-2), SWO from PNB, MCB, Brady House, Mumbai during 2017 and willfully did not make the payment on the due date causing wrongful loss of Rs. 3032.12 crores to PNB and corresponding undue wrongful gain to themselves.

5        That Shri Aniyath Shivaraman Nair (A-7) was appointed as AGM in Gitanjali Gems Ltd. (A-3) and later on became Director in M/s. Gili

India Ltd. (A-4). He was one of the authorised signatories to the accounts of all the three accused companies. At the instance of Sh. Mehul Choksi (A-6), he submitted application in PNB Brady House, Mumbai for issuance of fraudulent LOUs and fraudulent enhancement of FLCs, which is also signed by Sh. Vipul Chitaliya (A-10).

6        That Shri Nitin Prem Shahi (A-8), Assistant Finance Executive, M/s. Gitanjali Gems Ltd. (A-3) was privy to the criminal conspiracy with other co-accused persons and in pursuance thereof he had prepared majority of the LOU applications/documents used by the three companies for getting issued LOUs fraudulently as well as he prepared applications for fraudulently enhancing the value of the FLCs issued in favour of the three accused companies by PNB Brady House Branch, Mumbai.

7        That Shri Vipul Chitalia (A-10) was working as Vice President (Banking Operation & Finance) for all the three accused companies. He was one of the authorised signatories to the account of all the three accused companies maintained with PNB Brady House, Mumbai. He, in conspiracy with Sh. Mehul Choksi (A-6), submitted application in PNB Brady House, Mumbai for issuance of fraudulent LOUs and also submitted applications for fraudulent enhancement of the value of FLCs, which is also signed by Shri Aniyath Shivaraman Nair (A-7). That Shri Vipul Chitalia (A-19) was a close confidante of Shri Mehul Choksi (A-6) and he was maintaining the transactions of the fraudulent LOUs/FLCs in a Google drive which was recovered u/s 27 of the Indian Evidence Act while he was in custody.

8        In pursuance to the conspiracy, on 27.03.17, Shri Vipul Chitalia (A-10) and Shri Aniyath Shivraman Nair (A-7) of M/s. Gitanjali Gems Ltd. (A-3), dishonestly submitted application under their signatures

24

in their capacity as authorized signatories, prepared by Shri Nitin Prem Shahi (A-8), to Shri Gokulnath Shetty (A-1), then Dy. Manager, PNB, MCB, Brady House stating that they had imported cut & polished diamonds / raw materials / capital goods from M/s. 4C's Diamond Distributors, Hong Kong by way of 03 invoices dated 24.03.2017" vide Bill of Entry nos. 0000696, 0000697 & 0000698, all dated 27.03.2017 for USD 999358 + USD 999489 + USD 999594 (aggregating to USD 29,98,441) with the knowledge that M/s.Gitanjali Gems Ltd. (A-3) at the time of making this application had fully exhausted their sanctioned limit under FLG and in the alternate they had not provided 110% cash margin, which was required in cases beyond sanctioned limit. They falsely and dishonestly undertook that the stock against this transactions will be treated as unpaid for, till the amount is repaid by them and that in case of default of payment, the consignment so imported shall remain hypothecated to the bank and that for this purpose they agreed to hypothecate the goods and counter indemnify it in favour of the bank. That, the counter indemnity was deliberately not signed by Shri Gokulnath Shetty (A-1), then Dy. Manager, PNB, PNB, MCB, Brady House, Mumbai making it infructuous and unenforceable. That, in furtherance of the criminal conspiracy, Shri Gokulnath Shetty (A-1), Dy. Manager, PNB dishonestly and fraudulently returned the original applications with the documents, submitted by M/s.Gitanjali Gems Ltd. (A-3) and other accused companies back to them at the instance of Shri Vipul Chitalia (A-10).


9        That in pursuance of the criminal conspiracy to defraud PNB, on receipt of the said application and import documents from M/s.Gitanjali Gems Ltd. (A-3), a SWIFT message vide MT799 was sent to SBI, Frankfurt vide reference no. 3731/GGL/17 on 31.03.2017 mentioning therein that the Buyers Credit for USD 2,998,441 may be remitted to PNB's NOSTRO account no. 04054364 with Deutsche Bank Trust Company of America, New York, the maker and verifier of which was Shri

Manoj Hanumant Kharat (A-2), SWO and authorizer Shri Gokulnath Shetty (A-1). The SWIFT message MT 799 was dishonestly made and sent by Shri Manoj Hanumant Kharat (A-2) and authorized by Shri Gokulnath Shetty (A-1), with the knowledge that M/s.Gitanjali Gems Ltd. (A-3) had exhausted their limit and also that in the alternate they had not provided for the 110% cash margin and that there was no sanction from the competent authority of PNB. A confirmatory SWIFT message vide MT799 from SBI Frankfurt vide Reference no. 52617BC00324 was received by PNB, Brady House, confirming that they had funded USD 2,998,441 on 31.03.2017 and remitted the amount as per PNB's instructions. The total amount due including all charges is USD 3,071,768.04.    Pursuant to the criminal conspiracy to defraud PNB, even after receipt of the said confirmatory SWIFT message from SBI, Frankfurt, Shri Manoj Hanumant Kharat (A-2) and Shri Gokulnath Shetty (A-1) deliberately and dishonestly did not record the corresponding entry in the FLG register of PNB, causing wrongful loss to PNB. In furtherance of the criminal conspiracy, Shri Manoj Hanumant Kharat (A-2) and Shri Gokulnath Shetty (A-1) willfully and deliberately did not deduct the commission for issuance of LoU from the current account of M/s.Gitanjali Gems Ltd. (A-3) and thereby caused further wrongful loss to PNB and corresponding wrongful gain to M/s.Gitanjali Gems Ltd. (A-3).

10      That, in furtherance of the criminal conspiracy, Shri Bechu Bansi Tiwari (A-11), Chief Manager, Shri Yashwant Trimbak Joshi (A-12), Manager and incharge of Forex Department and Shri Prafful Prakash Sawant (A-13), Officer dishonestly and deliberately did not generate the daily SWIFT log and reconcile the SWIFT transactions with data entered in CBS System which caused wrongful loss to PNB and corresponding wrongful gain to M/s.Gitanjali Gems Ltd. (A-3). Shri Mohinder Kumar Sharma (A-14), Chief Manager who was the Chief Internal Concurrent Auditor posted in the MCB, PNB, Brady House during the period from 26-11-2015 to 15-07-2017 intentionally did not scrutinize the SWIFT

messages with the aforesaid fraudulent LoU transaction, and committed act of criminal misconduct in as much as he dishonestly and willfully did not reconcile and match the daily SWIFT Log with the transaction in the CBS System, which resulted in the continuance of the instant fraud that caused wrongful loss to the PNB.

