# **EXHIBIT B**

## THE COMPLAINT IN CASE NO ___O9___ OF 2018

### ECIR/MBZO – I/04/2018

| SR. NO. | Description of Documents | Pages | |
|---|---|---|---|
| 01 | PMLA Complaint | 1 | 121 |
| 02 | Annexure – A<br>Copy of FIR bearing No. RC02(E)/2018/CBI/BS&FC/Mum dated 15.02.2018 registered by CBI, BS & FC, Mumbai | 122 | 128 |
| 03 | Annexure – B<br>Copy of ECIR No. MBZO-I/04/2018 | 129 | 131 |
| 04 | Annexure – C<br>Copy of Charge sheet dated 16.05.2018 filed by CBI, BS& FC, Mumbai | 132 | 191 |
| 05 | Annexure – D<br>Copy of PNB letters | 192 | 242 |
| 06 | Annexure- E & E1<br>Copy of LOU Details | 243 | 247 |
| 07 | Annexure – F& F1<br>Copy of FLC Details | 248 | 258 |
| 08 | Annexure – G<br>Copy of documents obtained from Allahabad Bank evidencing remittance by M/s 4C's Diamond Distributors on behalf of M/s Trans Exim Limited | 259 | 274 |
| 09 | Annexure–H<br>Consortium exposure of all Banks | 275 | 277 |
| 10 | Annexure – I<br>Copy of Summons issued to Mr. Mehul Choksi, His reply to Summons and Non Bailable Warrant dated 05.03.2018 issued against Mr. Mehul Choksi | 278 | 285 |
| 11 | Annexure - J<br>Copy of Passport Revocation order dated 23.02.2018 in respect of Passport No. Z-3396732, of Mr. Mehul Choksi | 286 | 288 |
| 12 | Annexure – 'I'<br>List of copies of Relied Upon Documents | 289 | 292, 292-A |
| 13 | Annexure- "II"<br>List of Witnesses | 293 | 294 |
| 14 | Annexure-"III"<br>Calendar of Events | 295 | 295 |



1

**IN THE COURT OF HON'BLE JUDGE,**

**CITY CIVIL COURT AND ADDITIONAL SESSIONS JUDGE,**

**GREATER BOMBAY**

**(DESIGNATED COURT FOR THE PREVENTION OF MONEY LAUNDERING ACT, 2002)**

**P.M.L.A. SPECIAL CASE NO.   09   OF 2018**

**DIRECTORATE OF ENFORCEMENT**
**Through**

The Assistant Director,
Mumbai Zonal Office, Mumbai                            ............ **COMPLAINANT**

**Versus**

1.  Mr. Mehul Chinubbhai Choksi,  Age - 59 Years,
    S/o Chinubbhai Choksi,
    MD of M/s Gitanjali Gems Ltd.,
    Gokul Apartments, 99/ 9th and 10th Floor,
    Near white house, Walkeshwar, Mumbai-400006.

2.  M/s Gitanjali Gems Ltd., A-1/ 7th Floor, Laxmi Tower,
    Bandra Kurla Complex,
    Bandra (E), Mumbai-400051.        *(Through Mr. Mehul Chinubbhai Choksi)*

3.  M/s Gili India Ltd.,
    Laxmi Tower, "B" Wing, Office No. 6,
    "G" Block, 1st Floor, Bandra Kurla Complex,
    Bandra (E), Mumbai.        *(Through Mr. Mehul Chinubbhai Choksi)*

4.  M/s Nakshatra Brand Ltd.,
    Laxmi Tower, "B" Wing, Office No. 6,
    "G" Block, 1st Floor, Bandra Kurla Complex,
    Bandra (E), Mumbai.        *(Through Mr. Mehul Chinubbhai Choksi)*

5.  Mr. Gokulnath Shetty, Age- 61 Years,
    S/o Late Raghu Shetty
    DY Manager (Retired), MCB,
    Brady House Branch,
    Punjab National Bank, Mumbai and R/o 8,
    Sujata, Plot No. 12/324, TPS-III,
    Kasturbag, Boriwali (W), Mumbai

6.  Mr. Vipul Chunilal Chitalia, Age- 48 Years,
    S/o Mr. Chunilal Chitalia,
    C-502, Parwana Apartment,
    Opp.Axis bank, sai baba nagar,
    Boriwali West, Mumbai-400096,



2

7. Mr. Dharmesh Bothra, Age - 52 Years,
   S/o Late Bimal Kumar Bothra,
   Flat No. B 41, Sai Apartment
   Seven Bungalows
   Andheri West Mumbai 400053

8. Mr. Rakesh Girdharilal Gajera, Age – 35 Years,
   S/o Mr. Girdharilal Gajera,
   A-15, 1st floor, 15A/15B, Supariwala Estate,
   Tata Road no.2, Roxy Cinema, Opera House,
   Girgaon, Mumbai - 400004

9. Mr. Sunil Varma, Age- 51 Years,
   S/o Mr. Bajranglal Varma,
   29, Manav Mandir,
   34, Worli, Hill Road, Mumbai.

10. Mr. Deepak Krishnarao Kulkarni, Age – 69 Years,
    S/o Mr. Krishnarao Anantrao Kulkarni,
    Flat No. 511, Block B-2, Lok Bharti,
    Marol, Maroshi Rd. Andheri, Mumbai.

11. Mr. Jayesh Kumar Indravadan Shah, Age – 58 Years,
    S/o Mr. Indravadan Mangaldas Shah,
    Flat No. 6-A, 1st Floor,
    Anand Mahal Building,
    26, Babul Nath Road, Mumbai.

12. Mr. Nehal Deepak Modi, Age –39 Years,
    S/o Mr. Deepak Kumar K. Modi,
    4, Grosvenor House, 2nd Floor,
    Peddar Road, Mumbai-26

13. M/s Hyderabad Gems SEZ Ltd
    221, Road No. 17 Jubliiee Hills
    Hyderabad-500034      *(Through Mr. Mehul Chinubbhai Choksi)*

14. M/s Gitanjali Infratech Pvt. Ltd.
    A-1, 7th Floor, Laxmi Tower,
    Bandra Kurla Complex,
    Bandra (E), Mumbai 400051. *(Through Mr. Mehul Chinubbhai Choksi)*

...................ACCUSED

Complaint under Section 45, 2nd proviso of PMLA, 2002 against the above named Accused persons for commission of offence of Money Laundering, defined under Section 3 and punishable under Section 4 of the Prevention of Money Laundering Act, 2002.

**MAY IT PLEASE YOUR HONOUR:-**

1.      The Complainant is the Assistant Director, Directorate of Enforcement, Ministry of Finance, Department of Revenue, Govt. of India, 4th Floor, Kaiser-I-Hind Currimbhoy Road, Ballard Estate, Mumbai – 400 001. By virtue of sub-Para (u) of the

3

second proviso of Section 45 of the Prevention of Money Laundering Act, 2002, the Assistant Director of Enforcement Directorate is authorized by the Central Government vide Order dated 11.11.2014 issued from F. No. 6/14/2008-ES to file this complaint for offence punishable under Section 4 of the Prevention of Money Laundering Act, 2002 (here-in-after referred to as "PMLA, 2002").

## 2.    BRIEF FACTS :-

**2.1**    Facts and circumstances of the case leading to the filing of this complaint is that on the basis of complaint filed by Punjab National Bank, Zonal Office, Mumbai, the CBI, Banking Sector & Fraud Cell, Mumbai ( herein after referred to as CBI-BSFC) registered an FIR No. RCBSM2018E0001 dated 31.01.2018 against Mr Nirav Modi, Mr Mehul Chinubbhai Choksi  and others for issuance of fraudulent LOUs by cheating the Punjab National Bank( hereinafter referred to as PNB) and causing a wrongful loss to the said bank.

**2.2**    To delve deeper into the matter, PNB constituted an enquiry into issuance of LOUs. As a result of the enquiry, it was found by PNB that M/s Gitanjali Gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Ltd. have also availed Letter of Undertakings (LOUs)/Foreign Letters of Credit(FLCs) in a similar fashion.  Therefore, one more FIR was lodged by the Punjab National Bank, Zonal Office, Mumbai, with the CBI, BS & FC, Mumbai vide FIR No. RC 02(E)/2018/CBI/BS&FC dated 15.02.2018. In this FIR, It was alleged that:-

(i) Cases of unauthorized issuance of LOUs to Mr. Mehul Choksi promoted Gitanjali Group of companies was noticed by the internal investigation team of Punjab National Bank.

(ii) The complainant bank has stated that Mr. Gokulnath Shetty, the then  Dy. Manager ,since retired on 31.05.2017 and Mr. Manoj Hanumant Kharat, who was posted at their Mid Corporate Branch, Brady House, Mumbai since, 31.03.2010 and were looking after Import Section have fraudulently issued LOUs without following the Bank's prescribed procedures of obtaining required request applications, documents, approval of the authorities thereto etc. and without making entries in the Core Banking System (CBS) to avoid detection of the transactions, so made, transmitted SWIFT instructions to the overseas branches of Indian Banks under Buyer's Credit.

(iii)  Credits received under the Buyer's Credit in the Bank's Nostro Accounts were however utilized for payment of earlier raised buyer's credit in many cases. Such SWIFT messages for remittance were also issued by the above officials.

4

(iv) The complainant bank has further stated that on investigation, misuse of SWIFT system to extend benefit to Gitanjali Group of companies was observed in transactions related to Foreign Letter of Credit (FLC) also.The conniving officers also issued FLCs by entering a smaller amount in trade finance module of CBS System, generated the reference number and a 'SWIFT' message was sent for the amount.  Subsequently, without making any change in trade finance module of CBS System, the conniving officers sent modified Swift message for enhanced amount under the same reference to the overseas beneficiary bank. The beneficiary overseas suppliers had discounted the documents drawn under such FLCs with the overseas banks.

(v) Company wise details of fraudulently issued LOUs/FLCs during 2017 are as under:

| Sr. No | Name of the Firm/Company | LOUs Details | | FLC Details | |
|---|---|---|---|---|---|
| | | Amt. in USD (Million) | Amt. in INR (Crore) | Amt. in USD (Million) | Amt. in INR (Crore) |
| 1 | M/s Gitanjali Gems Ltd. | 335.06 | 2144.37 | 89.86 | 575.11 |
| 2 | M/s Gili India Ltd. | 88.54 | 566.65 | 97.72 | 625.40 |
| 3 | M/s Nakshatra Brands Ltd. | 50.17 | 321.10 | 93.57 | 598.85 |
| | Total | 473.77 | 3032.12 | 281.15 | 1799.36* |

*(PNB in its letters dated 13.02.2018 has erroneously mentioned the figures as Rs. 1854.60 instead of 1799.36)

(vi) In view of the above, the FIR has been registered under Sections 120-B r/w 420 of IPC, 1860 read with Section 13(2) read with 13(1)(d) of PC Act, 1988 against Mr. Mehul Chinubbhai Choksi (hereinafter referred to as Mr. Mehul Choksi) and 15 other persons /entities.

The copy of the FIR is enclosed herein and marked as **Annexure - A.**

**2.3** That as Sections 120B & 420 of IPC, Section 13(2) r/w section 13(1) (d) of PC Act, 1988 are scheduled offences under Part-A of PMLA, 2002, an ECIR vide ECIR/MBZO-I/04/2018 dated 16.02.2018 was recorded by the Directorate of Enforcement ('ED') for investigation into suspected commission of the offence of Money Laundering as defined under Section 3 punishable under Section 4 of PMLA, 2002 against Mr. Mehul Choksi, Mr. Gokulnath Shetty, Mr. Manoj Kharat and Others. A copy of the ECIR is enclosed herein and marked as **Annexure - B.**

5

## 2.4   Details of the Chargesheet filed by CBI-BSFC

The CBI, after its investigation, in the present case bearing no. RC.02/E/2018-CBI/BSF/Mum has filed charge sheet in this matter on 16.05.2018 against Mr. Mehul Choksi and others for committing a fraud on Punjab National Bank, MCB, Brady House, Mumbai. The charge sheet was filed in the court of Hon'ble Special Judge for CBI Cases, Mumbai. In the charge sheet it is alleged that the private accused persons in conspiracy with the officials of Punjab National Bank have committed cheating, criminal misconduct and abused official position held by Public Servant. As per the CBI chargesheet the total wrongful loss suffered by PNB is to the tune of Rs.7080.86 Crore. [Copy of CBI chargesheet is marked as **Annexure-C**]

## 3. INVESTIGATION UNDER PMLA:-

### 3.1   Brief Background of the case

3.1.1  In the given background,investigation was initiated by this Directorate into the offences of Money Laundering by the suspected persons. Statement of Mr. Avneesh Nepalia, Complainant, working as Deputy General Manager at PNB Zonal office, Mumbai was recorded on 20.02.2018 u/s 50(2) and (3) of the PMLA, 2002. During his statement, Mr. Nepalia reiterated the facts of the FIR. He *inter alia* stated that Mr. Mehul Choksi, who is promoter of Gitanjali Group of Companies, is Managing Director of its flagship company i.e. M/s Gitanjali Gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Ltd.; that all the three firms are having current accounts in PNB, Brady House Branch. On being asked about LOU, Mr. Nepalia stated that:-

> *"LOU is a Letter of Undertaking issued by the applicant importer's bank to an overseas bank or overseas branches of Indian Banks, for obtaining Buyer's Credit for underlying import transaction/s of the importer client. The applicant scouts the overseas banks for best quotes of rate of interest for buyer's credit and accepts the most competitive offer. Thereafter the importer client approaches his banker in India with a request to issue Letter of Undertaking on his behalf to the overseas bank, for obtaining the buyer's credit from the funding bank overseas. The LOU for buyer's credit can only be issued if the client has adequate credit facility (Non-Fund based) and/or given sufficient cash margin (approx. 110% of the amount of buyer's credit). Once sanctioned against limit and/or cash margin by the authorities, the LOU is issued through SWIFT messaging system to overseas banks and branches (in format MT-799). On receipt of the LOU from the importer's banker in India, the Overseas lending bank will fund the Nostro account of the Indian Bank and send a return confirmatory message by SWIFT (again MT-799 is used). This message contains amount of funds remitted, date of funding, Rate of*

## 2.4   Details of the Chargesheet filed by CBI-BSFC

The CBI, after its investigation, in the present case bearing no. RC.02/E/2018-CBI/BSF/Mum has filed charge sheet in this matter on 16.05.2018 against Mr. Mehul Choksi and others for committing a fraud on Punjab National Bank, MCB, Brady House, Mumbai. The charge sheet was filed in the court of Hon'ble Special Judge for CBI Cases, Mumbai. In the charge sheet it is alleged that the private accused persons in conspiracy with the officials of Punjab National Bank have committed cheating, criminal misconduct and abused official position held by Public Servant. As per the CBI chargesheet the total wrongful loss suffered by PNB is to the tune of Rs.7080.86 Crore. [Copy of CBI chargesheet is marked as **Annexure-C**]

## 3. INVESTIGATION UNDER PMLA:-

### 3.1   Brief Background of the case

3.1.1   In the given background,investigation was initiated by this Directorate into the offences of Money Laundering by the suspected persons. Statement of Mr. Avneesh Nepalia, Complainant, working as Deputy General Manager at PNB Zonal office, Mumbai was recorded on 20.02.2018 u/s 50(2) and (3) of the PMLA, 2002. During his statement, Mr. Nepalia reiterated the facts of the FIR. He *inter alia* stated that Mr. Mehul Choksi, who is promoter of Gitanjali Group of Companies, is Managing Director of its flagship company i.e. M/s Gitanjali Gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Ltd.; that all the three firms are having current accounts in PNB, Brady House Branch. On being asked about LOU, Mr. Nepalia stated that:-

> *"LOU is a Letter of Undertaking issued by the applicant importer's bank to an overseas bank or overseas branches of Indian Banks, for obtaining Buyer's Credit for underlying import transaction/s of the importer client. The applicant scouts the overseas banks for best quotes of rate of interest for buyer's credit and accepts the most competitive offer. Thereafter the importer client approaches his banker in India with a request to issue Letter of Undertaking on his behalf to the overseas bank, for obtaining the buyer's credit from the funding bank overseas. The LOU for buyer's credit can only be issued if the client has adequate credit facility (Non-Fund based) and/or given sufficient cash margin (approx. 110% of the amount of buyer's credit). Once sanctioned against limit and/or cash margin by the authorities, the LOU is issued through SWIFT messaging system to overseas banks and branches (in format MT-799). On receipt of the LOU from the importer's banker in India, the Overseas lending bank will fund the Nostro account of the Indian Bank and send a return confirmatory message by SWIFT (again MT-799 is used). This message contains amount of funds remitted, date of funding, rate of*



6

interest of the Buyer's Credit, Period of the credit, the maturity date and the Nostro account of the overseas bank in which funds have to be returned on due date of maturity with interest. Once funds are received in the applicant Bank's NOSTRO account with reference to buyers credit sought, the applicant branch makes debits and pays the overseas exporter who has drawn the bill on the importer. On maturity of the above mentioned buyer's credit the applicant (importer) needs to either provide funds in his current account maintained at the branch or submit debit authority utilizing his credit limits if any sanctioned with regards to buyers credit. From this the bank offset/repay with interest the buyers credit on due date to the overseas funding bank."

FLC is a Foreign Letter of Credit. Foreign Letter of Credit is issued by domestic bank in favor of overseas supplier on behalf of applicant (importer). The FLC contains a unique number, date of issue, name of the applicant, name of the beneficiary and date of expiry. The overseas exporter supplies the goods to domestic importer, raises a bill comprising Bill of Lading/ Airway Bill, invoices, packing list etc. Then overseas supplier gets the discounting of the bills with overseas bank against the underlying FLC issued.   The overseas bank submits the physical documents to the FLC opening bank for acceptance.  Once the documents are accepted by the FLC opening bank with the concurrence of the importer, the overseas bank provides funding in the suppliers account.  On due date, the domestic importer provides funds in his account/utilization of sanctioned limits and remits the funds to meet its commitment to the overseas bank. This is normal flow path of FLC."

3.1.2. Mr. Nepalia further stated that the said three entities i.e. M/s Gitanjali Gems Ltd; M/s Gili India Ltd. and M/s Nakshatra Brands Ltd. (Gitanjali Group companies) approached the bank with a request to send a Letter of Undertaking on their behalf to the overseas Banks, against certain import documents raised by the overseas supplier; that the then Officer of the branch fraudulently & by cheating the bank, in connivance with the said three companies, without proper sanction/cash margin, etc. and without taking any import documents, bypassed the CBS accounting system of the Bank and sent LOU's to the Overseas Banks with request to fund the Bank's Nostro account; that the LOUs were sent through SWIFT system of the PNB; that the overseas Banks used to fund the PNB's Nostro account immediately the next day and in many cases the same day (on which they received the LOU's from PNB); that the money received by the Bank in the Nostro account is supposed to be used for making payment directly to the overseas supplier in retirement of the underlying import bills; that however in the present case, it is seen that the money was mostly used for paying directly to the Overseas banks for meeting the previous buyer's credit obligations of the Gitanjali

Group companies; that in effect, most of the transactions were for extinguishing the existing buyer's credit liabilities, availed earlier from the overseas banks.

**3.1.3** The Modus operandi with regard to fraud of FLCs, Mr. Avneesh Nepalia stated that original FLCs were issued for smaller amount within the sanctioned limit; that once FLC number was generated, same number was used for amendment by way of enhancement of FLC by increasing the amount; that such enhancement of amount was done at 4-5 times higher than the value of the original FLC amount; that all such amendments were done outside the CBS system and hence it was not captured in the books of bank; that branch is holding documents of original FLC amount and no import documents of such increased amount were found in the branch; that much of fraudulent FLCs payments have gone to liquidate the overseas exporter's liability arising out of earlier FLCs/discounting of bills.

**3.1.4.** During the course of investigation, further details of the firm wise exposure on account of fraudulent LOUs & FLCs were obtained from the PNB. It was noticed that though the initial outstanding amount detected in respect of FLCs was reported to be Rs. 1799.36 crore, however during further investigation, the PNB vide letter dated 25.05.2018 reported the outstanding amount of FLCs to be Rs. 3086.24 crore and LOUs to be Rs. 3011.39 crore. PNB letters dated 13.02.2018 and 25.05.2018 are marked as **Annexure- D.**

Thus, total proceeds of crime in the matter is Rs. 6097.63 Crore (3011.39 + 3086.24).

| Sl No. | Name of the Firm/Company | Total amount of LOUs/Amount in INR (crore) | Total amount of FLCs/Amount in INR (crore) |
|--------|--------------------------|-------------------------------------------|--------------------------------------------|
| 1. | M/s Gitanjali Gems Ltd. | 2123.64 | 1795.74 |
| 2. | M/s Gili India Ltd. | 566.65 | 659.65 |
| 3. | M/s Nakshatra Brands Ltd. | 321.10 | 630.85 |
| | **Total** | **3011.39** | **3086.24** |

**3.1.5.** During the course of further investigation, shareholding pattern and directorship details of M/s Gitanjali Gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Diamonds Ltd. were obtained, which are presented in tabular form as under:-

8

| Sr. No. | Name of the entity/firm | Partners/Directors | Share Holding Pattern of the companies | |
|---|---|---|---|---|
| | | | Subsidiary of | Stepdown Subsidiary of |
| 1 | M/s Gitanjali Gems Ltd. | Mr. Mehul Choksi, Mr. Dhanesh Sheth, Mr. Nazura Y. Ajaney, Mr. Krishnan Sangameshwaran | – Mr. Mehul Choksi (Promoter) has been holding 31.04% of the total shares. – 68.96% of shares with Public/other than promoters. | --- |
| 2 | M/s Gili India Ltd. | Mr. Dhanesh Sheth, Mr. Sudhir Mehta, Mr. Aniyath Shivraman Nair, Mr. Dinesh Bhatia, Mr. Saurabh Deshpande | M/s Gili India Ltd. is 99.9% holding company of M/s Nakshatra World Ltd. | M/s Nakshatra World Ltd. is 99.9% holding company of M/s Gitanjali Gems Ltd. |
| 3 | M/s Nakshatra Brands Ltd. | Mr. Dhanesh Sheth, Ms. Jyoti Vora, Mr. Dinesh Bhatia, | M/s Nakshatra Brands Ltd. is 99.9% holding company of M/s Nakshatrs World Ltd. | M/s Nakshatra World Ltd. is 99.9% holding company of M/s Gitanjali Gems Ltd. |

Therefore, the companies at serial number 2 and 3 are owned by M/s Gitanjali Gems Limited. Investigation has revealed that the above said three companies were actually being controlled by Mr. Mehul Choksi (also known as Mehul Chinubhai Choksi and Mehul Chinubbhai Choksi). Other directors were dummy and they did not have any authority or power with regard to decision making of these companies. The brain behind these dealings is Mr. Mehul Choksi, who in consultation with one Mr. Sunil Varma and others devised the said *modus operandi* of committing fraud. Mr. Sunil Varma was the Chief Financial Officer of M/s Gitanjali Gems Ltd. who later on became International business head of the Gitanjali Group of Companies.

**3.1.6.** It is pertinent to note that M/s Gitanjali Gems Ltd. is the parent company. Mr. Mehul Choksi is the Managing director and Promoter of the company holding 31.04% (No. of shares 3,68,21,761). Mr. Mehul Choksi has floated many companies in India as well as abroad. Majority of these companies are paper companies. Addresses and authorised signatories of many such companies are common. The Shareholding pattern of the below mentioned companies establishes that Mr. Mehul Choksi is the actual controller and ultimate beneficiary of all these companies:-

9

**Share Holding Pattern:**

**Subsidiary companies of Gitanjali Group:**

| Sr.No | Name of Company | Name of Directors | Name of Shareholders | No. of shares | Percentage of share |
|---|---|---|---|---|---|
| 1 | M/s Gitanjali Infratech Limited | Mr Mehul Choksi | M/s Gitanjali Gems Limited | 49999990 | 99.99 |
| | | Mr. Aniyath Shivraman Nair | Mr. Mehul C. Choksi (Nominee of M/s Gitanjali Gems Limited) | 5 | – |
| | | Mr Dinesh Bhatia | Mr. Dhanesh Sheth (Nominee of M/s Gitanjali Gems Limited) | 1 | – |
| | | | Mr. Aniyath Shivraman Nair (Nominee of M/s Gitanjali Gems Limited) | 1 | – |
| | | | Mr. Sudhir Mehta (Nominee of M/s Gitanjali Gems Limited) | 1 | – |
| | | | Mr. Milind Limaye (Nominee of M/s Gitanjali Gems Limited) | 1 | – |
| | | | Mr. Jignesh Shah (Nominee of M/s Gitanjali Gems Limited) | 1 | – |
| | | | TOTAL | 50000000 | 100 |
| 2 | M/s Hyderabad Gems SEZ Limited | Mr. Sudhir Mehta | M/s Gitanjali Gems Limited | 49,300 | 98.60 |
| | | Mr. Milind Limaye | Mr. Mehul C. Choksi (Nominee of M/s Gitanjali Gems Limited) | 200 | 0.40 |
| | | Mr. Aniyath Shivraman Nair | Ms. Priti M. Choksi (Nominee of M/s Gitanjali Gems Limited) | 100 | 0.20 |
| | | | Mr. Jignesh Shah(Nominee of M/s Gitanjali Gems Limited) | 100 | 0.20 |
| | | | Mr. A. Shivaraman Nair (Nominee of M/s Gitanjali Gems Limited) | 100 | 0.20 |
| | | | Mr. Sudhir A. Mehta (Nominee of M/s Gitanjali Gems | 100 | 0.20 |

10

| | | | | | |
|---|---|---|---|---|---|
| | | | Limited) | | |
| | | | Mr. Dhanesh Sheth (Nominee of M/s Gitanjali Gems Limited) | 100 | 0.20 |
| | | | TOTAL | 50,000 | 100 |
| 3 | M/s Nashik Multi Services SEZ Limited | Mr. Sudhir Mehta | M/s Gitanjali Gems Limited | 49940 | 99.88 |
| | | Mr. Kaushik Naik | Mr. Mehul C. Choksi (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | Mr. Milind Limaye | Ms. Priti M. Choksi (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. Sudhir A. Mehta (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. Dhanesh Sheth (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. A. Shivaraman Nair (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. Jignesh Shah (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | TOTAL | 50000 | 100 |
| 4 | M/s Eureka Finstock Private Limited | Mr Milind Limaye | M/s Gitanjali Gems Limited | 49940 | 99.88 |
| | | Mr Aniyath Shivraman Nair | Mr. Mehul C. Choksi (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | Mr. Kaushik Naik | Ms. Priti M. Choksi (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. Sudhir A. Mehta (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. Milind Limaye (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. A. Shivaraman Nair (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. Jignesh Shah (Nominee of M/s Gitanjali Gems | 10 | 0.02 |

11

| | | | | | |
|---|---|---|---|---|---|
| | | | Limited) | | |
| | | | TOTAL | 50000 | 100 |
| | | | | | |
| 5 | M/s N&J Finstocks Private Limited | Mr. Aniyath Shivraman Nair | M/s Gitanjali Gems Limited | 49994 | 99.88 |
| | | Mr. Sudhir Mehta | Mr. Mehul C. Choksi (Nominee of M/s Gitanjali Gems Limited) | 1 | 0.02 |
| | | Mr. Kaushik Naik | Ms. Priti M. Choksi (Nominee of M/s Gitanjali Gems Limited) | 1 | 0.02 |
| | | | Mr. Sudhir A. Mehta (Nominee of M/s Gitanjali Gems Limited | 1 | 0.02 |
| | | | Mr. Dhanesh Sheth (Nominee of M/s Gitanjali Gems Limited | 1 | 0.02 |
| | | | Mr. A. Shivaraman Nair (Nominee of M/s Gitanjali Gems Limited | 1 | 0.02 |
| | | | Mr. Jignesh Shah (Nominee of M/s Gitanjali Gems Limited | 1 | 0.02 |
| | | | TOTAL | 50000 | 100 |
| | | | | | |
| 6 | M/s Decent Securities & Finance Private Limited | Mr Milind Limaye | M/s Gitanjali Gems Limited | 49,940 | 99.88 |
| | | Mr Aniyath Shivraman Nair | Ms. Priti M. Choksi (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | Mr. Kaushik Naik | Mr. Mehul C. Choksi (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. Sudhir A. Mehta (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. Milind Limaye (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. Aniyath Nair (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | Mr. Jignesh Shah (Nominee of M/s Gitanjali Gems Limited) | 10 | 0.02 |
| | | | TOTAL | 50000 | 100 |
| 7 | M/s Gitanjali | Mr Mehul Choksi | M/s Gitanjali Gems Limited | 999940 | 99.99 |

12

| | | | | |
|---|---|---|---|---|
| Jewellery Retail Limited | Mr Aniyath Nair | Mr. Mehul C. Choksi (Nominee of M/s Gitanjali Gems Limited) | 10 | - |
| | Ms Chetna Jhaveri | Ms. Priti M. Choksi (Nominee of M/s Gitanjali Gems Limited) | 10 | - |
| | Mr Dinesh Bhatia | Mr. Sudhir A. Mehta (Nominee of M/s Gitanjali Gems Limited) | 10 | - |
| | | Mr. Dhanesh Sheth (Nominee of M/s Gitanjali Gems Limited) | 10 | - |
| | | Mr. A. Shivaraman Nair (Nominee of M/s Gitanjali Gems Limited) | 10 | - |
| | | Mr. Jignesh Shah (Nominee of M/s Gitanjali Gems Limited) | 10 | - |
| | | TOTAL | 1000000 | 100 |
| 8 | M/s Decent Investment & Finance Private Limited | M/s Gitanjali Gems Limited | 19,99,994 | 99.99 |
| | Mr. Sudhir Mehta | | | |
| | Mr. Kaushik Naik | Mr. Mehul C. Choksi (Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | Mr. SandeepKumar Rawal | Mr. Jignesh Shah (Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | | Mr. Dhanesh Sheth (Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | | Mr. Sudhir A. Mehta (Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | | Ms. Priti M. Choksi (Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | | Mr. A. Shivaraman Nair ((Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | | TOTAL | 2000000 | 100 |
| 9 | M/s MMTC Gitanjali Limited | Mr. Mahesh Karmachandani | M/s Gitanjali Gems Limited | 8484961 | 73.85 |
| | | Mr. Mehul Choksi | Mr. Mehul C. Choksi (Nominee of M/s Gitanjali Gems Limited) | 10 | - |
| | | Mr. Dhanesh Sheth | M/s MMTC Limited | 2987400 | 26.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | Mr. Vijay Gupta | Mr. Sudhir A. Mehta (Nominee of M/s Gitanjali Gems Limited) | 10 | - |
| | | Mr. P. Ramachandran | Mr. Milind Limaye (Nominee of M/s Gitanjali Gems Limited) | 10 | - |
| | | Mr. Aniyath Shivraman Nair | Mr. A. Shivaraman Nair (Nominee of M/s Gitanjali Gems Limited) | 10 | - |
| | | Mr. Milind Anant Limaye | M/s MMTC Employees Mutual Benefit Trust | 17589 | 0.15 |
| | | | Mr. Jignesh Shah | 10 | - |
| | | | TOTAL | 11490000 | 100 |
| 10 | M/s Gitanjali Lifestyle Limited | Mr. Dhanesh Sheth | M/s Gitanjali Gems Limited | 24999994 | 99.99 |
| | | Mr. Mehul Choksi | Mr. Mehul C. Choksi (Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | | Ms.Sangini Mehta | Mr. Sudhir A. Mehta (Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | | Mr. Dinesh Bhatia | Mr. Dhanesh Sheth (Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | | | Mr. A. Shivaraman Nair (Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | | | Mr. Milind Limaye (Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | | | Mr. Jignesh Shah(Nominee of M/s Gitanjali Gems Limited) | 1 | - |
| | | | TOTAL | 25000000 | 100 |
| 11 | M/s Nakshatra World Ltd.(Formerly known as M/s Gitanjali Brands Limited) | Mr Mehul Choksi | M/s Gitanjali Gems Limited | 43727335 | 99.99 |
| | | Mr. Milind Limaye | Mr. Vipul Chitalia (Nominee of M/s Gitanjali Gems Limited) | 50 | - |
| | | Mr.Anil Haldipur | Mr. Mehul C. Choksi (Nominee of M/s Gitanjali Gems Limited) | 50 | - |

14

| | | Ms. Nazura Ajaney | Mr. Divyesh Timbadia (Nominee of M/s Gitanjali Gems Limited) | 50 | - |
|---|---|---|---|---|---|
| | | | Mr. Milind Limaye (Nominee of M/s Gitanjali Gems Limited) | 50 | - |
| | | | Mr. A. Shivaraman Nair (Nominee of M/s Gitanjali Gems Limited) | 50 | - |
| | | | Mr. Jignesh Shah (Nominee of M/s Gitanjali Gems Limited) | 50 | - |
| | | | TOTAL | 43727635 | 100 |

Step Down Subsidiaries of Gitanjali Group Companies

| Sr.no. | List of Companies | List of Directors | Name of Shareholders | No. of Shares | Amount per share |
|---|---|---|---|---|---|
| 1 | M/s Vidarbha Mult Products SEZ Ltd | Mr. Aniyath Shivraman Nair | M/s Gitanjali Infratech Limited (GIL) | 49994 | 99.99 |
| | | Mr. Milind Limaye | Mr. Mehul Choksi (Nominee of M/s GIL) | 1 | - |
| | | Mr. Kaushik Naik | Mr. Aniyath Shivraman Nair (Nominee of M/s GIL) | 1 | - |
| | | | Mr. Milind Limaye (Nominee of M/s GIL) | 1 | - |
| | | | Mr. Sudhir Mehta (Nominee of M/s GIL) | 1 | - |
| | | | Mr. Dhanesh Sheth (Nominee of M/s GIL) | 1 | - |
| | | | Mr. Kaushik Naik (Nominee of M/s GIL) | 1 | - |
| | | | TOTAL | 50000 | 100 |
| 2 | M/s Maya Retail Limited | Mr. Sanjeev Agarwal | M/s Gitanjali Lifestyle Ltd. (GLL) | 23092670 | 95.94 |
| | | Mr. Dhanesh Sheth | Mr. Mehul C. Choksi (Nominee of M/s GLL) | 1 | - |
| | | Mr. Milind Limaye | Mr. Sudhir A. Mehta (Nominee of M/s GLL) | 1 | - |
| | | | Ms. Priti Choksi (Nominee of M/s GLL) | 1 | - |
| | | | Mr. A. Shivaraman Nair (Nominee of M/s GLL) | 1 | - |
| | | | Mr. Jignesh Shah (Nominee of M/s GLL) | 1 | - |

15

| | | | Mr. Dhanesh Sheth (Nomine of M/s GLL) | 1 | - |
|---|---|---|---|---|---|
| | | | M/s Krishna Trade & Commerce Pvt. Ltd. | 9,76,624 | 4.06 |
| | | | Mr. Pradeep D. Saraogi | 2 | - |
| | | | Mr. Ashok Tibrewal | 1 | - |
| | | | Mr. Sumit Sonathalia | 1 | - |
| | | | Mr. Raj Saraogi | 2 | - |
| | | | Mr. Ranjana Saraogi | 2 | - |
| | | | Mr. Sushila Saraogi | 2 | - |
| | | | TOTAL | 24069310 | 100 |
| 3 | M/s Nakshatra Brands Limited | Mr Dhanesh Sheth | M/s Nakshatra World Limited (NWL) | 4059809 | 99.99 |
| | | Ms Jyoti Vora | Mr. Mehul C. Choksi (Nominee of M/s NWL) | 1 | - |
| | | Mr Dinesh Bhatia | Mrs. Priti M. Choksi (Nominee of M/s NWL) | 1 | - |
| | | Mr Anil Haldipur | Mr. Sudhir A. Mehta (Nominee of M/s NWL) | 1 | - |
| | | | Mr. Dhanesh Sheth (Nominee of M/s NWL) | 1 | - |
| | | | Mr. A. Shivaraman Nair (Nominee of M/s NWL) | 1 | - |
| | | | Mr. Jignesh Shah (Nominee of M/s NWL) | 1 | - |
| | | | TOTAL | 4059815 | 100 |
| 4 | M/s Bezel Jewellery (India) Private Limited | Mr Mehul Choksi | M/s Nakshatra World Limited (NWL) | 51,02,044 | 99.99 |
| | | Ms Chetna Jhaveri | | | |
| | | Mr Dinesh Bhatia | Mrs. Priti M. Choksi (Nominee of M/s NWL) | 1 | - |
| | | Mr. Anil Haldipur | Mr. Mehul C. Choksi (Nominee of M/s NWL) | 1 | - |
| | | Mr. Milind Limaye | Mr. Sudhir A. Mehta (Nominee of M/s NWL) | 1 | - |
| | | | Mr. Dhanesh Sheth (Nominee of M/s NWL) | 1 | - |
| | | | Mr. A. Shivaraman Nair (Nominee of M/s NWL) | 1 | - |
| | | | Mr. Jignesh Shah (Nominee of M/s NWL) | 1 | - |
| | | | TOTAL | 51,02,050 | 100 |
| | | | Name of Preference Shareholder | No of Shares | |

