**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SAMUELS JEWELERS, INC.,[1] | : | Case No. 18-11818 (KJC) |
| | : | |
| Debtor. | : | Hr'g Date: February 13, 2019 at 1:30 p.m. (ET) |
| | : | Obj. Deadline: February 6, 2019 at 4:00 p.m. (ET) |
| | : | |
| | : | Re: Docket Nos. 295 & 359 |

## NOTICE OF AUCTION AND SALE HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On August 7, 2018, Samuels Jewelers, Inc. (the "Debtor"), filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

2. On October 3, 2018, the Debtor filed a motion [D.I. 295] (the "Bidding Procedures and Sale Motion"), pursuant to sections 363 and 365 of the Bankruptcy Code and Rules 2002, 6004 and 6006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking entry of an order (the "Bidding Procedures Order") (a) scheduling an auction (the "Auction") for the sale of the Debtor's assets (the "Assets") and a hearing to approve the sale of the Assets (the "Sale Hearing"); (b) approving procedures (the "Bidding Procedures") for submitting competing bids for the Assets, (c) approving the form and manner of the notice of the Auction and the Sale Hearing; and (d) approving procedures for the assumption, assignment and sale of the Assumed and Assigned Agreements (as defined in the Bidding Procedures and Sale Motion) to any purchaser(s) of the Assets, and/or to resolve any objections thereto.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6316 and its address is 2914 Montopolis Drive, Suite 200, Austin, Texas 78741.

3. On October 22, 2018, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the Bidding Procedures Order [D.I. 359]. Pursuant to the Bidding Procedures Order, if at least two Qualified Bids for substantially all or the same portion of the Assets (as defined in the Bidding Procedures and Sale Motion) are received by the Bid Deadline, the Debtor will conduct the Auction. The Auction will take place at the offices of Jones Day, 717 Texas, Houston, Texas 77002, at 10:00 a.m. (prevailing Central Time) on January 24, 2019. Only parties that have submitted a Qualified Bid, as set forth in the Bidding Procedures Order, by no later than January 21, 2019 at 4:00 p.m. (prevailing Eastern Time) (the "Bid Deadline") may bid at the Auction. Any party that wishes to take part in this process and submit a bid for substantially all or any portion of the Assets must submit a bid prior to the Bid Deadline and in accordance with the Bidding Procedures.

4. The Sale Hearing to consider approval of the sale of the Assets to the Successful Bidder(s) at the Auction, free and clear of all liens, claims and encumbrances, will be held before The Honorable Kevin J. Carey, United States Bankruptcy Judge, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801 on **February 13, 2019 at 1:30 p.m. (prevailing Eastern Time)**. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing or by filing of a notice of adjournment with the Court.

5. Objections to approval of the sale, if any, must be in writing, state the basis of such objection with specificity and be filed with this Court and served so as to be received on or before **February 6, 2019 at 4:00 p.m. (prevailing Eastern Time)** by: (i) Samuels Jewelers, Inc., 2914 Montopolis Drive, Suite 200, Austin, Texas 78741 (Attn:

Farhad Wadia), email: farhad.wadia@smjw.com; (ii) Jones Day, 717 Texas, Suite 3300, Houston, Texas 77002 (Attn: Paul M. Green, Esq.), email: pmgreen@jonesday.com; (iii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attn: Zachary I. Shapiro, Esq.), email: shapiro@rlf.com; (iv) SSG Advisors, LLC, Five Tower Bridge, Suite 420, 300 Barr Harbor Drive, West Conshohocken, Pennsylvania 19428 (Attn: J. Scott Victor), email: jsvictor@ssgca.com; (v) Berkeley Research Group, LLC, 75 State Street, 18th Floor, Boston, Massachusetts 02109 (Attn: Kyle Richter), email: krichter@thinkbrg.com; (vi) counsel to any Stalking Horse Purchaser; (vii) Foley & Lardner LLP, Washington Harbour, 3000 K Street, N.W., Suite 600, Washington, D.C. 20007 (Attn: Erika L. Morabito, Esq.), email: emorabito@foley.com; (viii) Whiteford, Taylor & Preston LLC, The Renaissance Centre, Suite 500, 405 North King Street, Wilmington, Delaware 19801 (Attn: L. Katherine Good, Esq.), email: kgood@wtplaw.com; (ix) Morgan, Lewis & Bockius LLP, One Federal Street, Boston, Massachusetts 02110 (Attn: Julia Frost-Davies, Esq. and Christopher L. Carter, Esq.), email: julia.frost-davies@morganlewis.com and christopher.carter@morganlewis.com; (x) Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (Attn: Kurt F. Gwynne, Esq.), email: kgwynne@reedsmith.com; (xi) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110 (Attn: John F. Ventola, Esq. and Jonathan D. Marshall, Esq.), email: jventola@choate.com and jmarshall@choate.com; (xii) Womble Bond Dickinson, 222 Delaware Avenue, 15th Floor, Wilmington, Delaware 19802 (Attn: Matthew P. Ward, Esq.), email: Matthew.Ward@wbd-us.com; and (xiii) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Jane Leamy, Esq.), email: jane.m.leamy@usdoj.gov. **UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS**

**NOTICE, IT MAY NOT BE CONSIDERED BY THE COURT AND THE COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE**.

6. This Notice of Auction and Sale Hearing is subject to the fuller terms and conditions of the Bidding Procedures and Sale Motion and the Bidding Procedures Order, with such Bidding Procedures Order controlling in the event of any conflict, and the Debtor encourages parties in interest to review such documents in their entirety. Copies of the Bidding Procedures and Sale Motion, the Bidding Procedures Order and this Notice are available on the website of the Debtor's claims and noticing agent, Prime Clerk LLC, at http://www.primeclerk.com/samuelsjewelers.

Dated: October 22, 2018
Wilmington, Delaware

*/s/ David T. Queroli*
Daniel J. DeFranceschi (DE 2732)
Zachary I. Shapiro (DE 5103)
David T. Queroli (DE 6318)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: defranceschi@rlf.com
shapiro@rlf.com
queroli@rlf.com

-and-

Gregory M. Gordon (TX 08435300)
Amanda S. Rush (TX 24079422)
Jonathan M. Fisher (TX 24082999)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-mail: gmgordon@jonesday.com
asrush@jonesday.com
jmfisher@jonesday.com

-and-

Paul M. Green (TX 24059854)
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
E-mail: pmgreen@jonesday.com

ATTORNEYS FOR DEBTOR