# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| SAMUELS JEWELERS, INC.,[1] | : | Case No. 18-11818 (KJC) |
| | : | |
| Debtor. | : | Re: Docket No. 688 |
| | : | |

## NOTICE OF (I) EXECUTION OF APA AND CLOSING AND CONSUMMATION OF SALE AND (II) FILING OF WIND-DOWN BUDGET

PLEASE TAKE NOTICE that, on February 28, 2019, the above-captioned debtor (the "Debtor") executed and delivered the APA[2] and consummated and closed the Sale of the Assets to Wells Fargo Bank, National Association, as the Purchaser, in accordance with the Order (I) Authorizing the Sale of Certain Assets of the Debtor Free and Clear of All Liens, Claims, Liabilities, Rights, Encumbrances and Other Interests, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts in Connection Therewith, and (III) Granting Related Relief [Docket No. 688] (the "Sale Order").

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraph V of the Sale Order, a fully executed copy of the APA is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, pursuant to paragraphs V and 8 of the Sale Order, a copy of the Wind-down Budget is attached hereto as Exhibit B.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6316 and its address is 2914 Montopolis Drive, Suite 200, Austin, Texas 78741.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Order (as defined herein).

RLF1 20869461v.1

Dated: February 28, 2019
       Wilmington, Delaware

Respectfully submitted,

*/s/ David T. Queroli*
Daniel J. DeFranceschi (DE 2732)
Zachary I. Shapiro (DE 5103)
David T. Queroli (DE 6318)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
E-mail: defranceschi@rlf.com
      shapiro@rlf.com
      queroli@rlf.com

   -and-

Gregory M. Gordon (TX 08435300)
Amanda S. Rush (TX 24079422)
Jonathan M. Fisher (TX 24082999)
JONES DAY
2727 N. Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
E-mail: gmgordon@jonesday.com
       asrush@jonesday.com
       jmfisher@jonesday.com

   -and-

Paul M. Green (TX 24059854)
JONES DAY
717 Texas, Suite 3300
Houston, Texas 77002
Telephone: (832) 239-3939
Facsimile: (832) 239-3600
E-mail: pmgreen@jonesday.com

ATTORNEYS FOR DEBTOR