# Exhibit B

# Wind-down Budget

Samuels Jewelers
APA Closing Escrow / Cash Holdback Fundings and Final Loan Balance
($ in 000s)

| | Final Budget | Comments |
|---|---:|---|
| **I. 2/27 Beginning Loan Balance** | 42,104 | |
| **II. Paydowns 2/27 - 2/28** | (689) | |
| **III. Escrow / Cash Holdback Fundings** | | |
| A. Professional Fee Escrow | | |
|    Accrued Professional Fees (as of 2/28) | 2,812 | |
|    Post-February Professional Fees | 350 | |
|      Total - Professional Fee Escrow | 3,162 | |
| B. Admin and Wind-down Expense Cash Holdback | | |
| Accrued and Unpaid (Receipts)/Expenses at Closing | | |
|    Funding of Post-Petition AP / Uninvoiced Expenses | 1,724 | Funding for unpaid expenses forecasted to be paid before closing |
|    Outstanding Checks/Operating Reserve | 648 | Clearing of 2/28 outstanding checks post 2/28 |
|    February Sales Tax | 1,270 | Payment of remaining sales tax for February sales |
|    Accrued Payroll and Commissions | 2,171 | Incl. payroll for two weeks ended 3/2, Feb. commissions, and retention commission holdback (est. $500K) |
|    Jan and Feb Texas Ad Valorem Tax | 133 | Texas property tax accrued in Jan and Feb |
|    Q1 2019 US Trustee Fee | 250 | Quarterly fee incurred in Jan and Feb |
|    KERP | 248 | Payable upon termination |
|    Remaining PTO Payments | 357 | For final 62 store closures and corporate; Paid in final paycheck (not incl. in payroll above) |
|    RCS Contract Cure Amount | 10 | Cure associated with assumption of Private Label Credit Card receivables contract |
|    D&O Tail Insurance Run-off | 175 | D&O Insurance run-off payment; Paid pre-pet. but refunded post-pet., needs to be repaid |
|      Total Accrued and Unpaid (Receipts)/Expenses as of 2/28 | 6,986 | |
| Post-February Incurred Expenses | | |
|    Home office/DC Occupancy | 59 | Required to sort remaining inventory, migrate IT to cloud, return consignment inventory, retain documents and exit |
|    Additional Security | 25 | Additional home office security required due to potential safety concerns |
|    Payroll, Taxes, & Benefits | 126 | DC and scaled down Finance, HR, and IT payroll |
|    Other Operating Disbursements | 55 | Other operating disbursements related to beginning Estate wind-down |
|    Costs to Relocate Inventory | 252 | Add'l resources in DC and shipping/supply costs related to relocating inventory and returning cons. Inv. (per Gordon Brothers) |
|    Independent Director Fees | 12 | Independent Director fee for March |
|    Data / Document Retention | 45 | Estimated initial set-up costs for document storage and IT data migration to cloud |
|      Total Post-February Incurred Expenses | 574 | |
|      Total - Admin and Wind-down Expense Cash Holdback | 7,560 | |
| C. Chapter 7 Trustee Funding | 150 | $50K funding for Ch. 7 Trustee plus funding for data and document storage |
| D. Total Escrow / Cash Holdback | 10,872 | |
| **IV. 2/28 Loan Balance: After Escrow and Holdback Funding before Credit Bid Amount** | 52,287 | |
| **V. Credit Bid Amount** | (16,010) | |
| **VI. 2/28 Loan Balance: After Credit Bid Amount** | 36,277 | |