| **RECORDS TRANSMITTAL AND RECEIPT** | Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. | Page 1 |
|---|---|---|

| 1. TO (Complete the address for the appropriate Records Center serving your area) | 5. FROM (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address) |
|---|---|
| FRC - Philadelphia<br>Facility - 01<br>14700 TOWNSEND ROAD<br>PHILADELPHIA, PA, 19154 | |
| As shown in FPMR 101-11.410-1 ▶ | **Customer Reference Number:** N/A<br>U.S. Courts<br>578, United States Bankruptcy Courts<br><br>**U.S. BANKRUPTCY COURT**<br>**DISTRICT OF DELAWARE**<br>**824 N. MARKET STREET, 3RD FLOOR**<br>**WILMINGTON, DE 19801**<br><br>**PRIME CLERK LLC**<br>**ATTN: GUSTAVO RUIZ**<br>**830 THIRD AVENUE, 3RD FLOOR**<br>**NEW YORK, NY 10022** |

| 2. AGENCY TRANSFER AUTHORIZATION | TRANSFERRING AGENCY OFFICIAL (Signature and Title)<br>BONNIE ANEMONE | DATE<br>04/15/2019 |
|---|---|---|
| 3. AGENCY CONTACT | TRANSFERRING AGENCY LIASION OFFICIAL (Name, Office and Telephone No.)<br>BONNIE ANEMONE<br>U.S. Courts<br>Phone (302)252-2542 | |
| 4. RECORDS CENTER RECEIPT | RECORDS RECEIVED BY (Signature and Title)<br>FRC - Philadelphia | DATE |

## 6. RECORDS DATA

| TRANSFER NUMBER ||| VOLUME (in ft.) (d) | No. Of Containers (e) | SERIES DESCRIPTION (with inclusive dates of records) (f) | RESTRICTION (g) | DISPOSITION AUTHORITY (h) | DISPOSITION DATE (i) | LOCATION (j) | CONTAINER TYPE (k) |
|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | | | | | | | | |
| 578 | 2019 | 0120 | 3 | 3 | ^ UW - SAMUELS JEWELERS, INC., ET AL., CASE NO. 18-11818 (KJC) ORIGINAL CLAIMS 1-557 | Agency Personnel | DC2/A15A | 07/01/2039 | Facility - 01 | Standard |
| | | | | | Inclusive Start Date: 08/01/2018 | Security Classification: Unclassified | Disposition Code: Temporary<br>Disposition Hold : No Hold | | | |
| | | | | | Inclusive End Date: 03/29/2019 | Security Level: Std Records-Std Storage | Disposition Citation: DC2/A15A | | | |

PT-578-2019-0120

| RECORDS TRANSMITTAL AND RECEIPT | Complete and send original and one copy of this form to the appropriate Federal Records Center for approval prior to shipment of records. See specific instructions on reverse. | PAGE 1 OF 2 |
|---|---|---|

| 1 | TO | (Complete the address for the records center serving your area as shown in 36 CFR 1228.150.)<br>Philadelphia Federal Records Center<br>14700 Townsend Road<br>Philadelphia, PA 19154 | 5 FROM (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address.)<br>U.S. Bankruptcy Court<br>District of Delaware<br>824 N. Market Street, 3rd Floor<br>Wilmington, DE 19801<br><br>Prime Clerk LLC<br>Attn: Gustavo Ruiz<br>830 Third Avenue, 3rd Floor<br>New York, NY 10022 |
|---|---|---|---|
| 2 | AGENCY TRANSFER AUTHORIZATION | TRANSFERRING AGENCY OFFICIAL (signature and title)<br>**Bonnie Anemone, Operations Manager** | DATE<br>04/11/2019 |
| 3 | AGENCY CONTACT | TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No)<br>U.S. Courts, 302-252-2542 | |
| 4 | RECORDS CENTER RECEIPT | RECORDS RECEIVED BY (Signature and Title) | DATE |

Fold Line

## 6 RECORDS DATA

| ACCESSION NUMBER | | | VOLUME (cu. ft.) | AGENCY BOX NUMBERS | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSAL AUTHORITY (schedule and item number) | DISPOSAL DATE | COMPLETED BY RECORDS CENTER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
| 578 | 2019 | 0120 | 3 | <br>1<br>2<br>3 | UW - Samuels Jewelers, Inc., et. al., Case No. 18-11818 (KJC)<br>Original Claims<br><br>1-199<br>200-340<br>341-557<br><br><br>Inclusive Start Date:<br>8/01/2018<br><br>Inclusive End Date:<br>3/29/2019 | n | N1-021-086-1, Item A15a | 07/01/2039 | DCZ/A15A<br><br>20 years | | | |