**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SAMUELS JEWELERS, INC.,[1] | : | Case No. 18-11818 (CSS) |
| | : | |
| Debtor. | : | **RE: Docket Item** _____ |

## ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO CONDUCT RULE 2004 EXAMINATIONS AND TO ISSUE SUBPOENAS IN SUPPORT THEREOF

Upon consideration of the motion of Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee")[2] for the estate (the "Estate") of the above-captioned debtor (the "Debtor") for an order authorizing the Trustee to conduct examinations under Federal Rule of Bankruptcy Procedure 2004; and the Court having found that (i) this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion was sufficient under the circumstances, and it appearing that no other or further notice need be provided; and after notice and hearing, this Court has determined that the relief requested in the Motion is reasonable and in the best interests of the Estate and its creditors; and good and sufficient cause having been shown

**NOW, THEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.

2. The Trustee is authorized, under Bankruptcy Rule 2004, to demand and compel

---

[1] The last four digits of the Debtor's taxpayer identification number are 6316 and its address is 2914 Montopolis Drive, Suite 200, Austin, Texas 78741.

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to such terms in the Motion.

by way of subpoena: (i) the oral examination, under oath, of any Discovery Party; and (ii) the production of documents that might be relevant to the Trustee's administration of the Estate or lead the Trustee to information relevant to such administration.

3. The following procedures shall apply in connection with the Trustee's issuance of any subpoena:

> a. Except as otherwise agreed by the Trustee, or subsequently ordered by the Court, a Discovery Party that receives a subpoena seeking documents (whether or not it also seeks testimony) shall, within ten (10) days of service of such subpoena: (i) produce all non-privileged documents responsive to such subpoena; or (ii) file and serve a motion seeking a protective order, which the Court shall hear on shortened notice no later than five days from the filing of such motion;
>
> b. If the subpoena so directs, the Discovery Party shall appear for an oral examination within seven days of service of a deposition subpoena on the Discovery Party, which notice is deemed to be reasonable;
>
> c. As necessary to implement the foregoing, the Trustee and his counsel are authorized to sign and issue a subpoena from any United States Bankruptcy Court for the applicable district in which a Discovery Party resides, does business, maintains documents or is found, both to obtain documents from such Discovery Party and to command the attendance of such Discovery Party at a Rule 2004 Examination. The Trustee and his counsel also are authorized to take such actions as may be necessary in any other court to enforce subpoenas and otherwise effectuate the terms of this Order;
>
> d. Nothing in this Order limits the substantive rights of any Discovery Party or other party under applicable law to object to or oppose any subpoena the Trustee might serve.

4.       This Court shall retain jurisdiction to resolve any disputes arising or related to this Order including any discovery disputes that may arise between or among the parties and to interpret, implement and enforce the provisions of this Order.