IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SAMUELS JEWELERS, INC., | Case No. 18-11818 (CSS) |
| Debtor. | |

**CERTIFICATION OF COUNSEL CONCERNING
STIPULATION REGARDING MEDIATION PROCESS**

I, Gregory F. Fischer, counsel to Jeoffrey L. Burtch, the chapter 7 trustee (the "Trustee") for the estate (the "Estate") of the above-captioned debtor (the "Debtor"), hereby certify as follows:

1. On August 7, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On April 5, 2019 an Order was entered converting the Debtor's above-captioned case from chapter 11 to chapter 7 of the Bankruptcy Code [D.I. 792].

3. On April 5, 2019 Jeoffrey L. Burtch was appointed as Trustee for the Estate [D.I. 793].

4. The Trustee, in accordance with his duties, is in the process of investigating whether to pursue certain claims against third parties and insiders on behalf of the Estate.

5. In pursuit of potential claims on behalf of the Estate, the Trustee, Wells Fargo Bank, National Association, in its capacity as senior secured creditor of the Estate, and former officers and directors of the Debtor, Farhad Wadia, Rajesh Motwani, and Bhavesh Shah, through their respective counsel, have entered into a Stipulation Regarding the Mediation Process (the "Stipulation"), a copy of which is attached hereto as Exhibit "A". The Stipulation sets scheduling

deadlines and outlines the mediation process between the Estate and the Debtor's aforementioned officers and directors.

6.  The Stipulation and the proposed order approving the Stipulation attached hereto as Exhibit "B" have been reviewed and agreed to by the parties affected.

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed Order approving the Stipulation attached hereto as Exhibit "B" at the Court's earliest convenience.

Dated:  July 10, 2020         COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Gregory F. Fischer (No. 5269)
1201 North Market Street
Suite 1001
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email:  gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch,*
*Chapter 7 Trustee*