**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| SAMUELS JEWELERS, INC., *et al.*,[1] | Case No. 18-11818 (CSS) |
| Debtor. | |

**STIPULATION REGARDING MEDIATION PROCESS**

This Stipulation is entered into by and among Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") for the estate of the above-captioned debtor (the "Debtor"), Wells Fargo Bank, National Association ("Wells Fargo"), in its capacity as the senior secured creditor of the Debtor's estate, and former officers and directors of the Debtor Farhad Wadia ("Wadia"), Rajesh Motwani ("Motwani"), and Bhavesh Shah ("Shah", who, together with Wadia and Motwani, are hereinafter referred to as the "Former Directors"). The Trustee, Wells Fargo and the Former Directors shall hereafter be referred to as the "Parties." The Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

**WHEREAS,** on August 7, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

**WHEREAS,** on September 18, 2018, this Court entered the *Final Order (I) Authorizing the Debtor to Obtain Postpetition Financing, (II) Authorizing the Debtor to Use Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection to the Prepetition Lenders, (V) Modifying Automatic Stay, and (VI) Granting*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6316, and its address is 2914 Montopolis Drive, Suite 200, Austin, Texas 78741.

*Related Relief* (the "Final DIP Order") [D.I. 252] authorizing the Debtor to enter into the DIP Facility and use the lenders' Cash Collateral (as those terms are defined in the Final DIP Order);

**WHEREAS,** Wells Fargo holds allowed secured claims for all principal, interest, and other obligations and amounts (including, without limitation, the DIP Revolving Loan Obligations and the Prepetition Revolving Loan Obligations, each as defined in the Final DIP Order) owing by the Debtor to Wells Fargo arising under or in connection with loans made by Wells Fargo to the Debtor;

**WHEREAS,** on October 9, 2018, this Court entered an *Order Approving Appointment of Examiner* [D.I. 324] appointing John J, Carney as examiner (the "Examiner");

**WHEREAS,** on February 2, 2019, the Examiner filed a Phase I Report (the "Examiner's Report") [D.I. 669];

**WHEREAS,** on April 5, 2019, an order was entered converting the Debtor's Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code [D.I. 792];

**WHEREAS,** on April 5, 2019, Jeoffrey L. Burtch was appointed as Chapter 7 Trustee of the Debtor's estate. *See* D.I. 793;

**WHEREAS,** the Debtor's estate holds, and Wells Fargo is secured in part by, claims against the Debtor's former officers and directors and third parties, and Wells Fargo holds direct claims against the Debtor's former officers and directors (collectively the "Shared Claims")[2]. Certain of the Shared Claims were brought to light by the Examiner in the Examiner's Report and relate to allegations of wrongdoing by certain of the Debtor's officers and directors (including the Former Directors) and certain third parties;

**WHEREAS**, on September 4, 2019, Wells Fargo and the Trustee entered into that certain

---

[2] Wells Fargo also holds direct claims against third parties that are not the subject of this Stipulation.

-2-

Common Interest Agreement (the "Common Interest Agreement") to address, among other things, the sharing of documents and information in connection with the Shared Claims;

**WHEREAS,** Wells Fargo and the Trustee have entered into a stipulation to address the investigation and prosecution of the Shared Claims and the distribution of proceeds of any recoveries on the Shared Claims, as well as the funding of administrative expenses incurred by the Estate (the "Funding Stipulation"), and such Funding Stipulation having been approved by the Court on December 17, 2019 [D.I. 889];

**WHEREAS,** the Parties have entered into Tolling Agreements extending the statutes of limitation and repose and similar statutes and rules through and including November 6, 2020, and such agreements are incorporated herein by reference;

**WHEREAS,** the Parties desire to conduct a mediation to attempt to settle the Shared Claims against former officers and directors;

**WHEREAS,** the Parties have selected Jed Melnick of JAMS to serve as mediator (the "Mediator"); and

**WHEREAS,** the Parties have met and conferred regarding the timeline for mediation and have agreed to enter into this Stipulation governing the mediation process;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that:

1. The Trustee will provide the Trustee's opening mediation statement to the Mediator on or before July 17, 2020.

2. The Former Directors respective responsive statements (the "Responses") shall be provided to the Mediator on or before August 14, 2020.

3. If the Trustee chooses to file a reply to the Responses, such reply shall be provided to the Mediator on or before August 24, 2020.

4. Mediation will be conducted on September 16, 2020, on such date or dates as necessary and convenient for the Parties and the Mediator.

5. The Parties have agreed to split the fees of the Mediator on a 50/50 basis, with 50% borne by the estate and 50% born by the Former Directors (and insurer(s)).

6. This Stipulation constitutes the entire agreement among the Parties and supersedes any prior understandings, agreements, or representations by or among the Parties, written or oral, relating to the subject matter of this Stipulation.

7. No amendment of this Stipulation will be valid unless in writing and signed by each of the Parties. No failure or delay by any Party in exercising any right, power, or privilege under this Stipulation will operate as a waiver thereof, nor will any single or partial exercise thereof preclude any other or further exercise of any right, power, or privilege hereunder.

8. The terms and provisions of the Stipulation shall be binding on all Parties and their respective successors and assigns. Any successor advisors to the stipulating Parties shall similarly be bound to the terms and provisions of this Stipulation.

