# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SAMUELS JEWELERS, INC.,[1] | : | Case No. 18-11818 (CSS) |
| | : | |
| Debtor. | : | RE: Docket No. 920 |

## ORDER APPROVING STIPULATION REGARDING MEDIATION PROCESS

Upon consideration of the Certification of Counsel (the "<u>Certification of Counsel</u>") concerning the Stipulation[2] Regarding the Mediation Process, this Court has determined that the relief requested in the Certification of Counsel is reasonable and in the best interests of the Estate and its creditors; and good and sufficient cause having been shown;

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

2. The terms and provisions of this Order and the Stipulation shall be binding on the parties thereto and their respective successors and assigns.

3. The Trustee is authorized to take any steps as may be required or necessary in order to implement the Stipulation and the terms contemplated thereby.

4. The terms and conditions of this Order shall be effective immediately upon its entry.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6316 and its address is 2914 Montopolis Drive, Suite 200, Austin, Texas 78741.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Certification of Counsel.

-2-

5.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

**Dated: July 10th, 2020**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**

-2-