# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SAMUELS JEWELERS, INC.,[1] | : | Case No. 18-11818 (CSS) |
| | : | |
| Debtors. | : | **RE: Docket No. 910** |

## ORDER APPROVING TRUSTEE'S MOTION FOR ORDER AUTHORIZING ABANDONMENT AND DESTRUCTION OF DEBTOR'S RECORDS

**AND NOW** this ___ day of _____ 2020, upon consideration of the motion of Jeoffrey L. Burtch, Chapter 7 Trustee (the "Trustee") for the estate (the "Estate") of the above-captioned debtor (the "Debtor") for an order authorizing abandonment and destruction of pre-petition records (the "Motion"),[2] and the Bankruptcy Court having determined that the service of the Motion is adequate and proper notice under the circumstances and opportunity for a hearing having been given, and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the Motion is GRANTED; and it is

**FURTHER ORDERED** that the Trustee is authorized, but not required, to cause the destruction and abandonment of all the Historical Documents; and it is

**FURTHER ORDERED** that the Trustee is authorized, but not required, to carry out the destruction and abandonment of the Historical Documents in the manner the Trustee deems appropriate in his business judgment; and it is

---

[1] The last four digits of the Debtor's taxpayer identification number are 6316 and its address is 2914 Montopolis Drive, Suite 200, Austin, Texas 78741.

[2] Capitalized terms not defined in this Order shall have the meanings ascribed to such terms in the Motion.

**FURTHER ORDERED** that the Trustee is authorized to expend Estate funds as reasonably necessary to carry out the destruction of the Historical Documents in the manner that the Trustee in his business judgment deems appropriate; and it is

**FURTHER ORDERED** that this Bankruptcy Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: July 6th, 2021**
**Wilmington, Delaware**

**CHRISTOPHER S. SONTCHI**
**UNITED STATES BANKRUPTCY JUDGE**