# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| SAMUELS JEWELERS, INC., | : | Case No. 18-11818 (CSS) |
| Debtor.[1] | : | |
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Proc. No. 20-50791 (CSS) |
| GRAMERCY JEWELRY MANUFACTURING CORP., | : | |
| Defendant. | : | |

## STATUS REPORT OF CHAPTER 7 TRUSTEE

Jeoffrey L. Burtch, Chapter 7 Trustee of the bankruptcy estate of the above-captioned debtor, and plaintiff in the above-captioned adversary proceeding (the "Plaintiff"), hereby provides this Status Report in response to the Court's request at docket item 15 in the adversary proceeding.

1. On August 5, 2020, Plaintiff initiated the above-captioned adversary proceeding by filing his complaint. D.I. 1, Adv. Pro. No. 20-50791.

2. Counsel for the above-captioned defendant has engaged in informal discussions with the Trustee regarding the adversary proceeding.

3. On September 3, 2021, the parties stipulated to the appointment of Suzanne Holly to serve as mediator. D.I. 16. The Court entered an order approving the stipulation, and assigned the adversary proceeding to mediation. D.I. 17.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6316 and its address is 2914 Montopolis Drive, Suite 200, Austin, Texas 78741.

4. The parties are currently engaging with the mediator to discuss scheduling of the mediation and the mediation process.

Dated: September 17, 2021         COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch,*
*Chapter 7 Trustee*