# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SAMUELS JEWELERS, INC.,[1] | : | Case No. 18-11818 (BLS) |
| | : | |
| Debtor. | : | |
| | : | |

## STATUS REPORT OF CHAPTER 7 TRUSTEE

Jeoffrey L. Burtch, as trustee (the "Trustee") for the above-captioned Chapter 7 estate, hereby provides this Status Report.

**A.    Status of Major Asset Sales**

Completed during the Chapter 11 proceedings of this case.

**B.    Status of Plan Negotiations/Preparations/Confirmation**

Not applicable to this Chapter 7 case.

**C.    Status of Major Litigation**

Completed.

**D.    Status of Chapter 5 Causes of Action**

Substantially completed. One matter is outstanding, in which the parties have an agreement in principle.

**E.    Status of Open Adversary Proceedings**

All non-Chapter 5 related adversary proceedings have been closed.

---

[1] The last four digits of the Debtor's taxpayer identification number are 6316, and its address is 2914 Montopolis Drive, Suite 200, Austin, Texas 78741.

F.  **Status of Case Administration**

The Trustee's prosecution of estate causes of action is substantially complete. The Trustee is now commencing claims review, and he intends to file necessary omnibus objections in the next quarter. The Trustee has also retained accountants who are preparing necessary estate tax returns. The Trustee will thereafter resolve remaining case issues, including further and final destruction of unneeded estate records, at which time he will finalize his administration and submit his final report to the Office of the United States Trustee.

G.  **Matters Awaiting Court Disposition**

No matters are currently pending.

Dated:  March 31, 2022                             COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Mark E. Felger (No. 3919)
Gregory F. Fischer (No. 5269)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email:  mfelger@cozen.com
              gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch,*
*Chapter 7 Trustee*