IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| SAMUELS JEWELERS, INC.,[1] | : | Case No. 18-11818 (BLS) |
| | : | |
| Debtor. | : | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 7, 2022 AT 12:15 P.M. (ET)

**You must register for the ZOOM call. When registering, please copy and paste the below link to your browser.** Please be sure to register well in advance of the hearing in order to avoid being denied access.

Topic: Samuels Jewelers – Case No. 18-11818 (BLS)

When: Apr 7, 2022 12:15 PM Eastern Time (US and Canada)

Register in advance for this meeting:
https://debuscourts.zoomgov.com/meeting/register/vJItdeCurzMrE1e6g9jKpYMeMusCCBgyZ-Q

After registering, you will receive a confirmation email containing information about joining the meeting.

STATUS CONFERENCE

1. Order Setting Status Conference Pursuant to 11 U.S.C. § 105(d) [Docket No. 1001, entered 3/4/22]

   Related Document

   (a) Status Report of Chapter 7 Trustee [Docket No. 1002, entered 3/31/22]

   Status: This matter is going forward.

Dated: April 4, 2022

COZEN O'CONNOR

*/s/ Gregory F. Fischer*
Gregory F. Fischer (No. 5269)
1201 N. Market St., Ste. 1001
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
Email: gfischer@cozen.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6316 and its address is 2914 Montopolis Drive, Suite 200, Austin, Texas 78741.