**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE:

SAMUELS JEWELERS, INC.,

Debtor

Chapter 7

Case No. 18-11818 (BLS)

**NOTICE OF OVERBID FOR SALE OF CERTAIN ASSETS OF THE DEBTORS' ESTATE FREE AND CLEAR OF LIENS, <u>CLAIM, INTERESTS AND ENCUMBRANCES</u>**

**(REMNANT ASSET SALE)**

NOTICE IS HEREBY GIVEN that pursuant to the overbidding instructions set for in Chapter 7 Trustee's Motion to Sell Certain Assets dated, December 8, 2023 and entered October 12, 2023, the undersigned hereby submits its overbid in the amount of $13,000.

Date:  December 11, 2023

*[signature]*

Joseph E. Sarachek
SLFAQ, LLC
670 White Plains Road
PH Suite
Scarsdale, NY 10591
(646) 701-0477
joe@slfaqllc.com