# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SAMUELS JEWELERS, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 18-11818 (BLS) |

## NOTICE OF OVERBID

On or about August 7, 2018, the above-captioned Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

On or about April 5, 2019, the Debtor's bankruptcy case was converted to one under chapter 7 of the Bankruptcy Code, and the Trustee was appointed as chapter 7 trustee for the Debtor's Estate.

On December 8, 2023, the Trustee filed his Motion Of Chapter 7 Trustee For An Order Approving The Sale Of Certain Assets Of The Debtor's Estate Free And Clear Of Liens, Claims, Interests, And Encumbrances Pursuant To 11 U.S.C. §§ 105 And 363 And Related Relief (D.I. 1015) (the "Sale Motion").  Pursuant to the Sale Motion, the Trustee proposes to sell the Remnant Assets to Oak Point Partners LLC for the amount of $10,000.

Pursuant to paragraph 15 of the Sale Motion, notice is hereby given that pursuant to the Sale Motion, Cranehill Capital LLC submits its overbid of $13,000.  Cranehill Capital further agrees to purchase the Remnant Assets (as defined in the Sale Motion) under the same terms and conditions set forth in the Purchase Agreement, other than the Purchase Price.  Cranehill Capital further states that it has delivered a cashiers' check to the Trustee.

Cranehill Capital respectfully requests that it be given the opportunity to participate in any further bidding process with respect to the Remnant Assets.

Dated: December 19, 2023         GELLERT SCALI BUSENKELL & BROWN, LLC

                                                           */s/ Michael Busenkell*
                                                           Michael Busenkell (No. 3933)
                                                           1201 N. Orange St., Ste. 300
                                                           Wilmington,  Delaware  19801
                                                           Phone:  (302) 425-5806
                                                           Facsimile:  (302) 425-5814
                                                           Email:  mbusenkell@gsbblaw.com

                                                           *Attorneys for Cranehill Capital LLC*