**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

IN RE:

SAMUELS JEWELERS, INC.

    Debtor

CASE NO. 18-11818-BLS

CHAPTER 7

## <u>REPORT FOR BANKRUPTCY JUDGES IN CASES TO BE CLOSED</u>

A.

| | |
|---|---|
| $4,785,025.67 | TOTAL GROSS RECEIPTS |
| $4,785,025.67 | TOTAL DISBURSEMENTS |
| $0.00 | NET BALANCE FOR DISTRIBUTION |

B.    <u>FEES AND EXPENSES</u>

| | |
|---|---|
| $166,800.77 | Trustee Compensation |
| $131.95 | Trustee Expenses |
| $1,677.50 | Bond Payments |
| $111,995.53 | Administrative Rent |
| $20,000.00 | Costs to Secure Property (e.g, casualty insurance, locksmiths) |
| $45,036.10 | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) |
| $4,550.00 | Clerk of the Court Costs (includes adversary and other filing fees) |
| $3,199.77 | Other Chapter 7 Administrative Expenses |
| $1,419,293.50 | Attorney for Trustee Fees (Other Firm) |
| $56,748.24 | Attorney for Trustee Expenses (Other Firm) |
| $50,269.00 | Accountant for Trustee Expenses (Other Firm) |
| $605.08 | Accountant for Trustee Expenses (Other Firm) |
| $24,104.00 | Arbitrator/Mediator for Trustee Fees |
| $12.39 | Arbitrator/Mediator for Trustee Expenses |
| $15,694.84 | Other Professional Fees (Prior Chapter) |
| $124,191.09 | Other State or Local Taxes (non-payroll and non-sales taxes) (Prior Chapter) |
| $112,933.48 | Other Operating Expenses (incl. ch 11 sales and payroll taxes paid during ch 7) |

$204,694.73     Other Prior Chapter Administrative Expenses

C.    DISTRIBUTIONS

$2,423,087.70   Secured Creditors
$0.00   Priority Creditors
$0.00   Unsecured Creditors
$0.00   Equity Security Holders
$0.00   Payments to Debtors

TOTAL DISBURSEMENTS (Sum of B & C):                4,785,025.67

If applicable, list portion of this total distributed by Trustee in Chapter other than Chapter 7 (DO NOT include payments to debtor):
$       457,514.14

D.    CLAIMS ALLOWED

List amount allowed to each class of creditors (whether paid in full or not).  However, if the class receives nothing, enter "0" on the line.

$2,423,087.70   Secured Creditors
$0.00   Priority Creditors
$0.00   Unsecured Creditors

I certify under penalty of perjury that the information provided on this form is true and correct to the best of my knowledge, information, and belief.

Date:    February 2, 2026

Jeoffrey L. Burtch, Trustee