11        That, RBI has circulated to PNB, the details of fraud of this ingenious nature that had occurred at IOB Chandigarh Branch wherein money was transferred from PNB, Dubai and was not reported earlier, so that PNB could introduce necessary safeguards / preventive measures by way of appropriate procedures and internal checks. Further RBI has also shared details of the parties who had perpetrated the frauds and the related banks, which included overseas branch of PNB itself, so that Head Office, PNB could exercise caution with respective branches dealing with SWIFT and LOUs. Smt. Usha Ananthasubramanian (A-15) the then MD of PNB, Shri K.V. Brahmaji Rao (A-16), ED, PNB, Shri Sanjiv Sharan (A-17), ED, PNB and Shri Nehal Ahad (A-18), the then GM, IBD, PNB in their capacity as public servants who were holding higher responsibilities for preventing frauds have not safeguarded the interest of PNB inspite of circular and caution notice and thereby have facilitated the fraud committed by the other accused private persons, companies and public servants.

12        That the amount i.e. USD 2,998,441 was credited by SBI Frankfurt to the NOSTRO account of PNB and that they had sent SWIFT in confirmation thereof on 31.03.2017. That during 31.03.2017 and 03.04.2017, no SWIFT message was sent instructing NOSTRO account to transfer the like amount i.e. USD 2,998,441 to the account of the supplier i.e. M/s.4 Cs Diamonds, for which the buyers credit was purportedly availed. That on 31.03.2017 PNB Brady House had issued 10 LoUs. In all the 10 LoUs the overseas lender is SBI Frankfurt and the maker and verifier of all the MT 799 is Shri Manoj Hanumant Kharat (A-2) and authorizer is Shri Gokulnath Shetty (A-1). The total amount of the said 10 transactions is USD 28,492,170 which is credited in the NOSTRO

27

account of PNB. Further there are 14 debit entries in the NOSTRO account of PNB on 03.04.2017 corresponding to the credits of 10 LoUs of 31.03.2017 aggregating to USD 28,500,202.77, which have been transferred to SBI, Frankfurt vide MT202 (01 no.), 11 payments to UCO Bank Hong Kong vide MT103, 01 payment to Gitanjali Ventures DMCC, Dubai vide MT103 and 01 payment to Abu Dhabi Commercial Bank, Abu Dhabi vide MT202, which shows that debit was in excess by USD 8032.77 as against the credits.   Investigation revealed that Rs.5,40,753 was debited to Current Account no.373100210571566 of M/s. Gitanjali Gems Ltd. (A-3) and transferred to the Treasury Division and converted to USD 8331.77. This matches with the said shortfall between the credits of 31.03.2017 and the corresponding debits on 03.04.2017. The funds so obtained were dishonestly diverted by the accused companies in furtherance of conspiracy wherein the amount obtained through the unauthorized and fraudulent LoUs was not credited to the supplier company and was misappropriated by transferring through subsequent fraudulent and unauthorized SWIFT messages to different overseas banks.

13      That the quote for the aforesaid transaction i.e. availing of Buyers Credit, was obtained from SBI Frankfurt by Shri Debajyoti Dutta, Proprietor of M/s.Rishika Financials, who acted as Arranger, at the behest of Gokulnath Shetty (A-1) and that he had charged Rs.97,404/- as Arranger fees vide bill dt.04.04.2017 raised on PNB, account M/s.Gitanjali Gems Ltd. (A-3). This amount alongwith amounts of other bills raised by M/s.Rishika Financials totaling to Rs.9,58,056/- was paid by RTGS by debiting the current account No. 3731002104760408 of M/s.Gitanjali Exports Corporation Ltd., maintained with PNB Brady House, which shows the knowledge of Mehul Choksi (A-6), who is authorized signatory in the account, about the transaction which was dishonestly and fraudulently carried out at PNB, Brady House.



28

**14**     Investigation was carried out in respect of 06 LOU transactions. The details are tabulated below:

### TABLE-I

| ransacti ons details | LoU transaction no. 1 | LoU transaction no. 2 | LoU transactio n no. 3 | LoU transactio n no. 4 | LoU transaction no. 5 | LoU transactio n no. 6 |
|---|---|---|---|---|---|---|
| Applicat ion date / Importer | 31.03.2017 M/s. Gitanjali Gems Ltd. | 27.03.2017 M/s. Nakshatra Brands Ltd. | 05.04.2017 M/s. Gitanjali Gems Ltd. | 28.04.2017 M/s. Gili India Ltd. | 28.04.2017 M/s. Nakshatra Brands Ltd. | 28.02.201 7 M/s. Gili India Ltd. |
| Amount in USD | 2998441 | 2998459 | 1999869 | 4873457 | 4949125 | 2001857 |
| Supplier / benefici ary | M/s. 4C's Diamonds Distributors, Hong Kong | M/s. 4C's Diamonds Distributors, Hong Kong | M/s. 4C's Diamonds Distributors, Hong Kong | Shanyao Gong SI Limited, Hong Kong | Shanyao Gong Si Limited, Hong Kong | Shanyao Gong SI Limited, Hong Kong |
| Oversea s lender | SBI, Frankfurt | SBI, Frankfurt | SBI, Frankfurt | SBI auritius | SBI Mauritius | SBI Mauritius |
| Supplier 's account details | 3582021643 001 UCO Bank, Hong Kong | 3582021643 001 UCO Bank, Hong Kong | 358202164 3001 UCO Bank, Hong Kong | 012902120 0053, UCO Bank Hong Kong | 0129021200 0052, UCO Bank Hong Kong | 01290212 000052, UCO Bank Hong Kong |
| Invoice no. & value | 2403/13,14 & 15/1617/P dated 24.03.2017 for USD 999358, USD 999489 & USD 999594 respectively | 2403/22,23 & 24/1617/P dated 24.03.2017 for USD 999601, USD 999625 & USD 999233 respectively. | 0804-10/1718/P Dt 08.04.2017 for USD 999918 & 0804-10/1718/P Dt 08.04.2017 for USD 999951 | SGSL/2017 /321, 322, 323, 324 & 325 dated 29.04.2017 for USD 948718, 986775, 984425, 1001002 & 988537 respectively | SGSL/2017/ 326, 327, 328, 329 & 330 dated 29.04.2017 for USD 979083, USD 1009127, USD 961386, USD 999351 & USD 1000178 respectively | S-EXP/2017/ 031 & 030 Dated 23.02.201 7 for USD 1000891 & USD 1000966 respectivel y |
| Descript ion of goods | Fresh Water Pearls | Fresh Water Pearls | Fresh Water Pearls | Fresh Water Pearls | Fresh Water Pearls | Fresh Water Pearls |
| Tenor | 353 days | 353 days | 354 days | 356 days | 356 days | 345 days |
| Due date and amount | 19.03.2018 USD 3071768.04 | 19.03.2018 USD 3071786.48 | 29.03.2018, USD 2048635.39 | 23.04.2018 USD 4997605.97 | 23.04.2018 USD 5075200.03 | 16.02.201 8, USD 2050874.1 2 |
| Bill of Entry number s | 0000696, 0000698, & 0000698 dated 27.03.2017 | 0000678, 0000679 & 0000680 dated 27.03.2017 | 0000840 & 0000841 dt 10.04.2017 | No copy submitted, nor entered in the application / | No copy submitted, nor entered in the application / | 0000336 & 0000337 dated 27.02.201 |