16

| | | | | |
|---|---|---|---|---|
| | | M/s Al Burj Diamond and Jewellery FZE | 9,78,840 | 48.99 |
| | | M/s Gitanjali Gems Ltd | 10,18,795 | 51.01 |
| | | TOTAL | 19,97,635 | 100 |
| 5 | M/s Gili India Limited | Mr Dhanesh Sheth | M/s Nakshatra World Limited (NWL) | 65,99,994 | 99.99 |
| | | Mr. Aniyath Shivraman Nair | Mrs. Priti M. Choksi (Nominee of M/s NWL) | 1 | - |
| | | Mr Dinesh Bhatia | Mr. Mehul C. Choksi (Nominee of M/s NWL) | 1 | - |
| | | Ms Nazura Ajaney | Mr. Sudhir A. Mehta (Nominee of M/s NWL) | 1 | - |
| | | | Mr. Dhanesh Sheth (Nominee of M/s NWL) | 1 | - |
| | | | Mr. A. Shivaraman Nair (Nominee of M/s NWL) | 1 | - |
| | | | Mr. Jignesh Shah (Nominee of M/s NWL) | 1 | - |
| | | | TOTAL | 66,00,000 | 100 |
| 6 | M/s Dynamic Infrazone Pvt Ltd | Mr. Mehul C. Choksi | M/s Gitanjali Infratech Limited | 5,19,994 | 99.99 |
| | | Mr. Dhanesh Sheth | M/s N & J Finstocks Pvt Ltd | 1 | - |
| | | | M/s Hyderabad Gems SEZ Limited | 1 | - |
| | | | M/s Decent Securities & Finance Pvt Ltd | 1 | - |
| | | | M/s Decent Investment & Finance Pvt Ltd | 1 | - |
| | | | M/s Eureka Finstock Pvt Ltd | 1 | - |
| | | | M/s Nashik Multi Services SEZ Limited | 1 | - |
| | | | TOTAL | 5,20,000 | 100 |
| 7 | M/s Cuttack Lifestyle Industrial Park Private Ltd | Mr. Mehul C. Choksi | M/s Gitanjali Infratech Limited (Not Paid Up Yet) | 9,999 | 99.99 |
| | | Mr. Suresh Kayakkool | Mr. Mehul Chkosi (Nominee of M/s Gitanjali Infratech Limited) (Not Paid Up Yet) | 1 | |
| | | | TOTAL | 10,000 | 100 |

Details of Promotor Group Companies

17

| Sr.No | Name of Companies | List of Directors | Name of Shareholder | No. of Shares | Amt. per shares (Rs.) |
|---|---|---|---|---|---|
| | | Mr. Kaushik Naik | Mr. Mehul Choksi | 2315216 | 70.00 |
| | | Mr. Milind Limaye | Mr. Vijay N. Menon | 1,39,010 | 4.20 |
| | | | Mr. Romy Juneja | 1,45,010 | 4.38 |
| | | | Mr. Viresh Jain | 35,741 | 1.08 |
| | | | Mr. Rajesh Jain | 40,407 | 1.22 |
| | | | Mr. Raja Jain | 26,028 | 0.79 |
| | | | Mr. Rohit Jain | 43,053 | 1.30 |
| | | | Ms. Jyothi Singhania | 1,04,147 | 3.15 |
| | | | Mr. Arun Duggal | 63,178 | 1.91 |
| | | | Mr. Dharminder Singh Sandhu | 51,120 | 1.55 |
| 1 | M/s MobileNXT Teleservices Pvt Ltd | | M/s VT Holdings Private Limited | 3,01,876 | 9.13 |
| | | | Mr. Ranu Vohra | 14223 | 0.43 |
| | | | Mr. Gaurav Deepak | 14222 | 0.43 |
| | | | Mr. Kaushal Aggarwal | 14222 | 0.43 |
| | | | Mr. Dhanesh Sheth (Nominee of Mr. Mehul Choksi) | 1 | - |
| | | | Mr. Sudhir Mehta (Nominee of Mr. Mehul Choksi) | 1 | - |
| | | | Mr. Jignesh Shah (Nominee of Mr. Mehul Choksi) | 1 | - |
| | | | Mr. A. Shivraman Nair (Nominee of Mr. Mehul Choksi) | 1 | - |
| | | | TOTAL | 33,07,457 | 100 |
| | | Mr. Dhanesh Sheth | Mr. Mehul Choksi | 46,800 | 90.53 |
| 2 | M/s Priyanka Gems Private Ltd | Mr. Sudhir Mehta | Ms. Priti Choksi | 4,900 | 9.47 |
| | | | TOTAL | 51,700 | 100 |
| 3 | M/s Audarya Investments Pvt Ltd | Mr. Dhanesh Sheth | Mr. Mehul Choksi | 500 | 50.00 |
| | | Mr. Sudhir Mehta | Ms Priti Choksi | 400 | 40.00 |
| | | | Mr. Sharad Mehta | 100 | 10.00 |
| | | | TOTAL | 1000 | 100 |
| 4 | M/s Rohan Mercantile Pvt Ltd | Mr. Mehul C. Choksi | Mr. Rohan Choksi | 89,500 | 99.44 |
| | | Mr. Aniyath Shivraman Nair | M/s Priti Choksi | 500 | 0.56 |
| | | | TOTAL | 90,000 | 100 |

18

| | | | | | |
|---|---|---|---|---|---|
| 5 | M/s Naviraj Estates Pvt Ltd | Mr. Mehul Choksi | Mr. Rohan Choksi | 999 | 99.99 |
| | | Mr. Aniyath Shivraman Nair | Mr. Swapnil Mehta | 1 | - |
| | | | TOTAL | 1000 | 100 |
| 6 | M/s Mozart Trading Pvt Ltd | Mr. Dhanesh Sheth | Mr. Mehul Choksi | 34214 | 90.00 |
| | | Mr. Sudhir Mehta | Ms.Priti M. Choksi | 3801 | 10.00 |
| | | | TOTAL | 38015 | 100 |
| 7 | M/s Rohan Diamonds Pvt Ltd | Mr. Dhanesh Sheth | Mr. Mehul Choksi | 44100 | 90.00 |
| | | Mr. Sudhir Mehta | Ms. Priti M. Choksi | 4900 | 10.00 |
| | | | TOTAL | 49000 | 100 |
| 8 | M/s Mannat Jewellery Manufacturing Pvt Ltd | Mr. Jignesh Shah | Mr. Mehul Choksi | 9002516 | 99.99 |
| | | Mr. Kaushik Naik | Mr. Dhanesh Sheth | 1 | - |
| | | | TOTAL | 9002517 | 100 |
| 9 | M/s LJOW Pvt Ltd | Mr. Mehul Choksi | Mr. Mehul Choksi(Not Paid Up Yet) | 4999999 | 99.99 |
| | | Mr. Dhanesh Sheth | Mr. Dhanesh Sheth (Not Paid Up Yet) | 1 | - |
| | | | TOTAL | 5000000 | 100 |
| 10 | M/s Lustre Industries Pvt Ltd | Mr. Mehul Choksi | Mr. Mehul C. Choksi | 90 | 0.90 |
| | | Mr. Sudhir Mehta | Ms. Priti M. Choksi | 5 | 0.05 |
| | | | M/s Rohan Mercantile Pvt. Ltd. | 9900 | 99.00 |
| | | | Mr. Sharad Mehta | 5 | 0.05 |
| | | | TOTAL | 10000 | 100 |
| 11 | M/s Coronet Gems Pvt Ltd | Mr Mehul Choksi | Mr. Mehul C. Choksi HUF | 9999 | 99.99 |
| | | Mr Sudhir Mehta | Mr. Jignesh Shah (Nominee of Mr. Mehul C. Choksi HUF) | 1 | - |
| | | | TOTAL | 10000 | 100 |
| 12 | M/s Ivida Technologies Pvt Ltd | Mr. Milind Limaye | Mr. Mehul Choksi HUF | 49900 | 99.80 |
| | | Mr. Suresh Kayakkool | Mr. Dhanesh Sheth (Nominee of Mr. Mehul Choksi HUF) | 100 | 0.20 |
| | | | TOTAL | 50000 | 100 |

19

| Sr.No | Name of Companies | List of Directors | Name of Shareholders | Number of Shares | Amount per share |
|---|---|---|---|---|---|
| 13 | M/s Joyce Trading Pvt Ltd | Mr. Aniyath Shivraman Nair | Mr. Mehul C. Choksi | 979940 | 49.00 |
| | | Mr. Ashokkumar Haribhai Gajera | Mr. Dhanesh Sheth | 60 | - |
| | | Mr. Chunibhai Haribhai Gajera | Mr. Jatin Gidharlal Gajera | 569905 | 28.50 |
| | | Mr. Vasantbhai Haribhai Gajera | Mr. Rakesh Gidharlal Gajera | 450095 | 22.50 |
| | | Mr. Mitesh Chunilal Gajera | TOTAL | 2000000 | 100 |
| | | Mr. Bakulbhai Haribhai Gajera | | | |
| 14 | M/s Shubalavnyaa Jewels Crafts Pvt Ltd | Mr Aniyath Shivraman Nair | Mr. Mehul Choksi | 2,546 | 50.92 |
| | | Mr Milind Limaye | Mr. R.M.S. Ganesan | 400 | 8.00 |
| | | | Mr. A. Sangeetha | 425 | 8.50 |
| | | | Mr. N. Ashok | 1,225 | 24.50 |
| | | | Mr. N. Balaji | 400 | 8.00 |
| | | | Mr. Dhanesh Sheth (Nominee of MCC) | 1 | 0.02 |
| | | | Mr. Sudhir Mehta (Nominee of MCC) | 1 | 0.02 |
| | | | Mr. A. Shivaraman Nair (Nominee of MCC) | 1 | 0.02 |
| | | | Mr. Milind Limaye (Nominee of MCC) | 1 | 0.02 |
| | | | TOTAL | 5000 | 100 |
| 15 | M/s JEWELSOUK MARKETPLACE LIMITED | Mr Sudhir Mehta | M/s Gitanjali Gems Limited (GGL) | 98,970 | 39.99 |
| | | Mr Aniyath Shivraman Nair | Ms. Priti M. Choksi (Nominee of GGL) | 5 | - |
| | | Mr Milind Limaye | Mr. Mehul C. Choksi (Nominee of GGL) | 5 | - |
| | | | Mr. Sudhir A. Mehta (Nominee of M/s GGL) | 5 | - |
| | | | Mr. Dhanesh Sheth (Nominee of M/s GGL) | 5 | - |
| | | | Mr. Sharad Mehta (Nominee of M/s GGL) | 5 | - |
| | | | Mr. Jignesh Shah (Nominee of M/s GGL) | 5 | - |
| | | | M/s Coronet Gems Private Limited | 1,48,500 | 60.00 |
| | | | TOTAL | 2,47,500 | |

List of Other Companies

| Sr.No | Name of Companies | List of Directors | Name of Shareholders | Number of Shares | Amount per share |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 1 | M/s Gemta Coals Mines Limited | Mr. Ujjal Kumar Upadhaya | M/s Gitanjali Gems Limited | 8500 | 17.00 |
| | | Mr. Upendra Kumar | M/s Mozart Trading Private Limited | 8500 | 17.00 |
| | | Mr. Saugat Upadhaya | M/s Partha Gems LLP | 8500 | 17.00 |
| | | | M/s Emta Coal Limited | 20000 | 40.00 |
| | | | Mr. Ujjal Kumar Upadhaya | 1500 | 3.00 |
| | | | Mr. Gaurav Upadhaya | 1500 | 3.00 |
| | | | Mr. Saugat Upadhaya | 1500 | 3.00 |
| | | | TOTAL | 50000 | 100 |
| 2 | M/s Damasy Retail Private Limited | Mr. Uday Dilip Shah | Ms. Apurva Prakash Shah | 9999 | 99.99 |
| | | Mr. Apurva Prakash Shah | Mr. Nilesh Gandhi (nominee of Ms. Apurva Prakash Shah) | 1 | 0.01 |
| | | | TOTAL | 10000 | 100 |
| 3 | M/s A.P. Gems and Jewellary Park Private Limited | Mr. Ramkrishnan Karikal Valaven | M/s Projects Ioi Mauritius Ltd | 54,92,600 | 94.90 |
| | | Mr. Saida Vankudothu | M/s Andhra Pradesh Trade Promotion Corporation Limited | 2,95,000 | 5.10 |
| | | Mr. Gajendra Kumar Kaninde | TOTAL | 57,87,600 | 100 |
| | | Mr. Deepan Shah | M/s Andhra Pradesh Trade Promotion Corporation Limited | 915000 (Preference Shares) | 17.55 |
| | | | M/s Projects IOI Mauritius Limited | 4297400 (Preference Shares | 82.45 |
| | | | TOTAL | 5212400 | 100 |
| 4 | M/s Evergold Jewels Private Limited | Mr. Chetan Choksi | M/s Digico Holdings Limited | 9999 | 99.99 |
| | | Mr. Kaushik Naik | Mr. Narrinder Shetty (Nominee of M/s Digico Holdings Limited) | 1 | 0.01 |
| | | | TOTAL | 10000 | 100 |
| 5 | M/s Diadem Ranka Desire Lifestyles Private Limited | M/s Arun Ranka | Mr. Amit Tanna | 25000 | |
| | | Mr. Pradeep Ranka | Others Shareholder details Not Available | | |
| | | Mr. Santosh Srivastava | TOTAL | Not Available | |

**3.1.7.**     During the course of investigation, scrutiny of documents/accounts in this case revealed that the said three Indian entities namely M/s Giatnjali Gems ltd., M/s Gili

21

India Ltd. and M/s Nakshatra Brands Ltd. had initially obtained 118 LOUs amounting to USD 218.74 million from PNB in the year 2015 through the fraudulent means. The said LOU amounts were utilized for making payment to their alleged overseas suppliers/companies. In the following years also i.e. 2016 and 2017, the said modus operandi was adopted by the said three entities and therefore, funds of LOUs obtained fraudulently were siphoned off through their alleged overseas suppliers. A table containing details of the LOUs obtained by the said three entities since 2015, as shown below, is prepared on the basis of chart submitted by PNB & its Working is marked as **Annexure 'E & E-1'** respectively is enclosed herein :

|  | Details of LOUs | | | Details of Utilisation of LOUs (Rs. In Crore) | |
|---|---|---|---|---|---|
|  | No. of LOUs | In USD Million | Amt. in INR Crore | Overseas Companies (Amt. in INR Crore) | Foreign branches of Indian Banks for repayment of earlier LOUs& FLCs (Amt. in INR Crore) |
| 2015 | 118 | 218.74 | 1399.94 | 1399.94 | NIL |
| 2016 | 116 | 220.42 | 1410.69 | 1410.69 | NIL |
| 2017 | 142 | 470.53 | 3011.39 | 7.45 | *3006.56 |
| Total | 376 | 909.69 | 5822.02 | 2818.08 | *3006.56 |

*(out of Rs. 3006.56 actual utilization through LOU is Rs. 3003.94 crore only, balance Rs. 2.62 crore was debited from account and not from LOU )*

**3.1.8** It can also be observed from the table above that in 2017, part of the funds received were also being used directly for repayment of earlier dues of the banks. Therefore, the funds so obtained by the said three entities were utilized for payment to various overseas companies & also for offsetting earlier LOUs. Details of payments made to these overseas entities since 2015 is as under:-

| Sr. No. | Name of the Companies/Firms | Country | Amt. in USD Million | Amt in INR Crore |
|---|---|---|---|---|
| 1 | M/s. 4C's Diamonds Distributors | Hong Kong | 130.23 | 833.47 |
| 2 | M/s. Asian Diamonds And Jewellery FZE, UAE | UAE | 61.17 | 391.48 |
| 3 | M/s. Gitanjali Ventures DMCC | Dubai | 36.11 | 231.11 |
| 4 | M/s. Shanyang Gong SI Limited | Hong Kong | 198.40 | 1269.73 |
| 5 | M/s. Abbeycrest(Thailand)Limited | Thailand | 14.42 | 92.29 |
|  | Total |  | 440.33 | 2818.08 |

22

**3.1.9.** Investigation has revealed that in case of FLCs, they have fraudulently enhanced the value of FLCs by increasing the amount in SWIFT message, without entering the enhanced value in CBS at PNB. Originally, FLCs were issued for smaller amount within sanctioned limit and once the FLC number was generated, same number was used for amendment by way of enhancement of the monetary value of FLCs. These enhancements of amount used to be many times higher than the value of the original FLC amount. These, FLCs were issued in favour of the overseas banks namely UCO Bank, Hong Kong and Union Bank, Hong Kong etc. On receipts of FLCs, these banks paid funds to overseas companies/firms namely M/s. 4 C's Diamond Distributors and M/s. Crown Aim Limited (both located in Hong Kong) later found to be actually controlled by Mr. Mehul Choksi. A Chart showing details of the FLCs obtained by the said three entities since 2014 submitted by PNB and its working is marked as **Annexure –'F & F1'** respectively. Yearwise summary of FLCs is as under:-

**Amount in USD (in Million)**

| | | Data Related to FLC | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | AMOUNT - USD MILLION | |
| | | Gitanjali Group (Mr. Mehul Choksi) | | | | | | | |
| Year | No. of FLC | Amount | | Un-Utilised | | Paid | | Outstanding | |
| | | Original | Enhanced | Amount | Enhanced | Original | Enhanced | Original | Enhanced |
| 2014 | 93 | 32.95 | 394.58 | 0.00 | 1.12 | 32.95 | 393.46 | 0.00 | 0.00 |
| 2015 | 147 | 53.97 | 721.22 | 0.00 | 24.81 | 53.97 | 696.41 | 0.00 | 0.00 |
| 2016 | 116 | 101.65 | 1040.97 | 0.00 | 7.05 | 101.65 | 1033.92 | 0.00 | 0.00 |
| 2017 | 81 | 74.52 | 677.21 | 0.00 | 0.06 | 72.52 | 196.93 | 2.00 | 480.23 |
| Total | | 263.08 | 2833.98 | 0.00 | 33.03 | 261.09 | 2320.71 | 2.00 | 480.23 |

**Amount in Indian Rupees (in Crore)**

| | | Amount in INR Crore | | Un-Utilised in INR crore | | Paid in INR Crore | | Outstanding in INR Crore | |
|---|---|---|---|---|---|---|---|---|---|
| Year | No. of FLC | Original | Fraudulently Enhanced | Amount | Fraudulently Enhanced | Original | Fraudulently Enhanced | Original | Fraudulently Enhanced |
| 2014 | 93 | 210.86 | 2,525.32 | - | 7.15 | 210.86 | 2,518.17 | - | - |
| 2015 | 147 | 345.43 | 4,615.80 | - | 158.80 | 345.43 | 4,457.00 | - | - |
| 2016 | 116 | 650.54 | 6,662.22 | - | 45.15 | 650.54 | 6,617.07 | - | - |
| 2017 | 81 | 476.91 | 4,334.13 | - | 0.35 | 464.11 | 1,260.33 | 12.80 | 3,075.44 |
| Total | | 1683.74 | 18137.46 | 0.00 | 211.44 | 1671.94 | 14852.58 | 12.80 | 3075.44 |

**3.1.10.** During the course of investigation several employees of Gitanjali Group of Companies were examined to ascertain the details of entities which have received the

23

funds (directly/indirectly) through the said three Indian entities by the above mentioned fraudulent modes, revealed that these companies are having Directors/partners, who were mere employees/dummies and ultimate decision making always remained with Mr. Mehul Choksi. Further, while some of these companies were used for receiving Proceeds of Crime, others were being used for laying, siphoning and parking of funds.

The details of companies and their directors/partners are as under:

| Sr. No | COMPANY NAME | DIRECTOR/KEY PERSON | Remark |
|---|---|---|---|
| 1 | M/s Crown Aim Ltd., Hong Kong | - Mr. Naresh Jadav - Director since, March, 2017(Diamond Executive in M/s Crown Aim Ltd.) | - Earlier in 2012 he was employed in M/s Abbeycrest (Thailand) Ltd., Thailand; Further in September, 2014 was employed as Diamond Executive in M/s Crown Aim Ltd. |
| | | - Mr. Kalpen Doshi – Director in October, 2013. (sales Person) | - Earlier in 2011 he was employed as an assorter in M/s Gitanjali Gems Ltd. and in 2013 as Senior Diamond Buyer' in M/s Crown Aim Ltd., Hong Kong |
| | | - Mr. Harshil Vipul Shah – Director in October, 2013 | - Earlier i.e. prior to October, 2013 he was employed in sales team of M/s Crown Aim Ltd |
| 2 | M/s Abbeycrest (Thailand) Ltd., Thailand | Mr. Naresh Jadav– Director in January, 2014. (Diamond Executive) | - Earlier in 2012 worked in M/s Abbeycrest (Thailand) Ltd., Step down Subsidiary (Controlled by Mr. Mehul Choksi) |
| 3 | M/s Shanyao Gong Si Ltd., Hong Kong | Mr. Deepak Kulkarni – Director in 2014 | - Used to look after finance of M/s Crown Aim Ltd., M/s Aston Luxry Group Ltd., M/s Shanyao Gong Si Ltd. and M/s Taipingyang Trading Ltd. - Earlier he was employed in a China based diamond manufacturing company owned by Mr. Chetan Choksi, the elder brother of Mr. Mehul Choksi. |
| 4 | M/s Taipingyang Trading Ltd., Hong Kong | Ms. Mehar Kulkarni – Director in 2014 | - Ms. Mehar Kulkarni is wife of Mr. Deepak Kulkarni |
| 5 | M/s 4C's Diamond | Mr. Arvind Jadhav (Partner) | - Earlier i.e. since 1989 he |

24

| | | | |
|---|---|---|---|
| | Distributors, Hong Kong | in 2011. (sales Person) | was employed as a diamond assorter in Gitanjali Group company at Mumbai. In 1993 Mr. Mehul Choksi sent him abroad for business development. He worked for Gitanjali Group in different countries viz. Taiwan, USA, China etc. |
| | | - Mr. Mayank Navneetlal Shah (Partner) in 2011. (Diamond Assorter) | - Earlier in August, 2006 he was employed in GECL. Further from June 2007 to August, 2013 he was employed in M/s Diminico (Japan K.K and M/s Leading Jewels of Japan which are a Gitanjali Group Company. |
| 6 | M/s Gitanjali Ventures DMCC, UAE | Mr. Vinod Pendke –Director Mr. Dion Lily White, Director in 2013. (Retail Sale) | Earlier i.e. in 2007 Mr. Dion Lily White was employed as V.P. in M/s Gitanjali Life Style and in 2010 he was made V.P. in M/s Gitanjali Ventures DMCC, UAE.<br><br>Subsidiary (Controlled by Mr. Mehul Choksi) |
| 7. | M/s Aston Luxury Group, Honk Kong | Mr. Naresh Jadav - Director since, March, 2017.(Diamond Executive) | Please Refer Sr. No. 1 & 2 |
| 8 | M/s Trans Exim Ltd., Hong Kong | Mr. Arvind Jadhav –Director | Controlled by Mr. Mehul Choksi |
| 9 | M/s Diamart Ltd., Hong Kong | Mr. Deepak Kulkarni- Director | Controlled by Mr. Mehul Choksi |
| 10 | M/s Jewel Trade DMCC, UAE | Mr. Prakash Bhosure – Director, | Controlled by Mr. Mehul Choksi |
| 11 | M/s Asian Diamond And Jewellery FZE, UAE | Mr. K.V.Joshi-Director, Mr. Prabhakaran- Director | Controlled by Mr. Mehul Choksi |
| 12 | M/s Al Arbaa Jewells FZE, UAE | Mr. Raju Vors- Director | Controlled by Mr. Mehul Choksi |
| 13 | M/s Al Burj Diamond And Jewellery FZE, UAE | Mr. Prabhakaran | Controlled by Mr. Mehul Choksi |
| 14 | M/s Samuel Jewellers, USA | Shareholding of M/s GGL. | Subsidiary(Controlled by Mr. Mehul Choksi) |
| 15 | M/s Diamlink Jewellery, USA | Shareholding of M/s GGL | Subsidiary(Controlled by |

25

| | | Shareholding of M/s GGL | Mr. Mehul Choksi) |
|---|---|---|---|
| 16 | M/s Diamlik INC, USA | | Subsidiary(Controlled by Mr. Mehul Choksi) |

**3.1.11** In addition, there were certain domestic Indian dummy companies which were used for layering and rotation of funds:

| Sr. No. | Name of dummy Indian Companies | Director/Partner/ Owner | Remark |
|---|---|---|---|
| 1 | M/s IRIS Mercantile | Mr. Sanjay Parikh – Partner, Mr. Devang Parikh- Partner | Controlled by Mr. Mehul Choksi |
| 2 | M/s Premier Intertade | Mr. Jitendra Parikh- Partner, Mr. Samkit D.Boghara- Partner. | Controlled by Mr. Mehul Choksi |
| 3 | M/s Asian Corporation | Mr. Ketan Shah – Proprietor. | Controlled by Mr. Mehul Choksi |

**3.1.12.** From the investigation, it is revealed that partly new LOUs were issued to set off the earlier ones which became due. The said pattern continued till 2017, whereby increasing the LOU obligations to a huge magnitude. The LOUs issued in 2017, became due in January 2018, and the scam came to the fore since the new officials posted at the PNB Brady House branch refused to play ball and issue new LOUs without requisite documents, sanctions and security/surety, resulting in break in cycle and subsequent default in the repayment of due LOUs and FLCs by the said three firms.

**3.1.13** It is significant to note that initially, the LOUs were issued for smaller durations i.e. for 3 months; however, it was later changed to 360 days in order to gain maximum benefit out of these dealings. It is seen that the repayments towards previous LOUs were made either by diverting money received from some other LoU or by creating more and more LOUs, whereby increasing the exposure. The default in repayment of LOUs happened in 2018, when the LOUs (issued for 360 days) matured and payment became due on part of these firms towards the PNB.

**3.1.14** Pertinently, just before the LOUs issued in 2017 became mature i.e. payment by the firms became due; the firms approached the PNB for issuance of new LOUs. However, the huge economic scam that was brewing since 2015 came to notice of the Bank only when it did not issue fresh LOUs in the absence of the requisite documents and sanctions. By this time, the outstanding LOUs (issued by committing fraud) had mounted upto USD 470.53 million (Rs. 3011.39 crore).

**3.1.15** It is also seen that initially the FLCs were issued for a smaller amount within the sanctioned limit; however subsequently increased amount was communicated through

26

SWIFT message to foreign banks. Most of fraudulent FLCs payments have been used to liquidate the 'so-called' overseas exporter's liability arising out of earlier FLCs/discounting of bills, which were later found to be companies owned and control by Mr. Mehul choksi, directly or indirectly.

**3.1.16** The details of utilization of monies from the LOUs  for settling earlier buyer's credit and FLCs during the year 2017 through different banks by the said three entities are as under:-

| Details of LOU utilisation towards payment of earlier buyer's credit and FLCs | | | |
|---|---|---|---|
| Sr. No. | Name of the Actual Beneficiary Bank | Total Debit made to Nostro Account of PNB (USD in million ) | Total Debit made to Nostro Account of PNB (INR in Crore) |
| 1. | Abu Dhabi Commercial Bank, Abu Dhabi | 2.83 | 18.12 |
| 2. | Bank of India, Antwarp | 57.40 | 367.36 |
| 3. | Canara Bank, Manama | 76.39 | 488.90 |
| 4. | State Bank of India, Frankfurt | 36.19 | 231.62 |
| 5. | UCO Bank, Hong Kong | 270.31 | 1730.00 |
| 6. | Union Bank Of India, Hong Kong | 11.30 | 72.32 |
| 7. | IntesaSanpaola Spa, HK | 15.35 | 98.24 |
| | TOTAL | 469.78 | 3006.56 |

**3.1.17**    The details of payments made to alleged overseas suppliers are as under:-

**[For the year 2017]**

| Sr. No. | Name of the Beneficiary | Total Debit made to Nostro Account of PNB (USD in million ) | Total Debit made to Nostro Account of PNB (INR in Crore) |
|---|---|---|---|
| 1. | M/s Gitanjali Venture DMCC, Dubai | 1.16 | 7.45 |

Thus, the said funds i.e. proceeds of crime to the tune of Rs. 3011.39 (Rs.3003.94 + Rs.7.45) crore i.e. outstanding amount of LOUs obtained fraudulently by the said three companies/entities i.e. M/s Gitanjali Gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Ltd. were ultimately utilized by them overseas for settling the buyer's credit obtained earlier by them from overseas banks and also utilized for making transfers to the alleged overseas supplier. Further, they have failed to repay on respective due dates, Rs. 3011.39 crore(USD 470.53 Million) so obtained on the basis of fraudulent issuance of the LOUs from PNB, making the PNB liable for payment of the said funds to the overseas bank on account of LOUs.

27

**3.1.18** In case of FLCs, it is seen that the new officials posted at the PNB Brady House branch refused to enhance the original FLC amount or to issue fresh FLC without the requisite documents, sanctions and cash margin, resulting in subsequent default in repayment of the earlier issued fraudulent FLCs to the said three firms. . By this time, the outstanding FLCss (issued by committing fraud) had mounted upto USD 482.23 million (Rs. 3086.24 crore).

**3.1.19.** During the investigation, further details of FLCs issued and utilization of the said FLCs amount discounted by the foreign banks in favour of the alleged Hong Kong based overseas suppliers namely **M/s 4C's Diamonds Distributors and M/s Crown Aim Limited** were obtained. On scrutiny of the said details, it is revealed that the total outstanding amount of Rs 3086.24 crore was paid to these alleged overseas suppliers. The details of FLCs issued in favour of the overseas banks are as under:-

| Sr. No. | Details of Account | Name of the Overseas bank in whose favour FLCs were issued | Total Amount of FLCs (in USD) | Total Amount of FLCs (In INR Crore) |
|---|---|---|---|---|
| 1 | M/s 4C's Diamond Distributors (A/c No. 022023029800) | UCO Bank, Hong Kong | 201.66 | 1290.60 |
| | M/s Crown Aim Ltd. (A/c No. 00490217000045); | | 159.67 | 1021.86 |
| 2 | M/s 4C's Diamond Distributors | Union Bank, Hong Kong | 00 | 00 |
| | M/s Crown Aim Ltd. | | 120.90 | 773.78 |
| | | Total | 482.23 | 3086.24 |

**3.1.20** Thus, proceeds of crime, which were obtained through fraudulent issuance of FLCs were utilized for payment to alleged overseas suppliers through overseas banks.

**4.** Details of the UAE and Hong Kong Based companies, which are recipients/beneficiaries of the POC diverted from PNB in the guise of LOUs/FLCs

**4.1** <u>M/s Crown Aim Ltd.</u>

**4.1.1** Schematic representation of Shareholding/control



28

**4.1.2** It is also found that till March, 2017, one Mr. Jay Shah was Director of M/s Crown Aim Ltd. as well as of M/s Aston Luxury Group in Hong Kong.

**4.1.3** In March, 2017 he resigned and Mr. Naresh Jadav, an employee of M/s Crown Aim Ltd. was made Director in his place in both the said companies by Mr. Mehul Choksi. Mr. Naresh Jadav has confirmed that M/s Crown Aim Ltd. is owned by Mr. Mehul Choksi. Earlier, in 2014 Mr. Naresh Jadav had been one of the Directors alongwith Mr. Mehul Choksi in M/s Abbeycrest (Thailand) Ltd., Thailand also which is also a company owned by Mr. Mehul Choksi..

**4.1.4** The investigation has revealed that M/s Aston Luxury Group Ltd. is 100% subsidiary of M/s Gitanjali Gems Ltd. and M/s Crown Aim Ltd. is 100% owned by M/s Aston Luxury Group Ltd.

**4.1.5** One, Mr. Deepak Kulkarni, who has been one of the directors in M/s Shangyong Gong Si Ltd, Hong Kong since, 2014 onwards, has also been one of the directors in M/s Crown Aim Ltd. from 2014 to 2016. Apart from this, he has been looking after finance of M/s Crown Aim Ltd., M/s Aston Luxury Group Ltd., M/s Shangyong Gong Si Ltd, and M/s Taiping Yang Trading Ltd. It has been revealed that his wife Mrs. Mehar Kulkarni was also one of the directors in M/s Crown Aim Ltd. during 2014 to 2016 and was also one of the Directors in M/s Taiping Yang Trading Ltd. during the said period.

**4.2   M/s 4C's Diamonds Distributors**

**4.2.1** It is also noticed that M/s 4C's Diamonds Distributors, Hong Kong and M/s Trans Exim Ltd., Hong Kong are operating from the same premises viz. 1724, 17th Floor, Star House, Salisbury Road, Tsim Sha Tsui, Hong Kong and have common authorized signatory namely Mr. Jayesh Shah. The same is diagrammatically depicted below:



29

**4.2.2** Further, it is revealed that Mr. Arvind Jadhav, who is employed in M/s Diamart Ltd., one of the Gitanjali Group of companies in Hong Kong is also one of the partners in M/s 4C's Diamonds Distributors, Hong Kong and one of the Directors in M/s Trans Exim Ltd., Hong Kong.

**4.2.3** Similarly, one of the ex-employees of M/s Gitanjali Group of companies (M/s Gitanjali Gems Ltd., India, M/s Diminco (Japan) KK & M/s Leading Jewels of Japan) namely Mr. Mayank Shah, is one of the partners in M/s 4C's Diamonds Distributors, Hong Kong.

**4.3. M/s Gitanjali Ventures DMCC:**

**4.3.1** M/s Gitanjali Ventures DMCC, based in UAE is a 100% subsidiary company of M/s Gitanjali Gems Ltd. Several Gitanjali Group companies or the companies controlled by Mr. Mehul Choksi are registered there in UAE namely M/s Gitanjali Venture DMCC, M/s Gitanjali Jewels LLC, M/s Gitanjali Gold & Precious LLC, M/s Asian Diamonds & Jewelery FZE, M/s Al Burj Diamond & Jewelery FZE, M/s Kiam Jewels DMCC, M/s Jewel Trade DMCC and M/s Al Arba Jewels FZE.

**4.3.2** Out of these, M/s Gitanjali Venture DMCC and M/s Asian Diamonds & Jewelery FZE are the most active companies. Virtually, all these companies shared common office i.e. 33 - D, Almas Tower, Jumeirah Lake Towers, Dubai, UAE. Even employees employed on roaster of one of the Gitanjali Group of companies in UAE had to handle the work of other group companies also therein. For example Mr. Nilesh Desai was a manager in M/s Gitanjali Venture DMCC but had to handle the work of M/s Asian Diamonds & Jewellery FZE also. Similarly, Mr. Dion Lily White was Director of M/s Gitanjali Venture DMCC, but he has been looking after the marketing of M/s Gitanjali Jewels LLC also and Mr. Sachin was employed in M/s Gitanjali Venture DMCC but was preparing export documents of other group companies also.

**4.3.3** Directors/employees at UAE office were receiving all the work related directions from Mr. Vipul Chitalia and Mr. Ajit Bheda in India office of Gitanjali and sometimes directly from Mr. Mehul Choksi. It is revealed that these UAE based Gitanjali Group of companies were used by Mr. Mehul Choksi for layering of his transactions being rotated between India based and Hong Kong based Gitanjali Group of companies.

**4.4. M/s Shangyong Gong Si Ltd.**

**4.4.1** M/s Shangyong Gong Si Ltd. Ltd. is situated at 703-B, 7th Floor, Heng Nagi Jewellery Centre, 4 Hok Yuen Street East, Hunghom, Hong Kong. The office premises of M/s Shangyong Gong Si Ltd. is used for completing export/import formalities pertaining to M/s Crown Aim Ltd., M/s Shangyong Gong Si Ltd. and M/s Taipingyang Trading Ltd.

30

**4.4.2.** It is revealed that ruby/precious stones studded jewellery, which were received in semi finished form at M/s Crown Aim Ltd. or M/s Taipingyang Trading Ltd. were dispatched by Mr. Kalpen Doshi, as per the instructions of Mr. Sunil Varma to M/s Shangyong Gong Si Ltd. wherein the ruby/ precious stones were got removed. These ruby/ precious stones were further exported to Gitanjali group of Companies in India, as per the instructions of Mr. Vipul Chitalia.

**4.4.3** Mr. Deepak Kulkarni, as stated above, has been one of the directors in M/s Shangyong Gong Si Ltd, Hong Kong also apart from in M/s Crown Aim Ltd. from 2014 to 2016. He has also been looking after finance of M/s Shangyong Gong Si Ltd. alongwith M/s Crown Aim Ltd., M/s Aston Luxury Group Ltd. and M/s Taiping Yang Trading Ltd.

### 4.5. M/s Asian Diamonds and Jewellery, FZE

**4.5.1** M/s Asian Diamonds and Jewellery, FZE is situated in UAE at 33-D, Almas Tower, Jumeirah Lake Towers, Dubai. It is one of the Gitanjali Group of companies. M/s Asian Diamonds and Jewellery, FZE shares its office in UAE alongwith other Gitanjali Group of companies namely M/s Gitanjali Venture DMCC, M/s Gitanjali Jewels LLC, M/s Gitanjali Gold & Precious LLC,  M/s Al Burj Diamond & Jewelery FZE, M/s Kiam Jewels DMC, M/s Jewel Trade DMCC, M/s Al Arba Jewels FZE etc.

**4.5.2.** Mr. Prabakaran, who is one of the Directors in M/s Asian Diamonds and Jewellery is also one of the Directors in M/s Al Burj Diamond & Jewelery FZE. M/s Al Burj Diamond & Jewelery FZE is holding shares in another Gitanjali Group company namely M/s Bezel Jewellery (India) Pvt. Ltd.