Dated:   June 30, 2020

| | |
|---|---|
| **JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE** | **WELLS FARGO BANK, NATIONAL ASSOCIATION** |

By: */s/ Mark E. Felger* 
  Mark E. Felger (DE 3919)
  Eric D. Freed (admitted pro hac vice)
  **Cozen O'Connor**
  1201 N. Market Street, Suite 1001
  Wilmington, DE 19801
  Telephone:  (302) 295-2087
  mfelger@cozen.com
  efreed@cozen.com

  *Attorneys for Jeoffrey L. Burtch, Chapter 7 Trustee*

By: */s/ Julia Frost-Davies* 
  Julia Frost-Davies (admitted pro hac vice)
  Christopher L. Carter (admitted pro hac vice)
  **MORGAN, LEWIS & BOCKIUS LLP**
  One Federal Street
  Boston, MA 02110-1726
  Telephone: (617) 341-7700
  Facsimile (617) 341-7701
  julia.frost-davies@morganlewis.com
  christopher.carter@morganlewis.com

  *Attorneys for Wells Fargo Bank, National Association*

**FARHAD WADIA**

By: _____
  Jacob C. Cohn
  Gordon Rees Scully Mansukhani
  Three Logan Square, 1717 Arch Street
  Suite 610
  Philadelphia, PA 19103
  Telephone: (215) 717-4004
  jcohn@grsm.com

  *Attorneys for Farhad Wadia*

**RAJESH MOTWANI**

By: */s/ Scott A. Underwood* 
  Scott A. Underwood
  Underwood Murray
  100 N. Tampa Street, Suite 2325
  Tampa, FL 33602
  Telephone: (813) 540-8402
  sunderwood@underwoodmurray.com

  *Attorneys for Rajesh Motwani*

**BHAVESH SHAH**

By: _____
  Patrick M. Kennell
  Kaufman Dolowich Voluck LLP
  40 Exchange Place, 20th Floor
  New York, NY 10005
  Telephone: (212) 485-9600
  Pkennell@kvdlaw.com

  *Attorneys for Bhavesh Shah*

Dated:  June 19, 2020

| | |
|---|---|
| **JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE** | **WELLS FARGO BANK, NATIONAL ASSOCIATION** |
| By: _____<br>  Mark E. Felger (DE 3919)<br>  Eric D. Freed (admitted pro hac vice)<br>  **Cozen O'Connor**<br>  1201 N. Market Street, Suite 1001<br>  Wilmington, DE 19801<br>  Telephone:  (302) 295-2087<br>  mfelger@cozen.com<br>  efreed@cozen.com<br><br>  *Attorneys for Jeoffrey L. Burtch, Chapter 7 Trustee* | By: _____<br>  Julia Frost-Davies (admitted pro hac vice)<br>  Christopher L. Carter (admitted pro hac vice)<br>  **MORGAN, LEWIS & BOCKIUS LLP**<br>  One Federal Street<br>  Boston, MA 02110-1726<br>  Telephone: (617) 341-7700<br>  Facsimile (617) 341-7701<br>  julia.frost-davies@morganlewis.com<br>  christopher.carter@morganlewis.com<br><br>  *Attorneys for Wells Fargo Bank, National Association* |
| **FARHAD WADIA** | **RAJESH MOTWANI** |
| By: _____<br>  Jacob C. Cohn<br>  Gordon Rees Scully Mansukhani<br>  Three Logan Square, 1717 Arch Street<br>  Suite 610<br>  Philadelphia, PA 19103<br>  Telephone: (215) 717-4004<br>  jcohn@grsm.com<br><br>  *Attorneys for Farhad Wadia* | By: _____<br>  Scott A. Underwood<br>  Underwood Murray<br>  100 N. Tampa Street, Suite 2325<br>  Tampa, FL 33602<br>  Telephone: (813) 540-8402<br>  sunderwood@underwoodmurray.com<br><br>  *Attorneys for Rajesh Motwani* |
| **BHAVESH SHAH** | |
| By: _____<br>  Patrick M. Kennell<br>  Kaufman Dolowich Voluck LLP<br>  40 Exchange Place, 20th Floor<br>  New York, NY 10005<br>  Telephone: (212) 485-9600<br>  Pkennell@kvdlaw.com<br><br>  *Attorneys for Bhavesh Shah* | |

Dated: June 19, 2020

| **JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE** | **WELLS FARGO BANK, NATIONAL ASSOCIATION** |
|---|---|

By: _____
   Mark E. Felger (DE 3919)
   Eric D. Freed (admitted pro hac vice)
   **Cozen O'Connor**
   1201 N. Market Street, Suite 1001
   Wilmington, DE 19801
   Telephone: (302) 295-2087
   mfelger@cozen.com
   efreed@cozen.com

   *Attorneys for Jeoffrey L. Burtch, Chapter 7 Trustee*

By: _____
   Julia Frost-Davies (admitted pro hac vice)
   Christopher L. Carter (admitted pro hac vice)
   **MORGAN, LEWIS & BOCKIUS LLP**
   One Federal Street
   Boston, MA 02110-1726
   Telephone: (617) 341-7700
   Facsimile (617) 341-7701
   julia.frost-davies@morganlewis.com
   christopher.carter@morganlewis.com

   *Attorneys for Wells Fargo Bank, National Association*

**FARHAD WADIA**

By: ___*/s/ Jacob C. Cohn*___
   Jacob C. Cohn
   Gordon Rees Scully Mansukhani
   Three Logan Square, 1717 Arch Street
   Suite 610
   Philadelphia, PA 19103
   Telephone: (215) 717-4004
   jcohn@grsm.com

   *Attorneys for Farhad Wadia*

**RAJESH MOTWANI**

By: _____
   Scott A. Underwood
   Underwood Murray
   100 N. Tampa Street, Suite 2325
   Tampa, FL 33602
   Telephone: (813) 540-8402
   sunderwood@underwoodmurray.com

   *Attorneys for Rajesh Motwani*

**BHAVESH SHAH**

By: _____
   Patrick M. Kennell
   Kaufman Dolowich Voluck LLP
   40 Exchange Place, 20th Floor