29

| Transacti ons details | LoU transaction no. 1 | LoU transaction no. 2 | LoU transactio n no. 3 | LoU transactio n no. 4 | LoU transaction no. 5 | LoU transactio n no. 6 |
|---|---|---|---|---|---|---|
| | | | | accompanyi ng documents | accompanyin g documents | 7 |
| MT799 / LoU sent on | 31.03.2017 | 31.03.2017 | 12.04.2017 | 29.04.2017 | 29.04.2017 | 07.03.201 7 |
| Date of confirm ation from lending bank | 31.03.2017 | 31.03.2017 | 12.04.2017 | 02.05.2017 | 02.05.2017 | 07.03.201 7 |
| Actual fund utilizatio n / diversio n | MT-103 & MT-202 sent. 11 FLCs of UCO Bank, Hong Kong and 1 FLC of SBI, Frankfurt squared off. Funds also diverted Gitanjali Ventures DMCC, Dubai and Abu Dabi Commercial Bank, Abu Dabi | MT-103 & MT-202 sent 11 FLCs of UCO Bank, Hong Kong and 1 FLC of SBI, Frankfurt squared off. Funds also diverted Gitanjali Ventures DMCC, Dubai and Abu Dabi Commercial Bank, Abu Dabi | MT-103 & MT-202 sent. 2 FLCs of UCO Bank, Hong Kong, 3 FLCs of Intesa Hong Kong and 1 BC of Canara Bank, Manama, Bahrain squared off. | MT-103 sent. 27 FLCs of UCO Bank, Hong Kong squared off. | MT-103 sent. 27 FLCs of UCO Bank, Hong Kong squared off. | MT-202 sent. 3 previous liabilities of BoI, Antwerp and 4 previous E ts of C nar. B nk, Mana. a, Bahrair squared off. |

**15**     That, in pursuance of the conspiracy to defraud PNB, Shri Vipul Chitalia (A-10) and Shri Aniyath Shivraman Nair (A-7) had fraudulently and dishonestly signed the application and other accompanying documents prepared by Shri Nitin Prem Shahi (A-8) for the aforesaid 06 LoUs transactions mentioned at Table-I above. The SWIFT messages for the aforesaid transactions were also dishonestly and fraudulently made and checked by Shri Manoj Hanumant Kharat (A-2), SWO and authorized by Shri Gokulnath Shetty (A-1), then Dy. Manager without entering it in the CBS system and without debiting the commission on LoUs from the current account of the companies, causing wrongful loss to PNB. That in furtherance of the criminal conspiracy, Shri Bechu Bansi



Tiwari (A-11), Chief Manager, Shri Yashwant Trimbak Joshi (A-12), Manager and incharge of Forex Department and Shri Prafful Prakash Sawant (A-13), Officer dishonestly and deliberately did not generate the daily SWIFT logs and reconcile the SWIFT transactions with data entered in CBS System which caused wrongful loss to PNB and corresponding wrongful gain to M/s.Gitanjali Gems Ltd. (A-3). Shri Mohinder Kumar Sharma (A-14), Chief Manager who was the Chief Internal Concurrent Auditor posted in the MCB, PNB, Brady House during the period from 26-11-2015 to 15-07-2017 intentionally did not scrutinize the SWIFT messages with the aforesaid fraudulent LoU transactions, and committed act of criminal misconduct in as much as he dishonestly and willfully did not reconcile and match the daily SWIFT Log with the transaction in the CBS System, which resulted in the continuance of the instant fraud that caused wrongful loss to the PNB.

**16** That, the utilization of Buyers Credit amount in respect of LoU transaction at Sr. No.3 of Table-I above, revealed that on 12.04.2017 there are 06 credits aggregating to USD 13,995,969 into the NOSTRO account of the PNB against the corresponding LOUs issued to SBI Frankfurt. The relevant SWIFT messages to this effect were dishonestly and fraudulently made and verified by Shri Manoj Hanumant Kharat (A-2) and authorized by Shri Gokulnath Shetty (A-1). The debits effected in the PNB NOSTRO on 13.04.2017 does not show that any like amount of USD 1999869 was transferred to the account of the supplier i.e. M/s.4 Cs Diamonds Distributors, Hong Kong for which the said Buyers Credit was purportedly availed from SBI Frankfurt. That the debits issued on 13.04.2017 i.e. 05 debits aggregating to USD 13,988,057.38 are issued to UCO Bank, Hong Kong (02 nos), Canara Bank, Bahrain (01 no.), Intesa Sanpaolo Spa, Hong Kong (03 nos) and thereby the funds so obtained were dishonestly diverted by the accused companies in furtherance of conspiracy wherein the amount obtained through the unauthorized and fraudulent LoUs was not credited to the supplier company and was

misappropriated by transferring through subsequent fraudulent and unauthorized SWIFT messages to different overseas banks

17          That the utilization of the Buyers Credit amount of the LoU transaction at Sr. No.4 & 5, revealed that on 29.04.2017, the funds were credited into the NOSTRO of PNB on 02.05.2017 and the corresponding debits were issued on 03.05.2017. That, on 02.05.2017 there was an aggregate credit of USD 58,988,691 in the NOSTRO of PNB by way of LoU issued in favour of SBI Mauritius. The corresponding SWIFT messages MT799 were dishonestly and fraudulently made and verified by Shri Manoj Hanumant Kharat (A-2) and authorized by Shri Gokulnath Shetty (A-1). This includes credits of USD 4873457 and USD 4949125 against LoU issued on 29.04.2017. The debits effected in the PNB NOSTRO between 29.04.17 & 03.05.17 does not show that any like amounts viz. USD 4873457 and USD 4949125 were transferred to the account of the supplier i.e. M/s.Shanayo Gong Si Ltd. Hong Kong for which the said buyers credit were purportedly availed from SBI, Mauritius. That the debits issued on 03.05.2017 i.e. 27 debits aggregating to USD 59000462.48 are issued to UCO Bank, Hong Kong Branch and thereby the funds so obtained were dishonestly diverted by the accused companies in conspiracy wherein the amount obtained through the unauthorized and fraudulent LoUs was not credited to the supplier company and was misappropriated by transferring through subsequent fraudulent and unauthorized SWIFT messages to different overseas banks.

18          The utilization of Buyers Credit amount of LoU transaction at Sr. No.6 of Table-I above, revealed that on 07.03.2017 there were 06 credits aggregating to USD 12,013,410 in the NOSTRO of PNB by way of LoU issued in favor of SBI Mauritius. The LoU was dated 07.03.2017 and all the credits have hit the NOSTRO on 08.03.2017. The corresponding SWIFT messages MT799 are dishonestly and fraudulently made and verified by Shri Manoj Hanumant Kharat (A-2) and authorized by Shri

Gokulnath Shetty (A-1). This includes credit of USD 2001857 in respect of LoU issued on 07.03.2017. The debits effected in the PNB NOSTRO on 09.03.2017 does not show that any like amount of USD 2001857 was transferred to the account of the supplier i.e. M/s.Shanayo Gong Si Ltd. Hong Kong for which the said Buyers Credit was purportedly availed from SBI Mauritius. That the debits issued on 09.03.2017 i.e. 7 debits aggregating to USD 12,012,041.80 are issued to Bank of India, Antwerp (3 nos) and Canara Bank, Bahrain (4 nos) and thereby the funds so obtained were dishonestly diverted by the accused companies in furtherance of conspiracy wherein the amount obtained through the unauthorized and fraudulent LoUs was not credited to the supplier company and was misappropriated by transferring through subsequent fraudulent and unauthorized SWIFT messages to different overseas banks.