**4.5.3.** It is revealed that staff employed on roaster of one of the above mentioned group companies were handling the work of other group companies also, as these all were Gitanjali Group of companies. For example Mr. Nilesh Desai and Mr. Sachin are employed in M/s Gitanjali Venture DMCC, but have to prepare export documents of other group companies also.

**4.5.4.** M/s Asian Diamonds and Jewellery, FZE alongwith M/s Gitanjali Ventures DMCC were used by Mr. Mehul Choksi for layering export/import transactions between India and Hong Kong based Gitanjali Group companies in the guise of 'air to air' export.

### 4.6.   M/s Abbeycrest (Thailand) Ltd.

**4.6.1** M/s Abbeycrest (Thailand) Ltd. situated in Thailand is a step down subsidiary company of M/s Gitanjali Gems Ltd. In this company, Mr. Naresh Jadav was one of the directors alongwith Mr. Mehul Choksi. It is revealed that in March, 2014 Mr.  Naresh Jadav was employed in M/s Crown Aim Ltd. and since 2017 he is one of the directors of the company

31

**4.7** Investigation has revealed that these overseas companies were not only having the common Directors, but in fact they were directors on paper only. These were dummy companies controlled by Mr. Mehul Choksi. The funds obtained by Mr. Mehul Choksi through the fraudulently issued FLCs/LOUs were siphoned off in the garb of payment to dummy overseas supplier. Since, dummy overseas supplier companies were controlled by Mr. Mehul Choksi, he used these for diversion of the funds.

**4.8** It is also found that many of above mentioned overseas companies, which have received funds from the said three accused entities namely M/s Gitanjali Gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Ltd. have also made export/ import to/from Mr. Mehul Choksi owned/controlled Gitanjali Group of companies. Details of import & export transactions, for the period April- 2014 to December- 2017 has been worked out on the basis of data obtained during the course of investigation from Mr. Hitesh Shah, Vice President (Accounts & Finance) in M/s Gitanjali Gems Ltd. The data obtained from Mr. Hitesh Shah and worksheet prepared on that basis are enclosed under RUD **(at Sr. No. 44 & 45 respectively), marked as Annexure-I.** Summary of the same is as follows:

**4.8.1 Import in India by Gitanjali Group Companies [April 2014 – December 2017]-**

(Amount in Rs. Crore)

| Sr. No. | Company from where imports were made and which were recipient of funds of LOUs also | M/s Gitanjali Gems Ltd. | M/s Gili India Ltd. | M/s Nakshatra Brands Ltd. | M/s Asmi India Limited | M/s Gitanjali Exports Corp. Ltd | Total |
|---|---|---|---|---|---|---|---|
| 1 | M/s Crown Aim Ltd., Hong Kong | 4074.48 | 715.48 | 1219.73 | 372.35 | 21.30 | 6403.34 |
| 2 | M/s 4C's Diamond Distributors, Hokg Kong | 11179.04 | 2625.28 | 2741.62 | 1748.65 | 931.56 | 19226.15 |
| 3 | M/s Abbeycrest (Thailand) Ltd., T5hailand | 150.13 | 15.13 | 0.85 | - | 82.73 | 248.8 |
| 4 | M/s Shanyao Gong Si Ltd., Hong Kong | 1662.17 | 1265.89 | 841.85 | 203.73 | 368.03 | 4341.67 |
| 5 | M/s Gitanjali Ventures DMCC, UAE | 726.41 | 127.46 | 86.27 | 16.87 | 204.95 | 1161.96 |
| 6 | M/s Asian Diamonds and Jewellery FZE, UAE | 196.88 | 177.37 | 228.26 | 29.26 | 253.14 | 884.91 |
| | **Grand Total** | **17989.11** | **4926.61** | **5118.58** | **2370.86** | **1861.71** | **32266.87** |

32

**4.8.2 Export from India by Gitanjali Group Companies:**

(Amount in Rs. Crore)

| Sr. No. | Company to whom exports was made and which were recipient of funds of LOUs also | M/s Gitanjali Gems Ltd. | M/s Gili India Ltd. | M/s Nakshatra Brands Ltd. | M/s Asmi India Limited | M/s Gitanjali Exports Corp. Ltd | Total |
|---|---|---|---|---|---|---|---|
| 1 | M/s Crown Aim Ltd., Hong Kong | 3790.02 | 368.65 | 329.22 | 193.19 | 426.06 | 5107.14 |
| 2 | M/s 4C's Diamond Distributors, Hokg Kong | 124.78 | 13.32 | 2.59 | 0.64 | 9.15 | 150.48 |
| 3 | M/s Abbeycrest (Thailand) Ltd., Thailand | 236.72 | 6.94 | - | - | - | 243.66 |
| 4 | M/s Shanyao Gong Si Ltd., Hong Kong | 18.66 | 11.33 | 5.77 | 0.05 | 5.52 | 41.28 |
| 5 | M/s Gitanjali Ventures DMCC, UAE | 1032.04 | 543.56 | 504.86 | 432.24 | 40.89 | 2544.59 |
| 6 | Asian Diamonds and Jewellery FZE, UAE | 258.31 | 118.48 | 197.47 | - | 1.84 | 576.10 |
| | **Grand Total** | **5460.53** | **1062.28** | **1039.91** | **626.12** | **483.46** | **8663.25** |

4.9  Therefore, the said overseas companies/entities are related companies controlled and managed by Mr. Mehul Choksi and have been used by him for siphoning off the proceeds of crime in Hong Kong, UAE and other countries. Thus, the funds fraudulently taken from PNB in the garb of LOUs & FLCs were taken to overseas companies, controlled by Mr. Mehul Choksi and thereafter siphoned off initially. Later on, further FLCs/LOUs were got issued to repay earlier LOUs/FLCs and further siphoning off the funds. As on 15.01.2018, there was an outstanding of Rs. 6097.63 crore.

4.10  Further, they have failed to repay the amount, on respective due dates, obtained fraudulently from the overseas banks against LOUs & FLCs of PNB, thereby making PNB liable for payment of the said funds to the overseas bank on account of undertaking given by PNB in the form of LOUs & FLCs which was without any collateral or sanction.

## 5. Overvaluation and rotation of goods

5.1  It has also been revealed during the course of investigation that so called import and export of goods was planned by Mr. Mehul Choksi with the help of Mr. Vipul Chitalia & Mr Sunil Varma. The companies in India as well as the overseas companies were

33

owned /controlled by Mr. Mehul Choksi. The overseas companies mainly based in Hong Kong and UAE and several Indian entities were used for rotation of goods and funds in order to project inflated turnover in the Gitanjali Group of companies. It has also been revealed that though the goods being exported from India were of abysmally low quality but the value was highly inflated.

**5.2** Extract of one such email dated 06.10.2015 at 04.53 pm sent from email id gcomdxb@gmail.com of Mr. Jitendra Mahajan of M/s Gitanjali Ventures DMCC, UAE to Mr Ajit Bheda and Mr. Vipul Chitalia at their email id ajit@gitanjaligroup.com and vipulggl@gmail.com respectively and acknowledged & confirmed by Mr. Vipul Chitalia vide his statement dated 18.05.2018. He confirmed that vide said email, their Dubai office had complained regarding poor quality of goods and had cautioned about getting caught and penalized by the customs officials of the respective countries. (Snapshot of Email is given below):



**5.3** Investigation has further revealed that the valuation of the export/import goods was decided by Mr. Mehul Choksi. The consignments were never actually valued either at

34

the time of export or import and these goods were 'rotation goods' used only for giving legitimacy for rotation/siphoning off of funds.

**5.4** The plan was implemented by Mr. Vipul Chitalia as per the directions of Mr. Mehul Choksi. Mr. Vipul Chitalia in his statement recorded under Section 50(2) of Prevention of Money Laundering Act, 2002 on 18.05.2018 has also stated that the procurement and valuation of import as well as export of goods was decided by Mr. Mehul Choksi without any physical verification of the goods.

**5.5** Here it will not be out of place to refer to the goods seized by the Enforcement Directorate at Hyderabad SEZ Ltd. wherein the declared value of the said goods was Rs. 3840 crore (approximately). However, on valuation done by the Government approved valuer, the value of the said goods was found to be Rs. 103.06 crore (approx.) only which is less than even 3% of the declared value.

**5.6** Thus, they have defrauded banks by adopting this modus operandi, going to the extent of submitting overvalued stock statements to the banks for deriving wrong 'Drawing Power' against existing credit limits. These highly overvalued goods were also used as tool for settlement/ adjustement of funds fraudulently sent abroad to creat an aura of genuineness for the funds so moved.


## 6. Third party payment for book building

**6.1**   The scrutiny of books of accounts of Gitanjali Group of Companies submitted by Mr. Hitesh Shah, Ex. Vice President of M/s Gitanjali Gems Ltd. and outward remittance register of M/s 4C's Diamond Distributors and M/s Shanyao Gong Si Ltd.maintained with their concerned bank in Hong Kong has revealed one more modus operandi adopted by Mr. Mehul Choksi to defraud the banks.

**6.2**   The scrutiny of the aforesaid documents has revealed that the export from M/s Gitanjali Gems Ltd. and M/s Gitanjali Export Corporation Ltd. were made to M/s Trans Exim Ltd. in Hong Kong and M/s Tradewell Enterprises, Hong Kong respectively. But, it is pertinent to note that payments to the aforesaid Indian entities against the said exports made to M/s Trans Exim Ltd. and M/s Tradewell Enterprises, Hong Kong was made directly by M/s 4C's Diamond Distributors, Hong Kong and M/s Shanyao Gong Si Ltd., Hong Kong respectively.

**6.3** This has resulted in under reporting of actual exports to the beneficiaries of LOUs and FLCs whereas over reporting of exports to the aforesaid companies' viz. M/s Trans Exim Limited and M/s Tradewell Entreprises.


**6.4**  Mr. Mehul Choksi adopted this modus operandi with the intention to :

35

(i)  Manipulate the transactions in order to avoid getting detected by banks/auditors/third party of making contra import and export transactions between same companies.

(ii)  Project inflated turnover/sales

(iii)  Bring back proceeds of crime directly from the companies, who are the beneficiaries of fraudulently issued LOUs and FLCs, through third parties, for settling earlier LOUs and FLCs.

(iv)  Create fabricated debtors in the books of Gitanjali Group in order to make drawing power for continuation/enhancement of credit limits.

**6.5  Summary of Exports realisation from M/s. 4 C's Diamond Distributors during the period 01.04.2014 to 31.12.2017**                    **(Amt. in INR Crore)**

| Export Realisation from M/s 4 C's Diamond Distributors | M/s Gitanjali Gems Ltd. | M/s Gili India Ltd. | M/s Nakshatra Brands Ltd. | M/s Asmi India Limited | M/s Gitanjali Exports Corp. Ltd | Total |
|---|---|---|---|---|---|---|
| As per books of account of Gitanjali group against Exports (A) | 124.78 | 13.32 | 2.59 | 0.64 | 9.15 | 150.48 |
| Actual as per Remmitance Register (B) | 7701.10 | 966.78 | 934.80 | 873.90 | 1858.00 | 12334.58 |
| Difference on account booking 3rd party payment (A-B) | 7576.32 | 953.46 | 932.21 | 873.26 | 1848.85 | 12184.10 |

**6.6**  Thus, scrutiny of outward register and books of accounts of Gitanjali Group as mentioned in above para for the period 01.04.2014 to 31.12.2017, it is revealed that the remittance against export to the tune of Rs. 12184.10 crore was received by Gitanjali Group of Companies from M/s. 4 C's Diamond Distributor, Hong Kong which was accounted in the name of buyer viz., M/s. Trans Exim Limited, M/s. Tradewell Enterprises-Hong Kong etc as per the their tripartite arrangements or export orders.

**6.7**  This fact was further verified with Allahabad Bank also. On sample basis the bank was asked to inform the details of remitter in the above case. The bank vide email dated 24.05.2018 has informed the name of company remitting the funds to be M/s. Trans Exim Limited bearing export bill reference no. 0134816FBC000007 and has also attached a copy of Tripartite Agreement dated 23.04.2014 signed among M/s Trans Exim Ltd., M/s 4 C's Diamond Distributor and M/s Gitanjali Export Corporation Ltd. The actual remitter of funds in this case was M/s. 4 C's Diamond Distributor. Thus, Mr. Mehul Choksi with his wrongful intent, layered and laundered funds also through this manner within the ambit of RBI guidelines through companies/entities controlled and

managed by him and was defrauding banks since 2014. The same is diagrammatically presented as under:



A few samples of such transactions wherein the buyer is M/s Trans Exim Ltd. Hong Kong and Remitter is M/s 4 C's Diamond Distributor, Hong Kong, is shown marked as **Annexure- G.**

### 7   Details of various loans obtained by Gitanjali Group Companies

During the course of investigation conducted so far, details of loans disbursed by various banks to the following companies of Mr. Mehul Choksi were also obtained (Same is marked as **Annexure-H**). Chart of the same in tabular form is as follows:

#### 7.1  M/s Gitanjali Gems Ltd. :                    (Amount in Rs. Crore)

| Sr. No. | Banks | Total Limit | Cash Credit Outstanding | Packing Credit Outstanding | Post Shipment Outstanding | Non Fund based Outstanding | Total Outstanding 31.12.17 |
|---|---|---|---|---|---|---|---|
| 1 | Allahabad Bank | 478.98 | - | 251.32 | 212.62 | 15.00 | 478.94 |
| 2 | Andhra Bank | | 0.09 | 34.15 | 206.86 | - | 241.10 |

| | | 241.00 | | | | | |
|---|---|---|---|---|---|---|---|
| 3 | Bank of Baroda | 265.10 | 143.17 | 38.79 | 82.94 | - | 264.90 |
| 4 | Bank of India | 173.00 | 96.05 | 26.72 | 42.23 | 8.79 | 173.79 |
| 5 | Bank of Maharashtra | 24.00 | - | - | - | 24.00 | 24.00 |
| 6 | Canara Bank | 176.27 | 112.08 | 11.57 | 50.90 | - | 174.55 |
| 7 | Catholic Syrian Bank | 50.00 | - | - | - | - | - |
| 8 | Central Bank India | 217.00 | 0.45 | 86.03 | 131.03 | - | 217.51 |
| 9 | Corporation Bank | 297.00 | 166.10 | 20.08 | 112.90 | - | 299.08 |
| 10 | Dena Bank | 90.00 | 81.74 | 3.10 | 6.88 | - | 91.72 |
| 11 | Dhanlaxmi Bank | 50.00 | - | 19.37 | 30.60 | - | 49.97 |
| 12 | EXIM Bank | 109.00 | - | 39.00 | 65.00 | - | 104.00 |
| 13 | ICICI Bank | 246.21 | - | 177.61 | 68.60 | - | 246.21 |
| 14 | IDBI Bank | 99.00 | 5.08 | 17.22 | 76.68 | - | 98.98 |
| 15 | Indian Overseas Bank | 176.00 | 6.30 | 42.57 | 43.43 | 82.19 | 174.49 |
| 16 | Indusind Bank | 83.00 | - | - | 83.46 | - | 83.46 |
| 17 | Jammu & Kashmir Bank | 121.00 | 1.13 | 88.53 | 32.42 | - | 122.08 |
| 18 | Karnataka Bank | 87.27 | 40.20 | 12.03 | 35.06 | - | 87.29 |
| 19 | Karur Vyasya Bank | 27.50 | - | - | - | - | - |
| 20 | Laxmi Vilas Bank | 30.31 | 31.00 | - | - | - | 31.00 |
| 21 | Oriental Bank of Commerce | 110.50 | 0.56 | 109.09 | - | - | 109.65 |
| 22 | Punjab & Sind Bank | 29.00 | - | 7.30 | 12.16 | 5.00 | 24.46 |
| 23 | Punjab National Bank | 587.00 | - | 142.80 | 108.45 | 335.15 | 586.40 |
| 24 | Standard Chartered Bank | 49.92 | - | 42.09 | 7.76 | - | 49.85 |
| 25 | State Bank of Bikaner & Jaipur | 72.00 | 29.24 | 20.67 | 22.58 | - | 72.49 |
| 26 | State Bank of Hyderabad | 132.50 | - | 52.52 | 79.90 | - | 132.42 |
| 27 | State Bank of India | 162.00 | 15.17 | 32.89 | 114.27 | - | 162.33 |
| 28 | State Bank of Mauritius | 75.00 | - | 71.24 | - | - | 71.24 |
| 29 | Syndicate Bank | 231.31 | 144.64 | 18.16 | 22.91 | 31.81 | 217.52 |
| 30 | Union Bank of India | 120.80 | - | 8.40 | 26.39 | 18.84 | 53.63 |
| 31 | United Bank of India | 325.40 | 54.45 | 81.37 | 134.98 | 54.61 | 325.41 |
| 32 | UCO Bank | 70.00 | - | 15.34 | 32.53 | 20.50 | 68.37 |
| 33 | Vijaya Bank | 52.00 | 37.15 | 0.75 | 6.47 | 7.80 | 52.17 |
| 34 | Total | 5,059.07 | 964.60 | 1,470.71 | 1,850.01 | 603.69 | 4,889.01 |

38

### 7.2   M/s Gili India Ltd. :

| Sr. No. | Bank | Total Limit | Fund based Outstanding | Non fund based Outstanding | Total Outstanding As on 31.12.17 |
|---|---|---|---|---|---|
| 1 | Punjab National Bank | 187.5 | 96.82 | 91.09 | 187.91 |
| 2 | Axis Bank | 93.75 | 93.11 | 0 | 93.11 |
| 3 | Canara Bank | 93.75 | 96.12 | 0 | 96.12 |
|  | Total | 375 | 286.05 | 91.09 | 377.14 |

### 7.3   M/s Nakshatra Brands Ltd. :

| Sr. No. | Bank | Total Limit | Fund based Outstanding | Non fund based Outstanding | Total Outstanding As on 31.12.17 |
|---|---|---|---|---|---|
| 1 | Bank of India | 40 | 10.23 | 29.33 | 39.56 |
| 2 | Canara Bank | 47.8 | 49.27 | 0.00 | 49.27 |
| 3 | Corporation Bank | 80 | 81.73 | 0.00 | 81.73 |
| 4 | ICICI Bank | 11 | 11 | 0.00 | 11 |
| 5 | IDBI Bank | 67 | 67.4 | 0.00 | 67.4 |
| 6 | Punjab National Bank | 110 | 2.22 | 107.7 | 109.92 |
| 7 | State Bank of India | 54 | 55.26 | 0.00 | 55.26 |
| 8 | Vijaya Bank | 20 | 11.42 | 8.56 | 19.98 |
|  | Total | 429.8 | 288.53 | 145.59 | 434.12 |

### 7.4   Asmi Jewellery India Ltd.

| Sr. No. | Bank | Total Limit | Fund based Outstanding | Non fund based Outstanding | Total Outstanding As on 31.12.17 |
|---|---|---|---|---|---|
| 1 | Corporation Bank | 55 | 56.25 | 0 | 56.25 |
| 2 | ICICI Bank | 107.07 | 107.07 | 0.00 | 107.07 |
| 3 | IDBI Bank | 60 | 60.02 | 0.00 | 60.02 |
| 4 | Punjab National Bank | 100 | 102.32 | 0 | 102.32 |
| 5 | Axis Bank | 32 | 35.6 | 0 | 35.6 |
| 6 | Vijaya Bank | 24 | 24.76 | 0 | 24.76 |
|  | Total | 378.07 | 386.02 | 0 | 386.02 |

| GROUP | Total Limit | Fund based Outstanding | Non fund based Outstanding | Total Outstanding As on 31.12.17 |
|---|---|---|---|---|
| **Grand Total** | **6241.94** | **5245.92** | **840.37** | **6086.29** |

Therefore, there is a total outstanding of Rs. 6086.29 crore as on 31.12.2017.

39

8. **MONEY TRAIL ANAYSIS : -**

### 8.1. Rotation of LOU funds and diversion:

From the investigation conducted, it is revealed that dummy companies/ companies controlled by Mr. Mehul Choksi were created in Hong Kong, Dubai and Thailand and other countries alongwith their regular M/s Gitanjali & Mr. Mehul Choksi Group Companies. These dummy companies acted as nodes for circular transactions to layer and launder money generated by Fraudulent Letter of Undertakings (LOUs) and Foreign Letter of Credits (FLCs). These monies are nothing but proceeds of crime in terms of Section 2 (1) (u) of the PMLA, 2002.Same stock of overvalued diamonds, Jewellery, Gold, and precious stones& pearls etc were exported and imported in these companies so that the proceeds of crime could be adjusted in guise of Export-Import payments.Further, this also helped in artificially inflating the turnover. Artificially jacked up turnover and stock helped in getting enhanced credit limit from the banks. There is a loan outstanding of INR 6086.29 crore in the Gitanjali Group of Companies.

### 8.2. LOUs Utilisation/distribution:

The analysis of data submitted by PNB vide letter dated 06.03.2018 and 25.05.2018 and bank account analysis of the relevant bank account statements revealed that the money generated through fraudulently issued LOUs from the said bank was used partly to make payments to the dummy companies/ companies controlled by Mr. Mehul Choksi in Hong Kong, Dubai and Thailand and partly to settle/repay the liabilities arising from earlier LOUs and FLCs.The details of LOUs fraudulently obtained by the said three entities since 2015 along with its utilization is as under:

| Year | Details of LOUs and its utilisation | | | Utilisation of LOUs (Amt. in INR Crore) | |
|------|------------------|---------------------|----------------------|-----------------------|------------------------------------------------------|
| | No. of LOUs | Amt. (USD Million) | Amt. (INR Crore) | Overseas Companies | Foreign branches Indian Banks for repayment of earlier LOUs |
| 2015 | 118 | 218.74 | 1399.94 | 1399.94 | NIL |
| 2016 | 116 | 220.42 | 1410.69 | 1410.69 | NIL |
| 2017 | 142 | 470.53 | 3011.39 | 7.45 | 3006.56 |
| Total | 376 | 909.69 | 5822.02 | 2818.08 | 3006.56 |

**8.3** Total payment made to dummy companies based in Hong Kong , UAE and Thailand out of funds obtained from LOUs since 2015 are as under:

| S. No | Name of the Companies/Firms | Country | USD in Crore | Amt in INR Crore |
|---|---|---|---|---|
| 1. | M/s. 4C's Diamonds Distributors | Hong Kong | 130.23 | 833.47 |
| 2. | M/s. Asian Diamonds And Jewellery FZE, UAE | UAE | 61.17 | 391.48 |
| 3. | M/s. Gitanjali Ventures DMCC | Dubai | 36.11 | 231.11 |
| 4. | M/s. Shanyang Gong SI Limited | Hong Kong | 198.40 | 1269.73 |
| 5. | M/s. Abbeycrest(Thailand)Limited | Thailand | 14.42 | 92.29 |
| | Total | | 440.33 | 2818.08 |

**8.4** The amount of USD 440.33 Million (approximately INR 2818.08 crore @ 1 USD = 64 Rupees) was paid to aforementioned Gitanjali Group/ Mr. Mehul Choksi controlled companies in Hong Kong, UAE and Thailand for circulating and rotating proceeds between USA, Hong Kong, India, UAE (Dubai and Abu Dhabi) and Thailand. These proceeds were also used to settle the earlier liabilities by circulating the fund through the Hong Kong and UAE accounts to India by dummy and group companies and some funds were diverted to Overseas Group entities.

**8.5** Break Up of direct payment from LOUs to overseas banks

| Sr. No. | Name of the Beneficiary | Total Debit made to Nostro Account of PNB(USD in million ) | Total Debit made to Nostro Account of PNB (INR in Crore) |
|---|---|---|---|
| 1. | Abu Dhabi Commercial Bank, Abu Dhabi | 2.83 | 18.12 |
| 2. | Bank of India, Antwarp | 57.40 | 367.36 |
| 3. | Canara Bank, Manama | 76.39 | 488.90 |
| 4. | State Bank of India, Frankfurt | 36.19 | 231.62 |
| 5. | UCO Bank, Hong Kong | 270.31 | 1730.00 |
| 6. | Union Bank Of India, Hong Kong | 11.30 | 72.32 |
| 7. | IntesaSanpaola Spa, HK | 15.35 | 98.24 |
| | TOTAL | 469.78 | 3006.56 |

**8.6** As seen above, in the year 2017 USD 469.78 Million (Rs. 3006.56 Crore) was paid to banks via Nostro to settle the earlier LOUs and FLCs obligations of the Gitanjali Group Companies/Firms.

## 8.7  Sample Transactions of LOU

| Date of Issue | Name of the Applicant | LOU in USD | Beneficiary | Beneficiary's Bank | Date of Credit in UCO Bank HK | Remarks 1 for LOUs Proceeds | Name of the Co. remitted funds for settling LOU | Date of payment | Remarks 2- Source of remittance | Remarks 3- Actual Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 22.06.15 | M/s Gili India Limited | 9,71,426.40 | M/s 4 C's Diamond Distributor | UCO Bank , HK | 24.06.15 | (i)USD 171642.80 Remmitted back to India into M/s Gitanjali Gems Ltd at IOB.<br><br>(ii) USD1630500 diverted to M/s Crown Aim Limited by trf entry. | M/s Taipingyang Trading Ltd, HK | 04.04.16 | Funds were remitted to Tapingyang from M/s Crown Aim Ltd & M/s Shangyao Gong Si(Both are beneficiary of Ld LOUs/FLCs) on 31.03.16 & 01.04.2016 | During 29.03.16 to 31.03.16 , LOUs issued to M/s Shanyao Gong Si valuing USD 45,17,410.05 and FLC was amended with USD 23,11,610 in favor of Crown Aim Ltd |
| 22.06.15 | M/s Gili India Limited | 8,45,167.40 | M/s 4 C's Diamond Distributor | UCO Bank , HK | 24.06.15 | | M/s 4 C's Diam. Distrib.through Trans Exim Ltd | 15.03.16 | Funds were remitted out of discounting proceeds under FLCs by 4 C's Diamond Distributor through consignee Trans Exim Ltd | On 14.03.16, FLC was amended with USD 22,53,405 in favor of M/s 4 C's Diamond Distributor |
| 24.06.15 | M/s Nakshatra Brands | 17,97,230.49 | M/s 4 C's Diamond Distributor | UCO Bank , HK | 24.06.15 | Funds Remmitted back to India at PNB into GGL A/c | M/s IRIS Mercantile | 20.11.15 | M/s IRIS Merchantile is dummy company where funds were rotated through Mr. Mehul Choksi Group Cos. On 20.11.2015, funds valuing Rs. 13.12 Crore was trfd from M/s Gitanjali Gems Ltd, out of which Rs. 11.35 Crore was trfd to M/s Nakshatra Brand Ltd for settling LOU. | On 19.11.15, FLC was amended with USD 22,31,660 in favor of M/s 4 C's Diamond Distributor and USD 18,29,090 in favor of M/s Crown Aim Ltd. |
| 30.06.15 | M/s Nakshatra Brands | 22,60,401.40 | M/s 4 C's Diamond Distributor | UCO Bank , HK | 02.07.15 | Funds Remmitted back to India at PNB into NBL A/c for adjustment of earlier FLC | M/s Gitanjali Ventures DMCC | 09.12.15 | M/s Gitanjali Ventures DMCC has received proceeds form the beneficiary of LOUs and FLCs | - |
| 06.06.15 | M/s Gili India Limited | 19,77,110.55 | M/s Shanyo Gong Si Ltd | UCO Bank , HK | 08.08.16 | Funds remitted to Taipingyang Trading Ltd | LOU of 2017 | 30.03.17 | - | - |

42

## 8.8. FLC distributions of Mr. Mehul Choksi/Gitanjali Group Companies

**Amount in USD (in Million)**

| | | Data Related to FLC | | | | | | AMOUNT - USD MILLION | |
|---|---|---|---|---|---|---|---|---|---|
| | | Gitanjali Group (Mr. Mehul Choksi) | | | | | | | |
| Year | No. of FLC | Amount | | Un-Utilised | | Paid | | Outstanding | |
| | | Original | Enhanced | Amount | Enhanced | Original | Enhanced | Original | Enhanced |
| 2014 | 93 | 32.95 | 394.58 | 0.00 | 1.12 | 32.95 | 393.46 | 0.00 | 0.00 |
| 2015 | 147 | 53.97 | 721.22 | 0.00 | 24.81 | 53.97 | 696.41 | 0.00 | 0.00 |
| 2016 | 116 | 101.65 | 1040.97 | 0.00 | 7.05 | 101.65 | 1033.92 | 0.00 | 0.00 |
| 2017 | 81 | 74.52 | 677.21 | 0.00 | 0.06 | 72.52 | 196.93 | 2.00 | 480.23 |
| Total | | 263.08 | 2833.98 | 0.00 | 33.03 | 261.09 | 2320.71 | 2.00 | 480.23 |

**Amount in Indian Rupees (in Crore)**

| Year | No. of FLC | Amount in INR Crore | | Un-Utilised in INR crore | | Paid in INR Crore | | Outstanding in INR Crore | |
|---|---|---|---|---|---|---|---|---|---|
| | | Original | Fraudently Enhanced | Amount | Fraudently Enhanced | Original | Fraudulently Enhanced | Original | Fraudulently Enhanced |
| 2014 | 93 | 210.86 | 2,525.32 | - | 7.15 | 210.86 | 2,518.17 | - | - |
| 2015 | 147 | 345.43 | 4,615.80 | - | 158.80 | 345.43 | 4,457.00 | - | - |
| 2016 | 116 | 650.54 | 6,662.22 | - | 45.15 | 650.54 | 6,617.07 | - | - |
| 2017 | 81 | 476.91 | 4,334.13 | - | 0.35 | 464.11 | 1,260.33 | 12.80 | 3,073.44 |
| Total | | 1683.74 | 18137.46 | 0.00 | 211.44 | 1671.94 | 14852.58 | 12.80 | 3073.44 |

**8.9** As seen from above table, FLCs were enhanced fraudulently without entering the enhanced value in CBS at PNB. Aforesaid FLCs were issued in favour of the overseas banks namely UCO Bank, Hong Kong and Union Bank, Hong Kong.

**8.10** On receipts of FLCs, these banks paid funds to overseas dummy companies/firms namely M/s. 4 C's Diamond Distributors and M/s. Crown Aim Limited found to be controlled by Mr. Mehul Choksi/Gitanjali Group Companies. *Since 2014, the Fraudulently issued FLCs constitute USD 2833.98 Million (Rs. 18,137.46 Crore @ 1 USD= 64 Rupees ), out of which USD 2320.71 Million(Rs. 14,852.58 crore) stands adjusted/squared off through circular transactions in guise of export/import among group firms, dummy companies & Other entities. The Outstanding FLCs constitutes USD 482.23 Million (Original FLC USD 2.00 Million + Enhanced FLC USD 480.23 (Rs. 3086.24 crore).*

43

**8.11** Hence, dummy firms at HONG KONG, on receipts of proceeds under FLCs, routed funds in two ways as illustrated under:-

(i)   Proceeds of crime remitted back to Gitanjali Group Companies in India in guise of Export-Import transactions- The remittances emanated from dummy firms controlled by Mr. Mehul Choksi/ controlled by Mr. Mehul Choksi at Hong Kong on account of purchases/export transactions were transferred to different banks of Mr. Mehul Choksi/Gitanjali Group Companies operating in India (Both Private & Nationalised Banks).The funds received at such banks were again circulated among group companies and other Indian Companies for settling earlier liabilities of FLCs and LOUs at PNB.

(ii)  Rest of the funds were routed to overseas Companies, controlled by Mr. Mehul Choksi, located in USA, UAE, UK, Hong-Kong and Thailand in guise of Export-Import Transactions. On scrutiny of account statement of Punjab National Bank, it is observed that these overseas companies controlled by Mr. Mehul Choksi located in USA, UAE and Hong Kong also remitted crime proceeds by aforesaid method for settlement of liabilities at banks.



44

### 8.12 Outstanding FLCs at PNB

| Company wise Break Up -Outstanding FLCs | Total | |
|---|---|---|
| | Amt In USD Million | Amt In INR Crore |
| M/s Gitanjali Gems Limited | 280.58 | 1,795.74 |
| M/s Gili India Limited | 103.08 | 659.65 |
| M/s Nakshatra Brands Limited | 98.57 | 630.85 |
| Total | 482.23 | 3,086.24 |

**8.13** An example of circular transaction **since, 2014** is diagrammatically presented as under depicting the funds received by overseas dummy companies out of FLCs which were remitted back to India through group and dummy companies for settlement of FLCs and diversion of funds to overseas companies in guise of export-import transactions & mere transfer of funds:



**8.14** An example of LOUs/FLCs utilization is diagrammatically presented as under (depicting the funds received by overseas companies controlled by Mr. Mehul Choksi out of LOUs were partly remitted back to India through group and dummy companies for settlement of LOUs/FLCs and diversion of funds:





**FLOW CHART**
**MONEY TRAIL CONTINUED:**

HONG KONG (91.69%)

USD 3002.09 Mio
INR 19213.35 Crore

INR 14857.57 Crore*

(*TOTAL LOUs & FLCs = 23959.48 Cr.
9004.15Cr(6097.62 Cr))

IN GUISE OF IMPORT TRANSACTIONS
FUNDS WERE REMITTED BACK TO Mr.
MEHUL CHOKSI GP/NIRAV GRP COS TO
VARIOUS BANKS (BOTH NATIONALISED
AND PVT BANKS)

REMITTED INR
14857.78 Crore
to
PUNJAB
NATIONAL BANK

**REPAYMENT OF LOUs AND FLCs**

| Through | In Crore | USD Mio |
|---|---|---|
| In guise of Export | 14857.57 | 2321.53 |
| Direct to banks | 3003.94 | 469.36 |
| Total | 17861.51 | 2790.89 |

FUNDS WERE ROTATED TO/FRO
INDIAN DUMMY COMPANIES/FIRMS
1. IRIS MERCANTILE
2. VIRANIER INTERTRADE
3. AIN GROUP & Other Entities

INR 4355.78 CR. (19213.35 CR -14857.57CR)

DIVERSION FROM HONG KONG TO OVERSEAS GROUP
CONCERNS AND SUSPECTED RELATED COMPANIES

Total funds remitted to India is in excess of Rs. 14857.57 crore. Figure of Rs. 14857.57 is arrived assuming that the LOUs/FLCs repayments have been made using LOU/FLC funds.



46





48



DIVERSION FROM UAE BASED GROUP CONCERNS AND SUBSIDIARY COMPANIES

USD 8.5m (Rs. 54.70 crore approx. @ 1 USD=64 INR) to M/s. Mauri Ventures and Projects to Mauritius Ltd

USD 19.61m (Rs. 125 crore approx. @ 1 USD=64 INR) to M/s. Santico Jewellery, NY USA

USD 1.53m approx (Rs. 9.79 crore @ 1 USD=64 INR) to M/s. Al Buhj Diamond & Jewellery FZE and M/s. 91mm Jewellery Ltd

AED 15m (Rs. 27 crore approx. @ 1 AED=18 INR) on purchase of villa in UAE

USD 2m (Rs. 12.80 crore approx. @ 1 USD=64 INR) to Mr. Bakesh Gupta for purchase of shares in M/s. Gitanjali Gems Ltd

USD 5m (Rs. 32 crore approx. @ 1 USD=64 INR) used for making remittance on behalf of other Group companies controlled by Mr. Mehul Choksi

USD 4.25m (Rs. 27.23 crore approx. @ 1 USD=64 INR) used for diversion to various overseas subsidiaries of Gitanjali Group in the guise of loan repayment, loan advance etc.

Diversion of Rs. 288.22 crore to various entities



MONEY TRAIL OF DIVERSION OF INR 1353.06 CRORE IS BEING ASCERTAINED

- Suspected diversion from UAE and Thailand to overseas concerns and suspected companies

THAILAND
USD 12.12 Mio
INR 92.28 Crore

UAE
USD 217.65 Mio
INR 1363.8 Crore



50

## 9. FUNDS DIVERSION

As seen from aforesaid graphs of LOUs and FLCs, the proceeds of fraudulently issued LOUs and FLCs were circulated by said overseas companies (beneficiary) by following means:

(i)  By layering and laundering of funds in the guise of export-import transactions to group companies located in India in order to square off the payment or liabilities on due dates arising from earlier issuance of fraudulent LOUs and FLCs.Certain part of funds were also siphoned off in the process.

(ii)  Some portion of funds received by Mr. Mehul Choksi/Gitanjali Group Companies at various banks (both Nationalised and Private Banks) were again routed to dummy/other companies namely M/s. Jain Diamonds Private Limited, M/s. Jhankar Vanijya Private Limited, M/s. Mumbai Gems & Diamond Private Limited, M/s. IRIS Merchantile, M/s. Premier Intertrade etc to fabricate picture of credit summations or turnover in bank statements before settling the liabilities arising from fraudulent LOUs and FLCs.

(iii)  On sample verification of Bank Statement of PNB, it is found that M/s. IRIS Merchantile has routed INR 702.95 crore after adjustment of debits during 01.01.2014 to 31.12.2017 in Gitanjali Group Accounts. Similarly, M/s. Premier Intertrade has routed INR 1279.38 Crore after adjustment of debits during 01.01.2014 to 31.12.2017.