19        That the Managing Director, Shri Mehul Choksi (A-6) and his accomplice viz. Shri Kapil Khandelwal (A-9), Joint President (Finance) who was incharge of the banking operations that included PNB Brady House, Mumbai, Shri Vipul Chitalia (A-10), Vice President (Banking Operation), Shri Nitin Prem Shahi (A-8), Asst. Finance Manager of the accused companies viz. M/s. Gitanjali Gems Ltd. (A-3), M/s. Gili India Ltd. (A-4) and M/s. Nakshatra Brands Ltd. (A-5), had dishonestly and fraudulently shown the liability in the books of accounts of the companies, towards the supplier in all the above 06 transactions and not to PNB who had issued the LoUs. That in furtherance of conspiracy, the accused private persons of the accused companies M/s. Gitanjali Gems Ltd. (A-3), M/s. Gili India Ltd. (A-4) and M/s. Nakshatra Brands Ltd. (A-5), dishonestly and fraudulently did not show the above transactions as liability towards PNB and instead showed the said transaction as a liability towards M/s. 4C's Diamonds Distributors, Hong Kong and M/s.Shanayo Gong Si Ltd. Hong Kong in their books which shows the dishonest intent on the part of above accused.

33

That, PNB was put to a wrongful loss to the tune of **USD 20315870.03** (equivalent to INR 130,02,15,682 at the rate of 64.00 per USD), in respect of 06 LOUs investigated so far. That, the accused private persons through the 3 accused companies, in pursuance of the conspiracy, defrauded the bank by unauthorisedly availing Buyers Credit against 142 LoUs fraudulently issued by the accused bank officers. The 06 LoUs have been investigated so far and the remaining LoUs will be investigated during further investigation.

21        That, M/s.Gitanjali Gems Ltd. (A-3), M/s.Gili India Ltd. (A-4) and M/s.Nakshatra Brands Ltd. (A-5) got issued FLCs and enhanced the value of FLCs against 193 Bills, 63 Bills and 55 Bills respectively (total 311 bills under 58 FLCs), through Shri Gokulnath Shetty (A-1), Dy. Manager, PNB and Shri Manoj Hanumant Kharat (A-2), SWO from PNB, MCB, Brady House, Mumbai during 2017 and willfully did not make the payment on the due date causing wrongful loss of Rs.3106.56 crores to PNB and corresponding wrongful gain to themselves.

22        That on 25.01.2017 M/s. Gitanjali Gems Ltd. (A-3) through its authorized signatories Shri Vipul Chitalia (A-10) and Shri Aniyath Shivraman Nair (A-7) submitted an application for opening of an FLC for USD 1,000,000 with the beneficiary as M/s.Crown Aim Limited, Room No. 505-B, 5/F, Block A, Hunghom Commercial Centre, 39 Ma Tau Wai Road, Hunghom, Kowloon, Hong Kong and the advising bank being UCO Bank, Hong Kong for purported import of fresh water pearls, and date of shipment as 23.03.2017. That on receipt of the said application, an FLC vide reference no. 3/31FLC20012/17 dated 25.01.2017 was opened by transmitting a SWIFT message MT700 favoring UCO Bank Hong Kong, with beneficiary name as M/s.Crown Aim Limited for USD 1,000,000 for a usance period of 180 days from the date of arrival of Airway bill.



34

23          That, in furtherance of the criminal conspiracy to defraud PNB, after opening the said FLC, Shri Manoj Hanumant Kharat (A-2) and Shri Gokulnath Shetty (A-1) had dishonestly and fraudulently made unauthorized amendments to the said FLC, in conspiracy with Shri Vipul Chitalia (A-10) and Shri Aniyath Shivraman Nair (A-7) and dishonestly enhanced the FLC value from USD 1,000,000 to USD 2,995,600 on 27.01.2017, further enhanced the FLC value from USD 2,995,600 to USD 5,201,000 on 30.01.2017; again enhanced the FLC value from USD 5,201,000 to USD 7,395,600 on 06.02.2017 and finally enhanced the FLC value from USD 7,395,600 to USD 9,874,200 on 17.02.2017, without entering the fraudulent enhancements in the CBS system with dishonest intent to cause wrongful loss to PNB and corresponding wrongful gain to the accused persons and company. That, in furtherance of the criminal conspiracy Shri Bechu Bansi Tiwari (A-11), Chief Manager, Shri Yashwant Trimbak Joshi (A-12), Manager and incharge of Forex Department and Shri Prafful Prakash Sawant (A-13) dishonestly and deliberately did not generate the daily SWIFT log and reconcile the SWIFT transactions with data entered in CBS System which caused wrongful loss to PNB and corresponding undue wrongful gain to M/s.Gitanjali Gems Ltd. (A-3). Shri Mohinder Kumar Sharma (A-14), Chief Manager who was the Chief Internal Concurrent Auditor posted in the MCB, PNB, Brady House during the period from 26-11-2015 to 15-07-2017 intentionally did not scrutinized and match the SWIFT messages with the aforesaid fraudulent and unauthorised enhancement of FLC transaction, and committed act of criminal misconduct in as much as he dishonestly and willfully did not reconcile and match the daily SWIFT Log with the transaction in the CBS System, which resulted in the continuance of the instant fraud that caused wrongful loss to the PNB. That RBI has circulated to PNB, the details of fraud of this ingenious nature that had occurred at IOB Chandigarh Branch wherein money was transferred from PNB, Dubai and was not reported earlier, so that PNB could introduce necessary safeguards and preventive measures by way of appropriate procedures and internal

checks. Further RBI has also shared details of the parties who had perpetrated the frauds and the related banks, which included overseas branch of PNB itself, so that Head Office, PNB could exercise caution with respective branches dealing with SWIFT. Smt. Usha Ananthasubramanian (A-15), the then MD of PNB, Shri K.V. Brahmaji Rao (A-16), ED, PNB, Shri Sanjiv Sharan (A-17), ED, PNB and Shri Nehal Ahad (A-18), the then GM, IBD, PNB in their capacity as public servants who were holding higher responsibilities for preventing frauds have not safeguarded the interest of PNB inspite of circular and caution notice and thereby facilitated the fraud committed by the other accused private persons and public servants.