(iv)  It is revealed that these false/dummy rotations of funds made by the Mr. Mehul Choksi /Gitanjali Group through dummy companies and other companies/firms without having actual movement of stocks to suffice the continuation of the cash credit limits availed under consortium arrangements. This process also aided in servicing finance costs of the banks including interest obligations.

| S.No | Name of Entity | Period | Funds Received from Gitanjali Grp. | Funds Trf to Gitanjali Grp. | Difference | Purpose |
|------|----------------|--------|------------------------------------|------------------------------|------------|---------|
| 1 | M/s Jain Diamonds Private Limited | 01.01.14 to 31.12.17 | 859.88 | 928.88 | -69.00 | Rotation of funds |
| 2 | M/s Shreeji Multitrade Pvt Ltd | 01.01.14 to 31.12.17 | 155.67 | 187.33 | -31.66 | Rotation of funds |
| 3 | M/s Mumbai Gems & Diamonds Pvt Ltd | 01.01.14 to 31.12.17 | 1075.87 | 961.07 | 114.80 | Rotation of funds |
| 4 | M/s Jhankar Vanijya Pvt Ltd | 01.01.14 to 31.12.17 | 1081.56 | 1106.87 | -25.31 | Rotation of funds |
| 5. | M/s Niva Commercial Pvt Ltd | 01.01.14 to 31.12.17 | 757.24 | 703.82 | 53.42 | Rotation of funds |
| 6 | M/s IRIS Mercantile | 01.05.14 to 31.12.17 | 4305.27 | 4466.93 | -161.66 | Rotation of funds |
| 5 | M/s Premier Intertrade | 01.04.14 to 31.12.17 | 5500.00 (approx.) | 5500.00 (approx.) | | Rotation of funds |

(v)  The beneficiaries of LOUs and FLCs i.e., the aforementioned overseas companies, after routing funds back to Gitanjali Group Companies in India, diverted remaining funds to other overseas companies of the Gitanjali Group or to other companies as per the directions of Mr. Mehul Choksi.

51

(vi)    The money trail derived from the available bank account statement (outward remittances register) of the four Hong Kong based companies namely M/s. Shangyang Song Si Limited , M/s. Crown Aim Limited, M/s. 4 C's Diamond Distributors and  M/s. Taipingyang Trading Limited*** for below mentioned specific period depicts that USD 507.95 Million (Eq. to INR Rs. 3257 Crore @1 usd = 64 Rupees ) out of total 3653.58 Million (Eq. to INR 23382.94 crore) have been diverted to Overseas Group Companies of Mr. Mehul Choksi/ Gitanjali Group in the guise of export- import transactions.

(vii)    It is pertinent to note that USD 93.60 Million (Eq. to 598.95 crore) has been remitted to Overseas unrelated companies by way of Export-Import transactions whose relation with Mr. Mehul Choksi/Gitanjali Group is being ascertained. The summary is depicted below:

*** The proceeds of crime to the extent of INR 3963.03 crore (INR 2557.45 cr from M/s Shanyao Gong SI Ltd and INR 1405.58 from Crown Aim Ltd) (as calculated from the bank statement of said parties for the period 01.01.2015 to 31.12.2017) were transferred to M/s. Taipingyang Trading Limited, located in Hong Kong.

**10.    Money Trail from bank account statement (Outward Remittance register ):**

--FUND OUTFLOW AS SEEN FROM the bank account statements OF AFORESAID COMPANIES VIZ.,

(I)    M/s. 4 C's Diamond Distributor
(II)    M/s  Crown Aim Ltd
(III)    M/s. Shanyao Gong SI Ltd
(IV)    M/s. Taipingyang Trading Ltd;

is summarised as under :-

| Companies | Total USD Million | Total INR Crore | Name/Group of Beneficiaries by way of ( in guise import transactions) | | | | |
|---|---|---|---|---|---|---|---|
| Related India | 232.15 | 14857.57 | Mr. Mehul Choksi /Gitanjali Grp Cos including M/s Asmi India Ltd, M/s Gitanjali Gems, M/s Gili India, M/s GECL and M/s Nakshatra Brands Limited | | | | |
| Related Overseas | 508.99 | 3257.63 | Name of the Cos. | USD Million | INR Crore | Country | Remarks |
| | | | M/s Abbeycrest (Thailand) | 24.58 | 157.32 | Thailand | Overseas Group Entity |
| | | | M/s Diamlink INC | 3.63 | 23.23 | USA | Overseas Group Entity |
| | | | M/s Diamlink Jewellery | 31.83 | 203.74 | USA | Overseas Group Entity |
| | | | M/s Gitanjali Resources BV | 0.01 | 0.04 | Belgium | Overseas Group Entity |
| | | | M/s Gitanjali Ventures DMCC | 189.38 | 1212.05 | UAE | Overseas Group Entity |
| | | | M/s Jewellery Marketing LLC | 1.36 | 8.70 | USA | Overseas Group Entity |
| | | | M/s Leading Italian Jewels | 0.46 | 2.91 | Italy | Overseas Group Entity |
| | | | M/s Leading Jewels of | 1.03 | 6.59 | Japan | Overseas Group Entity |

52

| | | | Japan | | | | |
|---|---|---|---|---|---|---|---|
| | | | M/s Samuels Jewelers INC | 13.27 | 84.93 | USA | Overseas Group Entity |
| | | | M/s Tristar Worldwide LLC | 6.14 | 39.31 | USA | Overseas Group Entity |
| | | | M/s AL Arbaa Jewels FZE | 10.32 | 66.05 | UAE | Controlled Cos./Firms |
| | | | M/s Asian Diamond and Jewellery | 27.00 | 172.80 | UAE | Controlled Cos./Firms |
| | | | M/s Auragem Co. Limited | 4.02 | 25.76 | Hong Kong | Mr. Nirav Modi Controlled Co |
| | | | M/s Diminco. N V | 5.64 | 36.12 | UK | Controlled Cos./Firms |
| | | | M/s Jewel Trade DMCC | 5.78 | 37.02 | UAE | Controlled Cos./Firms |
| | | | M/s Samuel Diam LLC | 184.54 | 1181.06 | USA | Suspected to be Controlled by GGL |
| | | | Total | 508.99 | 3257.63 | | |

| | | | Name of the Cos./Firms | | USD Million | INR Crore |
|---|---|---|---|---|---|---|
| Other Indian CO. | 16.52 | 105.72 | M/s Emerald Gems Pvt Ltd | | 3.79 | 24.23 |
| | | | M/s New Diamond Era | | 5.67 | 36.30 |
| | | | Others | | 7.04 | 45.19 |
| | | | Total | | 16.50 | 105.72 |

| | | | Name of Overseas Com. | USD Million | INR Crore | Country |
|---|---|---|---|---|---|---|
| Other Overseas Companies whose relation with Gitanjali Group/Mr. Mehul Choksi is being ascertained. | 93.60 | 598.95 | M/s Beautiful Diamonds And Jewellery | 18.75 | 119.99 | USA |
| | | | M/s Infinite Diamonds And Jewellery | 15.44 | 98.79 | USA |
| | | | M/s New York Diamonds And Jewellery Inc. | 8.01 | 51.26 | USA |
| | | | M/s Goodmark Jewelry Corp. | 6.83 | 43.74 | USA |
| | | | M/s Munic | 6.62 | 42.35 | USA |
| | | | M/s Chroma Collection | 3.93 | 25.13 | USA |
| | | | M/s Cappuccino Collection | 3.01 | 19.26 | USA |
| | | | M/s Universal Jewelry | 3 | 19.2 | USA |
| | | | M/s Shree Swami Corp. | 2.82 | 18.04 | USA |
| | | | M/s Komal Gems | 2.01 | 12.83 | HONG KONG |
| | | | M/s Gold Coins Group | 1.97 | 12.58 | HONG KONG |
| | | | M/s Fancy Cut Diamonds | 1.78 | 11.38 | USA |
| | | | M/s Zhengzhou Ultra Dia.Industrial | 1.77 | 11.31 | CHINA |
| | | | M/s Pacific Luxury (Thailand) | 1.58 | 10.12 | Thailand |
| | | | M/s Hvd International Fzc | 1.57 | 10.05 | UAE |
| | | | Other Unrelated Overseas Cos. | 14.51 | 92.92 | Others |
| | | | Total | 93.60 | 598. | |

| Grand Total | 3,653.58 | 23,382.94 | | | | |

53

**10.1** It is revealed that the USA based companies namely M/s Samuels Jewelers Inc and M/s Diamlink Inc, wherein Mr. Nehal Modi was incharge were also involved in receipt of the proceeds of crime in the guise of royality agreement etc. with the Dubai based sale companies of Mr. Mehul Choksi.

Based on the investigation of outward remittance register of overseas companies who were the direct beneficiaries of fraudulent LOUs and FLCs, it is observed that funds were layered and laundered in guise of export and import transactions back to Mr. Mehul Choksi controlled companies/Gitanjali Group Companies in India to adjust and settle earlier liabilities of fraudulent LOUs and FLCs in order to repeat the process of issuance. This is also evident from the bank statements of Punjab National Bank pertaining to the group accounts of Gitanjali Group of companies (submitted vide letter dated 30.05.2018, **[enclosed under RUD (at Sr. No. 43) marked as Annexure –I ]** where large volume of proceeds have come directly from the aforementioned overseas suppliers. Funds were also being transferred from other Indian Banks to these accounts of Gitanjali Group of companies to adjust the earlier liabilities of LOUs/FLCs.

**10.2** Net Proceeds left, after making the remittance, were diverted to Overseas Group Companies of Mr. Mehul Choksi and other foreign companies in guise of export and import transactions in Hong Kong, UAE and USA.

**10.3. Money Trails in respect of funds diverted through Dubai based companies:**

*(Below mentioned money trail is based upon the emails retrieved from the mail account, provided by Mr. Jitendra Mahajan, under Panchanama dated 12.04.2018. Copy of Pancahanam is enclosed under RUD (at Sr. No. 38) marked as Annexure- I)*

**10.3.1 Rotation of Funds in Dubai :-** During the course of investigation, it has also been revealed that on the lines of domestic rotation of funds in India, identical setup was also used by Mr. Mehul Choksi to inflate the turnover and to layer and divert the criminally acquired funds. M/s Asian Diamonds & Jewellery FZE, M/s Al Arbaa Jewels FZE, M/s Al Burj Diamond & Jewellery FZE and M/s Eternity Jewels FZE were shell companies of Mr. Mehul Choksi and being used for rotation of funds to inflate the turnover and to layer/divert the said funds, through his trusted associated in Dubai as per his directions. The declared companies of Gitanjali Group like M/s Gitanjali Ventures DMCC and M/s Jewel Trade DMCC were also used in this process. Further, 'market operators' in Dubai were also used to rotate the funds and to camouflage the source of fund on commission basis. Several companies belonging to market operators have been identified and listed below:-

        a.  M/s Dev Jewellery FZE

        b.  M/s Real Diamond FZE

        c.  M/s Globex Jewels LLC

        d.  M/s Nidhi Gems DMCC

        e.  M/s Omri Jewellery

    f.  M/s Al Ameerat Diamond LLC

    g.  M/s Shreeman Diamond

    h.  M/s Jasmine LLC

    i.  M/s Indigo Trading FZC

    j.  M/s Terra Trading DMCC

    k.  M/s HVD Internationa FZC

    l.  M/s Intergems Trading LLC

**10.3.2**    **Diverson of Funds to invest in M/s Gitanjali Gems through Mr. Rakesh Gajera**

On 13/01/15 an amount of 20,00,500 USD was transferred to the account of M/s Eternity Jewels, a shell company of Mr. Mehul Choksi. On the same day, USD 2000000.00 was given as "Loan" to Mr. Rakesh Gajera, a trusted associate of Mr. Mehul Choksi. The source of this fund was M/s Gitanjali Ventures DMCC, a beneficiary of fraudulent LOUs and FLCs. In year 2016, this fund was used to purchase the 5.75 % equity of M/s Gitanjali Gems Limited in the name of Mr. Rakesh Gajera. The consideration paid for the purchase of equity was around 50 Crore by Mr. Rakesh Gajera to M/s Gitanjali Gems and similar to the above money trail of Rs 12 Crore, it is suspected that the rest of the amount also was provided to Mr. Rakesh Gajera by Mr. Mehul Choksi. For this reliance is placed on the statements of Mr. Jitendra Mahajan dated 11.04.2018, Mrs. Pankhuri Warange dated 24.02.2018 & 05.04.2018 and Mr. Vipul Chitaliya dated 18.05.2018. Therefore, Mr. Mehul Choksi indirectly used the fraudulently availed funds from LOUs and FLCs to invest in his company in India through Mr. Rakesh Gajera.



**10.3.3.**    **Diversion of Funds through M/s Al Burj Diamond & Jewellery FZE and M/s Damas Jewellery LLC**

M/s Damas Jewellery LLC was having 9,78,840 shares of M/s Bezel Jewellery (India) Ltd, a company beneficialy owned by Mr. Mehul Choksi. In April 2017 resolution was passed by M/s Damas Jewellery LLC to transfer the shares of M/s Bezel Jewellery (India) Ltd to M/s Al Burj Diamond & Jewellery FZE a shell company of Mr. Mehul Choksi. The shares were transferred for the consideration of Rs 78,84,000/- . The source of the fund was M/s Gitanjali Venture DMCC to purchase the share on the name of M/s Al Burj Diamond and Jewellery. From May 17 to June 17, the funds were first transferred to M/s Asian Diamond & Jewellery FZE from M/s Gitanjali Venture DMCC in several tranches and subsequently the funds were transferred to M/s Al Burj Diamond & Jewellery FZE in several tranches. After

55

receiving the funds, the same were transferred to M/s Damas Jewellery LLC for consideration. It is also pertinent to mention that M/s Damas Jewellery LLC is close associate of Gitanjali Group. Later on the said funds were paid back by M/s Damas Jewellery LLC to M/s Gitanjali Venture, DMCC.



### 10.3.4   Diversion of Funds through Professional Fees and Purchase of Villa in UAE

In 2013, Mr. Mehul Choksi purchased a Villa having address Wadi Al Safa 3, Plot No 402, Villa 2, Jasmine Leaf 3, Al Barari, UAE. The said Villa was purchased from Mr. Ziad Khalil Makkawi and Mr. Amal Boudhara Makkawi and paid the consideration of 15 Million Dirham (INR 27 crore approx. @ Rs.18/AED). To pay the EMI of this Villa, an amount of AED 80631 (In Rs15 Lakhs approx) used to be transferred to Mr. Mehul Choksi's Account from M/s Gitanjali Venture DMCC in the guise of professional fees paid. The maintenance and other charges are also paid from M/s Gitanjali Ventures DMCC only.

### 10.3.5   Diversion of Funds to M/s Samuels Jewelers, INC USA in guise of Royalty

M/s Samuels Jewelers Inc is 100% subsidiary of M/s Gitanjali Gems Limited. M/s Samuels Jewelers Inc and M/s Al Arba Jewels, FZE a shell company of Mr. Mehul Choksi is having a royalty agreement from 2014 to 2017 to divert the funds

56

generated from the scam. As per the agreement, M/s Al Arba Jewels agreed to pay annual royalty to M/s Samuals Jewelers to the extent of 7% of the net sales with a guaranteed minimum annual royalty of USD 6800000 that is earned on the first day of each year. The turnover of this shell company was used to inflated by rotating the transactions with the help of companies controlled by Mr. Mehul Choksi and Market companies. In the guise of this agreement, other import-export transactions, Advances, Loans etc M/s Al Arba Jewels FZE, M/s Asian Diamond & Jewellery FZE and M/s Eternity Jewels diverted 19606381 USD ( Rs 125 Crore  approx 1USD @ 64 Rs) from Dubai during the period March 15 to May 17.

### 10.3.6    Diversion/ Camouflage of Funds through third party remittance system

Third party remittance system was also used in Dubai by Mr. Mehul Choksi to camouflage the criminal origin of funds and for diversion/movement of funds. During the investigation it has come into light that all the companies controlled by Mr. Mehul Choksi in Dubai have remitted the money on behalf of other importers to several other parties for the import of goods. As per data available, in year 2014-15 more than USD 5 Million ( Rs 32 Crore Approx 1 USD @ 64 Rs) were remitted in this manner.

### 10.3.7    Diversion of Funds through Mauritius based companies

During investigation it has also come into light that Mr. Mehul Choksi is having two companies M/s Mauli Ventures and Project IOI (Mauritius) Ltd in Mauritus. These two companies are managed by M/s First Island Trust Company Limited, Port Louis, Mauritius in Fiduciary Capacity. Funds were also diverted in these two companies in guise of Loan and Financial Support. In 2011, USD 8,515,000 were given to M/s Mauli Ventures by M/s Gitanjali Ventures DMCC as Loan/ financial support and as per agreement dated 15/11/17 the said loan has been assigned to one HongKong based company M/s Group Asset Limited in consideration of USD 42,50,000 by M/s Gitanjali Ventures DMCC. The other company M/s Project IOI (Mauritius) Limited also owning majority of stake in M/s A. P. Gems in Jewelery Park, Hyderabad.

### 10.3.8    Diversion of Funds to Gitanjali Group Subsidiaries in Guise of Loan

During investigation it has also come into light that funds were diverted to several overseas subsidiary of Gitanjali Group in guise of loan repayment, loan, advances etc. Some instances were noticed during the course of investigation and are as below.

| Sr No | From | To | Date | Purpose | Amount (USD) | Remark |
|---|---|---|---|---|---|---|
| 1 | M/s Asian Diamond & Jewellery FZE | M/s Merlin Luxury Group Pte Ltd , Singapore(Earlier M/s Leading Italian Jewelery Pvt Ltd) | 17/09/15 30/04/15 | Loan | 127500 | M/s Merlin Luxury Group Pte Limited which is owned by Mr. Mehul |

57

| | | | | | | Choksi through M/s Lustre Industries Pvt Limited. |
|---|---|---|---|---|---|---|
| 2 | M/s Jewel Trade DMCC | M/s Gitanjali USA Inc | 28.09.15(two transactions) 21.09.15 22.09.15 | Repayment of Loan | 2095250 | M/s Gitanjali USA Inc is 100 % Subsidiary Of M/s Gitanjali Gems Limited. |
| 3 | M/s Asian Diamond & Jewellery FZE | M/s Tristar Worlwide LLC | 25.11.15 01/07/15 | Advance | 832000 | M/s Tristar Worldwide is 100 % Subsidiary of M/s Gitanjali Gems Limited. |
| 4 | M/s Asian Diamond & Jewellery FZE | M/s Gold Coin Group | 17.09.15 | Loan | 1200000 | - |
| | | | | Total | 4254750 | |

11.    Under Section 50(2) and (3) of the PMLA, 2002, the officers of this Directorate, not below the rank of an Assistant Director, are authorized to summon any person whose attendance is deemed necessary either to give evidence or to produce any records during the course of any investigation or proceeding under this Act. Further, the persons so summoned are bound to attend in person in terms of section 50(3) of the Act. Furthermore, these proceeding shall be deemed to be judicial proceedings within the meaning of Section 193 and Section 228 of the Indian Penal Code, 1960 (45 of 1860). In pursuance thereof, summons were issued on 15.02.2018, 17.02.2018 & 23.02.2018 to Mr. Mehul Choksi,  Promoter & Controller of the above mentioned firms/entities to appear before this Directorate on 16.02.2018, 22.02.2018 & 27.02.2018 respectively, for recording of his statement and to disclose the facts of the case in furtherance of the investigations being conducted.  However, instead of complying with the summons, Mehul Choksi deliberately and intentionally evaded attendance before Investigating Officer on one pretext or the other.

11.1.2.    It is further submitted that even after issuance of said summons by the aforesaid method to the accused, he did not appear. His replies are evasive and only appear to be a façade to somehow escape the clutches of law. He has deliberately, intentionally and knowingly remained absent after receipt and acknowledgement of the said summons, issued to him in accordance with law by the aforesaid methods.

11.1.3.    Accordingly, in pursuance to an application filed by the E.D., a Non Bailable Warrant dated 05.03.2018 was issued by the Special PMLA Court, Mumbai

58

against Mr. Mehul Choksi for his arrest and production before the Special Court. However, due to his non - availibilty in India, the same remained unexecuted. Copies of the Summons and NBW are enclosed herein and marked as **Annexure – I.**

**11.1.4.** On the request of ED, the Regional Passport Office, Mumbai passed an order dated 23.02.2018 of Revocation of Passport of Mr. Mehul Choksi marked as **Annexure- J.**

**11.1.5** During the course of investigation, it was found that Mr. Mehul Choksi through his companies namely M/s Gitanjali gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Ltd. have siphoned off the monies illicitly acquired by fraudulent means to foreign land and has parked his money in different accounts and properties overseas. Hence, Letters of Request (LR) under Section 57 of PMLA, 2002 to different countriesis have been issued requesting for assistance and collection of evidences under ongoing investigation.

## 12. GIST OF STATEMENTS RECORDED UNDER SECTION 50 [2] AND [3] OF THE PMLA, 2002

Copies of all the statements are enclosed herein under **RUD (Sr. No. 1 to 37),** marked as **Annexure-I**

**12.1** Statement of Mr. Avneesh Nepalia, a Deputy General Manager, Punjab National Bank, Mumbai was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act,2002 on 20.02.2018. He explained the procedure followed by the bank in issuance of Letter of Undertaking (LOU) and Foreign Letter of Credit (FLC). He stated inter alia that upon verification of the SWIFT logs by the branch officials of the PNB, Brady House branch, large number of LOU's of large amounts were found to be outstanding against Mr. Nirav Modi. The same modus operandi was used for issuance of fraudulent LOUs in the name of Gitanjali group companies namely M/s Gitanjili Gems Ltd, M/s Gili India Ltd and M/s Nakshatrs Diamonds of Mr. Mehul Choksi also. It was found that original FLCs were issued for smaller amount within the sanctioned limit. Once FLC number was generated in the system by entering details of FLC of smaller amount, same number was used for amendment of such FLCs by way of enhancement of value of FLC by way of increase in the amount. Such enhancement of amount was done at 4-5 times higher value of the original FLC amount. All such amendments were done outside the CBS system and hence it was not captured genuinely in the books of bank. Branch is holding documents of original FLC amount.

**12.2.** Statement of Mr. Sunil Mehta, Managing Director, Punjab National Bank, was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 on 01.03.2018. Mr. Mehta inter alia explained the structure of the bank and stated that to maintain check and balances they have a supervisory system at

59

different levels in the form of internal and external audit viz Concurrent Audit, Annual Audit, Statutory Audit. RBI officials also carry out a Risk Based Supervision (RBS) on the basis of data available with them.

He informed that Core Banking System(CBS) is their main digital/electronic platform for conducting financial/banking transactions. He further stated that there are guidelines issued by the Head Office for operation of SWIFT system and its verification which was not being followed in the case of Brady House Branch of PNB. He further stated that on 21.01.2018, he was informed by Zonal Head, Mumbai Mr. Vimlesh Kumar regarding a suspected fraud in issuance LOUs on behalf of M/s Fire Star Diamond for Rs. 692 crore in Brady House Branch. Same day, he instructed Mr. Vimlesh Kumar to ensure quick investigation, prompt recovery, and stern action against all involved.

On 23.01.2018 a report was submitted by the Mumbai Circle Office suspecting the fraud to have been committed by one Mr. G.N. Shetty, a staff posted in Forex department of the Brady House branch. Mr. G.N. Shetty had already superannuated in May, 2017. He further stated that on receipt of the report he immediately constituted a team for headed by Mr. Avneesh Nepalia, DGM for investigation.

On 25.01.2018 a preliminary report was submitted by the investigation team, wherein an amount of Rs.281 crore due as on 25.01.2018 was reported. On 29.01.2018 a Fraud Monitoring Report (FMR) was filed with RBI and a complaint was lodged with CBI.

On being enquired as to how the fraud under SWIFT transactions remained un-noticed he gave the reason that the CBS system is not integrated with SWIFT and the manual processes of checking call log of SWIFT was not complied with by delinquent employees.

**12.3.** Statement of M/s Vimlesh Kumar, Zonal Manager, Punjab National Bank, was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act,2002 on 28.02.2018. He inter alia stated that in order to maintain checks and balances in the system they are conducting audit of their records in the following manner:

(a) Concurrent Audit : Internal Auditor is posted in all big branches who checks all the transactions of that particular branch on daily basis and required to report to the respective Zonal Audit Office if any irregularity is noticed;

(b) FEMA Audit conducted to ascertain if any irregularity in branches handling foreign exchange business;

( C) Annual Audit of each branch is conducted by internal auditors ;

(d) Statutory Audit : Statutory Auditors appointed by the Head Office conducts audit of very big branches on quarterly basis;

60

(e) Annual Financial Inspection (AFI) conducted by the RBI.

He informed that the CBS generates a number (i.e. 11) of crucial reports pertaining to previous days working in the respective branch and these report indicate if any unauthorised business had taken place in the branch on the previous day. He explained that SWIFT is a internationally acceptable secure messaging system through which banks convey the messages to other overseas bank for both financial as well as non-financial transactions.

He informed that on 15.12.2016 the bank had issued guidelines under which all the authorised branches having SWIFT operations were required to generate daily SWIFT log from the SWIFT and to reconcile SWIFT messages with related data entered into CBS and that this reconciliation was to be put up to the respective branch head or to the officer authorised for this purpose on daily basis, further a periodical confirmation was to be sent to the Controlling Circle officer for compliance.

He further stated that each Swift transaction needs to be manually checked in the CBS to ensure that the amount of liability as conveyed in the Swift message is also booked in the CBS. He also stated that all banking transactions including the Swift transactions are covered under the purview of Audit.

**12.4.** Statement of Mr. Mayur Mulchand Sheth, Chief Manager, Punjab National Bank (PNB), Brady House Branch, Mumbai was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act,2002 was recorded on 22.02.2018 wherein he stated inter alia that since 20.08.2015 he has been working as Chief Manager at Brady House branch of PNB. On being asked if he had dealt with Mr. Mehul Choksi related companies, he said 'yes' and stated that Mr. Mehul Choksi was the Promoter of Gitanjali Group of companies i.e. M/s Gitanjali gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Ltd.; that these companies were having credit limits with them for a long time. He furnished details of the same as : (i) M/s Gitanjali Gems Ltd. Rs.587 crores limit since 24.07.204 (ICICI Bank Consortium leader); (ii) M/s Gili India Ltd. Rs. 187.50 crores limit since 25.10.2012 (PNB consortium leader); (iii) M/s Nakshatra Brands Ltd. Rs. 110 crores limit, though the limit was enhanced to Rs. 123 crores on 14.06.2016, but the same was not released till date (PNB consortium leader); (iv) M/s Asmi Jewellery India Ltd. Rs. 100 crores limit, though the limit was enhanced to Rs. 107 crores on 15.03.2016 but the same had not been disbursed; that in 2016 M/s Asmi was merged with M/s Nakshatra Brands Ltd., however the limit had been continuing separately (ICICI Bank Consortium leader).

**12.5.** Statement of Mr. Gokulnath Shetty, Deputy Manager (Rtd.), Punjab National Bank (PNB) was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act,2002 was recorded on 05.04.2018 wherein he stated inter alia that he was Forex officer working at Brady House branch of PNB.

61

He explained the procedure of Issuing the LCs and LoUs in his Bank and provided the list of companies related to Mr. Mehul Choksi which availed LOUs and LC Facility as (i) M/s Gitanjali Gems Ltd., (ii) M/s Nakshatra Brands Ltd. & (iii) M/s Gili India Ltd. He further stated inter alia that for availing the LoU and LC facility for Mr. Mehul Choksi, one Mr. Vipul Chitaliya, Mr. Nitin Shahi and Mr Jayesh used to contact him. Occasionally, one Mr. Dinesh used to come in place of Mr Jayesh to submit the documents. He admitted that in the year 2017 for Mr. Mehul Choksi total 100 – 150 LOUs were issued. Though he did not remember the exact amount however approximately Rs. 2000-3000 crore were issued against these LoUs having Usance Period of 1 year and the amount for FLCs were also around Rs.2000 - 3000 Crore.

He further admitted that proper procedure was not followed while issuing LoUs and FLCs for Mr. Mehul Choksi Group of Companies. He informed that since there was no sanctioned limit/100 % Margin available for the above said companies related to Mr. Mehul Choksi, they were not supposed to issue the LoUs and FLCs in the first place. Apart from this, the details were also not entered in the CBS system to avoid detection.

He stated that the Funds from these LoUs and LCs were meant to be utilized for payment to the Overseas Supplier for liquidation of Import Bills, instead, most of these funds were used to settle the earlier LoUs. He admitted that to this effect the swift messages to the NOSTRO Bank were sent by him (Mr. Shetty) only.

He admitted that as a Deputy Manager Imports, he was looking after the entire issue of the LoUs and LCs in the aforesaid case and as such it was his responsibility. He informed that there was a Maker and Checker System for sending SWIFT Messages. One Mr. Manoj Kharat was the Maker and he was the Checker, Mr. Kharat used to prepare the SWIFT Messages on his instructions. He (Mr. Shetty) was supposed to ensure the proper entry of the SWIFT messages in the CBS System which he had not done to avoid detection as there was no Sanctioned limit and no Collateral Security available for those parties.

He stated that initially he had issued LoUs without 100% Cash Margin to Mr. Nirav Modi on the instructions of then AGM Mr. Rajesh Jindal and later on he had extended this facility to Choski Group of companies also as Mr. Mehul Choksi is relative of Mr. Nirav Modi and Mr. Nirav Modi might have conveyed these happenings to Mr. Mehul Choksi. He informed that on behalf of Mr. Mehul Choksi, Mr. Vipul Chitaliya, (Vice President of Gitanjali Group Companies) had approached him seeking similar facilities, as that being given to Mr. Nirav Modi, to them too and also threatened him with exposure if not accommodated. He was left with no choice but to extend the facility to them.

He informed that the maximum duration of the posting at one branch for Bank Officials is 3 years and he had no idea why he was retained for about 7 year at a single branch i.e. Brady House Branch.

He also stated inter alia that for the issuance of LOU's the documents required to be submitted by the applicants are:-

62

1) Letter of Request,

2) RBI Format &

3) LOU Format.

On the basis of the above details SWIFT message were prepared and sent to overseas funding bank. The funding bank would confirm the transaction on the basis of the SWIFT message giving the details of amount funded, interest calculations and the total amount to be paid on due date. After receiving confirmation from the funding banks, the entire set/ bunch of the aforesaid documents submitted by Mr. Mehul Choksi Group of companies were returned by him to Mr. Mehul Choksi group of companies as these were not entered in the Core Banking System (CBS). In normal circumstances these set of documents are required to be kept in file which are maintained LOU number wise and that the LOU number is generated only when it is entered in the CBS. He informed that with regard to Mr. Mehul Choksi Group of companies he handed over the documents to Mr. Jayesh and Mr. Dinesh of the Mr. Mehul Choksi group of companies, who were reporting to Mr. Vipul Chitaliya,

**12.6.** Stement of Mr. Amar Sukhdev Jadhav, Single Window Operator- B Clerk (SWO) was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 on 28.02.2018. He inter alia stated that he was preparing the SWIFT message and explained the steps in the issuance of Swift message. He stated that he was also required to prepare the Letter of Credit and lodging of the bills in the CBS. He admitted that the Foreign Letters of Guarantee (FLG) pertaining to M/s Gitanjali Gems Ltd were not lodged in the CBS and by not lodging the FLG's in the CBS, the liability created against them was not reflecting in the CBS. Since the liability created against them was not reflecting in the CBS they were able to avail the Letter of Undertaking without providing any collaterals or margin money. He informed that the Auditors do not have access to the SWIFT system and for the purpose of audit they check only the CBS and since the FLG was not lodged in the CBS it could not be detected.

**12.7.** Summons were issued and statements of Mr. Kalpen Doshi, Ex Director of M/s Crown Aim Ltd. were recorded on 30.03.2018, 02.04.2018 & 04.04.2018 under the provisions of Section 50 (2) & (3) of the Prevention of Money Laundering Act, wherein he furnished details of the the Gitanjali Group of companies based in Hong Kong and controlled by Mr. Mehul Choksi as under:

i)    M/s Crown Aim Ltd.,

ii).   M/s Aston Luxury Group Ltd.;

iii)   M/s Shanyao Gong Si Ltd,

iv)   M/s Taipingyang Trading Ltd.,

v)    M/s 4 C's Diamonds Distributors and

vi)   M/s Trans Exim.

63

During the course of recording of his statements, he inter alia stated that in January, 2013 he had joined M/s Crown Aim Ltd. in Hong Kong as 'Senior Diamond Buyer'; that in October, 2013 he was made director of the company; that he was made director in Mr. Aston Luxury Group Ltd. also.

He stated that in the year, 2014 M/s Shanyao Gong Si Ltd. and M/s Taipingyang Trading Ltd. were formed by Mr. Mehul Choksi wherein Mr. Deepak Kulkarni and his wife Mrs. Mehar Kulkarni respectively were made directors; that earlier, Mr. Deepak Kulkarni was handling the entire operation of diamond manufacturing company in China owned by Mr. Chetan Choksi who is en elder brother of Mr. Mehul Choksi; that from the day, Mr. Deepak Kulkarni joined he started looking after finance of M/s Crown Aim Ltd., M/s Aston Luxury Group Ltd., M/s Shangyong Gong Si Ltd. and M/s Taipingyang Trading Ltd.

On being asked about the activities being carried out in these companies, he stated that earlier M/s Crown Aim Ltd. was engaged into local sale of diamonds in Hong kong; that M/s Aston Luxury Group Ltd. is a finance company; that M/s Crown Aim Ltd. and M/s Aston Luxury Group Ltd. share common office; that the office premises of M/s Shanyao Gong Si Ltd. is used for completing the import & export formalities pertaining to M/s Crown Aim Ltd., M/s Shanyao Gong Si Ltd. and M/s Taipingyang Trading Ltd. whereas the office premises of M/s Taipingyang Trading Ltd. is used for accounting, banking, audit and other secretarial work of M/s Crown Aim Ltd., M/s Shanyao Gong Si Ltd. and M/s Taipingyang Trading Ltd.; that M/s 4C's Diamonds Distributors and M/s Trans Exim are also sharing common office.

He informed that in June, 2014 he was informed by Mr. jayesh Shah, in-charge of M/s 4C's Diamonds Distributors that a consignment of Ruby/precious stones studded jewelry from Gitanjali group of companies in India had been exported to M/s Crown Aim Ltd., which was actually meant for M/s 4C's Diamonds Distributors; that Mr. jayesh Shah directed him to dispatch the said consignment to M/s 4C's Diamonds Distributors once it was received; that during the same month, the consignment was received by at M/s Crown Aim Ltd. and as directed by Mr. Jayesh Shah, he dispatched the entire consignment to M/s 4C's Diamonds Distributors vide local sale bill; that after that, it became a regular practice and continued till June, 2015; that Mr. Jayesh Shah had informed him that due to some local legal problem they were not importing it directly; that in the same way consignments of diamond studded gold jewelry was also received from India.

He revealed that the jewelry received at M/s Crown Aim Ltd. used to be in unpolished and in semi finished form; that at M/s 4C's Diamonds Distributors the Rubi/precious stones were separated from the gold/silver and were weighed and packed separately; that afterwards the Ruby/precious stones were used for Re-export to Gitanjali Group of Companies in India, as per the instructions of Mr. Vipul Chitalia, who heads the Banking operations of M/s Gitanjali Gems Ltd.; that the gold/silver was got

64

melted at a local melting unit namely M/s Heraeus situated at 21/F, Peninsula Square, 18 Sung On Street, Hunghom, Kowloon, Hong Kong; that after melting, the refined Gold/silver was sold immediately or was exported to the Gitanjali Group of companies in India as per the instructions of Mr. Vipul Chitalia; that from May, 2015 similar consignment i.e. Ruby/precious stones studded gold/silver Jewlery started coming directly at M/s 4C's Diamonds Distributors and M/s Taipingyang Trading Ltd. also.

He stated that thenafter, he was directed by Mr. Sunil Varma to dispatch the consignments so received at M/s Taipingyang Trading Ltd. and M/s Crown Aim Ltd. to M/s Shanyao Gong Si Ltd.; that as directed, he arranged to dispatch the consignments received at M/s Taipingyang Trading Ltd. and M/s Crown Aim Ltd. to M/s Shanyao Gong Si Ltd. vide local sales bill; that therein, applying the same process, as that in M/s 4C's Diamonds Distributors, the Ruby/precious stones were separated from the gold/silver jewellery and were weighed and packed separately; that afterwards the Ruby/precious stones were used for re-export to Gitanjali Group of companies in India, as per the instructions of Mr. Vipul Chitalia; that for getting the Ruby/precious stones separated from jewelry at the premises of M/s Shanyao Gong Si Ltd., he had hired 4-5 local people on contract basis.

He confirmed that When an ample quantity of gold/silver was ready, they used to call M/s Heraeus, the Melting Co. and they used to send their person to collect the same; that he as well as Mrs. Mehar Kulkarni were following with M/s Heraeus; that receipt of the Ruby/precious stones/Pearl studded jewelry in the name of M/s Crown Aim Ltd. and M/s Tiapingyang Trading Ltd., monitoring the removal of Ruby/ precious stones/Pearl from the jewelry and arranging the export of loose Ruby/precious stones/Pearl as per the instructions of Mr. Vipul Chitalia were his (Mr. Kalpen Doshi) responsibility.

He stated that while re-exporting the Ruby/precious stones/Pearl, he used to receive instructions from Mr. Vipul Chitalia about approx. value and fixed rate, to be declared in export invoices, at which the goods were to be exported. Using the fixed rate and approximate value we used to reverse calculate the carats and arranged the shipment accordingly; that Mr. Vipul Chitalia was also providing details as to which company would be the exporter and which would be the consignee.