**24** Investigation as been carried out in respect of 06 FLC transactions. The details ar depicted in Table –II below:

## Table-II

| Transaction s details | FLC transactio n no. 1 (3731FLC 20012/17) | FLC transactio n no. 2 (3731FLC 20023/17) | FLC transactio n no. 3 (3731FLC 20044/17) | FLC transactio n no. 4 (3731FLC 20051/17) | FLC transactio n no. 5 (3731FLC 20063/17) | FLC transactio n no. 6 (3731FLC 20093/17) |
|---|---|---|---|---|---|---|
| Initial Application date | 25.01.17 | File not available in the bank. | 10.03.17 | 21.03.17 | 12.04.17 | 02.05.17 |
| Name of applicant / importer | M/s. Gitanjali Gems Ltd. | M/s. Gili India Ltd. | M/s. Nakshatra Brands Ltd. | M/s. Nakshatra Brands Ltd. | M/s. Gitanjali Gems Ltd. | M/s. Gili India Ltd. |
| Beneficiary party | Crown Aim Limited, HK | Crown Aim Limited, HK | Crown Aim Limited, HK | Crown Aim Limited, HK | Crown Aim Limited, HK | Crown Aim Limited, HK |
| Description of goods | Fresh water pearls | Fresh water pearls | Fresh water pearls | Fresh water pearls | Fresh water pearls | Fresh water pearls |
| MT700 / LC issued on / value (in USD) | 25.01.17 1000000 | 08.02.17 875000 | 10.03.17 985000 | 21.03.17 1000000 | 12.04.17 997000 | 04.05.17 900000 |
| Usance period | 180 days from AWB | 360 days from AWB | 360 days from AWB | 360 days from AWB | 360 days from AWB | 360 days from AWB |

| Transaction s details | FLC transactio n no. 1 (3731FLC 20012/17) | FLC transactio n no. 2 (3731FLC 20023/17) | FLC transactio n no. 3 (3731FLC 20044/17) | FLC transactio n no. 4 (3731FLC 20051/17) | FLC transactio n no. 5 (3731FLC 20063/17) | FLC transactio n no. 6 (3731FLC 20093/17) |
|---|---|---|---|---|---|---|
| MT754 / acceptance date & amount (in USD) | (entered in CBS) | – (entered in CBS) | 20.03.201 7 984925 (entered in CBS) | 06.04.201 7 999848 (entered in CBS) | 24.04.201 7 996894 (entered in CBS) | 12.05.201 7 899928 (entered in CBS) |
| Amendmen t request dates | 1st 27.01.17 2nd 27.01.17 3rd 30.01.17 4th 06.02.17 5th | 1st 10.02.17 2nd 13.02.17 3rd 14.02.17 4th 20.02.17 | 1st 14.03.17 2nd 3rd 17.03.17 4th | 1st 22.03.17 2nd 23.03.17 3rd 24.03.17 4th 27.03.17 | 1st 13.04.17 2nd 15.04.17 3rd 17.04.17 4th 18.04.17 | 1st 11.05.17 2nd 12.05.17 3rd 16.05.17 4th 17.05.17 |
| MT707 / Amendmen ts with date | 1st 27.01.17 2nd 27.01.1 7 3rd 31.01.17 4th 09.02.17 5th 17.02.17 | 1st 10.02.17 2nd 13.02.17 3rd 14.02.17 4th 23.02.17 | 1st 15.03.17 2nd 16.03.17 3rd 17.03.17 4th 20.03.17 | 1st 22.03.17 2nd 23.03.17 3rd 24.03.17 4th 27.03.17 | 1st 13.04.17 2nd 15.04.17 3rd 17.04.17 4th 18.04.17 | 1st 11.05.17 2nd 15.05.17 3rd 16.05.17 4th 17.05.17 |
| Enhanced amount in USD | 1st (tenor changed) 2nd 199560 0 3rd 220540 0 4th 2194600 5th 2478600 | 1st 2298150 2nd 2201350 3rd 2001400 4th 2478600 | 1st 2198500 2nd 2216750 3rd 2306350 4th 2292950 | 1st 2245300 2nd 2211350 3rd 2288450 4th 2254800 | 1st 2251650 2nd 2278625 3rd 2299500 4th 2173150 | 1st 2381150 2nd 2315675 3rd 2245150 4th 2157800 |
| Value post amendment | 1st (tenor changed) 2nd 299560 0 3rd 520100 0 4th 7395600 5th 9874200 | 1st 3173150 2nd 5374500 3rd 7375900 4th 9854500 | 1st 3183500 2nd 5400250 3rd 7706600 4th 9999550 | 1st 3245300 2nd 5456650 3rd 7745100 4th 9999900 | 1st 3248650 2nd 5527275 3rd 7826775 4th 9999925 | 1st 3281150 2nd 5596825 3rd 7841975 4th 9999975 |
| Total no. of unauthorize d bills and amount (in USD) lodged under LC | 8 bills 8874418.9 5 (not entered in CBS) | 08 bills 8979570.7 5 (not entered in CBS) | 08 bills 9014548 (not entered in CBS) | 08 bills 8993988 (not entered in CBS) | 08 bills 9003005 (not entered in CBS) | 04 bills 9099807 (not entered in CBS) |

37

25        That, all the applications for amendments as mentioned above, are dishonestly and fraudulently signed by Shri Vipul Chitalia (A-10) and Shri Aniyath Shivraman Nair (A-7), as authorized signatories for M/s. Gitanjali Gems Ltd. (A-3), M/s. Gili India Ltd. (A-4) & M/s. Nakshatra Brands Ltd. (A-5). The SWIFT messages for the aforesaid transactions were also dishonestly and fraudulently made and checked by Shri Manoj Hanumant Kharat (A-2), SWO and authorized by Shri Gokulnath Shetty (A-1), then Dy. Manager without entering it in the CBS system, causing wrongful loss to PNB. In furtherance of the criminal conspiracy, Shri Gokulnath Shetty, Dy. Manager, PNB dishonestly and fraudulently returned the original applications with the documents, submitted by M/s.Gitanjali Gems Ltd. (A-3) and other accused companies back to them in conspiracy with Shri Mehul Choksi (A-6) and Shri Vipul Chitalia (A-10). In furtherance of the criminal conspiracy Shri Bechu Bansi Tiwari (A-11), Chief Manager  Shri Yashwant Trimbak Joshi (A-12), Manager and incharge of Forex Department and Shri Prafful Prakash Sawant (A-13) dishonestly and deliberately did not generate the daily SWIFT log and reconcile the SWIFT transactions with data entered in CBS System which caused wrongful loss to PNB and corresponding undue wrongful gain to M/s.Gitanjali Gems Ltd. (A-3). Shri Mohinder Kumar Sharma (A-14), Chief Manager who was the Chief Internal Concurrent Auditor posted in the MCB, PNB, Brady House during the period from 26-11-2015 to 15-07-2017 intentionally did not scrutinize the SWIFT messages with the aforesaid fraudulent enhancement of FLC transactions, and committed act of criminal misconduct in as much as he dishonestly and willfully did not reconcile and match the daily SWIFT Log with the transaction in the CBS System, which resulted in the continuance of the instant fraud that caused wrongful loss to the PNB.