He further stated that Imported goods in M/s Crown Aim Ltd. and Taipingyang Trading Ltd. used to come majorly from Gitanjali Group of companies situated in India; that few consignments were also received from other destinations which includes M/s Sumil Dian in USA, M/s Al Arba FZE Ltd, UAE, M/s Asian Diamod & Jewler Ltd. UAE and M/s Gitanjali Ventures DMCC in UAE; that the goods always originated from India and their end destination for processing (separating of Ruby/precious stones/Pearl from gold/Silver) would be HongKong before getting re-imported in India as raw materials in the form of Ruby/precious stones/Pearls.

65

Regarding exports he stated that M/s Crown Aim Ltd. and M/s Shanyao Gong Si Ltd. were the exporting companies which were majorly exporting to Gitanjali Group of companies situated in India; that sometimes they would be exporting the goods to UAE based Gitanjali Group of companies also viz. M/s Asian Diamod & Jewlery Ltd. and M/s Gitanjali Ventures DMCC, which would be ultimately forwarded to Gitanjali Group of companies in India; that the whole scheme was devised to rotate the transactions again and again to increase the turnover of Gitanjali Group of companies and the ultimate beneficiary in the whole transaction is Mr. Mehul Choksi. He informed that in January, 2018 he was shifted to M/s Abbeycrest (Thailand) Ltd. in Thailand which also a Gitanjali group company.

During the course of recording of his statement he was shown the copies of two export documents bearing Shipping bill no. 0000788 dated 11.08.2015 and 0000822 dated 20.08.2015 enclosed with packing list and house airway bill and was asked to comment. He stated that the documents pertained to export of Pearl studded silver jewelry from M/s Gitanjali Export Corporation Ltd. Hyderabad SEZ to M/s Crown Aim Ltd. HongKong. He also confirmed that the consignments of jewelry mentioned in these two documents as well as several other similar consignments had been received by them in HongKong from different companies of Gitanjali Group in India under import documents and the same were re-exported to Gitanjali Group companies in India after removing the Rubu/Pearl studded therein.

**12.8.** Statement of Mr. Naresh Jadav Manager, Ex Director of M/s Crown Aim Ltd. were recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 on 26.03.2018 & 27.03.2018 wherein he inter alia stated that from the year 2006 to 2011 he was working as an Assistant Production Manager in M/s Gemsiam Diamond manufacturing Ltd., at Bangkok which was owned by Mr. Chetan Choksi, elder brother of Mr. Mehul Choksi.

In the year, 2012, on the directions of Mr. Sunil Varma, Chief Financial Officer of M/s Gitanjali Gems Ltd. he joined M/s Abbey Crest, Thailand which is a Mr. Mehul Choksi owned company. It is a diamond/color stones studded gold jewellery manufacturing company. In January, 2014 he was made one of the directors in the said company wherein Mr. Mehul Choksi was the another Director. Same year he joined 'M/s Crown Aim Ltd' at Hong Kong as a 'Diamond Executive' which is also owned by Mr. Mehul Choks.

He furnished details of the Hong Kong based companies/entities of Mr. Mehul Choksi / Gitanjali Group as following:

(i) M/s Crown Aim Ltd.,

(ii) M/s Aston Luxury Group Ltd,

(iii) M/s Shanyao Gong Si Ltd.,

(iv) M/s Taiping Yang Trading Ltd.,

66

(v) M/s 4C's Diamonds Distributors

(vi) M/s Trans Exim Limited.

He informed that he and Mr. Mehul Choksi are the directors in M/s Crown Aim Ltd. and M/s Aston Luxury Group Ltd. whereas in M/s Shangyong Gong Si Ltd. and M/s Taiping Yang Trading Ltd. one Mr. Deepak Kulkarni is the director who also looks after finance of all the Hong Kong based Gitanjali Group companies. He stated that in respect of companies namely M/s. 4C's Diamonds Distributors and M/s Trans Exim, he was not sure about the directors/partners but he knew that these two companies are run by Mr. Jayesh Shah.

He also stated that one Mr. Kalpen Doshi posted in Hong Kong is a trusted person of Mr. Mehul Choksi who keeps track of transactions carried out by of all the Hong Kong based Gitanjali Group companies except M/s. 4C's Diamonds Distributors and M/s Trans Exim. Regarding 'M/s Aston Luxury Group' he informed that it is a finance company which provides finance to the overseas companies.

Regarding M/s Crown Aim Ltd., he informed that it is registered as a company engaged into the business of export and import of diamonds, diamond jewellery, colour stones, pearls etc. Initially, the company was engaged into genuine business but later on the company indulged into unfair practices. When he had joined 'M/s Crown Aim Ltd' Hong Kong, it was doing partly genuine as well as partly fraudulent trading, but the greed of Mr. Mehul Choksi increased and accordingly he increased the ratio of his fraudulent business through 'M/s Crown Aim Ltd' substantially during the year, 2017.

He stated that with intention to show rise/ growth in their business, Mr. Mehul Choksi was doing circular trading. Under this system, the Indian entities of Mr. Mehul Choksi were importing the goods viz. diamonds, colour stones, pearl etc. from his overseas entities including from 'M/s Crown Aim Ltd' and the same goods were again exported by the Indian entities of Mr. Mehul Choksi to his overseas entities. As per his (Mr. Mehul Choksi) directions, the valuation of these goods, in the import and export documents was done at highly inflated rates. He confirmed that by rotating the transactions again and again and inflating value of the goods, he could present a false pictures showing huge transaction by his group companies before the banks which helped him in getting enhanced value of LOUs and LCs from banks. He claimed that from the bank statement of 'M/s Crown Aim Ltd' a pattern could be seen in the transactions like during a particular period.

He stated that he was working in M/s Crown Aim Ltd. since October, 2014 and hence he was aware of its activities. He further stated that diamonds are imported by M/s Crown Aim Ltd. from Indian companies of Gitanjali Group and after import of diamonds, instructions are given to Mr. Kalpen Doshi from the Head office of Gitanjali Group situated in Laxmi Building, Kurla, Mumbai for further action. Those instructions were pertaining to further dispatch/export of the diamonds to other companies of Mr.

67

Mehul Choksi/ Gitanjali Group. As per those instructions, Mr. Kalpen Doshi used to arrange for further dispatch/export of the diamonds and the same diamonds, were further exported, as it is, to other group companies of Mr. Mehul Choksi/ Gitanjali Group and the transaction was completed. He confirmed that similar activities were carried out in remaining four companies too.

He stated that he had neither attended any Board of Directors meeting nor had seen any such meeting taking place, however fake minutes of the meetings were regularly prepared on the instructions received from Mumbai Head Office of Gitanjali Group. Mr. Jay Shah and Mr. Himmat Singh Dhariwal were preparing minutes of the meetings and he used to sign these minutes as a director.

**12.9.** Statement of Mr. Amit Tanna, who has been managing the affairs of M/s Iris Mercantile and M/s Prmier Intertrade was recorded on 06.03.2018 under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 on 20.02.2018 wherein he stated inter alia that he was entrusted with all the works of M/s Iris Mercantile (earlier known as M/s Touch Stone) and M/s Premier Intertrade (earlier known as M/s Diamond Creation).

He stated that though he had joined in Jun, 2014 in M/s Gitanjali but he was told that his recruitment was for Partnership Firms and salary would be given from the Accounts of the Partnership firm i.e. M/s Touch Stone. There were normally two types of Sale transaction in the said firms i.e one related to Purchase and Sale of Diamonds and other related to Purchase and Sale of Jewellery and that in all the Purchase and Sale transaction relating to Rough Diamonds, the origin of the transaction was M/s Gitanjali Gems Ltd. and the final destination of the transaction was also M/s Gitanjali Gems Ltd. but in between transactions were routed via M/s Iris Mercantile, M/s Premier Intertrade and M/s Asian Corporation - example:

*M/s Gitanjali Gems Ltd → M/s Iris Mercantile → M/s Premier Intertrade → M/s Gitanjali Gems Ltd.*

In case of Polished Diamonds, Jewllery, Colour Stones etc he stated that the origin and destination of purchase/sale transaction could be any of the Gitanjali group companies wherein also M/s Iris Mercantile, M/s Premier Intertrade and M/s Asian Corporation were used for routing the in between transactions - example:

*M/s Gili India Ltd → M/s Premier Intertrade → M/s Iris Mercantile → M/s Nakshatra Brands Ltd.*

For executing these transactions he used to receive mail from Gitanjali group companies viz. M/s Gilli, M/s Nakshtara Brand, M/s Nakshatara World, M/s Bezel, M/s Gitanjali Gems Ltd., M/s Gitanjali Jwellery Retail, M/s Gitanjali Lifestyle explaining the details of buyers name, quantity, rate, value, date of transaction and subsequently the

68

name of the seller and other details. There were sometime one step transaction and sometime two step transactions depending upon the need.

He stated that in case of Rough Diamonds- Mr. Vipul Chitalia used to instruct/direct as how to route the sale transaction whereas in case of Polished Diamonds and Jewellery –  Mr. Vipul Chitalia and Mr. Hitesh Shah  used to instruct/direct as how to route the sale transaction. In most of the cases payments were made on account and hence bill to bill co-relation was not possible. He admitted that in case of Sale/Purchase transactions there was no movement of goods and the preparation of purchase and sale bill was only to inflate the turnover and avail higher banking facility against such high turnover by the Gitanjali group. The funds were received and utilised as per the need in any particular group company.

He further stated that for the banking transaction, Mr. Vipul Chitalia used to email the details like beneficiary name, account number, name of the bank & branch, IFSC Code and amount to be transferred and that such transfer was from the account of any of the Gitanjali Group Company or firms. He informed that M/s Asian Corporation was a proprietary entity and Mr. Ketan Shah is the proprietor on paper only. He stated that Mr. Mehul Choksi is the actual controlling authority and the actual beneficiary of all these firms viz. M/s Iris Mercantile, M/s Premier Intertrade and M/s Asian Corporation.

**12.10.** Statement of Mr. Siddharth Suryakant Shah was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002on 26.02.2018. He inter alia stated that he is working as Vice-President (Account & Finance) of M/s Gitanjali Gems Ltd (GGL). He was appointed as a consultant in M/s Gitanjali Infratech Ltd in November, 2016.

He further stated that he was to assist & consult Mr. Mehul Choksi for sell/purchase and construction of Real Estate. In November, 2017 Mr. Mehul Choksi asked him to complete his TATVA project in Borivali within one month and to sell all the flats on urgent basis. He also stated that Mr. Mehul Choksi provided him a list of all the properties of the Gitanjali Group and told him to try to sell the properties which were lien free whereas in case of the properties which were mortgaged, he instructed him to put them on rent (Lease Rent Discounting) and take a loan.

**12.11** Statement of Mr. Vasant Gajera was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 on 27.02.2018 wherein he stated inter alia that he is the director in the companies viz. i) M/s Laxmi Diamonds Pvt Ltd, ii) M/s Shanti Residency Pvt Ltd. and iii) M/s Laxmi Infra Developers Pvt Ltd. He informed that M/s Laxmi Infra Developer Pvt Ltd has entered into a Development Agreement dated 01.02.2018 with M/s Gitanjali Infratech Ltd.  He explained the terms of the agreement in this regard as under:-

(i) Premium of Rs 29.9 Crores was to be paid to M/s Gitanjali Infratech Ltd.,

69

(ii) To finish the balance construction work till obtaining the Occupation Certificate and handing over possession to customers.

(iii) The assessment of the work to be completed was done jointly by both the companies and it was estimated that 45 Crores including salary to project staff was required till completion. This assessment was made in the month of December.

(iv). The project was to be completed within six months

(v). Fifty flats were to be given along with 100 parking space to M/s Laxmi Infra Developers Pvt Ltd.

He claimed that the agreed premium amount was paid between 05.01.2018 to 24.01.2018. He further stated that in November, 2017 Mr. Mehul Choksi called him and asked to help in completion of his project in Borivali. On being enquired about M/s Joyce Trading Pvt Ltd he stated that he had a manufacturing unit by the name of M/s Laxmi Dia Jewel Pvt Ltd at SEEPZ which was inoperative since, 2016. On being asked by Mr. Mehul Choksi, he agreed to transfer the said company in the name of M/s Joyce Trading Pvt. Ltd. (One of Gitanjali Group of Companies) and made correspondence with SEEPZ in this regard.

He further stated that in case of such transfer, as required by the SEEPZ procedures, all the directors of as per the M/s Laxmi Dia Jewel Pvt Ltd. were also made Directors in M/s Joyce Trading Pvt Ltd. He denied of making any payment for transfer of shares of M/s Joyce Trading Pvt. Ltd. in Gajera's names. He informed that the transfer process was yet to be completed; however, Mr. Mehul Choksi was operating the unit.

**12.12.** Statements of Mrs. Pankhuri Warange, company Secretary of M/s Gitanjali Gems Ltd , were recorded on 24.02.2018 & 05.04.2018 under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 wherein she stated inter alia that M/s Gitanjali Gems Ltd is the parent company and it has many subsidiaries and step down subsidiaries in India and abroad and submitted a list of subsidiary companies, step-down subsidiaries, partnership firms, foreign companies, LLP and other companies related to Gitanjali group/ Mr. Mehul Choksi.

She stated that she with the help of her team has been doing RoC compliances for the India based subsidiaries of M/s Gitanjali Gems Ltd., its step down subsidiaries and Promoter group companies. She further stated that almost all the directors except independent Directors of these companies are employees of Gitanjali Group companies, but the ultimate beneficiary is Mr. Mehul Choksi. Mrs. Pankhuri Warange also submitted a list of 32 companies of Gitanjali Group which were not active. She stated that she had not come across any business transaction pertaining to these companies and that there were no employees in these companies.

70

Though no board meeting was taking place, however she used to prepare minutes of meetings on the directions of Mr. Mehul Choksi and these minutes were also filed with the ROC.

She further stated that M/s Gitanjali Infratech Ltd. is a wholly owned subsidiary of M/s Gitanjali Gems Ltd. which was developing one project namely 'Tatva Project' as a residential building at Borivali. In January, 2018 a board resolution of M/s Gitanjali Infratech Ltd. was prepared for giving development rights of the Tatva Project in favour of M/s Laxmi Infra Developers Ltd. which is a Surat based infrastructure company owned by Gajeras. She stated that the Gajera family members are close friends of Mr. Mehul Choksi and they frequently used to visit M/s Gitanjali Gems Ltd.'s office to meet Mr. Mehul Choksi.

In respect of the Board Resolution she stated that in actual no board meeting had taken place before preparation of the Resolution. The decision had been taken by Mr. Mehul Choksi and as per his directions minutes of the meetings/ board resolutions were prepared and after preparation of the minutes of the meetings/ board resolutions, the other directors were informed accordingly and their signatures were taken therein. She further stated that M/s Gitanjali Infratech Ltd. was to remain part of the Tatva Project along with M/s Laxmi Infra Developers Ltd. even after transfer of the development rights in favour of the M/s Laxmi Infra Developers Ltd.

She informed that Mr. Mehul Choksi entered into an understanding with the Gajera family to take over one of their companies namely M/s Laxmi Dia Jewel Pvt. Ltd. at SEEPZ, Mumbai. Actually Mr. Mehul Choksi intended to get the said property transferred in the name of one of his companies namely M/s Joyce Trading Pvt. Ltd. but as per SEEPZ norms & procedures such transfer was possible only if there were common directorship and common shareholding in both the companies. Hence, to complete the transfer formality all the directors in M/s Laxmi Dia Jewel Pvt. Ltd. were made directors in M/s Joyce Trading Pvt. Ltd. and thus Mr. Ashok Kumar Gajera, Mr. Chuni bhai Gajera, Mr. Vasant bhai Gajera and Mr. Bakul bhai Gajera the directors of M/s Laxmi Dia Jewel Pvt. Ltd. made directors in M/s Joyce Trading Pvt. Ltd.

She also informed that Mr. Rakesh Gajera, one of the directors in M/s Laxmi Infra Developers Ltd. had been allotted equity shares of M/s Gitanjali Gems Ltd. on preferential basis comprising of 5.75% ( 6824226 number of shares) of the total paid up capital during the year 2016. She also stated that that M/s Gitanjali Infratech Ltd. which is a 100% subsidiary company of M/s Gitanjali Gems Ltd., had given a loan of Rs. 40 crores approximately to M/s A.P. Gems and Jewellery Park Pvt. Ltd. for construction of a Mall in Hyderabad; that two of the employees of Gitanjali Group of companies namely Mr. Gajendra Kumar Kaninde and Mr. Deepen Shah were made directors by Mr. Mehul Choksi in M/s A.P. Gems and M/s Jewellery Park Pvt. Ltd.

She further informed that M/s Evergold Jewels Pvt. Ltd. is a 100% subsidiary company of M/s Digico Holdings Ltd. which is owned by Mr. Chetan Choksi, elder brother of Mr. Mehul Choksi; that Mr. Chetan Choksi is also one of the directors in Mr.

71

Evergold Jewels Pvt. Ltd. wherein another director is Mr. Kaushik Naik, an employee of Gitanjali Group company.

She stated that M/s Diadem Ranka Desire Lifestyles Pvt. Ltd. was a formed by Mr. Mehul Choksi as a joint venture company between M/s Gitanjali Jewellery Retail Ltd. and Ranka Group., but it could not work out; that the shares held by M/s Gitanjali Jewellery Retail Ltd. in this company were later on transferred in the name of Mr. Mehul Choksi and further in the name of Mr. Amit Tanna; that Mr. Amit Tanna is one of the employees of Mr. Mehul Choksi, handling the affairs of M/s Iris Mercantile and M/s Premiere Intertrade which are controlled by Mr. Mehul Choksi.

She further stated that in the year, 2016-17 as per the instructions of Mr. Sunil Varma, International Business Head of Gitanjali Group, the preference shares of M/s Bezel Jewellery India Ltd. had been transferred to M/s Al Burj Diamond & Jewellery FZE; that M/s Bezel Jewellery India Ltd., a step down subsidiary of M/s Gitanjali Gems Ltd. had registered transfer of its preference shares numbering 978840 of Rs.100 each in favour of M/s Al Burj Diamond & Jewellery FZE.

**12.13.** Statements of Mr. Saurabh Deshpande, Assistant General Manager (company Secretary) of M/s Gitanjali Gems Ltd were recorded on 26.02.2018 under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002. During the course of recording of his statement he mostly reiterated the facts stated by Mrs. Pankhuri Warange.

He stated inter alia that M/s Gitanjali Gems Ltd. is the parent company which has many subsidiaries and also step down subsidiaries in India and abroad. He further stated that Gitanjali Group of Companies were mainly engaged in the business of Gems and jewellery. They import diamond and after cutting & polishing of the same they manufacture diamond studded gold jewellery. He informed that some of the group companies are engaged in different types of business like trading of apparels, fashion jewellery etc under M/s Gitanjali Lifestyle Ltd and building construction under M/s Gitanjali Infratech Ltd.

He further informed that he had joined in M/s Gitanjali Exports Corporation Ltd. in July, 2008. In November, 2010 he was directed by his HOD, Mrs. Pankhuri Warange to resign from M/s Gitanjali Exports Corporation Ltd. and to join in another group company namely M/s Gili India Ltd. but still his Payroll was in M/s Gitanjali Exports Corporation Ltd. Further, in October, 2016 on being directed by Mr. Sunil Varma, International Business Head of the Gitanjali Group Companies, he resigned from M/s Gili India Ltd. and joined in M/s Nakshtra World Ltd.

He stated that he had been shifted to this company for the purpose of upcoming initial public offer of M/s Nakshtra World Ltd. He also stated that most of the directors in the Gitanjali Group companies were employees in any of the group companies of Gitanjali.

72

**12.14.** Statement of Mr. Saurav Bhattacharya, President (Sales & Marketing)] was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 on 21.02.2018 & 21.06.2018 wherein he stated inter alia that Gitanjali group of companies are mainly engaged in processing of diamonds and distribution of the same and manufacturing and retailing of diamond studded gold jewellery.

He further stated that in USA Mr. Nehal Modi was in-charge of the Gitanjali Group of companies namely M/s Samuels Jewelers Inc. and M/s Diamlink Inc.; that Mr. Nehal Modi has been Chief Executive Officer (CEO) of M/s Samuels Jewelers Inc. and in M/s Diamlink Inc.; he was handling affairs of other Gitanjali Group companies also, based in USA, viz. M/s Jewellery Marketing Company LLC, M/s GGL Diamond LLC, M/s Diamlink Jewellery LLC, M/s Gitanjali USA, M/s Tri Star Worldwide LLC etc.; that he had met Mr. Nehal Modi in the year, 2014 in Mr. Mehul Choksi's office at BKC; that Mr. Mehul Choksi had introduced me to Mr. Nehal Modi as his nephew, who was heading the USA business of Gitanjali Group. Mr. Nehal Modi had told me that he was handling the affairs of above mentioned USA based companies of Gitanjali Group

**12.15.** Statement of Mr. Jignesh Shah was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 on 27.02.2018. He inter alia stated that he is working as Vice-President (Account & Finance) of M/s Gitanjali Gems Ltd (GGL) and was looking after preparation of consolidated accounts of M/s GGL and its group companies. He stated that he is one of the Directors in M/s Mannat Jewellery Manufacturing Pvt Ltd, M/s Mast Jewellery Distributors Pvt Ltd and M/s Legacy Gold Pvt Ltd but in actual these companies are not engaged in any type of activities.

He confirmed that these companies were dummy companies and all the directors including himself were dummy directors. He also stated that fake minutes of meetings were prepared by Mrs. Pankhuri Warange, the Company Secretary and her team on the directions of Mr. Mehul Choksi. He further stated that likewise there are many such companies under M/s GGL. He informed that he used to regularly visit USA, Japan, Dubai, Hong Kong etc for GGL's accounting related works.

**12.16.** Statement of Mr. Mayank Shah was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act,2002 on 30.03.2018, 02.04.2018 & 03.04.2018 wherein he stated inter alia that he had joined M/s Gitanjali Gems Ltd. at Raghav Wadi, Near French Bridge, Grant Road, Mumbai as an assorter. In the year, 2007 he was sent to Japan to join in M/s Diminco (Japan) K.K. In that company Mr. Mehul Choksi and his brother Mr. Chetan Choksi both had shares.

He further stated that in the year, 2013, Mr. Mehul Choksi formed a new company in the name and style of M/s Leading Jewels of Japan and he was shifted to the new company. In August, 2013 he left this company and returned back to India and

73

joined M/s Imac B C Diamond Export Pvt. Ltd. at BKC Mumbai which is also engaged into 100% diamond export to Hong Kong, Thailand and Japan. He informed that the exports are done to their group companies only and that he is one of the directors of the company in India wherein the other two directors are Mr. Toru Ima Hashi and Mr. Shuji Naiti, the Japanese Nationals.

On being enquired, he categorically stated had never been associated with M/s 4C' Diamond Distributors, Hong Kong and that he had never visited Hong Kong.

During the course of recording of his statement he was shown copies of some documents obtained during the course of investigation viz. a copy of letter dated 19.01.2012 to UCO bank, Hong Kong and a partnership deed dated 01.04.2011 signed between him and one Mr. Arvind Kashinath Jadhav having 40% and 60% shares of the said entity respectively, wherein he had signed as one of the partners.

On being shown these documents, he confirmed that, both the documents were having his signature. He informed that during the year, 2010-11 Mr. Jayesh Shah, who was a key person of Mr. Mehul Choksi's companies in Hong Kong had sent some documents through post and told him to sign the documents for his visa extension purpose. He stated that he had trust on Mr Jayesh Shah, hence he had signed the documents without going through the contents of the same and he believed that documents shown to him now were copies of the same documents.

He further stated that Mr. Jayesh Shah was the senior most people in Hong Kong office of Mr. Mehul Choksi. He is very close to Mr. Mehul Choks and is handling the entire operations of M/s 4C's Diamond Distributors. He claimed to have never met Mr. Arvind Kashinath Jadhav. He also stated that in his parent company M/s GSTV Company Ltd. Japan, Mr. Mehul Choksi was having approx. 20% shares.

**12.17.** Statement of Mr. Ashok Fojalal Shah was recorded under the provisions of Section 50 (2) & (3) of the Prevention of Money Laundering Act, 2002 on 14.03.2018 wherein he inter alia stated that he was in the Diamond brokerage business in Surat for the last many years. He informed that Mr. Mehul Chokshi was known to him as they were from the same village and same mohalla and that his ( Mr. Ashok's) son was employed as factory in-charge of M/s Gitanjali Gems Ltd, situated at, Mr. Sachin Economic Zone, Surat for the last 15 -20 years.

He confirmed to have referred Mr. Jitendra Parikh to Mr. Mehul Choksi, who was also a diamond broker in Surat Market and after discussion with Mr. Mehul Choksi, he (Mr. Jitendra Parikh ) joined as a partner in M/s Premier Intertrade. On being enquired, he further confirmed to have recommended Mr. Devang Parikh, Sanjay Parikh, Mr. Samkit Bogara and Mr. Tapan Jogani also to Mr. Mehul Chokshi. He informed that all these persons were known to him as they all worked in the Diamond Market and had requested him to look for a job or permanent source of income.

74

He stated that Mr. Mehul Choksi had also asked him to send trustworthy persons to work for him and hence he referred these persons to him. He further stated to have visited the office of M/s Iris Mercantile at Prasad Chamber with Devang Parikh wherein he had met Mr. Amit Tanna who was looking after account of M/s Iris Mercantile and M/s Premier Intertrade.

He also admitted to have had called Mr. Devang Parikh to Mumbai office of Mr. Iris Mercantile for opening bank account. Mr. Ashok Fojalal Shah used to visit Mr. Mehul Choksi's office at Laxmi Tower, Bandra.

**12.18.** Statement of Mr. Devang Parikh was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002on 06.03.2018 wherein headmitted that since October, 2017 he was one of the partners of M/s Iris Mercantile. He inter aliastated that he was one of the two partners of M/s Iris Mercantile wherein the second partner was Mr. Sanjay K.Shah.

He informed that he got associated with M/s Iris Mercantile through Mr. Ashok F. Shah (Mr. Ashok bhai) of Surat, who is working for Mr. Mehul Choksi of M/s Gitanjali Group of companies. He further stated that in February, 2017 Mr. Ashok Bhai had come to his home situated at Goregaon, wherein he (Mr. Ashok bhai)asked him to join M/s Iris Mercantile, as a partner, which was one of the Gitanjali Group companies and offered that if he joined M/s Iris Mercantile as one of its partners, he would get Rs. 25,000/- per month from Mr. Mehul Choksi's company. He stated that Mr. Ashok Bhai also told that he would have to do nothing in the capacity of partner of the company. Since Mr. Mehul Choksi and his company M/s Gitanjali Gems Ltd. and its group companies were a very big name in the diamond market, he accepted his offer.

He further stated that in October, 2017 Mr. Ashok Bhai came to Mumbai and called him in the office of M/s Iris Mercantile situated at Office No.12, Ground Floor, Prasad Building, Opera House, Mumbai wherein one more person already present. Mr. Ashok Bhai introduced him as Mr. Sanjay Parikh and informed that he would be another partner in M/s Iris Mercantile. He stated that on being guided by Mr. Ashok Bhai he as well as Mr. Sanjay Parikh signed the Partnership Deed.

During the course of recording of his statement, he submitted a photo state copy of the Partnership Deed under his dated signature. He stated inter alia that Mr. Ashok Bhai had informed that M/s Iris Mercantile had been purchased with the funds provided by Gitanjali Group companies of Mr. Mehul Choksi and that M/s Iris Mercantile would be used for the business interests of Mr. Mehul Choksi.

On being enquired he stated that he did not have any information as to in what type of business activities M/s Iris Mercantile was engaged into. He further informed that he has visited the office of M/s Iris Mercantile only thrice i.e. first time for signing the Partnership Deed, second time for giving authorization in the name of Mr. Amit Tanna, Accountant of M/s Iris Mercantile authorizing him to issue cheques and to deal with

75

bank transactions and third time to sign certain documents with regard to appointment of C.A. for the company.

Regarding   Amit Tanna, he informed that he has been looking after the day to day office work of M/s Iris Mercantile at Mumbai whereas Mr. Ashok Bhai has been looking after the day to day office work of M/s Iris Mercantile at Surat.

**12.19.** Statement of Mr. Sanjay Parikh was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act,2002on 07.03.2018 whereinadmitted that since October, 2017 he was one of the partners of M/s Iris Mercantile. He stated inter alia that he has been working independently as a Diamond Marker.

He admitted that he is one of the partners in M/s Iris Mercantile wherein another partner is Mr. Devang Parikh. He stated to have got associated with M/s Iris Mercantile through one Mr. Ashok Fozalal (Ashok Mama) of Surat. In September, 2017 Mr. Ashok Mama  had met him in the Surat diamond market and  offered to join M/s Iris Mercantile (one of the Gitanjali Group companies), as one of its partners. Mr.  Ashok Fozlal had told him (Mr. Sanjay Parikh) that if latter joined M/s Iris Mercantile as one of its partners, he would get good amount of money per month from  Mr. Mehul Choksi's company and that he would have to do nothing in the capacity of partner of the company and also that only his name would be used therein.

Mr. Sanjay Parikh further stated that he was aware of Mr. Mehul Choksi and his company M/s Gitanjali Gems Ltd. and its group companies hence accepted the offer given by Mr. Ashok mama. He further stated that in the first week of October, 2017 Mr. Ashok Mama called him in his office at Surat and informed that one Mr. Devang Parikh would be another partner in M/s Iris Mercantile.  He also stated that Mr. Ashok Mama took his signature on a Partnership Deed wherein he (Mr. Sanjay Parikh) as well as Devang Parikh were shown as partners of M/s Iris Mercantile.

On being enquired he stated that he was not aware as to in what type of business M/s Iris Mercantile was engaged into but as informed by Mr. Ashok Mama, he knew only that M/s Iris Mercantile was purchased with the funds provided by Mr. Mehul Choksi and his companies and that it was to be used for fulfilling the business interests of Mr. Mehul Choksi.

He stated to have visited the office of M/s Iris Mercantile only once, that too along with Mr. Ashok Mama, for signing of some documents for the purpose of opening bank account of the company. There in the office he was introduced to one Mr. Amit Tanna as Accountant of M/s Iris Mercantile.

**12.20.**      Statement of Mr. Samkit D Boghara was recorded under the provisions of Section 50 (2) & (3) of the Prevention of Money Laundering Act, 2002 on 12.03.2018 wherein he stated inter alia that he has been working as a Polisher (since 2003) and also as a broker (since 2015) in the Diamond market Surat.  In and around January' 2016,  he had requested Mr. Ashokbhai (Mama) to arrange for overseas job in the M/s

76

Gitanjali and as asked by him provided him the documents viz. Passport, Photograph, PAN Card, Driving Licence, Electoral Card for obtaining the Visa arrange for arranging job overseas.

He stated that after some time Mr. Ashok Mama informed difficulty in obtaining the Visa and told him that he would start a company or partnership firm in his (Mr. Samkit) name which would enable them to get a Business Visa and that such company would be controlled and looked after Mr. Mehul Choksi and his staff.

He further stated that In May'2016 he asked me to sign on some documents and in Janauary'2017 Mr. Ashokbhai made me talk to Mr. Mehul Choksi on telephone who told me that they are trying for visa and I will be sent abroad on receipt of the visa. In December'2017 he came to know that he had been made one of the partners in M/s Premier Intertrade.

On being further enquired he stated that Mr. Ashok F Shah was working as a broker for M/s Gitanjali in the diamond bazaar at Surat; that the documents he had signed as a partner were (i) Partnership Deed and (ii) Leave and Licence agreement; that M/s Premier Intertrade were trading in Diamonds.; that he had have not received any amount from Mr. Mehul Choksi or their group companies for being Partner in Premier Intertrade. On being further enquired about the suppliers and customer of the said firm he informed that the transactions were between the companies of Mr. Mehul Choksi.

**12.21.** Statement of Mr. Jitendra M. Parikh was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act,2002on 12.03.2018 wherein he admitted that since September, 2015 he was one of the partners in M/s Premier Intertrade. He stated interalia that he had been working as a Broker in the Diamond brokerage business in Surat for the last many years. He stated that in and around September '2015 he had joined M/s Premier Intertrade as a partner.

He informed that  Mr. Ashok F Shah had offered him the partnership saying that it belonged to Mr. Mehul Choksi of the Gitanjali group and that all the activities would be carried by their staff and he had to just sign on some documents. He further informed that for this he also made him talk to Mr. Mehul Choksi on telephone. He stated that Mr. Mehul Choksi asked him to become a Director and told him that he would compensate him handsomely for this.  Since Mr. Mehul Choksi was such a big businessman, he agreed to join.

He further stated that though Mr. Mehul Choksi had told him of Directorship in a company he made him one of the partners in the firm M/s Premier Intertrade. He further stated that as a partner of M/s Premier Intertrade he had signed the (i) Partnership Deed, (ii) Leave and Licence agreement for office in the Shreeji Chambers, (iii) Balance Sheets for the F.Y 2015-16 and 2016-17 and had also appeared before the Bank officials for opening of accounts with Union Bank of India, Opera House Branch and Catholic Syrian Bank, Mahim.

He also informed that they had taken a Power of Attorney from him for doing all the business dealings. Regarding business activities of M/s Premier Intertrade, he

stated to have informed by Mr. Ashok F Shah that the said firm was engaged in the purchase and sell of Diamonds. He further stated that he had visited the office of Shreeji Chambers only once i.e in September'2017 for opening of the bank accounts in the Union Bank of India and Catholic Syrian bank.

He stated that Mr. Amit Tanna was looking after the account of the said firm. He confirmed that there were no suppliers and customers from outside as all the transactions were within the various business entities of Mr. Mehul Choksi. Mr. Mehul Choksi was having around 15 companies/firms for doing such transactions and all the activities of the firm was under control of Mr. Mehul Choksi. He informed that the amount of remuneration received by him till date was Rs.1,70,000/- only and that this amount was given to him in the month of April'2017.

**12.22.** Statement of Mr. Nilesh Desai was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002on 24.04.2018 wherein he inter alia stated that since October, 2012, he is Manager of M/s Gitanjali Ventures DMCC in UAE which is a 100% subsidiary company of M/s Gitanjali Gems Ltd. He furnished details of the other Gitanjali Group companies in UAE and its directors are:

(i)     M/s Gitanjali Venture DMCC -  Mr. Dion Lily White,

(ii)    M/s Gitanjali Jewels LLC – Mr. Dharmesh Damani,

(iii)   M/s Gitanjali Gold & Precious LLC -  Mr. Prabhakaran,

(iv)    M/s Asian Diamonds & Jewelery FZE -  Mr. Prabhakaran,

(v)     M/s Al Burj Diamond & Jewelery FZE -  Mr. Naresh,

(vi)    M/s Kiam Jewels DMCC -  Mr. Sachin,

(vii)   M/s Jewel Trade DMCC – Mr. Prakash Bhosure,

(viii)  M/s Al Arba Jewels FZE – Mr. Raju Vora.

He stated that M/s Gitanjali Venture DMCC and M/s Asian Diamonds & Jewelery FZE are the most active of these all companies. He informed that on paper, though he was employed on roaster of M/s Gitanjali Venture DMCC, but in actual he was handling the work of M/s Asian Diamonds & Jewelery FZE also as all these companies were Gitanjali Group companies and virtually these companies shared common office address i.e. 33 - D, Almas Tower, Jumeirah Lake Towers, Dubai, UAE.

He informed that his job was to maintain and monitor stock movement, stock pricing and stock audit of the retail outlets. He was also looking after shipment of goods for import and export. He stated that though he used to report to Mr. Dion Lilywhite, local in-charge of the company, however all the work related directions were received by him from Mr. Vipul Chitalia and Mr. Ajit Bheda from India office of M/s Gitanjali. He further stated that sometimes, Mr. Mehul Choksi also used to give directions. Apart from this, he was receiving directions from one Mr. Kalpen Doshi from Hong Kong also.

On being enquired about the kind of directions, he stated that consignments of studded jewellery, precious and semiprecious stones etc. were received from Gitanjali Group of companies situated in India as well as in Hong Kong, but Since there is 5% customs duty on import of these items in UAE, they had been directed by their Head Office in Mumbai as to not clear the import consignments from customs at UAE and to make **air to air** export. His explanation about the air to air export is akin to transshipment or bond to bond transfer, without the goods actually being brought to Dubai and thus routing the goods through UAE just to creat an additional layer.

He informed that the consignments received for retail sale at Dubai only were getting cleared from UAE Customs. The total retail sale was less than 5% of the total declared banking transaction of UAE based Gitanjali Group companies.

On being enquired about the activities/transactions in M/s Gitanjali Venture DMCC and M/s Asian Diamonds & Jewelery FZE, he stated that both these company are mostly engaged into export and import of studded jewellery, precious and semiprecious stones, with Gitanjali Group companies in India and in Hong Kong.