26        That, PNB was put to a wrongful loss to the tune of USD 59727700.4 (equivalent to INR 382,25,72,825.60 at the rate of 64.00 per



USD), in respect of 06 FLCs investigated so far. That, the accused private persons through the 3 accused companies, in pursuance of the conspiracy, defrauded the bank by unauthorisedly enhancing the value of 58 FLCs and availing the same, fraudulently issued by the accused bank officers. 06 FLCs have been investigated so far and the remaining FLCs will be investigated during further investigation.

27      That, Shri Kapil Khandelwal (A-9) being Joint President (Finance) for M/s.Gitanjali Gems Ltd., was one of the signatories in the accounts of Gitanjali Gems Ltd. maintained with PNB, Brady House Branch. He used to visit the branch and meet the accused public servants on behalf of the three accused companies and Shri Mehul Choksi (A-6) for sanction/disbursement of the credit facilities time to time despite having full knowledge that limit under LOU and FLCs was already exhausted. The 142 LOUs including the 06 investigated, and 311 FLC bills including the 06 investigated, issued on behalf of the three accused company were not recorded in the records of the said companies. As such, he was privy to the conspiracy and intentionally camouflaged the identity of the LOU transactions by not showing the same in the books of account of the three accused companies despite having knowledge about issue of such fraudulent LOUs.

28      That PNB was put to a wrongful loss to the tune of USD 80043570.43 (equivalent to Rs. 512,27,88,507.60 @ Rs.64 per USD) and corresponding wrongful gain to accused persons on the account of fraudulently and dishonestly issued 06 LOU's and fraudulently and dishonestly enhanced 06 FLCs investigated. That, M/s.Gitanjali Gems Ltd. (A-3), M/s.Gili India Ltd. (A-4) and M/s.Nakshatra Brands Ltd. (A-5), in total, got unauthorisedly issued 142 LoUs and got issued 58 FLCs and enhanced the amount of FLCs against 311 bills through Shri Gokulnath Shetty (A-1), Dy. Manager, PNB and Shri Manoj Hanumant Kharat (A-2), SWO from PNB, MCB, Brady House, Mumbai during 2017 and willfully did

not make the payment on the due date causing wrongful loss of Rs.6138.68 crores to PNB and corresponding undue wrongful gain to themselves, which is a subject matter of further investigation.

29        That, Smt. Usha Ananthasubramanian (A-15) functioned as MD & CEO of PNB during the period 14.08.2015 to 05.05.2017. Shri K.V. Brahmaji Rao (A-16) has been functioning as ED of PNB from 22.01.2014 till date. Shri Sanjiv Sharan (A-17) has been functioning as ED of PNB from 15.09.2016 till date. Shri Nehal Ahad (A-18) has been functioning as GM and in-charge of International Banking Division (IBD), PNB HO since 15.04.2016 till date and he was directly responsible for implementation of RBI Circulars, Caution Notice etc., relating to SWIFT reconciliation with CBS.

30        That the Department of Banking Supervision, Central Office, RBI had issued the Secret/Confidential Circulars viz. DBS.CO/CSITE/BC.4/33/01.001/2016-17 dated 03.08.2016 and DBS.CO/CSITE/BC.4226/31.01.015/2016-17 dated November 25, 2016, on Cyber Security Controls-Fraud related to Trade Finance Transactions and misuse of SWIFT which were addressed to the MD/CEO of all Scheduled Commercial Bank. The Circulars had inter alia advised the Banks:

- to minimize the practice of direct creation of Payment Messages in the SWIFT without routing the same through CBS System.

- to verify all SWIFT Messages pertaining to the documentary credit/trade finance to ensure that all such transactions are captured in the books of accounts and supported by genuine underlying transactions-as per RBI, this exercise was to have been completed by 28-02-2017 and reported by 15-02-2017 to C-SITE/DBS, RBI.



    •   to institute proper control framework that SWIFT Messages
pertaining to the documentary credit/trade finance are
transmitted only after accounting for in the books of the Bank.

31        That Smt. Usha Ananthasubramanian (A-15) was the MD &
CEO of the PNB during the period in which the said Circular was issued.
Similarly, Shri K.V. Brahmaji Rao (A-16) was the ED who was looking
after the Corporate functioning of the Treasury Division (that controls the
Nostro Accounts), the Integrated Risk Management Division and FRMD,
Inspection & Audit & Management Audit and Review, besides the
jurisdiction for the business of the Mumbai Circle etc. Further, Shri Sanjiv
Sharan (A-17) was also the ED of PNB who was inter alia In-Charge of
the Corporate functioning of the International Banking Division (IBD).
Further, Shri Nehal Ahad (A-18) was the GM IBD during the relevant
period.

32        The said Circulars were received and dealt by the said
officials/top management of the PNB as early as August and November
2016 and they did not take proper steps to avert the fraud which was
going on in PNB, MCB, Brady House, Mumbai House Branch inspite of
repeated circulars and caution notice of RBI.

33        That the Department of Banking Supervision, Central Office,
Central Fraud Monitoring Cell, RBI had issued a similar Circular on 10-08-
2016 to MD/CEOs of all Scheduled Commercial Banks in the form of
Caution Advice vide No. 4094 drawing the attention of all the MD/CEOs
regarding a fraud involving issuance of 20 LoCs amounting to USD 64.08
Million (equivalent to Rs. 429.33 Crores) that occurred in a Public Sector
Bank, wherein there was no underlying trade transactions and without any
formal application from the Customer. The RBI had mentioned that the
said LoCs were fraudulently conveyed through SWIFT Message where
involvement of Staff Members were suspected and that the User
ID/Password of the Maker/Checker for the SWIFT System was
compromised. The RBI had instructed all MDs/CEOs that while

acknowledging the Caution Advice, they should report occurrence of any such similar incidents of their bank and that if no such incident was observed, a NIL Statement should be furnished. It revealed that PNB had not responded to the said caution advice till about February 2018.

34        That the aforesaid Circulars and Caution notice issued by RBI were brought to the notice of MD & CEO Smt. Usha Ananthsubramanian (A-15), Shri K.V. Brahmaji Rao(A-16), ED, Shri Sanjiv Sharan(A-17), ED Shri Nehal Ahad (A-18), GM (IBD) and the same were marked downward without taking any meaningful corrective measures, follow up and necessary reconciliation of SWIFT-CBS system by these accused persons.   RBI had also issued urgent questionnaire dated 27.10.2016 seeking specific response from PNB related to SWIFT and operational procedures / measures in place for issuing Letters of Undertaking / Letters of Comfort / Letters of Credit and as to how PNB undertakes reconciliation of SWIFT and CBS. This was dealt with by Smt. Usha Ananthsubramanian, MD & CEO, PNB (A-15), Shri K.V. Brahmaji Rao (A-16), ED, Shri Sanjiv Sharan (A-17), ED Shri Nehal Ahad (A-18), GM (IBD) and instead of replying to the queries in its true letter and spirit, Shri Nehal Ahad (A-18), GM IBD, PNB HO prepared a misleading reply dt.31.10.2016 and sent the same to RBI after getting it approved by Shri Sanjiv Sharan (A-17), ED wherein he had mis-represented to RBI in the following manner:-

- All outward SWIFT messages are being sent only after making entry in CBS.
- Without entering in CBS, no financial SWIFT message can be sent.
- Reconciliation to verify all outward messages transmitted by the bank are captured in CBS and it is being done by AD branches.
- The outstanding exposure on account of LC/LoU is being tracked by AD branches.
- Buyer's credit proceeds are credited as per instruction of LoU issuing bank.