He gave names of the Gitanjali Group companies in India and Hong Kong with whom M/s Gitanjali Venture DMCC and M/s Asian Diamonds & Jewelery FZE are engaged into export / import as M/s Gitanjali Gems Ltd., M/s Gitanjali Export Corporation, M/s Gili India Ltd. and M/s Nakshtra Brands Ltd. in India whereas in Hong Kong the companies are M/s 4C's Diamond Distributors, M/s Crown Aim Ltd., M/s Taipingyang Trading Ltd. and M/s Shanyao Gong Si Ltd., etc. He stated that the import consignments received from these companies by M/s Gitanjali Ventures DMCC and M/s Asian Diamonds & Jewelery FZE were further exported to next destination, as per the directions of Mr. Vipul Chitalia or Mr. Ajit Bheda, under 'air to air' system.(Snapshot of sample email dated 15.04.15 of Mr. Vipul Chitalia is as below):




79



*(the above referred emails were retrieved from the mail account of Mr. Nilesh Desai under Panchanama dated 24/25.04.2018, Enclosed under RUD (at Sr. No. 39), marked as Annexure-I)*

     The next destination for the goods/consignments received from Gitanjali Group of companies in India would be the Gitanjali Group of companies in Hong Kong and vice versa. He stated that in respect of such consignments received from India, the description of the goods, quantity, value, export destination in Hong Kong etc. were received in his office either from Mr. Vipul Chitalia or Mr. Ajit Bheda of the Mumbai Head office of M/s Gitanjali. These details were also received from their company's Clearing & Forwarding Agents namely Transguard or Brinks or G4S. As per theses details, he used to prepare the export documents in the office of M/s Gitanjali Ventures DMCC/ M/s Asian Diamonds & Jewelery FZE and gave it to the Clearing & Forwarding Agents for further export. Similarly in respect of consignments received from Hong Kong based Gitanjali Group companies the instruction for export to further destination (Gitanjali Group of Companies) in India was received From Mr. Kalpen Doshi. He stated that M/s Gitanjali Ventures DMCC and M/s Asian Diamonds & Jewelery FZE were used for routing the in between transactions viz.

Flow Chart of finished goods/Raw Materials:



He also stated that in respect of such transaction, Mumbai Head office was taking proper care and they used to direct us to change/break the quantity into more than one consignment before it was exported to next destination to avoid detection and

81

accordingly he with the help of his assistant Mr. Sachin used to prepare export documents for further destination.

He informed that till the year, 2015 as per the directions of Mr. Vipul Chitalia, they used to send gold jewellery to M/s Emirates Gold Refinery in UAE for melting purpose and after melting they used to get gold bar which was either re-exported to India or sold in the local market. He stated that Mr. Sunil Varma, the Global Finance Head of Gitanjali Group is one of the key persons who devised the modus operandi of routing the same consignments again and again through the various companies, in India as well as abroad, owned/ controlled by Mr. Mehul Choksi. He was doing this just to inflate the turnover to show better results in market and to avail higher banking facilities.

Further, he informed that currently a stock of US$ 13 million worth of studded jewellery is lying in the office of M/s Gitanjali Ventures DMCC situated at 33 - D, Almas Tower, Jumeirah Lake Towers, Dubai, UAE whereas a stock of 3 million is lying with their franchises at UAE.

**12.23.** Statement of Mr. Sudhir Mehta, was recorded on 16.05.2018 under the provisions of Sub-section (2) & (3) of Section 50 of the PMLA Act, 1962 wherein he stated inter alia that he was the in-charge of Rough diamonds stock in M/s  Gitanjali Gems Ltd. Regarding  sale of the diamonds he stated that most of the sale from M/s Gitanjali Gems Ltd. was made to the companies namely M/s Iris Mercantile, M/s Premier Intertrade, M/s Asian Corporation, M/s Mumbai gems, M/s Jain Diamonds etc.; that these companies namely were dummy companies through which Mr. Mehul Choksi was showing fake transactions. Actually, Mr. Mehul Choksi had arranged these companies for the purpose of showing rotation of his fake transactions, wherein no movement of goods used to take place. He further stated that Mr. Mehul Choksi had made him director in many  of the Gitanjali Group companies namely (1) M/s Hyderabad Gems Ltd., (2) M/s Priyanka Gems Pvt. Ltd., (3) M/s Nashik Multi Services, (4) M/s Decent Investment & Finance Pvt. Ltd., (5) M/s Audarya Investment, (6) M/s Gitanjali Laser House, (7) M/s Mozart Trading, (8) M/s Jwelsouk Retail Marketplace Ltd., (9) M/s Coronet Gems Pvt. Ltd., (10) M/s Lusture Industries Pvt. Ltd., (11) M/s Rohan Diamonds, (12) M/s N&J Finstocks Pvt. Ltd., (13) M/s Gili India Ltd.

He also stated that he was director of these companies on paper only and in actual Mr. Mehul Choksi has been controlling all these companies and he is the ultimate beneficiary. Regarding board meetings pertaining to these companies, he stated that he had never seen any such meeting taking place, however bogus minutes were prepared regularly and he was made to sign these minutes of meetings regularly as per the directions of Mr. Mehul Choksi.

**12.24.** Statement of Mr. Kaushik Naik, was recorded on 17.05.2018 under the provisions of Sub-section (2) & (3) of Section 50 of the PMLA Act, 1962 wherein he

82

stated inter alia that he was employed in M/s Gitanjali Gems Ltd. till February, 2018; that earlier he was employed in M/s Gitanjali Export Corporation.

He further stated that he had been made director in many of the companies owned/controlled by Mr. Mehul Choksi wjhich are  (1) M/s Nashik Multi Services SEZ Ltd., (2) M/s Decent Investment & Finance Pvt. Ltd., (3) M/s Decent Securities & Finance Pvt. Ltd., (4) M/s N&J Finstocks Pvt. Ltd. (5) M/s Eureka Finstock Pvt. Ltd., (6) M/s Evergold Jewels Pvt. Ltd., (7) M/s Mobile NXT Telservices Pvt. Ltd., (8) M/s Mannat Jewellery Manufacturing Pvt. Ltd., (9) M/s Vidarbha Multi Products SEZ Ltd.

He also stated that he was made director by Mr. Mehul Choksi and  Mr. Sunil Varma; that he was director of these companies on paper only, and in actual these companies were owned /controlled by Mr. Mehul Choksi.

Regarding Board Meetings pertaining to these companies, he stated that he had never seen any such meeting taking place in respect of any of the above mentioned companies till date, but fake minutes of board meetings were regularly prepared by the Secretarial department of M/s Gitanjali Gems Ltd. and he was made to sign these minutes; that he was under the directions of Mr. Mehul Choksi to sign the minutes of Board of Directors meeting as and when put up.

**12.25.** Statement of Ms. Chetna Jhaveri, was recorded on 18.05.2018 under the provisions of Sub-section (2) & (3) of Section 50 of the PMLA Act, 1962 wherein she stated inter alia that She was a senior manager in M/s Gili India Ltd. of  Gitanjali Group of Companies. Her job was to merchandise branded diamond jewellery for various channels viz. B to B distribution, COCO Stores, Frenchise stores and Shop in Shop etc.

She further stated that in the year, 2014 she was appointed by Mr. Mehul Choksi and Mr. Sunil Varma as one of the Directors in M/s Gitanjali Jewellery Retail Ltd., M/s Bezel Jewellery Ltd. and M/s Asmi Jewellery; that when she was appointed director in M/s Bezel Jewellery, it was known as D'damas Jewellery which later on became Bezel Jewellery; that Asmi Jewellery was amalgamated with M/s Nakshatra Brands Ltd. in the year, 2016 and thus she ceased to be director of that company.

She also stated that she was director of these companies on paper only; that she has neither attended any meeting of the Board of Directors pertaining to these companies nor has seen any such meeting taking place; howeverfake minutes of such meetings were regularly prepared by the Secretarial department of M/s Gitanjali Gems Ltd.

**12.26.** Statement of Mr. Suresh H. Kayakkool, was recorded on 21.05.2018 under the provisions of Sub-section (2) & (3) of Section 50 of the PMLA Act, 1962 wherein he stated inter alia that he was Vice President (SCM) Supply Chain Management in M/s Gitanjali Gems Ltd.; that this company is managed and controlled by Mr. Mehul Choksi, who is Chairman and Managing Director therein; that apart from SCM, he has also been handling the entire Gitanjali Group Insurance portfolio; that the Gitanjali Group

83

companies for which he has been handling the insurance portfolio are  M/s Gitanjali Gems Ltd., M/s Nakshatra Brands Ltd., M/s Nakshatra World Ltd., M/s Gili India Ltd., Bezel Jewellery (India)Pvt. Ltd., M/s Gitanjali, M/s Gitanjali Lifestyle Ltd. M/s Gitanjali Infratech Ltd., M/s N.&J Finstock Pvt. Ltd., M/s Decent Securities Finance Pvt. Ltd., M/s Eureka Finstock Pvt. Ltd., M/s Gitanjali Jewellery retail Ltd., M/s MMTC Gitanjali Ltd. etc.

He further stated that he was made director in two of the Gitanjali Group companies namely (1) M/s Ivida Technologies Pvt. Ltd. and (2) M/s Cuttack Lifestyle Industrial Park Pvt. Ltd.; that he had been appointed by Mr. Mehul Choksi as one of the directors in M/s Ivida Technologies Pvt. Ltd. and in M/s Cuttack Lifestyle Industrial Park Pvt. Ltd.; that he was made director for namesake only and was not given any authority or power to take any decision with regard to any matter pertaining to the said companies.

Regarding attending the Board of Director's meeting pertaining to the said companies, he stated that he has neither seen any such meeting taking place nor attended any such meeting.

12.27.  Statement of Mr. Sanjeev Agarwal, was recorded on 18.05.2018 under the provisions of Sub-section (2) & (3) of Section 50 of the PMLA Act, 1962 wherein he stated inter alia that he stated that he was running a retail consultancy firm in the name and style of M/s 'Sunrise Corporation' for providing  consultancy in the field of life style products retailing including Jewellery retailing; that his major  clients  is Gitanjali Group of companies owned /controlled by Mr. Mehul Choksi; that he had taken up a few projects of retail distribution strategy pertaining to his Gitanjali Group companies and as offered by Mr.  Mehul Choksi, he was using the office space provided by Mr. Mehul Choksi  in his office situated at Laxmi Towers,  Bandra Kurla Complex.

He further stated that in the year, 2012-13 Mr. Mehul Choksi appointed him as a director in his companies namely M/s Gitanjali Export Corporation and M/s Maya Retail. He stated that in actual he did not have any role or responsibility as a director in these companies; that Mr Mehul Choksi had neither given him any power of authority as a director of the said companies.

Regarding Board of Directors meeting pertaining to the said companies, he stated that he was not aware of any such meetings taking place, but as per the directions of Mr.  Mehul Choksi minutes showing Board of Directors' meetings taking place were prepared on regular basis

12.28.    Statement of Mr. Milind Limaye was recorded on 19.05.2018 under the provisions of Sub-section (2) & (3) of Section 50 of the PMLA Act, 1962 wherein he stated inter alia that he was employed as a Manager (SEZ Liaisoning)  in M/s Gitanjali Gems Ltd. His job was to help Mr. Mehul Choksi in setting up SEZ units at SEEPZ Jaipur, Hyderabad and Kolkata.

84

He further stated that Mr. Mehul Choksi had made him director in many of his companies namely 1) M/s Nakshatra World Ltd., 2) M/s Shubh Lavanyaa Jwel Craft Pvt. Ltd., 3) M/s Hyderabad Gems SEZ Ltd., 4) M/s Gitanjali Impex Pvt. Ltd., 5) M/s Nashik Multi Services SEZ Ltd., 6) M/s Bezel Jewellery India Pvt. Ltd., 7) M/s Mobile NXT Telservices Pvt. Ltd., 8) M/s Decent Securities & Finance Pvt. Ltd., 9) M/s Eureka Finstock Pvt. Ltd., 10) M/s Ivida Technologies Pvt. Ltd., 11) M/s Jwelsouk Marketplace Ltd., 12) M/s Vidarbha Multi Product SEZ Ltd., 13) M/s MMTC Gitanjali Ltd. and 14) M/s Maya Retails Ltd.

He also stated that all these companies were owned/controlled by Mr. Mehul Choksi and that he was only a name sake director. He also stated that though he was appointed director, but he was not empowered or authorized to take any decision with regard to the matters pertaining to these companies

12.29.    Statement of Mrs. Jyoti Vora was recorded on 19.05.2018 under the provisions of Sub-section (2) & (3) of Section 50 of the PMLA Act, 1962 wherein she stated inter alia that She was an Assistant Manager in M/s Gemplus Jewellery India Pvt. Ltd. in SEEPZ, which is a Gitanjali Group of company. She further stated that her job was to make inventory of semi finished jewellery.

She further stated that in the year, 2013 she was appointed by Mr. Mehul Choksi and Mr. Sunil Varma, CFO of M/s Gitanjali gems Ltd. as one of the Directors in M/s Nakshatra Brands Ltd.; that Mr. Sunil Varma had assured her that Mr. Mehul Choksi would be controlling entire affairs of the company and she should not worry. She also stated that she did not have any authority or power to take any decision with regard to the said company viz. M/s Nakshatra Brands Ltd.

Regarding attending the Board of Directors' meeting pertaining to M/s Nakshatra Brands Ltd., she stated that she had not seen any such meeting taking place; however the Secretarial department of M/s Gitanjali Gems Ltd. used to prepare the minutes and sent it to her for signing and she was made to sign those papers.

12.30.    Statement of Mr. **Pushkaraj Vartak** was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 on 06.03.2018 wherein he stated inter alia that Since the year, 2008, he was working in M/s Wiz Craft International Entertainment Pvt. Ltd. Presently, he was working as Vice President (Finance) of M/s Wiz Craft International Entertainment Pvt. Ltd. and he was responsible for Taxation, Treasury and MIS (Management Information System) of the company along with routine administrative and supervisory work.

He informed that Wizcraft is an event management company and Its Board consists of three Executive Directors and two non-executive Directors. They are (1) Mr. Andre Timmins, (2) Mr. Sabbas Joseph, (3) Mr. Viraf Sarkari, the Executive Directors and (4) Mr. Pravin Sharma (Independent Director) and (5) Mr. Utsav Parekh (Nominee Director). During the course of recording of his statement, he was enquired about the

85

net worth as well as share holding pattern of M/s Wiz Craft International Entertainment Pvt. Ltd.

He gave net worth of the company as Rs. 150 crore approximately. He furnished the share holding pattern wherein among others one M/s Lustre Industries Private Limited is holding 5,62,500 number of equity share which counts for a total of 19.35 % of the total shares.

On being enquired in this regard, he informed that M/s Lustre Industries Pvt. Ltd. is a Surat based company wherein Mr. Mehul Choksi and Mr. Sudhir Mehta are the Directors.

**12.31.** Statement of Mr. Dion Lily White was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act,2002 on 27.04.2018 wherein he stated inter alia that in the year, 2010 he was made Vice President of Mr. Mehul Choksi's Dubai based company namely M/s Gitanjali Ventures DMCC.

He stated that in the year, 2013 he was made Director of M/s Gitanjali Ventures DMCC, His job is to monitor retail sales, open new stores and general management of the office administration. He used to get business related instructions from Mr. Mehul Choksi.

On being enquired about the Gitanjali Group of companies in UAE and its directors, he stated that he is Director in M/s Gitanjali Venture DMCC. One Mr. V. Prabhakaran is Manager in M/s Asian Diamonds & Jewelery FZE and M/s Gitanjali Gold & Precious LLC. Mr. Dharmesh Damani is handling the affairs of M/s Gitanjali Jewels LLC. Apart from these, some other group companies are also there namely, M/s Al Burj Diamond & Jewelery FZE, M/s Kiam Jewels DMCC and M/s Jewel Trade DMCC, M/s Al Arba Jewels FZE and these companies appear to be Shell companies.

He further stated that though the above mentioned each company has got its individual identity on paper, but in actual these all were owned/controlled by Mr. Mehul Choksi and that the Directors/ Managers employed in one of the group companies were made to work for other group companies also. For example, on paper he was Director of M/s Gitanjali Venture DMCC, but he has been looking after the marketing of M/s Gitanjali Jewels LLC also and similarly, Mr. Sachin was employed in M/s Gitanjali Venture DMCC but was preparing export documents of other group companies also.

On being enquired about the business activities/transactions in M/s Gitanjali Group of companies based in UAE, he stated that M/s Gitanjali Jewels LLC and M/s Gitanjali Gold & Precious LLC are engaged into retail sale business of diamond jewellery, diamonds and other precious/semi-precious stones, whereas M/s Gitanjali Venture DMCC has been engaged into import/export as well as wholesale business of such goods on local basis. M/s Asian Diamonds & Jewelery FZE has been engaged into

86

import/export of diamond jewellery, diamonds and other precious/semi-precious stones. In respect of the remaining companies, he stated to have not noticed any activity.

He stated that goods viz. diamond jewellery, diamonds and other precious/semi-precious stones are being exported by M/s Gitanjali Venture DMCC and M/s Asian Diamonds & Jewelery FZE to Hong Kong based (group) companies namely M/s 4C's Diamond Distributors, M/s Crown Aim Ltd. and vice-versa.

He informed that Mr. Nilesh Desai, employed in M/s Gitanjali Venture DMCC as Manager has been handling the export and import of both the companies viz. M/s Gitanjali Venture DMCC and M/s Asian Diamonds & Jewelery FZE in UAE.

With regard to the above stated Shell companies, he stated that Mr. Sunil Varma in consultation with Mr. Mehul Choksi had set up the shell companies viz. M/s Al Burj Diamond & Jewelery FZE, M/s Kiam Jewels DMCC and M/s Jewel Trade DMCC, M/s Al Arba Jewels FZE. He also stated that Mr. Mehul Choksi has been using M/s Gitanjali Venture DMCC and M/s Asian Diamonds & Jewelery FZE in UAE for routing his transactions and that Mr. Sunil Varma is the person who had planned this modus operandi.

He informed that approximately US$ 13 million worth of studded jewellery was lying in locker room of the office of M/s Gitanjali Ventures DMCC situated at 33 - D, Almas Tower, Jumeirah Lake Towers, Dubai, UAE and about 3 million with local retail outlets. Apart from the above stated goods, they were also having (Arab Emirates Dirhams) AED 2 million approximately in the office safe.

He further stated that in February, 2018 Mr. Chetan Choksi brother of Mr. Mehul Choksi had visited their office at UAE and put pressure on him as well as on other staff to handover the said goods to him, but they refused, as they had come to know by that time that different agencies in India had booked cases against Mr. Mehul Choksi and his Gitanjali Group companies under Prevention of Money Laundering Act and various other Acts.

**12.32.** Statement of Mr. Jitendra Mahajan was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 on 11.04.2018 & 20.06.2018 wherein he stated inter alia that in March, 2013 he was posted at M/s Gitanjali Ventures DMCC in UAE but after two months, he was made director of M/s Gitanjali Jewells LLC as per the directions of Mr. Mehul Choksi.

He informed that M/s Gitanjali Jewells LLC is a 100% subsidiary company of M/s Gitanjali Gems Ltd. and that there were about 15 staff already working in the company viz. Mr. Vinod Pendke, Mr. Ajay Pandey, Mr. Ajay Rai, Mr. Dion Lily White, Mr. Nirav Vandre, Mr. Nilesh Desai, Mr. Sachin Lad et al. He further stated that though he had been sent to UAE on the Visa of M/s Gitanjali Ventures DMCC, but there he was made Director of another Gitanjali Group company viz. M/s Gitanjali Jewells LLC and that similarly there were other instances also wherein employees were sent to UAE on the Visa  one company of Gitanjali Group but there they were made to work in another

87

group company of Gitanjali - for example Mr. K.V.Joshi and Mr. Prabhakaran were employed, as per their Visa, in M/s Gitanjali Venture DMCC but were made directors of M/s Gitanjali Gold & Precious LLC and M/s Asian Diamonds & Jewelery FZE respectively whereas Mr. Dharmesh Damania and Mr. Nirav Vandre were employed on the Visa of M/s Jewel Trade DMCC but were employed in M/s Gitanjali Jewels LLC and M/s Gitanjali Venture DMCC respectively.

During the course of recording of his statement, he furnished the details Gitanjali Group companies in UAE and its directors. He further stated inter alia that most of the transactions were taking place in M/s Gitanjali Venture DMCC and M/s Asian Diamonds & Jewelery FZE only. The companies namely M/s Eternity Jewells FZE, M/s Jewel Trade DMCC, M/s Al Arba Jewels FZE and M/s Al Burj Diamond & Jewelery FZE are closed whereas in M/s Kiam Jewels DMCC there has not been any transaction. M/s Gitanjali Jewels LLC and M/s Gitanjali Gold & Precious LLC dealt in retail sale of jewellery.

On being asked to explain the activities/transactions in M/s Gitanjali Venture DMCC and M/s Asian Diamonds & Jewelery FZE, he informed that both these companies are engaged into trading of diamond, diamond/colour stone studded jewellery with Gitanjali Group of companies in India viz. M/s Gitanjali Gems Ltd., M/s Nakshtra Brands Ltd, M/s Gili India Ltd. and from M/s Crown Aim Ltd., M/s 4C's Diamond Distributors, M/s Shanyao Gong Si Ltd., M/s Taipingyang Trading Ltd. etc. in Hong Kong.

He stated that import consignments received by M/s Gitanjali Ventures DMCC from the above said Gitanjali Group companies in India were not getting cleared through Customs at UAE airport and the same were further exported under 'air to air' system to the above said Hong Kong based companies as per the instructions received from Gitanjali Head Office in Mumbai.

In this regard, before receipt of the consignment e-mails were received in the office of M/s Gitanjali Ventures DMCC from Head Office at Mumbai providing description of the consignment, quantity, value, details of consignee in Hong Kong to whom the consignment was to be exported etc. As per these details, Mr. Nilesh Desai and Mr. Sachin Lad used to prepare the export documents in the office of M/s Gitanjali Ventures DMCC and handed it over either to M/s G4S or to M/s Brinks the clearing & forwarding agents for further export. Payments received from the Hong based companies, as mentioned above, were further remitted into the accounts of respective Gitanjali Group companies in India viz. M/s Gitanjali Gems Ltd., M/s Nakshtra Brand Ltd., M/s Gili India Ltd. as per the instructions received from Mr. Vipul Chitalia.

In respect of consignments received from Hong Kong based companies also he stated that e-mails were received in the office of M/s Gitanjali Ventures DMCC from the Head Office at Mumbai for further export giving description of consignment, quantity, value, details of consignee in India. Accordingly, export documents were prepared by

88

Mr. Nilesh Desai and his team and the same were handed over to clearing & forwarding agent for further 'air to air' export to India.

However, in respect of the payments received against these exports, he informed that very small portion of the payment received were further remitted to the Hong Kong based respective companies as per the instructions of Mr. Vipul Chitalia. Most of these payments received were used for repayment of bank loans in UAE based ICICI Bank, Standard Chartered Bank, EXIM Bank or for other expenses.

With regard to M/s Asian Diamonds & Jewelery FZE, he informed that the business activities of this company is also the same as that of M/s Gitanjali Venture DMCC. With regard to the payment part, he stated that payments received from the Hong Kong based companies were remitted to the respective Gitanjali Group companies in India as per the instructions received from Mr. Vipul Chitalia. But the payments received from Gitanjali Group companies in India were mostly used for payments to local vendors on the instructions of Mr. Vipul Chitalia. He stated that these local vendors used to raise bills on M/s Asian Diamonds & Jewelery FZE showing sell of cut & polished diamonds. But in actual, only bills were raised and he has never seen receipt of consignments of these cut & polished diamonds. Mr. Dharmesh Damania has been coordinating with these vendors for collection of such bills, under the instructions of Mr. Vipul Chitalia.

Further, he submitted email correspondences evidencing details of the diversion of funds from Dubai based companies to other Mr. Mehul Choksi controlled companies and individuals.

**12.33.** Statement of Mr. Dharmesh Bothra was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act,2002 on 09.04.2018 wherein he stated inter alia that he is one of the Directors in M/s Jain Diamonds Pvt. Ltd. which is engaged into the business of trading of diamonds, colour stones, plain and studded gold jewellery.

He stated that the major customers and suppliers of his company M/s Jain Diamonds Pvt. Ltd. are Mr. Mehul Choksi controlled Gitanjali Group of companies viz. M/s Gitanjali Gems Ltd., M/s Nakshtra World Ltd., M/s Asmi Jewellery Ltd., M/s Gili India Ltd., M/s Bezel Jewellery (earlier D'Damas), M/s Maya Retail, M/s Hyderabad Gems Ltd., M/s Gitanjali Brands Ltd. etc.

He informed that from 2005-06 to 2007-08 he was employed by Mr. Mehul Choksi in his company. In the year, 2008 he started M/s Jain Diamonds Pvt. Ltd. On being enquired about his business association with Mr. Mehul Choksi he admitted that Mr. Mehul Choksi was using his company M/s Jain Diamonds Pvt. Ltd. for rotating his sale/purchase transactions. He further stated that in all the Sale & purchase transactions related to Diamonds, Jewllery, Colour Stones, bullion etc. the origin and

destination of purchase/sale transaction could be any of the Gitanjali group companies but in between transactions were routed via M/s Jain Diamonds Pvt. Ltd. For example :

**M/s Gitanjali Gems Ltd ----→ M/s Jain Diamonds Pvt. Ltd. "----→ M/s Nakshatra World Ltd; or**

**M/s Asmi Jewellery India Ltd. ----→ M/s Jain Diamonds Pvt. Ltd. ----→ M/s Gili India Ltd.**

He further stated that sometimes there were one step transaction and sometime two or three step transactions depending upon the instructions received. He informed that as per the directions of Mr. Mehul Choksi several other companies were also used in between the Gitanjali group companies for routing the transactions. He furnished details of some of these companies as M/s Mumbai Gems & Diamonds, M/s Pride Stone M/s Akshat, M/s Avisha etc.

He also admitted that he used to receive phone calls from the Head office or Account Office of Gitanjali Group explaining the details of buyers name, quantity, rate, value, date of transaction and subsequently the name of the seller and other details. He confessed to have been promised to be paid by Mr. Mehul Choksi @ 0.15% of turnover with the individual transactions done with his respective companies and that he was not getting anything extra.

**12.34** Statement of Mr. Vipul Chitalia dated 18.05.2018 was recorded under the provisions of Section 50(2) & (3) of PMLA, 2002 who was Assistant Vice President (Banking Operations) in M/s Gitanjali Gems Ltd. During the course of recording of his statement he stated inter alia that his job was basically to handle and monitor the credit limits of all Gitanjali Group companies with different banks.

He stated that he had been reporting to Mr. Mehul choksi directly on daily basis. He was also planning the export and import of diamonds, precious stones, pearls and jewellary under the direction of Mr. Mehul Choksi.

On being asked about his role in handling and monitoring the credit limits of Gitanjali Group Companies with different banks, he stated that they used to avail 3 type of Credits from their banks viz. Allahabad Bank, ICICI Bank, Punjab National Bank, United Bank of India, Bank of Baroda, UCO Bank etc. These credits are Packing Credit, Post Shipment Credit and Cash Credit. He defined these credits as under:

i)        Packing Credit- Bank allows Packing credit against Export orders. On being shown the Export orders, the Bank gives an advance credit upto 20-30% of the export value for procuring raw material for export purpose.;

ii)       Post Shipment credit- Once the export is complete, on furnishing the export documents, Bank release the balance fund.

90

iii)          Cash credit- bank provides Cash credit, which is actually working capital, on the basis of available book stock.

On being asked to specify his role in planning of Export and Import of diamonds, precious stones, pearls and jewellary, he stated that execution of all Imports and Exports were done by him with the help of Mr. Ajit Bheda.

He further stated that the companies exporting the goods from India as well as the overseas consignee companies used to be owned/controlled by Mr. Mehul Choksi or are Gitanjali Group Companies. Those overseas companies further used to export the goods to India based companies owned/controlled by Mr. Mehul Choksi or are Gitanjali Group Companies. He named the overseas companies, owned/controlled by Mr. Mehul Choksi or are Gitanjali Group Companies, as M/s Crown Aim Ltd., M/s 4C Diamond Distributors, M/s Trans EXIM Ltd., M/s Aston Luxury Group Ltd., M/s Shanyao Gong Si Ltd., M/s Taipingyang trading Ltd.- based in Hong Kong;   M/s Gitanjali Ventures DMCC, M/s Asian Diamond Jewellary, M/s Al Arba Jewels - based in Dubai, UAE.

He stated that they have also been exporting goods to M/s Saumil Diam and M/s Beautiful Diamonds in USA. and to Abbeycrest, Thailand. The purpose of carrying out import and export with the above said companies based in Hongkong and UAE was to just rotate the transactions to show increased turnover by Mr. Mehul Choksi in respect of the companies owned/controlled by Mr. Mehul Choksi or  Gitanjali Group Companies.

He informed that the modus operandi of rotation of transactions was devised by Mr. Mehul Choksi and Mr. Sunil Varma had assisted him in this by forming dummy companies abroad.

During the course of recording of his statement he was shown the copies of statements of Mr. Kalpen Doshi dated 30.03.2018, Mr. Jitendra Mahajn dated 11.04.2018, Mr. Nilesh Desai dated 24.04.2018 and Mr. Amit Tanna dated 06.03.2018 recorded ubder Sub-Section (2) & (3) of Section 50 of the PMLA Act, 2002 (as discussed above) and was asked to comment.

He went through all these statements and put his dated signature therein in token of the same. He fully agreed with the contents of these statements and confirmed the same to be true and correct.

With regard to handling of operations of the overseas companies, he stated that Mr. Mehul Choksi incorporated dummy companies in the name of dummy director/owners viz. in Trans Exim Ltd. and  4C's Diamond Distributors at Hong Kong wherein one Mr. Arvind Jadhav is one of the partners; that these two companies are managed by Mr. Jayesh Shah, a trusted associate of Mr. Mehul Choksi;  that M/s Saynyo Gong Si Ltd. and M/s Taipingyang Trading Ltd. are managed by Mr. Dipak Kulkarni and Mrs. Mehar Kulkarni, who are trusted persons of Mr. Mehul Choksi; that

91

similaraly, in Dubai, Asian Diamonds, Eternity Jewells and Al Arba are managed by their Dubai Staff, however on paper these companies belong to other persons; that Likewise, in India also several companies were incorporated by Mr. Mehul Choksi to rotate the funds and to get the packing credit.

Further, during the course of recording of his statement, he was shown printouts of email correspondence dated 07.06.2015, 07.07.2015, 06.10.2015. and was asked to comment. He stated that the two emails dated 07.06.2015 and 07.07.2015 were sent through his email id. *vipulggi@gmail.com* whereas the third email dated 06.10.2015 was received by him at his said email id.

He stated that the email dated 07.06.2015 was pertaining to payment instruction given by him to Dubai Office and his email dated 07.07.2015 was for informing his Dubai office regarding the LC amendment Swift copy received from Brady House Branch of PNB. Vide third email dated 06.10.2015 his Dubai office had complained to about poor quality of the goods.

He admitted that he used to regularly give instructions to his Dubai and Hong Kong based offices regarding payments and movement of goods and that he used to forward Swift messages received from banks to Dubai and Hong Kong offices regularly. He stated that valuation of the export as well as import goods were decided by Mr. Mehul choksi without physical verification of the goods.

Regarding the LOUs and FLCs issued to Gitanjali Group of companies, he stated that in the year, 2014 on the instructions of Mr. Mehul Choksi he had applied with Punjab National bank, Brady House for opening the LC without margin and on the same day the said LC got opened. After a few days Mr. Mehul Choksi asked him (Mr. Vipul Chitalia) to get LC amount ammended to the extent of USD five million without margin and that too was approved from the Bank. After that it became a regular feature and LCs were opened without margin.

Similarly, in the year, 2015 on the instructions of Mr. Mehul Choksi, he had applied with Punjab National bank, Brady House for issuance of LOU and the LOU was issued by the bank. After that it also became the regular feature and credit raised through these LOUs and FLCs were used for repayment of the earlier LOU and FLCs. He confirmed that all the LOUs and FLCs were issued in M/s Gitanjali Gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Ltd. which are Gitanjali Group companies.

He was asked about the source of fund with regard to the investments made by Mr. Rakesh Gajera in M/s Gitanjali Gems Ltd. He stated that this fund belonged to Mr. Mehul Choksi.

**12.35** Statement of Mr. Hitesh C. Shah was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 **on** 23.05.2018 wherein he inter alia stated that he was Vice President (Accounts & Taxation) of GGL; that he had

92

been reporting to Mr. Sunil Varma who was President (Accounts & Finance) and after he became International Business Head of Gitanjali Group; he (Hitesh Shah) used to communicate with Mr. Mehul Choksi. During the course of recording of his statement he submitted the printouts containing details pertaining to import & exports of M/s Gitanjali Gems Ltd., M/s Gitanjali Export Corporation Ltd., M/s Nakshatra Brands Ltd., M/s Asmi Jewellery India Ltd. and M/s Gili India Ltd. since April, 2012 to December, 2017. He informed that M/s Gitanjali Export Corporation Ltd. is merged with M/s GGL and M/s Asmi Jewellery India Ltd. is merged with M/s Nakshatra Brands Ltd. as per Bombay High Court Order issued in the year, 2016.

**12.36**. Statement of Mr. Ketan Shah was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 on 05.03..2018 wherein he inter alia stated that That he was employed in Gitanjali Group sins, 1992; that in the year 2015-16 Mr. Mehul Choksi opened a Proprietorship firm in the name and style of M/s Asian Corporation and made made him (Mr. ketan Shah) Proprietor of the firm; that though the firm was in his name but the actual beneficiary was Mr. Mehul choksi; that the company was just a paper company without any genuine business; that the said company was opend to serve the interest of Mr. mehul Choksi; that there were no actual sale-purchase of diamonds, omnly invoices were generated on the instructions of Mr. Mehul choksi

**12.37** Statement of Mr. Arvind Jadhav was recorded under sub –section (2) and (3) of Section 50 of the Prevention of Money Laundering Act, 2002 on 01.06.2018 wherein he interalia stated that presently he was on the payroll of two of the Gitanjali Group companies namely M/s Thien Xing in Shanghai and M/s Taipinyang in Hong Kong; that he had joined M/s Gitanjali Gems Ltd. in the year, 1989.

He stated that in the year, 1993 on being asked by Mr. Mehul Choksi he joined M/s 4C's Diamond Distributors in Hong Kong under one Mr. Jayesh Shah; that Mr. Jayesh Shah has been handling the entire affairs of M/s 4C's Diamond Distributors in consultation with Mr. Mehul Choksi; that same year, he was sent to Taiwan to develop market for the Gitanjali Group of companies.

He further stated that in the year, 1999 Mr. Mehul Choksi sent him to New york, USA to join his group company namely M/s Diam Link; that though he joined the company but due to some family issues he returned back to India after three months; that during the same year i.e. in 1999 Mr. Mehul Choksi sent him to Shenzhen in china to develop market for sale of diamonds.

He informed that in the year, 2004 Mr. Mehul Choksi opened a new company in the name and style of M/s Diminico Shanghai in Shanghai for selling diamonds in China; that later on name of M/s Diminico Shanghai was changed to M/s Thien Xing Diamonds; that in the year, 2010 he shifted from Shenzhen to Hong Kong; that in Hong Kong he was shown as an employee of M/s Diamart Ltd, Hong Kong, which is also one

of the Gitanjali group of companies; that Mr. Deepak Kulkarni is the Director of the company;

During the course of recording of his statement he was asked to furnish details of the companies in Hong Kong owned/controlled by Mr. Mehul choksi /Gitanjali group. Mr. Arvind Jadhav furnished the details as under:

| Name of the Companies | Person in-charge |
|---|---|
| 1. M/s 4C's Diamonds Distributors, | Mr.Jayesh Indrabadan shah, |
| 2. M/s Trans Exim, | Mr.Jayesh Indrabadan shah, |
| 3. M/s Crown Aim Ltd., | Mr.Naresh Jadhav, Mr.Himmat Dhariwal |
| 4. M/s Shanyao Gong Si Ltd., | Mr.DeepakKulkarni,Mr.Himmat Dhariwal |
| 5. Taipingyang Trading Ltd., | Mrs.MeharKulkarni,Mr.Himmat Dhariwal |
| 6. M/s Diamart Ltd., | Mr.Jayesh Indrabadan shah, |
| 7. M/s Harsh Diamond | Mr.Jayesh Indrabadan shah, |

He stated that the owner of M/s Harsh Diamond is Mr. Harsh Jayesh Shah, son of Mr. Jayesh Shah; that M/s 4C's Diamonds Distributors, M/s Trans Exim, M/s Diamart Ltd. and M/s Harsh Diamond are being operated from the same office; that though M/s Harsh Diamond is owned by Mr. Harsh Jayesh Shah, however it is controlled by Mr. Mehul Choksi; that Mr. Deepak Kulkarni and Mr. Himmat Dhariwal looks after finance and accounts of M/s Crown Aim Ltd., M/s Shanyao Gong Si Ltd. and M/s Taipingyang Trading Ltd.; that Mr. Himmat Dhariwal is the Director of M/s Shanyao Gong Si Ltd.

On being enquired about business activities of these companies, he revealed that Mr. Mehul Choksi had adopted a modus operandi under which the above said companies were being used by him for circular trading of goods among his companies based in India and Hong Kong; that the goods were exported from any of the Gitanjali Group of companies in India to a group company in Hong Kong, the same goods were sold to another group company in Hong Kong and finally the goods were exported to one of the Group companies in India and thus the transaction was completed; that in this arrangement, many a times Gitanjali Group of companies situated in Dubai were also used for routing the transaction.