42

**35**        That there was no basis to support the above misleading reply and undertaking by Shri Nehal Ahad (A-18) as no specific instructions were issued to Authorised Dealer branches until December, 2016 except conveying RBI instructions downwards. Similarly, no action taken reports were obtained from field units nor any visit was conducted to PNB Brady House Branch in this regard till December 2017.

**36**        That during the period 14.08.2015 to 05.05.2017, while Smt. Usha Ananthasubramanian (A-15), functioned as MD & CEO of PNB, relevant Circulars/Caution Notice/urgent questionnaire issued by RBI were brought to her notice and she dealt with the same. Inspite of her knowledge about the modus operandi in SWIFT frauds which involved PNB Dubai and IOB, Chandigarh as indicated by her noting on the IT department note dated 23.08.2016, she did not take any meaningful corrective measures in her capacity as the executive head of the bank and had unauthorizedly delegated the RBI guidelines work to her subordinates without any follow up action or action taken report, thereby facilitating the accused in continuance of fraud.

**37**        That without any follow up action, the accused persons ED, Shri Sanjiv Sharan (A-17) and ED Shri Nehal Ahad (A-18), GM (IBD) sent a false response to questionnaire sent by RBI. The accused persons MD & CEO Smt. Usha Ananthsubramanian (A-15), Shri K.V. Brahmaji Rao (A-16), ED, Shri Sanjiv Sharan (A-17), ED Shri Nehal Ahad (A-18), GM (IBD) did not protect the interest of the bank despite circulars and caution notice issued by RBI.

**38**        Shri Sanjiv Sharan (A-17), also dealt with all the relevant circulars, caution notice and urgent questionnaire issued by RBI but did not protect the interest of the bank by not taking timely corrective steps and follow up action. That, Shri Sanjiv Sharan (A-17) had approved the

43

misleading reply to the urgent questionnaire dated 27.10.2016 of RBI prepared and sent by Shri Nehal Ahad (A-18).

39          That, Shri K.V. Brahmaji Rao (A-16), also dealt with the said circulars, caution notice and urgent questionnaire issued by RBI relating to SWIFT fraud, SWIFT CBS reconciliation etc., but did not protect the interest of the bank by not taking timely corrective steps and follow up action.  As ED, he was responsible for supervising Mumbai Zone and Mumbai City Circle under which PNB Brady House Branch, Fort Mumbai falls.    He was also responsible for supervising the Fraud Risk Management, Treasury through NOSTRO reconciliation, Audit and inspection of branches.

**40**          That Shri Nehal Ahad (A-18), was directly responsible for implementation of RBI Circulars, Caution Notice etc., relating to SWIFT reconciliation with CBS.    That Shri Nehal Ahad (A-18) had not only misrepresented to the urgent RBI questionnaire dated 27.10.2016 on SWIFT-CBS reconciliation but also he had not taken any action for implementation of the relevant Circulars/Caution Notice except forwarding the said Circulars/Caution Notice downward.

**41**          In  pursuance  of  the  criminal  conspiracy,  Smt.  Usha Ananthasubramanian (A-15), the then MD of PNB, Shri K.V. Brahmaji Rao (A-16), ED, PNB, Shri Sanjiv Sharan (A-17), ED, PNB and Shri Nehal Ahad (A-18), the then GM, IBD, PNB had committed acts of criminal misconduct by not implementing the RBI Circulars dated 03.08.2016, 10.08.2016 and 25.11.2016 despite having full knowledge that a similar fraud had occurred just prior to the issuance of the said circulars, wherein their Overseas Branch ie,  PNB, DIFC Branch, Dubai had extended Buyer's Credit facility on two occasions for an aggregate amount of USD 6.365 Million [equivalent to Rs.40.73 crores @ Rs. 64.00 per USD (approximately)], against the LoU issued by the Indian Overseas Bank,

44

Chandigarh. The said acts of omissions created an environment and paved the way for the other perpetrators to commit this fraud of such huge magnitude, causing wrongful loss that could otherwise have been averted.

**42** That the IBD of PNB had issued the Circulars viz, Foreign Exchange Circular No.39/16 dt.22.09.16 Foreign Exchange Circular No. 42/2016 dated 15-12-2016 and Foreign Exchange Circular No. 09/2017 dated 17-01-2017 to all its Offices including AD Branches, wherein it was inter alia stipulated that

- All AD Branches/Offices/Divisions having SWIFT operations should generate daily SWIFT Log/& Reconcile all SWIFT Financial/Non-Financial transactions with related data/information entered into the CBS Systems.

**43** That Shri Bechu Bansi Tiwari (A-11), Chief Manager and overall incharge of Foreign Exchange Department of PNB MCB Brady House, Mumbai, wantonly did not ensure the implementation of the instructions issued vide Foreign Exchange circular No. 9/2017 Dtd 17.01.2017 issued by PNB, IBD, HO New Delhi regarding generating daily SWIFT log from SWIFT alliance messenger, reconciliation of all SWIFT transactions with data entered into CBS System on a daily basis by Shri Yashwant Trimbak Joshi (A-12), Manager and Shri Prafful Prakash Sawant (A-13) and Shri Gokulnath Shetty (A-1).

**44** That Shri Yashwant Trimbak Joshi (A-12), Manager and incharge of Forex Department was responsible to monitor the functioning of Shri Gokulnath Shetty (A-1) who was working under him. Shri Yashwant Joshi (A-12) and Shri Prafful Prakash Sawant (A-13) did not deliberately generate the daily SWIFT log and reconcile all SWIFT transactions with data entered in CBS System. They dishonestly omitted to submit daily SWIFT log reports to Shri Bechu Bansi Tiwari (A-11). This facilitated other co-conspirators to work with impunity and perpetrate such enormous fraud on PNB Brady House, Mumbai.



45

**45**         That the said circulars inter alia reiterated that the daily SWIFT Log were to be generated and reconciled with the data/information entered in the CBS System. That, in pursuance of the criminal conspiracy, the officials of the Forex Department of MCB, PNB, Brady House, Viz Shri Bechu Bansi Tiwari (A-11), Chief Manager, Shri Yashwant Trimbak Joshi (A-12), Manager and Shri Prafful Prakash Sawant (A-13), Officer who were responsible for implementing the said Circulars deliberately committed the acts of criminal misconduct in as much as they did not comply with the instructions which caused further wrongful loss to PNB that could have been averted.

**46**         That, in pursuance of the criminal conspiracy, Shri Mohinder Kumar Sharma (A-14), Chief Manager who was the Chief Internal Concurrent Auditor posted in the MCB, PNB, Brady House, and responsible for the day to day audit, during the period from 26-11-2015 to 15-07-2017, willfully and intentionally did not scrutinize / reconcile the SWIFT messages with respect to the fraudulent LoU and FLC transactions, and committed act of criminal misconduct in as much as he had not reconciled and matched the daily SWIFT Log with the transactions in the CBS System, which resulted in the continuance of the instant fraud that caused stupendous wrongful loss to the PNB.