He revealed one more modus operandi being executed by Mr. Mehul Choksi under which precious stones studded Jewellery, in semi finished condition, were exported from India based Gitanjali Group of companies to the Hong Kong based group companies viz. M/s 4C's Diamonds Distributors, M/s Trans Exim, M/s Shanyao Gong Si Ltd., M/s Crown Aim Ltd. etc; that in Hong Kong, on the directions of Mr. Mehul Choksi, these jewellery were dismantled under the supervision of Mr. Jayesh Shah in the office of M/s 4C's Diamonds Distributors, M/s Trans Exim and M/s Harsh Diamond whereas under the supervision of Mr. Kalpen Doshi in the office of M/s Shanyao Gong Si Ltd.; that during the course of dismantling of jewellery, the precious stones studded therein

94

were removed and used for further export to India, whereas the gold was sold to a local melting unit.

He also stated that he has been one of the partners in M/s 4C's Diamonds Distributors and one of the Directors in M/s Trans Exim Ltd., but in actual he was partner/director on paper only; that for all practical purposes, Mr. Mehul Choksi was controlling both these companies through Mr. Jayesh Shah; that he had not been given any power or authority with regard to these two companies. Further during the course of recording of his statement, he submitted copies of some bank documents viz. bank statements/ details of outward remittances etc., pertaining to some of the Gitanjali Group of companies in Hong Kong viz. M/s 4C's Diamonds Distributors, Crown Aim Ltd., M/s Aston Luxury Group, M/s Shanyao Gong Si Ltd., Taipingyang Trading Ltd. [These documents are enclosed under **RUD (at Sr. No. 46) marked as Annexure- I ].**

13.   **ATTACHMENT OF PROPERTIES**

**13.1**   During the course of investigation, based on the evidences gathered in the form of bank statements, property documents and statements recorded of the concerned persons under Section 50 [2] and [3] of PMLA, 2002 and the money trail derived during the course of investigation, properties worth value of Rs. 1210.29 Crore [approx] (Market Value), in the form of movable and immovable properties, were provisionally attached, under Section 5 of PMLA, 2002 vide PAO No. 03/2018 dated 28.02.2018

**13.2**   In compliance of the mandate of Section 5 (5) of the PMLA, 2002, an Original Complaint No. 912/2018 in respect of the above mentioned Provisional Attachment Order No. 03/2018 dated 28.02.2018 was filed before the Ld. Adjudicating Authority under PMLA, 2002 and is presently pending for adjudication and confirmation in terms of Section 8 of the Act. A copy of the OC No. 912/2018 along with PAO No. 03/2018 dated 28.02.2018 is enclosed  **under RUD (at Serial No. 41)** marked as **Annexure-I.**

**13.3.**   During further investigation, more properties and bank accounts were unearthed and based on the bank statements, property documents and statements recorded of the concerned persons, under Section 50 [2] and [3] of PMLA, 2002 and the money trail derived during the course of investigation, properties worth Rs. **537.04 Crore [approx]** (Market Value),in the form of movable and immovable properties, were provisionally attached under Section 5 of PMLA, 2002 vide **PAO No. 09/2018 dated 25.06.2018.** A copy of said PAO is enclosed **under RUD (at Serial No. 42) marked as Annexure-I.**

14.   **SEIZURES**

**14.1**   During the course of investigation, based on the evidences gathered in the form of bank statements, property details, FIR, PNB letter submissions various premises related to Mr. Mehul Choksi and his Gitanjali Group companies/entities were searched under Section 17 of the PMLA, 2002. During the course of search of the said premises,

certain crucial documents/evidences/valuables were found and the same were seized under section 17 of the PMLA. Documents pertaining to seizure are **enclosed under RUD (at Serial No. 40) marked as Annexure- I.**

A table of premises searched and valuation of the seized valuables is as given below :

| Sr. No. | Address of Premises Searched | Brief Description of Valuables | Seizure Value as per Book Value (in Rs.) | Value as per Govt. Approved valued |
|---|---|---|---|---|
| 1 | M/s Gitanjali Gems Ltd., Gemplus Jewellery Division, Unit No. 1, Plot No. 61, SEEPZ, Andheri (E), Mumbai-96 | Finished/Semi Finished Jewellery of Gold/Silver, Diamonds, Raw Silver, precious stones and other precious metal alloys | 1755616164 | 781734558 |
| 2 | Gili, 2nd Floor, R City Mall, Lal Bahadur Shastri Rd, Amrut Nagar, Ghatkopar West, Mumbai, Maharashtra | Finished Small Jewelery and Watches | 35820425 | 8197155 |
| 3 | M/s Gitanjali Gems Ltd., Arena House, Plot No. 103, 4th Floor, Road No. 12, Marol MIDC, Andheri East, Mumbai | Stock of Precious stones and precious metals | 3582482806 | 1823908517 |
| 4 | M/s Gili India Ltd., Plot No. 131/90, Marol CO operative Industrial Estate Road, Andheri East, Mumbai | Diamond, Gold, Palladium, Silver, Colour stone, Repari Ornaments/Jewelery, Loose Diamonds etc as per Govt Approved Valuer | 33,00,92,354 | 33,00,92,354 |
| 5 | M/s Gitanjali Gems Ltd., EC 5010, Bharat Diamond Bourse, BKC, Bandra (E), Mumbai-51 | Polished Diamonds, Rough Diamonds and Coloured Stones (Calue as per Govt Approved Valuer) | 4631406362 | 1217963575 |
| 6 | Gitanjali , 2/A, Raghav Wadi, 3rd Floor, 7, French Bridge, Mumbai-04 | Loose Diamonds | 28294951 | 28294951 |
| 7 | Gitanjali, Office No.6, B Wing, 1st Floor, Lamxi Tower, BKC, Bnadra (E), Mumbai-51 | Loose Diamonds | 51201070 | 51201070 |
| 8 | M/s Laxmi Dia/M/s Joyce Trading, Unit No. 20/24, SDF-I, SEEPZ,Andheri, Mumbai | Silver, Gold, Diamond, stones | 20457887 | 20457887 |
| 9 | Gitanjali, Kheni Tower, Jogani Complex, Behind Amar Bras, Manipada Road, Kalina, Santacruz (E), Mumbai | Diamonds, Precious and Semi-precious stones | 607126080.6 | 145680884 |
| 10 | M/s Gitanjali / Shuddi (Display / Sale Counter), At Central Mohali, VR Punjab Mall, Mohaii) | (1) 175 pieces of fine jewelry with attached tag with bar codes and 175 related authenticity certificates. | 3475400 | 2975397 |
| 11 | M/s Geetanjali Jewels,Neelam Arcade, Sailan Talab, Ground | 1. Diamond & Diamond studded Gold jewelry valued at  Rs.1,89,01,650.00 | 25388673.88 | 25388673.88 |

96

| | | | | |
|---|---|---|---|---|
| | Floor, Udhampur, Jammu & Kashmir | Gold Jewelry & silver coin valued at Rs. 10,68,593.88 | | |
| | | Lumineux Jewelry (Artificial Jewelry) valued at Rs. 54,18,430.00 | | |
| 12 | Gili World, No, G1-11B, Inorbit Mall, Whitefield | Diamond studded gold & Platinum jewellery valued at Rs.1,35,05,100 | 13505100 | 13505100 |
| 13 | Nakshatra Shop No-2 Phoenix Mall Whitefield, Bangalore | Diamond studded gold & Platinum jewellery valued at Rs.2,69,23,050 | 26923050 | 26923050 |
| 14 | Nakshatra forum Neighborhood Mall, whitefield, Bangalore | Diamond studded gold & Platinum jewellery valued at Rs.2,19,12,920 | 21912920 | 21912920 |
| 15 | M/s Gitanjali Gems product at Shoppers Stop, Orion East Mall, Banaswadi, Bangalore | Diamond studded gold & Platinum jewellery | 15167250 | 15167250 |
| 16 | Gitanjali Gems (Gili), Just in Vogue , Central Mall, 45/1 and 45/2, 45th Cross, 2nd Phase, J.P. Nagar, Banglore - 560069 | Diamond studded gold & Platinum jewellery | 12361550 | 12361550 |
| 17 | Gitanjali (Shuddhi), Central Mallm, 45/1 and 45/2, 45th Cross, 2nd Phase, J.P. Nagar, Banglore - 560069 | Diamond studded gold & Platinum jewellery | 17750675 | 17750675 |
| 18 | M/s Future Lifestyle Fashion Ltd. 2nd Floor of Central, Orion Mall, Dr. Rajkumar Road, Rajaji Nagar, Banglore | Diamond studded gold & Platinum jewellery | 12651800 | 12651800 |
| 19 | Just in Vogue, Central in Orion Mall, Dr. Rajkumar Road, Rajaji Nagar, Bangalore | Diamond studded gold & Platinum jewellery | 7184800 | 7184800 |
| 20 | Central in Orion Mall, Dr. Rajkumar Road, Rajaji Nagar, Bangalore | Diamond studded gold & Platinum jewellery | 21522550 | 21522550 |
| 21 | Central in Orion Mall, M.G. road Dr. Rajkumar Road, Rajaji Nagar, BangaloreMall, | Diamond studded gold & Platinum jewellery | 19005650 | 19005650 |
| 22 | Shoppers stop, Garruda Mall, Magrath Road, Bangalore | Diamond studded gold & Platinum jewellery | 9027525 | 9027525 |
| 23 | M/s Gili India Ltd, Shoppers Stop, Gopalan Signature Mall, old madras road, Bangalore | Diamond studded gold & Platinum jewellery | 10739900.00 | 10739900 |
| 24 | M/s. Gili India Ltd, Shoppers stop, Soul Space Arena, Mahadevapura, Outer ring road, Bangalore | Diamond studded gold & Platinum jewellery | 10988800 | 10988800 |
| 25 | Shopper stop near Forum Mall Salarpuria Tower no.2 Kormangala, Hosur road, Bangalore | Diamond studded gold & Platinum jewellery | 8628242 | 8628242 |

| | | | | |
|---|---|---|---|---|
| 26 | M/s Gitanjali Gems, Shoppers stop, NS Pallya Bannerghatta road, Bangalore | Diamond studded gold & Platinum jewellery | 15124560 | 15124560 |
| 27 | M/s Gili India Ltd, Shoppers Stop, Unit 157, 16-10 lower ground floor, In orbit Mall, Whitefield, EPIP area, Bangalore | Diamond studded gold & Platinum jewellery | 14355300 | 14355300 |
| 28 | Shoppers Stop, Mantri Mall, Malleshwaram, Bangalore | Diamond studded gold & Platinum jewellery | 7680550 | 7680550 |
| 29 | M/s Gili India Ltd, No.10, 7th croos Victoria layout | Diamond studded gold & Platinum jewellery | 63753361 | 63753361 |
| 30 | M/s Gili India Ltd, Just in Vogue, Bangalore Central 3 Bellandur, Sarjapur road, Bangalore | Diamond studded gold & Platinum jewellery | 16909550 | 16909550 |
| 31 | M/s Gili India Ltd, Shuddhi, Bangalore Central 3 Bellandur, Sarjapur road, Bangalore | Diamond studded gold & Platinum jewellery | 8469150 | 8469150 |
| 32 | M/s Gitanjali Gems, Shoppers Stop, Prestige forum fiza mall, Pandeshwar, Mangalore | Watches | 4385696 | 4385696 |
| 33 | Sulthan watches, UG-17, city centre mall, KS Rao Road, Mangalore | Watches | 1864685 | 1864685 |
| 34 | Sale Counter of M/s Gili India Private Ltd, AFWWA Uphar, At Air Force Station, New Delhi - 111003. | In Annexure A Diamond Items valued at 78,70,750/- as per stock book. Annexure B Silver Items of 56 pieace, Annexure C Artificial Items of 23 pieace | 7870750 | 7870750 |
| 35 | Gitanjali Brand Counters at Shoppers-Stop at Nelson Mandela Marg, Amblance island, Sector-D, Vasant Kunj, New Delhi | Total 355 items consisting / Rings-111 / Pendents-91 / Mangalsutra-28 / Nose Pins-26 / Ear Rings-95 / Chains-04 valued at Rs.1,15,22,250/- | 11522250 | 11522250 |
| 36 | Gitanjali Brand Counters at Shoppers-Stop A2A, MGF, Metropolitan Mall, Press Enclave Road, District Centre, Saket, New Delhi | Total 382 items consisting / Rings-109 / Pendents-149 / Nose Pins-22 / Ear Rings-92 / Chains-6 / Necklace-4 valued at Rs. 1,03,90,862/- | 10390862 | 10390862 |

98

| | | | | |
|---|---|---|---|---|
| 37 | Gitanjali Brand Counters at Shoppers-Stop Spaze i-tech Park, State Highway-13, Sector-49, Block-S, Sohna Road, Gurgaon | Golden diamond jewellery consisting 172 pcs., silver jewellery consisting 925 pcs., artificial jewellery consisting 232 pcs and related documents. valued at Rs. 64,62,810/- | 6462810 | 6462810 |
| 38 | Regal Jewels, Gitanjali Store, Krishna Plaza-3, Dwarka Sector-11, New Delhi-110075 | 1311 items diamond Jewellery items containing bangles, Bracelets, Ear Rings, Nose pin, Necklec, Pendant, Rings, Tanmania, Chain valued at Rs. 7,00,39,075/- | 70039075 | 70039075 |
| 39 | M/s Gitanjali Brands Counters at Shoppers Stop, Ground Floor, Gaur Central Mall, RDC, Rajnagar, Ghaziabad | S. No.  Description    Qty<br>1   Pendants       136<br>2   Earrings        93<br>3   Rings           78<br>4   Gold Chain       4<br>5   Mangal Sutra     4<br>6   Nose Pins       20<br>7   Wrist Watches<br>327 valued at Rs. 1,04,49,865/- | 10449865 | 10449865 |
| 40 | ground floor, Shoppers Stop, BPK star building, A. B. Road, Indore | Diamond jewellery, Gold jewellery, Platinum jewellery & Artificial Jewellery of Gili, Asmi & Nirvana Brand valued at Rs.1.27 crores as per books | 12700000 | 12700000 |
| 41 | Gitanjali Jewels Chhatarpur 34,35 Anurag Citi Center Mall Panna Rd, Pincode 471001 | jewellery valued at MRP Rs. 22.8 lacs. | 2280750 | 2280750 |
| 42 | Gitanjali Jewel Jabalpur 24-11 H, Ashok marg, Sadar Bazar, Jabalpur, Pincode 482001 | Gold (288.88 grams), Gold jewellery, Diamond Jewellery of Gitanjali brand valued at Rs. 87,39,350 only. This excludes the value of gold seized as the value fluctuates on a daily basis as per daily stock book. | 8739350 | 8739350 |
| 43 | Sparkle World, DB City Mall, G-10, Ground Floor, Arera Hills, Bhopal. | 354 pieces/sets of Diamond Jewellery, of Nakshatra Brand valued at Rs. 2.36 crores. | 23600000 | 23600000 |
| 44 | Brightest Circle Jewellery, Regional Office, Z-9, Zone-I, M.P.Nagar, Bhopal. | Diamond jewellery; branded watches like morelatto, miss sixty,etc; diamond studded platinum & gold jewellery; silver plated articles of adler& roth, etc (total items seized = 2,657) | 14700000 | 14700000 |

99

| 45 | Gitanjali Counter, G-14, Ground floor, DB City Mall, Arena Hills, Bhopal | 313 pieces/ sets of gold & diamonds jewellery, | 6035450 | 6035450 |
| | | copy of authorization no. 29/2018 dated 24.02.2018 issued by JD, AMZO. | | |
| 46 | Lalchand Jewellers Pvt. Ltd.,Lalchand Market complex, Master Canteen Square, Janpath Bhubaneswar | 227 pieces diamond jewellery valued at Rs. 1,71,07,714/- seized on 20.02.2018 | 19603264 | 19603264 |
| | | and another 33 pieces valued at 24,95,550/- seized on 22.02.2018 | | |
| 47 | M/s Lalchand Gem & Jewellers, Cantonment Road, Cuttack | 107 pieces diamond jewellery valued at Rs. 50,09,150/- | 5009150 | 5009150 |
| 48 | M/s Sairam Trading, Keonjhar Colony, Kanika Chhak, Cuttack | 515 pieces diamond jewellery valued at Rs. 1,00,88,045/- | 10088045 | 10088045 |
| 49 | M/s Khimji KD & Sons Pvt Ltd., 621/A, Saheed Nagar,Janpath, Bhubaneswar | 78 pieces diamond jewellery valued at Rs. 30,51,075/- | 3051075 | 3051075 |
| 50 | M/s Epari Sadashiv Pvt Ltd; Epari Plaza, Janpath, Bhubaneswar | 279 pieces diamond jewellery valued at Rs. 99,41,660/- | 9941660 | 9941660 |
| 51 | M/s Arundhati Jewellers Pvt Ltd., plot no. 11/A, Janpath, Satya Nagar, Bhubaneswar | 08 pieces diamond jewellery valued at Rs. 2,48,520/- | 248520 | 248520 |
| 52 | Sr. Shyam Sunder Patnaik, State Head, M/s. Bezel Jewellery Ltd, Dewan Lane, Gurujang, Khurda | 147 pieces diamond jewellery valued at Rs. 79,42,410/- | 7942410 | 7942410 |
| 53 | Gili Counter, located at ground floor, Shopper Stop, KRM Centre, Harrington Road, Chetput, Chennai - 600031 | 261 items of Diamond Jewellery, such as Ear and Nose Studs, Chains, Pendants, Rings, etc. totally valued at Rs. 70,18,350/- | 7018350 | 7018350 |
| 54 | Gili Counter, located at Shopper Stop, Grand Mall, Velachery, Chennai - 600042 | 587 items of Diamond Jewellery, such as Ear and Nose Studs, Chains, Pendants, Rings, etc. totally valued at Rs. 1,16,60,210/- | 11660210 | 11660210 |
| 55 | Prince Jewellery, VDS House, New No. 41, Cathedral Road, Chennai - 600086 | 299 Nos. of Diamond Jewellery valued at Rs. 87,79,500/- | 8779500 | 8779500 |
| 56 | Prince Jewellery, 30 C.G.S Square, 100 Ft. Road, Velacherry Chennai - 600042 | 398 Nos. of Diamond Jewellery valued at Rs. 1,08,18,150/- | 10818150 | 10818150 |
| 57 | Prince Jewellery, Prince Gold and Diamonds India Pvt. Ltd., No. 13, Nageshwara Rao Road, Panagal Park, T.Nagar, Chennai - 600017 | 326 Nos. of Diamond Jewellery valued at Rs. 93,90,550/- | 9390550 | 9390550 |

| 58 | Shopper Stop, Upper Ground Floor, Fun Republic Mall, S7, No. 474, Avinashi Road, Peelamedu, Coimbatore - 641004 | 569 Nos. of Diamond Jewellery, valued at Rs. 1,27,18,800/-, 1190 Nos. of Fashion Jewellery valued at Rs. 23,45,240/-, of Watches valued at Rs. 15,83,505/- | 16647545 | 16647545 |
|---|---|---|---|---|
| 59 | Seizure effected at the Zonal Office of Chennai as the stock of M/s Gitanjali Lifestyle Pvt Ltd and brand name is "LUCERA" Fashion Jewellery" which was handed over by Mr. V . Janakiraman, the Cluster Manager of M/s Gili India Ltd., for Tamilnadu. | 669 Nos. of LUCERA FASHION JEWELLARY totally valued at Rs. 13,78,950/- | 1378950 | 1378950 |
| 60 | Outlet of Gitanjali Group in Shoppers Stop, Begumpet, Hyderabad | Seizure of Diamond Jewellery. | 18778155 | 18778155 |
| 61 | Outlet of Gitanjali Group, CMR Shopping Mall, R.P.Road, Secunderabad | Seizure of Diamond Jewellery. | 12070650 | 12070650 |
| 62 | Outlet of Gitanjali Group, Shoppers Stop, In-orbit mall, Madhapur, Hyderabad. | Seizure of Diamond Jewellery. | 33123502 | 33123502 |
| 63 | Outlet of Gitanjali Group, Shoppers Stop, GVK1mall, Banjara Hills, Hyderabad. | Seizure of Diamond Jewellery. | 15329180 | 15329180 |
| 64 | Outlet of Gitanjali Group, Rajiv Gandhi International Airport, Shashabad, Hyderabad. | Seizure of Diamond Jewellery. | 10603800 | 10603800 |
| 65 | Outlet of Gitanjali Group, CMR Jewellers, Somajiguda | Seizure of Diamond Jewellery. | 14633410 | 14633410 |
| 66 | Outlet of Gitanjali Group, CMR Exclusive Show Room, SD Road, Secunderabad | Seizure of Diamond Jewellery. | 12116280 | 12116280 |
| 67 | Shopper Stop Ltd, Prince Anwar Shah Road, South City Mall, kolkata- 700068. | Seizure as per Panchnama worth Rs. 1.88 Crore (MRP) | 18800000 | 18800000 |
| 68 | M/s Gitanjali Jewellery Retail Ltd situated at Shopper Stops Ltd, Beside City Centre-II, New Town, Rajarhat, Kolkata- 157 | Seizure as per Panchnama worth Rs. 3.11 Crore (MRP) | 31100000 | 31100000 |
| 69 | Shopper Stop, Acropolis Mall, 1858/1, Rajdanga Main Road, Kolkata - 700107 | Seizure as per Panchnama worth Rs. 2.277 Crore (MRP) | 22770000 | 22770000 |

101

| | | | | |
|---|---|---|---|---|
| 70 | Shopper Stop Ltd, Deparment Code 390 and 200, Sub Department 112 (Nirvana), 110 (Maya, D'Dmas), 101 (Gili), 106 (Nakshatra) all under Gitanjali Group, Ground Floor, Forum Mall, 10/3, Lala Lajpat Rai Sarani, Kolkata - 700020 | Seizure as per Panchnama worth Rs. 2.47 Crore (MRP) | 24700000 | 24700000 |
| 71 | Shopper Stop Ltd, DCI, Sector I, City Centre, Kolkata - 700064 | Seizure as per Panchnama worth Rs. 3.07 Crore (MRP) | 30700000 | 30700000 |
| 72 | Nakshatra World under M/s Nakshatra Brand Ltd, City Centre I, Shop No. G-003, ground floor, block G, Salt Lake, Kolkata | Seizure as per Panchnama worth Rs. 4,79,98,410 (MRP). | 47998410 | 47998410 |
| 73 | Shopper Stop Ltd, E 0001, Ground Floor, City Centre Mall, Uttarayan, Matigara, Siliguri - 734010 | Articles as per Panchnama worth Rs. 3,14,60,231/- (MRP). | 31460231 | 31460231 |
| 74 | Shopper Stop Ltd. Junction Mall, Mauza-Faridpur, JL No.74, City Centre, Durgapur | Articles as per Panchnama containing Annexure A to L valued at Rs.2.20 crore (MRP). | 22072320 | 22072320 |
| 75 | Shoppers Stop, Elante Mall, Chandigarh | Jewellery & Watches worth Rs. 25483320/- | 25483320 | 25483320 |
| 76 | M/s GILI India Ltd., outlet at shopper's stop in MGF Metropolitan Mall, Gurugram, (Haryana) | Jewellery valued at RS. 7844350/- | 7844350 | 7844350 |
| 77 | M/s Avenue Montaigne India Pvt. Ltd., Gold Souk Mall, Sector 43, Sushank Lok, Phase I, Gurugram, (Haryana) | Jewellery valued at RS.21681905/- | 21681905 | 2168190 |
| 78 | M/s Gitanjali Jewels , B/19, Gold View plaza, Bhootnath Market, Indira Nagar, Lucknow | Jewellery valued at Rs. 42,13,600/- | 4213600 | 4213600 |
| 79 | Gitanjali Jewels c/o Mallics Jewels, 4/292, opp- Sahara plaza, Vivek Khand, Gomtinagar, Lucknow | Jewellery valued at Rs. 94,78,150/- | 9478150 | 9478150 |

102

| | | | | |
|---|---|---|---|---|
| 80 | M/s Gitanjali Jewels 200, Jawahar Chowk, Jhansi | Jewellery valued at Rs. 34,83,100/- | 3483100 | 3483100 |
| 81 | M/s Gili India Ltd, c/o Shoppers Stop, Logix City Center, Sector 32-A, Noida up -201301 | Jewellery valued at Rs. 72,16,310/- | 7216310 | 7216310 |
| 82 | M/s Gitanjali Jewels, Gitanjali Jewels counter, Shoppers Stop, Fun Republic Mall, Lucknow | Jewellery valued at Rs. 1,34,75,450/- | 13475450 | 13475450 |
| 83 | M/s Ratandeep Jewellers, E-2670, E block , Rajajipuram, Lucknow | Jewellery and cash valued at Rs. 86,07,921/- | 8607921 | 8607921 |
| 84 | M/s Gitanjali Jewels, Shoppers Stop-Shopprix Mall, Major Dhanchand Nagar,Dainik Jagran Chauhara, Hapur Bypass, Meerut, Uttar Pradesh | Jewellery valued at Rs. 1,58,99,473/- | 15899473 | 15899473 |
| 85 | M/s R C Jewellers,M-17, Gol Market, Mahanagar, Lucknow, Uttar Pradesh | Jewellery(3820100)+cash(61 891) =38,81,991/- | 3881991 | 3881991 |
| 86 | Diamond Unlimited (World of Glitters) Shop No 117 Ground Floor, Spice World Mall Sector 25A, Noida, Uttar Pradesh 201301 | Jewellery(7975810) + cash(57981) = 80,33,791/- | 8033791 | 8033791 |
| 87 | World of Glitters, DLF Mall of India , Sector 18 Noida, UP | Jewellery valued at Rs. 55,50,440/- | 5550440 | 5550440 |
| 88 | Gitanjali Jewels Stores ,Noida Central- GARDEN GALLERIA, NOIDA,Uttar Pradesh | Jewellery valued at Rs. 49,34,600/- | 4934600 | 4934600 |
| 89 | Gili Jewells Counter (M/s Gitanjali Jewels) Shoppers Stop, OMaxe SRK Mall,, NH-2 Agra, Uttar Pradesh 282002 | Jewellery valued at Rs. 1,21,22,400/- | 12122400 | 12122400 |
| 90 | Mahalaxmi Jewels (Patna Pvt Ltd), Shop No. 59, Maharaja Kameshwar Complex, Fraser Road, Patna, Bihar | Jewellary having book value (MRP) of<br><br>Rs 2.07 Crores | 20751000 | 20751000 |
| 91 | Just In Vogue, Patna Central Mall, Fraser Road, Patna-1, Bihar | Jewellary having book value (MRP) of<br><br>93.68 Lakhs | 9368000 | 9368000 |
| 92 | Nakshtra, Bihar Properties Pvt Ltd, Opposite Pandey Plaza, Motijheel, Muzaffarpur, Bihar | Jewellary having book value (MRP) of<br><br>48.70 Lakhs | 4870000 | 4870000 |
| 93 | Sringar Ras, Durgasthan Road, Makhansah Chowk, Muzaffarpur, Bihar | Jewellary having book value (MRP) of<br><br>60.72 Lakhs | 6072000 | 6072000 |
| 94 | Gitanjali Jewels, Panjim No.4, Alfran Plaza, MG road, Panjim, Goa. | Diamond Jewellery valued at Rs. 5,01,23,333 | 50123333 | 50123333 |

103

| | | | | |
|---|---|---|---|---|
| 95 | Gitanjali Jewels counter of Shoppers Stop, ground floor, at Mall De Goa, Porrorim | Dimond Jewellery valued at Rs. 1,36,49,120/- | 13649120 | 13649120 |
| 96 | M/s Shoppers Stop, Ambuja Mall, Morva Vidhan Sabha Marg, Raipur | Gili brand Jewellery no .of items 207 valued at Rs.42,95,300/-, Nakshtra brand jewellery no.of items 1 valued at Rs.45,850/-, Nirvana brand jewellery no. of items 225 valued at Rs.39,15,350/-, Asmi brand jewellery no .of items 208 valued at Rs.45,22,200/- | 12778700 | 12778700 |
| 97 | The Central, City Centre Mall, Pandri, Raipur | 260 jewellery items including ring, earings, pandents, etc | 5463400 | 5463400 |
| 98 | M/s Gili Diamond Jewelry, Shoper Stop, Prozone Mall, Plot Sector - C, Chikalthana Industrial Area, Masantpur, Aurangabad, - 431210. | diamond and platinum jewellery | 17318061 | 5125830 |
| 99 | Residential Premises of Ms. Shilpa M. Bhoskar, D/o Mr. Madhukar G. Bhoskar  at Plot No. 56, Wathoda Pandhan Road, Near Indira Devi Town, Vidya Nagar, Nagpur. | Jewelery/ Ornaments | 11646026 | 3284746 |
| 100 | Residential premises at M/s Gurunanak Enterprises, Flat No. 101, Devika Manasi Near By CMPDI Colony, Jaripatka - 440014. | Jewelery/ Ornaments | 6540500 | 1795150 |
| 101 | M/s Gili India Ltd., Latur, Shoppers Stop, Opposite Alankar Talkies, Chainsukh Road, Latur – 413512. | diamond and platinum jewellery | 9797210 | 2400999 |
| 102 | M/s Nakshtra Diamond Jewellery, Inorbit Mall, Vashi, Navi Mumbai | Jewellery pieces: 782 | 34100000 | 9268157 |
| 103 | Mutha Jewellers, Ambernath Badlapur Road, (Badlapur) | Total no of Gold/Diamond Jewellery pieces: 145 | 6322000 | 1717480 |
| 104 | Mutha jeweilers, Ground Floor, 7, Giriraj Bhavan, Kalyan Station Road, Kalyan | Total no of Gold/Diamond Jewellery pieces: 162 | 3269000 | 980727 |
| 105 | Shoppers Stop, Big Mall, Ghorbunder Road. thane | Total no of Gold/Diamond Jewellery pieces: 318 & watches | 10188000 | 2957901 |
| 106 | Gitanjali Jewels Ltd. Shoopers Stop Godrej Eternia Mall, Old Pune-Mumbi Road, Pune (Wakdewadi), | Total no of Gold/Diamond Jewellery pieces: 870 | 21000000 | 7272831 |

104

| 107 | Gili India, Shoppers stop, Metro Junction mall, Kalyan East | Total no of Gold/Diamond Jewellery pieces: 515 | 16500000 | 16500000 |
|---|---|---|---|---|
| 108 | Gili India, Shoppers stop, Orion mall, Panvel | Total no of Gold/Diamond Jewellery pieces: 360 | 8957000 | 2277810 |
| 109 | Shoppers stop, DYP City Mall, Old Pume Bangalore Road, - Kolhapur | Total no of Gold/Diamond Jewellery pieces: 464 | 10100000 | 2431359 |
| 110 | M/s Gitanjali, Central, MSM, Pranjape Mall, Pune-4 | Total no of Gold/Diamond Jewellery pieces: 259 | 5100000 | 1485629 |
| 111 | Shoppers Stop-Pune-4(Pacific) | Total no of Gold/Diamond Jewellery pieces: 826 and watches | 21776000 | 5864500 |
| 112 | Shoppers Stop-Pune-5(Magarpatta) | Total no of Gold/Diamond Jewellery pieces: 988 & watches | 24474000 | 6769410 |
| 113 | M/s Gitanjali Gems, Shoppers Stop, West Ends Mall, Pune-PuneAundh | Total no of Gold/Diamond Jewellery pieces: 675 | 11700000 | 4402369 |
| 114 | M/s Nakshtra Diamonds, Nitesh Hub, Koregaon Park, Pune | Total no of Gold/Diamond Jewellery pieces: 717 | 21000000 | 21000000 |
| 115 | M/s Nakshtra/ M/s Gitanjali Jewels Ltd., 44 G Level, Amanora Mall, Pune | Total no of Gold/Diamond Jewellery pieces: 530 | 16700000 | 441588 |
| 116 | Gitanjali Retail store, Shop No. 9, UGF, north block world trade park, Malvia Nagar, Jaipur | Jewellery (gold, diamond, platinum etc) | 33904250 | 5544845 |
| 117 | counter of M/s Gitanjali Jewels at shoppes stop, WTP, Malvia Nagar, Jaipur | Jewellery (gold, diamond, platinum etc) | 5500000 | 5500000 |
| 118 | Gitanjali Jewels Exclusive, Unit No. 6, Third Eye Complex, CG Road, Ahmedabad | diamond jewellery | 7708327 | 7708327 |
| 119 | M/s Gitanjali India Ltd, G-32, Alpha One Mall, Vastrapur, Ahmedabad | diamond jewellery | 3881253 | 3881253 |
| 120 | Gitanjali Counter, Shoppers Stop, Ahmedabad One Mall, Vastrapur, Ahmedabad | diamond and platinum jewellery | 6449693 | 6449693 |
| 121 | Gitanjali Counter, Shoppers Stop, C.G. Square Mall, C.G. Road, Ahmedabad | jewellery | 11304300 | 11304300 |
| 122 | Gitanjali Counter, Shoppers Stop, inorbit Mall, Gorwa Road, Baroda | jewellery | 13630350 | 13630350 |
| 123 | Central Mall, C.G.Road, Ambawadi, Ahmedabad | jewellery | 1968457 | 1968457 |
| 124 | Arela Trading Ltd, F/o M/s Gitanjali Jewles, | Jewellery seized as per annexure C & D | 48567310 | 48567310 |

105

| | | | | |
|---|---|---|---|---|
| | GIDC, Vapi | | | |
| 125 | Shoppers Stop, Nucleus Mall, Jail Road, Ranchi | Seizure as per Panchnama worth Rs. 1,56,52,950/- (MRP). | 15652950 | 15652950 |
| 126 | M/s Gitanjali Jewels, Shree Ram Plaza, Dhanabad | Seizure as per Panchnama worth Rs. 86,28,150/- (MRP). | 8628150 | 8628150 |
| 127 | Kuldeep Sons Jwevllers, Bistupur, Jamshedpur, Jharkhand | Seizure as per Panchnama worth Rs. 73,20,667/- (MRP).. Gili rings, gili tops, gili chains, mangalsutra, ladies rings, nose pin | 7320667 | 7320667 |
| 128 | Kuldeep Sons Jewellers, Church Complex Main road, Ranchi | Gili rings, gili tops, gili chains, mangalsutra, ladies rings, nose pin | 3400266.73 | 3400266.73 |
| 129 | New Nirmala Jewellwers & Sons, Shop No. 23. Dayal Center, Adityapur, Jharkjand | Seizure as per Panchnama worth Rs. 10,00,850/- (MRP).pieces of gold pendent, ring etc. | 1000850 | 1000850 |
| 130 | ROAD NO 18 PLOT NO 118MIDC ANDHERI (E) MUMBAI MH 400093 IN | Gold Bars, Semi-finished jewellary, Loose diamonds, Silver | 37581179 | 37581179 |
| | | **Grand Total** | 12,80,18,67,470 | 5,97,75,29,603 |

**14.2.** An application for the Retention of these seized documents/valuables under Section 17(4) of the PMLA, 2002 has been made before the Hon'ble Adjudicating Authority and the same is now pending adjudication as on the date of filing of this complaint.

**15.**     **ESTIMATION OF THE PROCEEDS OF CRIME:-**

The three Indian entities namely M/s Gitanjali Gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Ltd. had fraudulentlyobtained LOUs since, 2015 and FLCs since, 2014 from PNB by cheating and defrauding the bank, in criminal conspiracy with some of its officials and surpassing the Bank's CBS, thereby avoiding detection. The said LOUs &FLCs amounts were utilized for making payment to their alleged overseas suppliers/companies.  Adopting this *modus operandi* the funds obtained fraudulently by the said three entities, on the basis of LOUs & FLCs, were siphoned off through their alleged overseas suppliers. The total estimated proceeds of crime from the LOUs&FLCs issued from 2014 to 2017 from the PNBis to the tune of Rs. 6097.63 Crore.

**15.2.** It can be seen that new LOUs and FLCs with enhanced value were issued to set off the earlier ones which became due. The said pattern continued till 2017, thereby steadily increasing the value of outstanding amounts payable, as obligatory on the maturity of LOUs &FLCs , to huge magnitude.

**15.3** The LOUs & FLCs  issued in 2017, became due in January 2018, and the entire scam came to the fore since the other officials at PNB refused to issue new LOUs &

106

FLCs without following the due procedure and verification, resulting in the accused firms defaulting in the repayment per the matured LoUs to the Bank.

15.4 It is significant to note that during the initial period, the LOUs &FLCs were issued for smaller duration i.e. for 3 months, however, it was later changed to 360 days, apparently in a bid to gain maximum benefit out of these dealings, so that the monies can be put to use for longer periods of time, thereby giving utmost returns. It is also seen that the repayments towards LOUs & FLCs were made either by diverting another LOU's/FLCs money or by creating more and more LOUs & FLCs , whereby increasing the exposure.

15.5 The default in repayment towards LOUs & FLCs happened in 2018 as date of maturity of the said LOUs & FLCs was 360 days and the criminal act of the accused persons/companies came to light when the PNB refused from issuing fresh LOUs & FLCs without following the prescribed banking norms and procedure. At the relevant time, the total amount of open/unpaid LOUs (fraudulent) was USD 470.53 million (Rs. 3011.39crore) whereas open/unpaid FLCs (fraudulent) was USD 482.23 million (Rs. 3086.24 crore) whereas. The said amounts were utilized for settling earlier credit obligations (of the buyers) by the Mr. Mehul Choksi/Gitanjali Group firms and also for paying overseas firms alleged to be the suppliers of the said three entities/firms.