**47**         That RBI has circulated to PNB, the details of fraud of this ingenious nature that had occurred at IOB Chandigarh Branch wherein money was transferred from PNB, Dubai and was not reported earlier, so that PNB could introduce necessary safeguards / preventive measures by way of appropriate procedures and internal checks. Further RBI has also shared details of the parties who had perpetrated the frauds and the related banks, which included overseas branch of PNB itself, so that Head Office, PNB could exercise caution with respective branches dealing with SWIFT / LOUs. Smt. Usha Ananthasubramanian (A-15), the then MD of PNB, Shri K.V. Brahmaji Rao (A-16), ED, PNB, Shri Sanjiv Sharan (A-17),

46

ED, PNB and Shri Nehal Ahad (A-18), the then GM, IBD, PNB in their capacity as public servants who were holding higher responsibilities for preventing frauds has omitted to safeguard the interest of PNB inspite of circular and caution notice and thereby has facilitated the fraud committed by the other accused.

48      That, pursuant to the criminal conspiracy, Shri Gokulnath Shetty (A-1) during the period 2015 to 2018 debited an aggregate amount of Rs.2.28 crores to the account of M/s.Gitanjali Exports Corporation Ltd., maintained with PNB, MCB, Brady House, Mumbai in which Shri Mehul Choksi (A-6) is the MD and Authorised signatory, towards arranger fees, for the quotes obtained by Shri Debajyoti Dutta, Proprietor of M/s.Rishika Financials for the accused companies for issuance of LoUs by PNB, out of which he compelled Shri Debajyoti Dutta to part with an aggregate sum of Rs.1,02,53,664/- as illegal gratification for himself by way cheques favouring himself and his family members, by threatening him (Debajyoti Dutta) of stopping his business.

49      That the above facts and circumstances disclose that the accused persons viz. Shri Gokulnath Shetty (A-1), Shri Manoj Hanumant Kharat (A-2), M/s.Gitanjali Gems Ltd. (A-3) by its Managing Director Shri Mehul Choksi (A-6), M/s.Gili India Ltd. (A-4) represented by its Managing Director Shri Dhanesh Vrajlal Sheth, M/s.Nakshatra Brands Ltd. (A-5) represented by its Director Shri Dhanesh Vrajlal Sheth, Shri Mehul Choksi (A-6), Shri Aniyath Shivraman Nair (A-7), Shri Nitin Prem Shahi (A-8), Shri Kapil Khandelwal (A-9), Shri Vipul Chitalia (A-10), Shri Bechu Bansi Tiwari (A-11), Shri Yashwant Trimbak Joshi (A-12), Shri Prafful Prakash Sawant (A-13), Shri Mohinder Kumar Sharma (A-14), Smt. Usha Ananthasubramanian (A-15), Shri K. V. Bramhaji Rao (A-16), Shri Sanjiv Sharan (A-17) and Shri Nehal Ahad (A-18) have committed offence punishable u/s.120-B IPC r/w. 409, 420 IPC and 13(2) r/w.13(1)(c) & (d) of PC Act and substantive offences.

47

50        Further investigation is continuing with regard to (i) ultimate utilization of the funds (ii) complicity or otherwise of the other FIR named accused persons, viz, Shri Krishnan Sangameswaran, Smt. Nazura Yas Ajaney, Shri Dinesh Gopal Das Bhatia, Shri Dhanesh Vrajlal Sheth, Smt. Jyoti Bharat Vohra, Shri Anil Umesh Haldipur, Shri Chandrakanth Karkare, Smt. Pankhuri Warange and Shri Mihir Bhaskar Joshi and (iii) the remaining allegations in the FIR and in the additional Complaints dated 22.02.2018 and 04.03.2018. The investigation with regard to the role of other persons involved in the fraud is continuing. That additional oral, documentary, digital, scientific and other circumstantial evidence collected during further investigation will be submitted with permission of this Hon'ble Court against the accused persons including arrested accused viz., Shri Gokulnath Shetty (A-1), then Dy. Manager, Shri Aniyath Shivraman Nair (A-7), Shri Nitin Shahi (A-8), Shri Kapil Khandelwal (A-9) and Vipul Chitalia (A-10) who are in judicial custody, as and when required. A Supplementary Report u/s 173(8) Cr.PC shall be filed in respect of the points/allegations under further investigation.

51        The sanction for prosecution u/s.19 of PC Act of the competent authority, in respect of the accused public servants viz. Shri Manoj Hanumant Kharat (A-2), Shri Bechu Bansi Tiwari (A-11), Shri Yashwant Trimbak Joshi (A-12), Shri Prafful Prakash Sawant (A-13), Shri Mohinder Kumar Sharma (A-14) and Shri Nehal Ahad (A-18) are awaited. Similarly sanction for prosecution u/s.19 PC Act & U/s.197 Cr.P.C., of the competent authority, in respect of the accused public servants viz.Smt. Usha Ananthasubramanian (A-15), Shri K. V. Bramhaji Rao (A-16) and Shri Sanjiv Sharan (A-17) are awaited. Shri Gokulnath Shetty (A-1) had retired from the service on 31.05.2017, and therefore sanction for prosecution u/s.19 of PC Act is not required.



48

## PRAYER

In view of the foregoing facts and circumstances, it is prayed that this Hon'ble Court be pleased to put the said accused persons viz. Shri Gokulnath Shetty (A-1), Shri Manoj Hanumant Kharat (A-2), M/s.Gitanjali Gems Ltd. (A-3) represented by its Managing Director Shri Mehul Choksi (A-6), M/s.Gili India Ltd. (A-4) represented by its Managing Director Shri Dhanesh Vrajlal Sheth, M/s.Nakshatra Brands Ltd. (A-5) represented by its Director Shri Dhanesh Vrajlal Sheth, Shri Mehul Choksi (A-6), Shri Aniyath Shivraman Nair (A-7), Shri Nitin Prem Shahi (A-8), Shri Kapil Khandelwal (A-9), Shri Vipul Chitalia (A-10), Shri Bechu Bansi Tiwari (A-11), Shri Yashwant Trimbak Joshi (A-12), Shri Prafful Prakash Sawant (A-13), Shri Mohinder Kumar Sharma (A-14), Smt. Usha Ananthasubramanian (A-15), Shri K. V. Bramhaji Rao (A-16), Shri Sanjiv Sharan (A-17) and Shri Nehal Ahad (A-18) for commission of offence punishable u/s.120B IPC r/w.409, 420 IPC and 13(2) r/w.13(1) (c) & (d) of PC Act and substantive offences, on trial, in accordance with law.

Hence the charge sheet.

Signature of the Investigating Officer

**JAIKUMAR S.**
**SUPDT. OF POLICE**
**CBI, BS&FC, MUMBAI**

Mumbai
Dated:
Submitted through:


Special Public Prosecutor,
CBI:BS&FC:Mumbai