15.6 It has been revealed that most of these overseas firms are either Gitanjali Group companies or are controlled by Mr. Mehul Choksi. The whole modus operandi was devised by the accused persons/companies with the criminal intent to enjoy credit facilities without providing proper collateral and with the nominal interest payable. The accused induced the bank to pay them monies under the garb of payment to other suppliers whereas the money was actually routing bank to the accused persons for their own wrongful gain. The said money, being the proceeds of crime, was further laundered by them in the manner and mode as stated in the preceding paras.

15.7. The facts as submitted above clearly establish that all these funds thus acquired by the accused were used for almost upto 7 years at a nominal interest and without proper collateral as per the prescribed requirements. The funds such acquired without any liability and security and used for such a long period with a pattern of round tripping are the "Proceeds of crime" in terms of Section 2 (1) (u) of PMLA, 2002 having being generated from the criminal activity related to the scheduled offence as provided under Section 2(1)(y) of PMLA, 2002, in this case.

16.    ROLE PLAYED BY THE ACCUSED.

16.1.      It has been established from the facts that Mr. Mehul Choksi, is the promoter of M/s Gitanjali Gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Ltd., the firms which defrauded the Punjab National Bank, a public sector bank. He was the controlling authority and the decision maker during the material period when the said fraud was perpetrated. He is the prime conspirator who devised the entire manner and

107

mode of the fraud, conspiring with the other accused to cheat the bank in the manner explained hereinabove. The proceeds of crime so generated through the said criminal activity have been siphoned off and laundered by him through various entities to other overseas companies and countries for concealment, layering and integration into main financial system through acquisition of properties or through investment in financial assets. He is the mastermind behind this behemoth scam, designing the entire scheme of fraud and the movement of the monies under the garb of export/import of diamonds & other jewelry. He has malafidely rotated the money received on the basis of fraudulent LoUs & FLCs, to his own companies for further use and concealment, through a circuitous web of transactions. Through his calculated plan, he not only rotated the money but also the jewellery and precious stones, while inflating their value in order to justify the transactions made by him.   He has actively concealed his role and involvement in the scam by conducting the business through dummy directors and his other employees, to hoodwink the law enforcement authorities. He has also made efforts to obfuscate the proceeds of crime and its end use.  Mr. Mehul Choksi, having full knowledge of the nature and origin of the proceeds, intentionally and deliberately used, projected and claimed the same as untainted, laundering the same for his own personal gain. He, therefore, was an active participant in the generation of proceeds of crime and actually involved in the laundering of the said proceeds of crime as defined under Section 3 of PMLA, 2002.

**16.2**    Mr. Gokulnath Shetty, the then Deputy Manager, Punjab National Bank was a key conspirator alongwith  Mr. Mehul Choksi in defrauding the bank by issuing LoUs& FLCs worth 6118.36 Crore without following the prescribed banking procedures and norms. He is one of the important persons in the chain of the fraud perpetrated on PNB causing wrongful loss to the Bank and wrongful gain to the accused persons, with full knowledge of the nature of his acts. Though, during the course of investigation Mr. Gokulnath Shetty has denied of getting any monetary consideration from Mr. Mehul Choksi of Gitanjali Group of Companies against the fraudulent issuance of LOUs & FLCs to them; however from the CBI chargesheet filed in this case bearing no. RC 02/E2018-CBI/BSFC.Mum it is revealed that Mr. Gokulnath Shetty had obtained Rs. 1,02,53,664/- as illegal gratification for himself by way of cheques favouring himself and his family members. He has thus, knowingly and intentionally participated and assisted in the process or activity of Money Laundering as defined under Section 3 of PMLA, 2002.

**16.3**  Mr. Vipul Chitalia was directly involved in fraudulent issuance of LOUs/FLCs in connivance with the bank employees. He was managing the overseas as well as Indian dummy companies and companies controlled by Mr. Mehul Choksi. He was also involved in overvaluation of goods being imported and exported through these companies and in making remittances in the guise of these bogus imports/exports. He has knowingly indulged himself in assisting in the process or activity of Money

108

Laundering as defined under Section 3 of PMLA, 2002, and is liable for punishment under Section 4 of PMLA, 2002.

**16.4.** Mr. Dharmesh Bothra has helped Mr. Mehul Choksi in carrying out circular trading of his goods. In this regard he had arranged several dummy firms/entities for routing and layering the in between transactions among the Gitanjali Group of Companies. He has knowingly indulged himself in assisting in the process or activity of Money Laundering as defined under Section 3 of PMLA, 2002, and is liable for punishment under Section 4 of PMLA, 2002.

**16.5.**      Mr. Sunil Varma is a very trusted aide of Mr. Mehul Choksi. He is Ex- CFO and International Business Head of Gitanjali Group. He has been involved in creating several fictitious companies, in India as well as abroad, for layering of proceeds of crime. From the investigation conducted so far, he is direct receipent of proceeds of crime amounting to Rs. 41 lakhs from M/s 4C's Diamonds Distributors, Hong Kong, which is the recepient of fraudulently issued LOUs/FLCs. It is also revealed that diversion of funds from overseas companies were effected on his instructions. Despite, issuance of summons dated 21.02.2018, 23.04.2018 & 02.05.2018 but he did not appear before the Enforcement Directorate. Mr. Sunil Varma has knowingly indulged himself in assisting in the process or activity of Money Laundering as defined under Section 3 of PMLA, 2002, and is liable for punishment under Section 4 of PMLA, 2002.

**16.6.** Mr. Jayesh Indravadan Shah is managing the affairs of M/s 4C's Diamonds Distributors and M/s Trans Exim, dummy companies of Mr. Mehul Choksi. He is an authorized bank signatory for M/s 4C's Diamonds Distributors and M/s Trans Exim. He has been involved in rotation of transactions and has played an important role in receiving and layering the proceed of crime. Despite issuance of summons dated 26.03.2018, 30.04.2018 & 08.05.2018 he did not appear before the Enforcement Directorate. He has knowingly indulged himself in assisting in the process or activity of Money Laundering as defined under Section 3 of PMLA, 2002, and is liable for punishment under Section 4 of PMLA, 2002.

**16.7.** Mr. Deepak Krishnarao Kulkarni manages the affairs of M/s Shanyao Gong SI Limited and M/s Taipingyang Trading Limited, Hong Kong. He was involved in rotation and circular transaction of goods and has plyed an important role in layering and receiving the proceeds of crime. Mr. Deepak Kulkarni has knowingly indulged himself in assisting in the process or activity of Money Laundering as defined under Section 3 of PMLA, 2002, and is liable for punishment under Section 4 of PMLA, 2002.

**16.8** Mr. Rakesh Girdharilal Gajera is a trusted associate of Mr. Mehul Choksi. He is beneficiary of fraudulently issued LOU/FLC which was used by him for purchase of equity in M/s Gitanjali Gems Ltd. Thus, he has played an important role in layering and receiving the proceeds of crime. Mr. Rakesh Gajera has knowingly indulged himself in

assisting in the process or activity of Money Laundering as defined under Section 3 of PMLA, 2002, and is liable for punishment under Section 4 of PMLA, 2002.

**16.9.** USA based Gitanjali Group of companies namely M/s Samuels Jewelers INC. and M/s Diamlink Inc were involved in receiving the proceeds of crime in the guise of royalty, advances, export/import from the shell companies of Mr. Mehul Choksi. Mr. Nehal Modi, who is nephew of Mr. Mehul Choksi was CEO of these companies. He was handling the affairs of these companies and thus he is beneficiary of the proceeds of crime which were diverted to these companies. Thus, he has played an important role in layering and receiving the proceeds of crime. Mr. Nehal Deepak Modi has knowingly indulged himself in assisting in the process or activity of Money Laundering as defined under Section 3 of PMLA, 2002, and is liable for punishment under Section 4 of PMLA, 2002.

**16.10** M/s Gitanjali Gems Ltd., M/s Gili India Ltd., M/s Nakshtra Brand Ltd., M/s Hyderbad Gems SEZ Ltd. and M/s Gitanjali Infratech Pvt. Ltd. are the firms/entities fully controlled by Mr. Mehul Choksi. He has used these firms/entities as a vehicle for laundering the proceeds of crime which were fraudulently generated. These firms/entities were used by Mr. Mehul Choksi for rotating the money received on the basis of fraudulent LOUs/FLCs. Thus, these firms/entities have actively participated in layering and actually involved in the laundering of the said proceeds of crime as defiend under Section 3 of PMLA, 2002, and is liable for punishment under Section 4 of PMLA, 2002.

## 17.    CONCLUSION OF INVESTIGATION UNDER PMLA : -

**17.1**       During the course of investigation conducted under PMLA, the scrutiny of the FIR& Chargesheet, various bank records and statements of various persons recorded under PMLA, by this Directorate, it is learnt that Mr. Gokulnath Shetty, the Dy. Manager (retd.), who was posted at the said branch (Mid Corporate Branch, Brady House, Mumbai) since 31.03.2010 and was working in the Foreign Exchange Department looking after the Import Section had fraudulently issued LOUs & FLCs to the firms, promoted and controlled by Mr. Mehul Choksi,  namely M/s Gitanjali Gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Diamonds Ltd.; without following prescribed procedures i.e. obtaining required request applications, documents and approval of the authorities thereto and without making entries in the Bank system avoiding detection of the transactions, so made, transmitted SWIFT instructions to the overseas branches of Indian Banks for raising Buyers Credit & funding the Nostro Accounts of PNB. These funds so raised for payment of Import Bills have not been utilized for such purposes in many cases.

**17.2** From the chargesheet filed by the CBI in this case, it is confirmed that  Mr. Gokulnath Shetty had received Rs. 1,02,53,664/-  as illegal gratification for extending undue advantage to the above said companies and has caused loss to the Punjab National Bank.

110

**17.3**  During the course of investigation in the matter, it is found that the above said three firms have got fraudulently issued 142 LOUs aggregating to USD 470.53 million equivalents to Rs. 3011.39 crore during the period from March, 2017 to May, 2017 by using the above modus operandi, which remained outstanding.

The said amount includes the LOUs & FLCs amount mentioned in the subject FIR. The firm/entities wise breakup of the above mentioned LOUs/FLC amount is as under:-

| Sl No. | Name of the Firm/Company | Total Amount of LOUs in INR (crore) | Total Amount of FLCs in INR (crore) | Total Amount of LOUs & FLCs in INR (crore) |
|---|---|---|---|---|
| 1. | M/s Gitanjali Gems Ltd. | 2123.64 | 1795.74 | 3919.38 |
| 2. | M/s Gili India Ltd. | 566.65 | 659.65 | 1226.30 |
| 3. | M/s Nakshatra Brands Ltd. | 321.10 | 630.85 | 951.95 |
| | Total | 3011.39 | 3086.24 | 6097.63 |

**17.4**  Thus, the total proceeds of crime in the matter appear to be Rs. 3919.38 crore in respect of M/s Gitanjali Gems Ltd.; Rs. 1226.30 crore in respect of M/s Gili India Ltd. and Rs. 951.95 crore in respect of M/s Nakshatra Brands Ltd. i.e. in total Rs. 6097.63 crore as the said funds were obtained by these firms/entities by cheating the PNB bank to fraudulently obtained LOUs & FLCs .

**17.5**  Investigation in the matter revealed that the said three entities (Mr. Mehul Choksi/Gitanjali Group firms) has initially obtained 118 LOUs amounting to USD 218.74 million from PNB in the year 2015 through the above mentioned fraudulent modes. The said LOUs amounts were utilized for making payment to their alleged overseas suppliers/companies. In the following years also i.e. 2016, 2017, the said modus operandi was adopted by the said three entities and the funds of LOUs obtained fraudulently were siphoned off through their alleged overseas suppliers and was also used for settling their earlier liabilities of LOUs. The details of LOUs obtained by the said three entities since 2015 along with their utilization is as under:-

| Year | Details of LOUs and its utilization | | | | |
|---|---|---|---|---|---|
| | No. of LOUs | In USD Million | Amt. in INR Crore | Overseas Companies | Foreign branches of Indian Banks for repayment of earlier LOUs |
| 2015 | 118 | 218.74 | 1399.94 | 1399.94 | |
| 2016 | 116 | 220.42 | 1410.69 | 1410.69 | |
| 2017 | 142 | 470.53 | 3011.39 | 7.45 | 3006.50 |
| Total | 376 | 909.69 | 5822.02 | 2818.08 | 3006.50 |

**17.6**  It can also be observed from the table above that part of the funds was also being used for repayment of earlier dues of the banks. Therefore, the funds so

111

obtained by said three entities were utilized for payment to various overseas companies & also for offsetting earlier LOUs. Company-wise detail of payment made to these alleged overseas entities since 2015 is as under:-

| Name of the Companies/Firms | Country | USD in Million | Amt in INR Crore | No. of LOUs |
|---|---|---|---|---|
| M/s. 4C's Diamonds Distributors | Hong Kong | 130.24 | 833.64 | 73 |
| M/s. Asian Diamonds And Jewellery FZE, UAE | UAE | 61.12 | 391.17 | 31 |
| M/s. Gitanjali Ventures DMCC | Dubai | 36.12 | 231.16 | 20 |
| M/s. Shanyang Gong SI Limited | Hong Kong | 198.40 | 1269.81 | 104 |
| M/s. Abbeycrest(Thailand)Limited | Thailand | 14.42 | 92.29 | 07 |
| Total | | 440.03 | 2818.08 | 235 |

**17.7** It can be thus seen that the overseas dummy companies with whom export/import was shown to be done by the three Indian firms namely M/s Gitanjali Gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Limited were engaged in similar business with other Gitanjali Group companies also. It has emerged from the investigation that these overseas companies were nothing but the dummy/controlled companies opened at the behest of Mr. Mehul Choksi. Directors / Partners of these companies were only dummy persons acting at the instructions of Mr. Mehul Choksi and his trusted lieutenants.

**17.8** Most of these companies had no genuine business and were only paper companies used for rotation of funds. These companies were formed only in order to facilitate the layering of transactions and for laundering the funds obtained fraudulently from PNB and to camouflage the real intention of the beneficiaries of the funds and to help them in siphoning off the funds. It has also been gathered during the investigation that in order to avoid suspicion, import/export of Jewelry, diamond etc was shown against inward/outward remittances/transfer of funds.

**17.9** Investigation has further revealed that the said three entities have adopted fraudulent means for issuance of FLCs also. These FLCs were issued in favour of the overseas banks namely UCO Bank, Hong Kong and Union Bank, Hong Kong. On receipts of FLCs, these banks paid funds to overseas companies/firms namely M/s Diamond Distributors and M/s Crown Aim Ltd. which are controlled by Mr. Mehul Choksi/Gitanjali Group Companies.

**17.10** During further investigation, it is revealed that all these overseas companies are either dummy companies of Mr. Mehul Choksi or are being controlled by him. He is the beneficiary of all these companies. The directors/partners on these companies were dummy directors and were employees of Gitanjali group of companies. All the dummy directors were working as per the directions of Mr. Mehul Choksi and his other trusted officials such as Mr. Vipul Chitalia & Mr. Sunil Varma etc.

112

**17.11** The money trail of this fraudulently acquired proceeds of crime clearly shows that 2013 onwards, part of the funds were being used for repayment of earlier dues of the banks. On scrutiny of the outward remittance registers of following overseas suppliers, it is apparent that the funds acquired by fraudulent means were siphoned off within country as well as to the overseas dummy companies owned and controlled by Mr. Mehul Choksi:

| S.NO | Name of the overseas suppliers | Period for which Outward Remittance Register is available | Remarks |
|------|-------------------------------|----------------------------------------------------------|---------|
| 01. | M/S 4 C's Diamond Distributors, Hong Kong | 01.01.2013 to 31.12.2017 | Beneficiary of LOUs and FLCs |
| 02. | M/s Crown Aim Limited , Hong Kong | 01.12.2017 to 19.01.2018 | Beneficiary of LOUs and FLCs |
| 03. | M/s Shanyao Song SI Limited, Hong Kong | 01.01.2016 to 31.01.2018 | Beneficiary of LOUs and FLCs |
| 04. | M/s Taipingyang Trading Limited , Hong Kong | 01.01.2016 to 31.01.2018 | Beneficiary of Shanyao Gong SI Ltd and Crown Aim Ltd |

The actual diversion detected so far can be summarized as below:

| Name of the Cos. | Diversion in USD Million | Diversion In Rs. Cr | Country | Overseases Gitanjali Group companies / Companies controlled by Mr. Mehul Choksi |
|------------------|-------------------------|---------------------|---------|-------------------------------------------------------------------------------|
| M/s Abbeycrest (Thailand) | 24.58 | 157.32 | Thailand | Overseas Group Entity |
| M/s Diamlink INC | 3.63 | 23.23 | USA | Overseas Group Entity |
| M/s Diamlink Jewellery | 31.83 | 203.65 | USA | Overseas Group Entity |
| M/s Gitanjali Resources BV | 0.01 | 0.04 | Belgium | Overseas Group Entity |
| M/s Gitanjali Ventures DMCC | 189.38 | 1212.05 | UAE | Overseas Group Entity |
| M/s Jewellery Marketing LLC | 1.36 | 8.70 | USA | Overseas Group Entity |
| M/s Leading Italian Jewels | 0.46 | 2.91 | Italy | Overseas Group Entity |
| M/s Leading Jewels of Japan | 1.03 | 6.59 | Japan | Overseas Group Entity |
| M/s Samuels Jewelers INC | 13.27 | 84.93 | USA | Overseas Group Entity |
| M/s Tristar Worldwide LLC | 6.14 | 39.31 | USA | Overseas Group Entity |
| M/s AL Arbaa Jewels FZE | 10.32 | 66.05 | UAE | Controlled Cos./Firms |
| M/s Asian Diamond and Jewellery | 27.00 | 172.80 | UAE | Controlled Cos./Firms |
| M/s Auragem Co. Limited | 4.02 | 25.76 | Hong Kong | Mr. Nirav Modi ControlledCo |
| M/s Diminco. N V | 5.64 | 36.12 | UK | Controlled Cos./Firms |
| M/s Jewel Trade DMCC | 5.78 | 37.02 | UAE | Controlled Cos./Firms |
| M/s Samuel Diam LLC | 184.54 | 1181.06 | USA | Suspected to be Controlled by GGL |
| Total | 508.99 | 3257.54 | | |

Further investigation regarding Money Trail and end use is in progress.

| Diverted from Hong Kong to following countries | Amt.in USD Million | Amt.in Rs. Cr |
|------------------------------------------------|--------------------|---------------|
| USA | 240.77 | 1,540.97 |
| UAE | 232.48 | 1,487.87 |

113

| Thailand | 24.58 | 157.31 |
| UK | 5.64 | 36.10 |
| Hong Kong | 4.02 | 25.73 |
| Japan | 1.03 | 6.59 |
| Italy | 0.46 | 2.94 |
| Belgium | 0.01 | 0.06 |
| Total | 508.99 | 3,257.54 |

**Diversion from Dubai**

| Name of the entity | Diversion in USD Million | Diversion In Rs. Cr | Remark |
|---|---|---|---|
| M/s Mauli Ventures and Projects IOI (Mauritius) Ltd | 8.50 | 54.40 | M/s Mauli Ventures and Projects IOI (Mauritius) Ltd |
| M/s Samuels Jewellers, INC USA | 19.61 | 125.00 | M/s Samuels Jewellers, INC USA |
| M/s Al Burj Diamond & Jewellery FZE and M/s Damas Jewellery LLC | 1.53 | 9.79 | M/s Al Burj Diamond & Jewellery FZE and M/s Damas Jewellery LLC |
| Mr. Mehul Choksi | 15 (in AED) | 27.00 | for purchase of villa in UAE |
| Mr Rakesh Gajera | 2.00 | 12.80 | to Mr. Rakesh Gajera for purchase of shares in M/s Gitanjali Gem Ltd. |
| Group companies controlled by Mr. Mehul Choksi | 5.00 | 32.00 | used for making remittance on behalf of other Group companies controlled by Mr. Mehul Chokasi |
| Other overseas subsidiaries of Gitanjali Group | 4.25 | 27.23 | used for diversion to various overseas subsidiaries of Gitanjali Groups in the guise of loan repayment, loan advances etc. |
| **Further investigation regarding Money Trail and end use is in progress.** | | | |

## 18. FINDINGS

**18.1.** From the investigation conducted so far, it is found that the amount raised through fraudulently obtained LOU & FLCs were utilized for settling the earlier credit obligations of the buyers by Mr. Mehul Choksi/ Gitanjali Group firms and also for paying overseas firms allegedly the suppliers of the said three entities/firms. The *modus operandi* of issuance of LOUs & FLCs through fraud was done with the criminal intent of illegally enjoying the credit facility without providing proper collateral and with nominal interest payable and rotating the money for their own end use, by circumventing the established banking procedures and checks. It is evident that the accused persons had knowledge of the criminal activity and consequent generation of the proceeds of crime. The accused had full knowledge that they were dealing with proceeds of crime and intentionally and deliberately became a participant in the laundering of those proceeds through various avenues. The end beneficiaries of these transactions are Mr. Mehul Choksi and his associates.

**18.2.** Further, it has come on record in the statements of many related individuals recorded under Section 50(2) and (3) of PMLA, 2002, as mentioned in preceding paras, the modus operandi of fraudulent import/export that there was no manufacturing activities in any of the overseas companies situated at Honk Kong and UAE; only bogus import and export and sale amongst themselves (among group companies) were carried out. The invoices of export/import were overvalued to the

114

huge extent, so as to inflate the balance sheets and procure higher credit facilities from the banks. The export/import was also not genuine and was just rotational transactions. The jewelery exported from India was dismantled and diamonds/pearls were taken out of it. The gold/silver after removing the diamonds/pearls were sent for melting. The melted metal was re-exported to Dubai or India. Diamonds/pearls were also separately re-exported to India. The whole process was carried out without any substantial value addition and was only for inflating the turnover of Indian companies, so as to acquire maximum credit facilities from the banks.

**18.3.** The money trail of this fraudulently acquired proceeds of crime clearly shows that 2015 onwards, part of the funds were being used for repayment of earlier dues of the banks. On scrutiny of the bank account details of the said Indian entities, it is found that huge amount of debits have been made from the accounts of these entities maintained with PNB to the overseas companies of the Gitanjali Group. The investigation has also revealed transfer of funds to the M/s 4C's Diamonds Distrubutors, M/s Crown Aim Ltd., M/s Shangyang Gong Si Ltd., M/s Taipingyang Trading Ltd., M/s Abbeycrest (Thailand) Ltd. and M/s Asian Diamong & Jewellery FZE from the accounts of the Indian entities. Thus it is apparent that the funds acquired by fraudulent means were siphoned off within country as well as to the overseas dummy companies owned and controlled by Mr. Mehul Choksi himself.

**18.4. Dummy companies/circular Trading:** It has emerged from the investigation that these overseas Hong Kong and UAE based companies were nothing but the dummy companies or companies controlled by Mr. Mehul Choksi opened/operated at his behest. Directors / Partners of these companies were only dummy persons acting at the instructions of Mr. Mehul Choksi and his trusted lieutenants. Most of these companies had no genuine business and were only paper companies used for rotation of funds. These companies were formed only in order to facilitate layering and for laundering the funds obtained fraudulently from PNB and to camouflage the real intention and beneficiaries of the funds siphoned off from PNB.

**18.5 Value/Fixed Rate Instruction:** Mr. Mehul Choksi used to fix the rate /value of the goods without applying economic rational. The goods in question were either low value or poor quality which was not in commensurate with the price/vale fixed by Mr. Mehul Choksi. It is confirmed from the statement of Mr. Vipul Chitalia. It is further confirmed from the goods seized at Hyderabad whose declared value was found to be highly inflated. In some cases the actual value of these goods is even less than 3% of the declared value.

**18.6 Diversion of Funds:** The Proceeds of Crime were partly remitted back to Gitanjali Group Companies in India in guise of Export-Import transactions for settling earlier liabilities of LOUs & FLCs. The remittances emanated from dummy firms/ Mr. Mehul Choksi controlled firms at Hong Kong on account of export/import transactions were transferred to different banks of Mr. Mehul Choksi/Gitanjali Group Companies operating

in India. Parts of the funds were routed to overseas Companies, controlled by Mr. Mehul Choksi, located in USA, UAE, UK, Hong-Kong and Thailand etc. in the guise of Export-Import Transactions. On scrutiny of account statement of Punjab National Bank, it is observed that these overseas companies located in UAE and Hong Kong also remitted crime proceeds by aforesaid method for settlement of liabilities at banks. The proceeds of crime has also been used for making payment against (i) the Villa booked by Mr. Mehul Choksi in UAE; (ii) for transferring preferential shares of M/s Bezel Jewellery (India) Pvt. Ltd. to M/s Al Burj Diamond and jewellery FZE, UAE; (iii) for allotment of shares to Mr. Rakesh Gajera in M/s Gitanjali Gems Ltd.; (iv) For payment to M/s Samuels Jewelers, INC in the guise of Royalty etc. Mr. Nehal Modi, being CEO of M/s Samuels Jewelers, INC and M/s Diamlink Inc is also beneficiary of the proceeds of crime diverted to M/s Samuels Jewelers, INC and M/s Diamlink Inc.

**18.7 Air to Air Export:** Mr. Mehul Choksi was involved in 'Air to Air' Export using his Gitanjali Group of companies in India and abroad. Under 'air to air' system, the consignments exported from India to Hong Kong or from Hong Kong to India were routed through Dubai but were not getting cleared through customs at UAE airport and the same were exported as it is to the next destination in Hong Kong or India, as the case might be. Dubai based Gitanjali Group of companies namely M/s Gitanjali Ventures DMCC and M/s Asian Diamonds Jewelery FZE were used for layering purpose. This akin to transhipment or bond to bond transfer without goods actually being brought to Dubai. Thus the goods were being routed through UAE to creat additional layering in Money Laundering.

**18.8 Split consignment to avoid detection:** It has also been gathered during the investigation that in order to avoid suspicion the transactions pertaining to import/export of Jewelry, diamond etc. was shown against inward/outward remittances/transfer of funds. Further, to avoid detection of such transactions viz. 'Air to Air' export, the Mumbai Head office of Gitanjali Group had given directions to its overseas entities to split the quantity into more than one consignment on export invoice before it was exported to the next destination. Accordingly, export documents were prepared in the office of M/s Gitanjali Ventures DMCC and handed over to the clearing & forwarding agents for further export. This shows their criminal intent.

**18.9 Third Party Payment System:** To avoid detection of contra sales and purchases with the beneficiaries of LOUs and FLCs and bring back the funds directly into Gitanjali Group of Companies in India, Mr. Mehul Choksi took undue advantage of RBI guidelines pertaining to "3rd Party Payment System against Export" and used his controlled overseas entities under triparty arrangements to defraud banks.

**18.10 Melting of Gold/silver:** It has come on record that the diamond/precious stones studded jewelry (in semi finished form) received in the overseas dummy firms/ Mr. Mehul Choksi controlled firms were dismantled and diamonds/ precious stones were

116

taken out. The gold/silver so obtained, after removing the diamonds/precious stones, was melted at the local melting unit and converted into bullion. The bullion so obtained and the diamond & precious stones were again circulated. Statements of various dummy directors and associated persons revealed that these persons were just mechanically transferring the goods and monies as per the directions of Mr. Mehul Choksi without any economic rationale and logic. It is also revealed that considerable portion of amount received fraudulently from PNB, was siphoned off from these dummy entities/ Mr. Mehul Choksi controlled firms based in Hong Kong and UAE to Gitanjali Group and other related entities.

**18.11 Highly Overvalued stock for loan**: From the investigation it is confirmed that Mr. Sunil Varma, the Global Finance Head of Gitanjali Group is one of the key persons who devised the modus operandi of arranging dummy entities in India and abroad for routing the same consignments again and again through these companies owned/ controlled by Mr. Mehul Choksi. He was doing this to inflate the turnover of the Gitanjali Group of companies to show better results in market with intention to avail higher banking facilities and to siphone off the funds.

**18.12 Board Meeting/Minutes of Meetings**: In most of the Gitanjali Group of companies, Mr. Mehul Choksi had appointed employees of the group companies as Directors. But in actual, they were dummy directors and they had not been given any power of authority with regard to any decision making pertaining to their respective companies. All these companies were controlled and managed by Mr. Mehul Choksi. It is also seen that although no board meetings, pertaining to the said group companies, were ever held; however fake minutes of meetings were prepared and the said dummy directors were made to sign it under the directions of Mr. Mehul Choksi.

**18.13 Illegal Gratification to Mr. Gokul Nath Shetty:** During the course of investigation Mr. Gokulnath Shetty has denied of getting any monetory consideration from Mr. Mehul Choksi of Gitanjali Group of Companies against the fraudulent issuance of LOUs & FLCs to them; however from the CBI chargesheet filed in this case bearing no. RC 02/E2018-CBI/BSFC.Mum it is revealed that Mr. Gokulnath Shetty had obtained Rs. 1,02,53,664/- as illegal gratification for himself by way of cheques favouring himself and his family members.

**18.14 Rotation of Transaction in India & Dubai :** Similarly, in India also Mr. Mehul Choksi was using several dummy companies for rotating his transactions. Under this arrangement, origin of the sale/ purpose transactions and final destination used to be any of the Gitanjali group companies. For in between transactions, these dummy companies were used for layering purpose, wherein only sale/purchase bills were created and no movement of goods used to take place. Mr. Mehul Choksi had been doing this with intention to project inflated turnover to avail higher banking facility. On

117

the same line , transactions were rotated in Dubai locally with the help of market companies on commission basis.

**18.15** It has emerged from the investigation that most of these overseas Hong Kong and UAE based companies were nothing but the dummy companies opened at the behest of Mr. Mehul Choksi. Directors/ Partners of these companies were only dummy persons acting at the instructions of Mr. Mehul Choksi and his trusted lieutenants. These companies had no genuine business and were only paper companies used for rotation of funds. These companies were formed only in order to facilitate layering and for laundering the funds obtained fraudulently from PNB and to camouflage the real intention and beneficiaries of the funds siphoned off from PNB.

**18.16** It has also been gathered during the investigation that in order to avoid suspicion, import/export of Jewelry, diamond etc was shown against inward/outward remittances/transfer of funds. However, it has come on record that the jewelry thus received in these firms were dismantled, diamonds & precious stones were taken out, gold/silver so obtained was melted and converted into bullion and the same gold/silver and diamonds were again circulated. Statements of various dummy directors and associated persons revealed that these persons were just mechanically transferring the goods and monies as per the directions of Mr. Mehul Choksi without any economic rationale and logic. It is also revealed that considerable portion of amount received fraudulently from PNB, was siphoned off from these dummy entities based in Hong Kong and UAE, controlled by Mr. Mehul Choksi to Gitanjali Group and other related entities.

**18.17** Similarly, in India also Mr. Mehul Choksi was using several dummy companies for rotating his transactions. Under this arrangement, origin of the sale/ purpose transactions and final destination used to be any of the Gitanjali group companies. For in between transactions, these dummy companies were used for layering purpose, wherein only sale/purchase bills were created and no movement of goods used to take place. Mr. Mehul Choksi had been doing this with intention to project inflated turnover to avail higher banking facility.

## 19. CHARGES UNDER PMLA, 2002 : -

**19.1.** **Mr. Mehul Choksi**, promoter of Gitanjali Group of Companies is Managing Director of its flagship company i.e. M/s Gitanjali gems Ltd., M/s Gili India Ltd. and M/s Nakshatra Brands Ltd. These are the companies which defrauded the Punjab National Bank, a public sector bank. He was the controlling authority and the decision maker during the material period when the fraud was perpetrated. The proceeds of crime generated through the said act has been siphoned off and laundered to various overseas companies and countries for concealment, layering and integration into main financial system through acquisition of properties or through investment in financial assets. He, therefore was an active participant and the ultimate beneficiary in the

118

generation of POC and the activity of Money Laundering as defined under Section 3 of PMLA, 2002, and is liable for punishment under Section 4 of PMLA, 2002. The said acquisition of funds are nothing but proceeds of crime acquired by carrying out criminal activities relating to scheduled offences as defined under Section 2(1)(u) of the PMLA, 2002. The proceeds of crime were then further layered and used for purposes other than intended for and thereby, projected the same as untainted. As such, he has committed the offence of money laundering as defined under section 3 punishable under section 4 of PMLA, 2002.

**19.2** **Mr. Gokulnath Shetty**, the then Deputy Manager, Punjab National Bank was a key conspirator alongwith Mr. Mehul Choksi in defrauding the bank with fraudulent transactions. He knowingly assisted and conspired with Mr. Mehul Choksi and officials of Gitanjali Group of companies, in cheating Punjab National Bank, by allowing issuance of fraudulent LOUs &FLCs against the established banking norms and regulations, abusing his official powers, and failing to observe mandatory safe guards in issuing such LOUs/FLCs, thereby leading to generation of proceeds of crime in the instant case and its subsequent laundering by the accused as submitted in the preceding paras.

**19.3** **Mr. Vipul Chitalia**, knowingly assisted Mr. Mehul Choksi in criminal conspiracy alongwith the bank officials of Punjab National Bank, in cheating the Punjab National Bank. He was an abettor of the crime thereby being directly involved in the generation of PoC and its laundering as stated in the preceding paras, and is liable for punishment under Section 4 of PMLA, 2002.

**19.4.** **M/s Gitanjali Gems Ltd.**, was the entity fully controlled by Mr. Mehul Choksi, which was used as a vehicle to launder the proceeds of crime, fraudulently generated. Therefore, in terms of Section 70 (1) of the PMLA, 2002, M/s Gitanjali Gems Ltd and Mr. Mehul Choksi have involved in the activity of Money Laundering as defined under Section 3 of PMLA, 2002, and are liable for punishment under Section 4 of PMLA, 2002.

**19.5.** **M/s Gili India Ltd.**, was the entity fully controlled by Mr. Mehul Choksi, which was used as a vehicle to launder the proceeds of crime, fraudulently generated. Therefore, in terms of Section 70 (1) of the PMLA, 2002, M/s Gitanjali Gems Ltd and Mr. Mehul Choksi have involved in the activity of Money Laundering as defined under Section 3 of PMLA, 2002, and are liable for punishment under Section 4 of PMLA, 2002.

**19.6.** **M/s Nakshatra Brands Ltd.**, was the entity fully controlled by Mr. Mehul Choksi, which was used as a vehicle to launder the proceeds of crime, fraudulently generated. Therefore, in terms of Section 70 (1) of the PMLA, 2002, M/s Gitanjali Gems Ltd and Mr. Mehul Choksi have involved in the activity of Money Laundering as defined under Section 3 of PMLA, 2002, and are liable for punishment under Section 4 of PMLA, 2002.

119

**19.7. Mr. Dharmesh Bothra**, knowingly assisted Mr. Mehul Choksi in circular transaction of goods. He was an abettor of the crime thereby being directly involved in the laundering of POC, as stated in the preceding paras, and is liable for punishment under Section 4 of PMLA, 2002.

**19.8. Mr. Rakesh Gajera** connived with Mr. Mehul Choksi in diverting the proceeds of crime for investment in M/s Gitanjali Gems Ltd. He was an abettor of the crime thereby being directly involved in the laundering of POC, as stated in the preceding paras, and is liable for punishment under Section 4 of PMLA, 2002.

**19.9. Mr. Sunil Varma** knowingly assisted Mr. Mehul Choksi in criminal conspiracy by creating fictious compnies in India and abroad for rotating, layering and diverting the proceeds of crime. He was an abettor of the crime thereby being directly involved in the generation of PoC and its laundering as stated in the preceding paras, and is liable for punishment under Section 4 of PMLA, 2002.

**19.10. Mr. Deepak Krishnarao Kulkarni** knowingly assisted Mr. Mehul Choksi in criminal conspiracy of rotation and circular transaction of goods for layering and receiving the proceeds of crime. He was an abettor who indulged in the crime thereby being actually involved in the laundering of proceed of crime, as stated in the preceding paras, and is liable for punishment under Section 4 of PMLA, 2002.

**19.11. Mr. Jayesh Indravadan Shah** knowingly assisted Mr. Mehul Choksi in criminal conspiracy of rotation and circular transaction of goods for layering and receiving the proceeds of crime. He was an abettor of the crime thereby being actually involved in the laundering of proceed of crime, as stated in the preceding paras, and is liable for punishment under Section 4 of PMLA, 2002.

**19.12  Mr. Nehal Deepak Modi** knowingly assisted Mr. Mehul Choksi in criminal conspiracy of layering and cereiving the proceeds of crime. He was an abettor of the crime thereby being actually involved in the laundering of proceed of crime, as stated in the preceding paras, and is liable for punishment under Section 4 of PMLA, 2002.

**19.13.** M/s Hyderabad Gems SEZ Ltd. is a Gitanjali Group of company which has been used by Mr. Mehul Choksi for generating the proceeds of crime and or for siphoning off the same. Thus the said firm firms/entities was involved in the laundering of proceed of crime, as stated in the preceding paras, and are liable for punishment under Section 4 of PMLA, 2002.

**19.14** M/s Gitanjali Infratech Pvt. Ltd. is used by Mr. Mehul Choksi for parking of the funds generated out of proceeds of crime. Thus the said firm was involved in the laundering of proceed of crime, as stated in the preceding paras, and is liable for punishment under Section 4 of PMLA, 2002.